**Robert E. Franz, Jr.      OSB #730915**
E-Mail:  rfranz@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR  97477
Telephone:  (541) 741-8220
Facsimile:  (541) 741-8234
    Of Attorneys for Defendants Will Stutesman,
Officer Grose, Officer Pieske, Sgt. McAlpine,
and the City of Eugene.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RONDA MCGOWAN**, Personal Representative for the Estate of Brian Babb, **LEE BABB**, **CONNOR BABB**, by and through his Guardian Ad Litem, **STEPHANIE WOODCOCK**, and **KAYLEE BABB**, | Case No.  6:17-cv-00424-TC |
| Plaintiffs, | **Declaration of** Nathan Pieske |
| vs. | |
| **WILL STUTESMAN**, **OFFICER GROSE**, **OFFICER PIESKE**, **SGT. MCALPINE**, **CITY OF EUGENE,** a municipal subdivision of the State of Oregon, **JANE DOE CALL TAKER**, and John and Jane Does 1-10. | |
| Defendants. | |

Page 1 – Declaration of Nathan Pieske.

I, Nathan Pieske, under penalty of perjury do hereby declare as follows:

I am over the age of 18 years, and I make this declaration based on my personal knowledge of the facts contained herein.

I am one of the individually named defendants in the above-captioned case. I am currently a Police Officer in the traffic enforcement unit of the Eugene Police Department, having been hired by the City of Eugene on January 7, 2002. My law enforcement career began in 1999, at which time I was hired by the Lane County Sheriff's Office. While at Lane County, I obtained a Basic Certificate as a Certified Corrections Officer that was issued by the Department of Public Safety Standards and Training of the State of Oregon (DPSST), after I attended the Oregon Public Safety Academy.

I then went to work for the City of Eugene, and obtained a Basic Certificate as a Certified Police Officer. I then had approximately 20 weeks of training by several Eugene Police Department Field Training Officer. I currently have an Intermediate and an advanced certificate issued by the Department of Public Safety Standards and Training of the State of Oregon (DPSST). See Exhibits 102 and 117 which are true and correct copies of some of the training records showing the training I have received from the City of Eugene and the Department of Public Safety Standards and Training of the State of Oregon.

In 2011, I was assigned as a motorcycle officer, and that is the position I held on March 30, 2015.

During my career with the City of Eugene, I have been very well trained as a police officers in all areas of law enforcement, including the areas of the use of force, firearms, and defensive tactics.

The Eugene Police Department has promulgated various written policies and procedures. These procedures include the use of force. Prior to March of 2015, I had read those polices and understood them. During my time as a Police Officer

Page 2 – Declaration of Nathan Pieske.

and prior to March of 2015, I have received excellent training and supervision by the Eugene Police Department and the DPSST, and none of this training and supervision has been inadequate.

My role on March 30, 2015, was to go get the Bearcat and drive it to the scene.  Once I got to the scene, Sergeant McAlpine directed me where to park it.  I remained in the driver's seat up to the shot.  After the shot, I was directed to move the Bearcat through a fenced area up to the front porch.  All of this can be seen on the Bearcat video, Exhibit 106.

I did not use any force upon Mr. Brian Babb.  My role was to drive the Bearcat as instructed.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

_____
Nathan Pieske

_____
Date

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF NATHAN PIESKE IN SUPPORT OF FRCP 56 MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STUTESMAN, GROSE, PIESKE, McALPINE, AND CITY OF EUGENE on Plaintiffs on Friday, September 28, 2018, by notice of electronic filing using the CM/ECF System:

Mr. Timothy R. Volpert
Email:  tim@timvolperlaw.com
Tim Volpert PC
610 SW Alder Street, Suite 415
Portland, OR  97205

Mr. Andrew M. Stroth
Email:  astroth@actioninjurylawgroup.com
Action Injury Law Group, LLC
191 N. Wacker Drive, Suite 2300
Chicago, IL  60606

  Attorneys for Plaintiffs

Dated:  Friday, September 28, 2018.

/s/ Robert E. Franz, Jr.
LAW OFFICE OF ROBERT E. FRANZ, JR.
Robert E. Franz, Jr.          OSB #730915
P.O. Box 62
Springfield, Oregon 97477
E-Mail:  rfranz@franzlaw.comcastbiz.net
Telephone:  (541) 741-8220
Facsimile:  (541) 741-8234
  Attorneys for Defendants
  Will Stutesman, Matthew Grose,
  Nathan Pieske, Malcolm McAlpine,
  and the City of Eugene