**Robert E. Franz, Jr.    OSB #730915**
E-Mail:  rfranz@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR  97477
Telephone:  (541) 741-8220
Facsimile:   (541) 741-8234
   Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RONDA MCGOWAN**, Personal Representative for the Estate of Brian Babb, **LEE BABB**, **CONNOR BABB**, by and through his Guardian Ad Litem, **STEPHANIE WOODCOOK**, and **KAYLEE BABB**,<br><br>                Plaintiffs,<br><br>        vs.<br><br>**WILL STUTESMAN**, **OFFICER GROSE**, **OFFICER PIESKE**, **SGT. MCALPINE**, **CITY OF EUGENE,** a municipal subdivision of the State of Oregon, **JANE DOE CALL TAKER**, and John and Jane Does 1-10.<br><br>                Defendants. | Case No.  6:17-cv-00424-TC<br><br>Declaration of<br>Robert E. Franz, Jr.<br>in Support of FRCP 56<br>Motion for Summary<br>Judgment<br>by Defendants |

Page 1 – Declaration of Robert E. Franz, Jr. re:  FRCP 56
            Motion for Summary Judgment

I, Robert E. Franz, Jr., under penalty of perjury do hereby declare as follows:

I am over the age of 18, and I make this declaration based on personal knowledge of the facts contained herein.

Attached hereto as Exhibit 101, are true and correct copies of Stutesman's General Training Records.

Attached hereto as Exhibit 102, are true and correct copies of DPSST Firearms Training records for each of the defendants.

Exhibit 103 to this Declaration is a recording of the Live Dispatch Radio Traffic, provided to the Court and Plaintiffs' counsel by thumb-drive.

Attached hereto as Exhibit 104, is an Aerial Google of the scene.

Attached hereto as Exhibit 105 A is a Google Street View.

Attached hereto as Exhibit 105 B is another Google Street View.

Attached hereto as Exhibit 105 C is a depiction of the Officers' Location at the time of the shooting.

Exhibit 106 to this Declaration is an ICV Video from the Bearcat, provided to the Court and Plaintiffs' counsel by thumb-drive.

Attached hereto as Exhibit 107, is Stutesman's Photograph.

Exhibit 108 to this Declaration is an ICV Video from DeWitt with Audio, provided to the Court and Plaintiffs' counsel by thumb-drive.

Exhibit 109 – RESERVED.

Attached hereto as Exhibit 110, is a true and correct copy of a photograph close-up of the Babb Rifle.

Attached hereto as Exhibit 111, is a true and correct copy of a photograph of Mr. Babb in the doorway with his Rifle.

Attached hereto as Exhibit 112, is a true and correct copy of a photograph of the Bearcat with Mr. Babb in the picture.

Attached hereto as Exhibit 113, is a true and correct copy of a photograph of the Bearcat with Turret up.

Attached hereto as Exhibit 114, is a true and correct copy of a photograph of the Bearcat with the Lid up.

Attached hereto as Exhibit 115, are true and correct copies of the Training Records of Malcolm McAlpine.

Attached hereto as Exhibit 116, are true and correct copies of the Training Records of Matthew Grose.

Attached hereto as Exhibit 117, are true and correct copies of the Training Records of Nathan Pieske.

Exhibit 122 - RESERVED.

Exhibit 123 to this Declaration is a true and correct copy of the Dispatch Radio Log.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  Friday, September 28, 2018.

By:  /s/ Robert E. Franz, Jr.
LAW OFFICE OF ROBERT E. FRANZ, JR.
**Robert E. Franz, Jr.**
OSB #730915
(541) 741-8220
**Attorney for Defendants**

Page 3 – Declaration of Robert E. Franz, Jr. re:  FRCP 56
         Motion for Summary Judgment

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF ROBERT E. FRANZ, JR. IN SUPPORT OF FRCP 56 MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STUTESMAN, GROSE, PIESKE, McALPINE, AND CITY OF EUGENE on Plaintiffs on Friday, September 28, 2018, by notice of electronic filing using the CM/ECF System:

Mr. Timothy R. Volpert
Email: tim@timvolperlaw.com
Tim Volpert PC
610 SW Alder Street, Suite 415
Portland, OR 97205

Mr. Andrew M. Stroth
Email: astroth@actioninjurylawgroup.com
Action Injury Law Group, LLC
191 N. Wacker Drive, Suite 2300
Chicago, IL 60606

  Attorneys for Plaintiffs

Dated: Friday, September 28, 2018.

/s/ Robert E. Franz, Jr.
LAW OFFICE OF ROBERT E. FRANZ, JR.
Robert E. Franz, Jr.      OSB #730915
P.O. Box 62
Springfield, Oregon 97477
E-Mail: rfranz@franzlaw.comcastbiz.net
Telephone: (541) 741-8220
Facsimile: (541) 741-8234
  Attorneys for Defendants
  Will Stutesman, Matthew Grose,
  Nathan Pieske, Malcolm McAlpine,
  and the City of Eugene