

Exhibit 107 at 1
MSJ Case No. 6:17-cv-00424