**Robert E. Franz, Jr. OSB #730915**
E-Mail: rfranz@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone: (541) 741-8220
Facsimile: (541) 741-8234
Of Attorneys for Defendants Will Stutesman, Matthew Grose, Nathan Pieske, Malcolm McAlpine, and the City of Eugene

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**RONDA MCGOWAN**, Personal Representative for the Estate of Brian Babb, **LEE BABB**, **CONNOR BABB**, by and through his Guardian Ad Litem, **STEPHANIE WOODCOCK**, and **KAYLEE BABB**,

Plaintiffs,

vs.

**WILL STUTESMAN**, **OFFICER GROSE**, **OFFICER PIESKE**, **SGT. MCALPINE**, **CITY OF EUGENE,** a municipal subdivision of the State of Oregon, **JANE DOE CALL TAKER**, and John and Jane Does 1-10,

Defendants.

Case No. 6:17-cv-00424-TC

Exhibit 107




Exhibit 107 at 1
MSJ Case No. 6:17-cv-00424