**Robert E. Franz, Jr.    OSB #730915**
E-Mail:  rfranz@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR  97477
Telephone:  (541) 741-8220
Facsimile:  (541) 741-8234
  Of Attorneys for Defendants Will Stutesman,
  Matthew Grose, Nathan Pieske, Malcolm McAlpine,
  and the City of Eugene

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RONDA MCGOWAN**, Personal Representative for the Estate of Brian Babb, **LEE BABB**, **CONNOR BABB**, by and through his Guardian Ad Litem, **STEPHANIE WOODCOCK**, and **KAYLEE BABB**,<br><br>           Plaintiffs,<br><br>    vs.<br><br>**WILL STUTESMAN**, **OFFICER GROSE**, **OFFICER PIESKE**, **SGT. MCALPINE**, **CITY OF EUGENE,** a municipal subdivision of the State of Oregon, **JANE DOE CALL TAKER**, and John and Jane Does 1-10,<br><br>           Defendants. | Case No.  6:17-cv-00424-TC<br><br>Exhibit 123 |

3/31/2015 EventReport

| User: CEPDMET | **EUGENE POLICE DEPARTMENT** | 03/31/2015 13:39:02 |
|---|---|---|

## Event Report

Event ID: 15-072576   Call Ref #: 171   Date/Time Received: 03/30/2015 17:06:24

Rept #: 15-05349   Call Source: W911   Prime Unit: CMD2 FELLMAN, SCOTT   Service Involved: LAW, FIRE

Location: 2248 DEVOS ST
X-ST: CODY AVE / JESSEN DR
Business:   Phone:
Jur: CAD   St/Beat: EP05   Service: LAW   District: EPDW   Agency: EPD   RA:

Nature: SUICIDAL SUBJECT   Alarm Lvl: 1   Priority: 1   Medical Priority:

Caller: HIGGINS, BECKY   Alarm:   Call Taker: CEEYBJL
Addr:   Phone: (541) 912-4931   Alarm Type:   Console: CEPOL220

Vehicle: D49416   St: OR   Report Only: No   Race:   Sex:   Age:

Geo-Verified Addr: Yes   Nature Summary Code:   Disposition: REPT   Close Comments:

{4E13} OFRS CLEAR FROM SCENE ON DEVOS ST [03/31/15 02:15:08 CEEYDMS] {5E47} SCENE SECURE. MCI STILL ON SCENE. [03/31/15 01:21:13 CEEYADL] ADDTL C/ WAS TOLD TO CALL THE OFCR [03/30/15 22:02:35 CEEYCNK] ADDTL C/ OGDEN, CLARISSA 541-510-5455 IS EX GIRLFRIEND OF I/ [03/30/15 22:01:56 CEEYCNK] CESAR HAS BEEN ADVISED HE CAN RETURN HOME (541-968-8667) [03/30/15 21:13:22 CEEYTLR] {3E59} C4 [03/30/15 20:45:04 CEEYEJS] {CMD2} INCIDENT COMMAND [03/30/15 19:09:12 CEEYEJS] {4E13} PW SUPERVISOR WILL HAVE SPANGLER CALL 4E13'S CELL [03/30/15 19:02:11 CEEYTLR] THERAPIST/ HIGGINS,BECKY WANTS A CALL BACK W/ DISPO... 541-912-4931 [03/30/15 19:01:39 CEEYADL] HAVE BRIAN'S SISTER ON THE LINE, SHE'S DRIVING TO EUG FROM ROSEBURG. DIDN'T KNOW IF WE NEEDED FAMILY CONTACT INFORMATION. SISTER/ MCGOWAN, RONDA 541-905-9427 PARENTS LIVE IN ALPINE AND EUGENE, BUT DAD IS IN PALM SPRINGS FOR VACATION. MOM/ HOLLAWAY, WANDA 541-424-2486 [03/30/15 18:57:48 CEEYADL] {3W74} POLICE AUDITOR ON SCENE [03/30/15 18:56:45 CEEYEJS] {4X41} C9C [03/30/15 18:28:56 CEEYEJS] {4X41} CONTACTING VCU [03/30/15 18:13:41 CEEYEJS] {2E13} C4 [03/30/15 18:12:04 CEEYEJS] IM11/4E63 TRANSPORTING VEHICLES TO HQ [03/30/15 18:11:29 CEEYADL] I/BABB,BRIAN A VON,05121965 [03/30/15 18:07:31 CEEYEJS] {3E68} UPSTAIRS CLOSET HAS TRIGGER LOCK THAT HAS BEEN REMOVED [03/30/15 18:03:46 CEEYEJS] {2X21} RESIDENCE CLEAR, DOING SECONDARY [03/30/15 18:02:56 CEEYEJS] {3E45} 1249 [03/30/15 18:02:40 CEEYEJS] [FIRE] UDTS: {E7} 12-49 [03/30/15 18:02:36 CEEYMAM] {3X31} CLEARING HOUSE [03/30/15 18:01:37 CEEYEJS] [FIRE] FIRE MOVING TO FRONT OF HOUSE [03/30/15 18:00:55 CEEYMAM] {3X31} STAND DOWN SWAT [03/30/15 18:00:50 CEEYEJS] {3X31} REQ MEDICS TO FRONT OF HOUSE [03/30/15 17:59:22 CEEYEJS] {3X31} MOVING UP [03/30/15 17:58:43 CEEYEJS] RIFLE IN SUBJ R HAND [03/30/15 17:58:38 CEEYEJS] {3X31} OFFICER INVOLVED SHOOTING, ALL OFFICERS C4 [03/30/15 17:58:20 CEEYEJS] SWAT/CNT PAGED [03/30/15 17:58:07 CEEYLMW] {3E68} NO MOVEMENT NOTED [03/30/15 17:57:40 CEEYEJS] {2X21} PUSHING FORWARD WITH BEARCAT [03/30/15 17:57:30 CEEYEJS] {3E68} 2250 DEVOS, EVACUATING [03/30/15 17:56:47 CEEYEJS] {3X31} MOVING BEARCAT UP, [03/30/15 17:56:35 CEEYEJS] {3X31} OUR SHOT [03/30/15 17:56:07 CEEYEJS] SUBJ HASN'T MOVED [03/30/15 17:55:30 CEEYEJS] {3X31} UNK IF SUBJ IS DOWN, INSIDE THRESHOLD OF DOOR [03/30/15 17:55:21 CEEYEJS] {3W74} C4 [03/30/15 17:55:10 CEEYEJS] {3E95} C4 [03/30/15 17:55:06 CEEYEJS] {3E88} C4 [03/30/15 17:55:02 CEEYEJS] {3E68} C4 [03/30/15 17:54:56 CEEYEJS] {3E59} C4 [03/30/15 17:54:52 CEEYEJS] {3E56} C4 [03/30/15 17:54:47 CEEYEJS] {3E49} C4 [03/30/15 17:54:38 CEEYEJS] {3E45} C4 [03/30/15 17:54:34 CEEYEJS] {2X21} C4 [03/30/15 17:54:29 CEEYEJS] {2E13} C4 [03/30/15 17:54:23 CEEYEJS] {1M12} C4 [03/30/15 17:54:18 CEEYEJS] {3X31} GROSE,PIESKE,VINJE,DEWITT,KIDD [03/30/15 17:53:40 CEEYEJS] {3X31} ACTIVATE SWAT [03/30/15 17:53:04 CEEYEJS] {2E13} SUBJ NOT MOVING, IN THRESHOLD [03/30/15 17:52:59 CEEYEJS] SHOTS FIRED, DOWN AT FRONT DOOR [03/30/15 17:52:38 CEEYEJS] SUBJ ON GROUND FLOOR [03/30/15 17:52:25 CEEYEJS] {3X31} ON THE LINE WITH I/ [03/30/15 17:51:48 CEEYEJS] {3E45} I/'S BEDROOM ON NORTHSIDE, BLINDS CLOSED, WINDOWS OPEN [03/30/15 17:49:49 CEEYEJS] {3X31} SUBJ HAS ACCESS TO A LOT OF WEAPONS [03/30/15 17:48:01 CEEYEJS] {3X31} REQ

Notes:
C/DISCONNECT WITH SUBJ [03/30/15 17:47:40 CEEYEJS] {2E13} SUBJ SAYING HE IS NOT A CRIMINAL AND IS NOT COMING OUT [03/30/15 17:46:51 CEEYEJS] SUBJ IN WINDOW [03/30/15 17:45:08 CEEYEJS] C/ HAS OPEN LINE NOT HEARING ANYTHING [03/30/15 17:44:45 CEEYLNW] C/ ADV MALE SAW PD OR SOMEONE OUTSIDE [03/30/15 17:44:21 CEEYLNW] {3X31} WITH FRIEND NOW [03/30/15 17:44:14 CEEYEJS] C/ ADV MALE IS NOT RESPONDING TO HER ANYMORE ... C/ HEARD HIM YELLING "YOU ARE NOT GOING TO DO THIS TO ME".. AT ONE POINT, HE SAID HE TOOK ROUND OUT OF THE CHAMBER,,, BUT HE TOLD HER HOW FAST HE COULD RELOAD [03/30/15 17:44:01 CEEYLNW] JIM COMING OUT TO DRIVEWAY, FRONT DOOR STILL OPEN [03/30/15 17:43:56 CEEYEJS] JIM COMING OUT WITH HANDS UP [03/30/15 17:43:46 CEEYEJS] {2E13} SUBJ AT DOOR WM. LSW/BLU SWEATSHIRT.BLU SHORTS [03/30/15 17:43:37 CEEYEJS] {2E13} I/HVY BUILD LSW/BLU SWEATSHIRT.SHORTS [03/30/15 17:43:05 CEEYEJS] NUMBER FOR RO OF 095HFG 503-449-3218 [03/30/15 17:41:46 CEEYEJS] -- C/ IS TELLING THE SUBJ THAT SHE CALLED 911 BCAUSE SHE WAS CONCERNED ***** SHE IS SAYING THAT SHE NEEDED TO HAVE SOMEONE DO A WELFARE CHECK ON HIM ************************* [03/30/15 17:41:40 CEEYLNW] {3E68} VERTICLE BLIND OPENED, THEN SHUT AGAIN [03/30/15 17:41:19 CEEYEJS] {3X31} HAILING [03/30/15 17:40:30 CEEYEJS] |C/ STILL ON THE PH WITH SUBJ.. SHE IS ASKING HIM IF HE TOOK THE CLIP OUT OF THE GUN... NOT ABLE TO MAKE OUT WHAT HIS RESPONSE IS ..... | ******************** [03/30/15 17:39:10 CEEYLNW] {3W74} TRAFFIC SHUT DOWN AT CODY/DEVOS [03/30/15 17:38:21 CEEYEJS] {3X31} POSITIONED BEARCAT, STARTING HAILS [03/30/15 17:37:20 CEEYEJS] UTL IN RMS FOR PEOPLE ASSOC WITH 2440 E IRWIN [03/30/15 17:34:53 CEEYADL] {2E13} UNABLE TO GET VIEW FROM BACKYARD [03/30/15 17:31:55 CEEYEJS] UNABLE TO REACH RES OF 2250 DEVOS [03/30/15 17:31:20 CEEYADL] 3W74 BLOCK TRAFFIC CODY/DEVOS [03/30/15 17:30:50 CEEYEJS] {3E68} MAKING CONTACT AT 2258 DEVOS NOW [03/30/15 17:29:41 CEEYEJS] {3E68} REQ CALL 2250 2258 DEVOS, BARRICADE IN PLACE [03/30/15 17:29:18 CEEYEJS] NO DOORS EXITING GARAGE [03/30/15 17:27:09 CEEYEJS] {3E59} KITCHEN WINDOW WITH SHADES UP ON BACK [03/30/15 17:26:56 CEEYEJS] {3X31} REQ SUBJ COME TO FRONT DOOR WITH NOTHING IN HIS HANDS [03/30/15 17:25:47 CEEYEJS] |C/ TALKING TO SUBJ NOW ON PH .. WILL ATT TO GET HIS PH NUMBER [03/30/15 17:23:55 CEEYLNW] {3E59} OP ON BACK OF HOUSE, MINUS LOWER DOORS [03/30/15 17:23:38 CEEYEJS] {3E68} GOING TO NORTH SIDE [03/30/15 17:23:25 CEEYEJS] {3E68} OP ON UPPER STAIRS [03/30/15 17:23:09 CEEYEJS] {3X31} 3E95 3E68 TO NE [03/30/15 17:22:57 CEEYEJS] C/ STILL HAS MALE ON PH |SAYS HE HAS A ROUND LOADED IN CHAMBER & READY TO GO " | [03/30/15 17:22:42 CEEYLNW] {3E59} TO THE WEST WITH LONG GUN - NEEDS COVER [03/30/15 17:20:30 CEEYADL] {2E13} LARGE GRY HOUSE W/ WHI TRIM. 5 HOUSES NORTH OF CODY [03/30/15 17:18:39 CEEYADL] [FIRE] (M11) STAGED GOLDEN GARDENS/CODY [03/30/15 17:18:26 CEEYMAM] [FIRE] UDTS: {M11} STAGED NEARBY [03/30/15 17:18:16 CEEYMAM] TWO STORY HOUSE, WINDOWS OPEN AND FACE STREET AND DRIVEWAY [03/30/15 17:17:34 CEEYADL] TOYT TACOMA.WHI & D49416.FULL SIZE FORD TK.WHI [03/30/15 17:17:00 CEEYADL] APPROACH IS A PANDHANDLE LOT [03/30/15 17:14:57 CEEYADL] BABB'S DL PHOTO EMAILED TO 3E56 [03/30/15 17:14:14 CEEYTLR] [FIRE] (E7) STAGED DEWEY/BARGER [03/30/15 17:11:41 CEEYMAM] [FIRE] UDTS: {E7} STAGED NEARBY [03/30/15 17:11:27 CEEYMAM] [FIRE] C/DIDN'T HEAR SHOT, I/ TOLD HER HE SHOT THE CELING 1 TIME. [03/30/15 17:11:11 CEEYBJL] [FIRE] I/ IS AN AFGHANISTAN VET. C/IS HIS THERAPIST & SOCIAL WORKER. [03/30/15 17:10:41 CEEYBJL] BABB HAS NW, VALID CONC HANDG LICENSE [03/30/15 17:10:32 CEEYTLR] [FIRE] CAN HEAR COMP TALKING ON THE OTHER LINE W/ INV. [03/30/15 17:09:28 CEEYBJL] [FIRE] C/HAS LIMITED CELL SERVICE FROM HER OFFICE I MIGHT LOSE HER ON THE PHO. [03/30/15 17:09:05 CEEYBJL] [FIRE] FIRE ENR TO STAGE [03/30/15 17:08:35 CEEYMAM] [FIRE] ON HOLD, NFI. [03/30/15 17:08:02 CEEYBJL] [FIRE] I/ POSSIBLY HOME ALONE, C/BELIEVES HE HAS 1 MALE ROOMMATE. [03/30/15 17:07:54 CEEYBJL] [FIRE] I/DOESN'T KNOW 911 IS BEING CALLED. [03/30/15 17:07:42 CEEYBJL] [FIRE] INSIDE PHO 541-514-2791 [03/30/15 17:07:11 CEEYBJL] [FIRE] C/NOW HAS ME ON HOLD, IS AFRAID I/ WILL HANG UP IF SHE DOESN'T CONTINUE TO TALK TO HIM. [03/30/15 17:07:01 CEEYBJL] [FIRE] CORR - 1 SHOT INTO THE CEILING. [03/30/15 17:06:42 CEEYBJL] I/ STATING HE HAS A 9MM TO HIS HEAD & HAS ALREADY SHOT 1 BULLET INTO A WINDOW OR SOMEWHERE INTO THE HOUSE. [03/30/15 17:06:15 CEEYBJL] I/BABB, BRIAN A DOB/███████ - IS A VET W/ PTSD, SOUNDS INTOX & POSSIBLY ON PAIN MEDS [03/30/15 17:05:50 CEEYBJL] C/IS A THERAPIST NOT ON SCENE, ON THE OTHER PHONE LINE W/ A CLIENT [03/30/15 17:03:06 CEEYBJL]

## Times

| | | | |
|---|---|---|---|
| Call Received: 03/30/2015 17:06:24 | Time From Call Received | | |
| Call Routed: 03/30/2015 17:06:24 | 000:00:00 | Unit Reaction: 000:05:48 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 03/30/2015 17:06:24 | 000:00:00 | En-Route: 000:01:19 | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 03/30/2015 17:07:40 | 000:01:16 *(Time Held):* | On-Scene: 010:03:27 | *(1st Arrive to Last Clear)* |

COE 000621

Exhibit 123 at 2
MSJ Case No. 6:17-cv-00424

3/31/2015                                                             EventReport

1st En-Route: 03/30/2015 17:08:59    000:02:35
1st Arrive: 03/30/2015 17:13:28    000:07:04 *(Reaction Time):*
Last Clear: 03/31/2015 03:16:55    010:10:31

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 3E95 | EPD386 | D | Dispatched | 03/30/2015 17:07:40 | Stat/Beat: EPE | | CEEYADL |
| 3E56 | EPD633 | D | Dispatched | 03/30/2015 17:07:49 | Stat/Beat: EP05 | | CEEYADL |
| 3E68 | EPD612 | D | Dispatched | 03/30/2015 17:07:54 | Stat/Beat: EP05 | | CEEYADL |
| 3E59 | EPD614 | D | Dispatched | 03/30/2015 17:08:00 | Stat/Beat: EP05 | | CEEYADL |
| 3X31 | EPD146 | D | Dispatched | 03/30/2015 17:08:03 | Out Srv: [OUT] at EPD HEADQUARTERS | | CEEYADL |
| 2E13 | EPD143 | D | Dispatched | 03/30/2015 17:08:51 | Stat/Beat: EP01 | | CEEYADL |
| 3E45 | EPD415 | D | Dispatched | 03/30/2015 17:08:59 | On Evt: [A] at 4932 MORELY LP | | Unit:3E45 |
| 3E45 | EPD415 | E | En-Route | 03/30/2015 17:08:59 | On Evt: [A] at 4932 MORELY LP | | Unit:3E45 |
| 3E45 | EPD415 | L | Location Change | 03/30/2015 17:09:44 | CODY | | CEEYADL |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 17:10:17 | E IRWIN | | CEEYADL |
| 3W74 | EPD800 | D | Dispatched | 03/30/2015 17:12:23 | Stat/Beat: EPCW | | CEEYADL |
| 3E45 | EPD415 | A | Arrived | 03/30/2015 17:13:28 | | | CEEYADL |
| 3E56 | EPD633 | A | Arrived | 03/30/2015 17:13:33 | | | CEEYADL |
| 2E13 | EPD143 | A | Arrived | 03/30/2015 17:13:37 | | | CEEYADL |
| 4E31 | EPD616 | D | Dispatched | 03/30/2015 17:14:47 | Stat/Beat: EP03 | | CEEYADL |
| 2X21 | EPD270 | D | Dispatched | 03/30/2015 17:16:21 | | | CEEYADL |
| 3E95 | EPD386 | L | Location Change | 03/30/2015 17:16:27 | NORTH | | CEEYADL |
| 3E95 | EPD386 | A | Arrived | 03/30/2015 17:16:30 | | | CEEYADL |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 17:18:19 | 2439 E IWRIN | | CEEYADL |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 17:18:19 | 2439 E IWRIN;3E59 A | | CEEYADL |
| 3X31 | EPD146 | A | Arrived | 03/30/2015 17:19:39 | | | CEEYADL |
| 1M12 | EPD112 | E | En-Route | 03/30/2015 17:20:13 | Out Srv: [REP] at EPD HEADQUARTERS | | CEEYTLR |

http://psjsrvopctr.psj.net/opcenter/CAD/EventReport.aspx?incl_id=16072576&callrefno=

3/31/2015                          EventReport

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1M12 | EPD112 | D | Dispatched | 03/30/2015 17:20:13 | Out Srv: [REP] at EPD HEADQUARTERS | | CEEYTLR |
| 1M12 | EPD112 | L | Location Change | 03/30/2015 17:20:18 | 255 LINCOLN | | CEEYTLR |
| 4E31 | EPD616 | A | Arrived | 03/30/2015 17:26:59 | | | CEEYADL |
| 4E52 | EPD621 | D | Dispatched | 03/30/2015 17:27:40 | Stat/Beat: EP05 | | CEEYEJS |
| 3E88 | EPD279 | D | Dispatched | 03/30/2015 17:27:51 | Out Evt: [A] at HQ W/1 | | CEEYEJS |
| 4E52 | EPD621 | X | Canceled | 03/30/2015 17:27:59 | | | CEEYEJS |
| 3E88 | EPD279 | L | Location Change | 03/30/2015 17:28:07 | WESTSIDE | | CEEYEJS |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 17:29:19 | | | CEEYADL |
| 3W74 | EPD800 | A | Arrived | 03/30/2015 17:30:05 | | | CEEYEJS |
| 3W74 | EPD800 | L | Location Change | 03/30/2015 17:31:00 | CODY/DEVOS | | CEEYEJS |
| 3W74 | EPD800 | A | Arrived | 03/30/2015 17:31:01 | CODY/DEVOS; 3W74 A | | CEEYEJS |
| 1M12 | EPD112 | A | Arrived | 03/30/2015 17:34:02 | | | CEEYEJS |
| 1M12 | EPD112 | L | Location Change | 03/30/2015 17:34:16 | 2248 DEVOS | | CEEYEJS |
| 1M12 | EPD112 | A | Arrived | 03/30/2015 17:34:16 | 2248 DEVOS; 1M12 A | | CEEYEJS |
| 3E88 | EPD279 | L | Location Change | 03/30/2015 17:34:44 | 2439 E IRWIN | | CEEYEJS |
| 3E88 | EPD279 | A | Arrived | 03/30/2015 17:34:44 | 2439 E IRWIN; 3E88 A | | CEEYEJS |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 17:36:12 | 2435 W IRWIN | | CEEYEJS |
| 3E88 | EPD279 | L | Location Change | 03/30/2015 17:36:12 | 2435 W IRWIN | | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 17:36:13 | 2435 W IRWIN; 3E59 3E88 A | | CEEYEJS |
| 3E88 | EPD279 | A | Arrived | 03/30/2015 17:36:13 | 2435 W IRWIN; 3E59 3E88 A | | CEEYEJS |
| 2X21 | EPD270 | A | Arrived | 03/30/2015 17:38:29 | | | CEEYEJS |
| 3E49 | EPD417 | D | Dispatched | 03/30/2015 17:47:29 | Stat/Beat: EP04 | | CEEYADL |
| 3E49 | EPD417 | A | Arrived | 03/30/2015 17:47:29 | Stat/Beat: EP04 | | CEEYADL |
| 3E49 | EPD417 | L | Location Change | 03/30/2015 17:47:37 | BLOCKING TO THE NORTH | | CEEYADL |
| 3E49 | EPD417 | A | Arrived | 03/30/2015 17:47:38 | | | CEEYADL |
| CMD10 | EPD338 | D | Dispatched | 03/30/2015 18:01:25 | | | CEEYEJS |

COE 000623

Exhibit 123 at 4
MSJ Case No. 6:17-cv-00424

3/31/2015 EventReport

| Unit | EPD | Status | Action | Date/Time | Details | | Ref |
|---|---|---|---|---|---|---|---|
| 4X41 | EPD353 | D | Dispatched | 03/30/2015 18:07:44 | Stat/Beat: EPCW | | Unit:4X41 |
| 4X41 | EPD353 | E | En-Route | 03/30/2015 18:07:44 | Stat/Beat: EPCW | | Unit:4X41 |
| 1M11 | EPD122 | D | Dispatched | 03/30/2015 18:09:50 | Out Srv: [OUT] at 488 E 11TH AVE OFF AIR;2E13 | | CEEYADL |
| 1M11 | EPD122 | A | Arrived | 03/30/2015 18:09:50 | Out Srv: [OUT] at 488 E 11TH AVE OFF AIR;2E13 | | CEEYADL |
| 4E63 | EPD367 | D | Dispatched | 03/30/2015 18:10:23 | Stat/Beat: EP06 | | CEEYADL |
| 4E63 | EPD367 | E | En-Route | 03/30/2015 18:10:23 | Stat/Beat: EP06 | | CEEYADL |
| CMD10 | EPD338 | A | Arrived | 03/30/2015 18:13:15 | | | CEEYEJS |
| 4X41 | EPD353 | A | Arrived | 03/30/2015 18:15:53 | | | CEEYEJS |
| 4E13 | EPD403 | D | Dispatched | 03/30/2015 18:28:44 | Out Evt: [A] at 1000 VALLEY RIVER WAY | | CEEYTLR |
| 4E13 | EPD403 | L | Location Change | 03/30/2015 18:28:59 | FOR COMMAND BUS | | CEEYTLR |
| CMD2 | EPD335 | D | Dispatched | 03/30/2015 18:35:08 | | | CEEYEJS |
| 3J79 | CAH14981 | D | Dispatched | 03/30/2015 18:41:34 | 2E13 | | CEEYTLR |
| 3J79 | CAH14981 | E | En-Route | 03/30/2015 18:41:34 | 2E13 | | CEEYTLR |
| 1M12 | EPD112 | L | Location Change | 03/30/2015 18:42:14 | 450 COUNTRY CLUB | | CEEYADL |
| 1M12 | EPD112 | A | Arrived | 03/30/2015 18:42:14 | 450 COUNTRY CLUB;1M12 A | | CEEYADL |
| CMD2 | EPD335 | A | Arrived | 03/30/2015 18:45:06 | | | CEEYEJS |
| 4X41 | EPD353 | C | Cleared | 03/30/2015 18:48:39 | AO | AO | CEEYEJS |
| 4E63 | EPD367 | C | Cleared | 03/30/2015 18:51:50 | AO | AO | CEEYEJS |
| 4E13 | EPD403 | A | Arrived | 03/30/2015 18:54:39 | | | CEEYEJS |
| 1M11 | EPD122 | C | Cleared | 03/30/2015 19:02:08 | AO | AO | CEEYEJS |
| 4E13 | EPD403 | L | Location Change | 03/30/2015 19:12:22 | 2248 DEVOS ST | | CEEYEJS |
| 4E13 | EPD403 | A | Arrived | 03/30/2015 19:12:22 | 2248 DEVOS ST; 4E13 A | | CEEYEJS |
| 3W75 | EPD463 | D | Dispatched | 03/30/2015 19:22:00 | | | CEEYEJS |
| 3J79 | CAH14981 | A | Arrived | 03/30/2015 19:23:34 | | | CEEYTLR |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 19:41:35 | NORTH END | | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 19:41:35 | NORTH END; 3E59 A | | CEEYEJS |

3/31/2015 EventReport

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5E56 | EPD125 | D | Dispatched | 03/30/2015 19:44:07 | Stat/Beat: BP05;2E13 | | CEEYEJS |
| 5E47 | EPD622 | D | Dispatched | 03/30/2015 19:48:06 | Stat/Beat: BP04 | | CEEYADL |
| 4E63 | EPD367 | D | Dispatched | 03/30/2015 19:48:06 | Stat/Beat: BP06 | | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/30/2015 19:49:38 | | | CEEYADL |
| 4E31 | EPD616 | L | Location Change | 03/30/2015 19:55:38 | 450 COUNTRY CLUB | | CEEYADL |
| 4E31 | EPD616 | A | Arrived | 03/30/2015 19:55:39 | 450 COUNTRY CLUB;4E31 A | | CEEYADL |
| 5E47 | EPD622 | A | Arrived | 03/30/2015 19:55:48 | | | CEEYADL |
| 3E45 | EPD415 | C | Cleared | 03/30/2015 19:56:39 | AO | AO | CEEYADL |
| 3E45 | EPD415 | D | Dispatched | 03/30/2015 19:56:50 | Stat/Beat: BP04;5E47 | | CEEYADL |
| 3E45 | EPD415 | A | Arrived | 03/30/2015 19:56:50 | Stat/Beat: BP04;5E47 | | CEEYADL |
| 4E63 | EPD367 | A | Arrived | 03/30/2015 19:57:48 | | | CEEYADL |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 20:18:24 | 2525 CUBIT | | CEEYEJS |
| 3E56 | EPD633 | C | Cleared | 03/30/2015 20:20:56 | AO | AO | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 20:23:30 | | | CEEYEJS |
| 3J79 | CAH14981 | L | Location Change | 03/30/2015 20:23:40 | 2525 CUBIT ST | | CEEYEJS |
| 3E68 | EPD612 | L | Location Change | 03/30/2015 20:25:17 | 400 COUNTRY CLUB RD | | CEEYEJS |
| 2E13 | EPD143 | L | Location Change | 03/30/2015 20:25:30 | 400 COUNTRY CLUB | | CEEYEJS |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 20:37:34 | | | CEEYEJS |
| 3E68 | EPD612 | L | Location Change | 03/30/2015 20:37:45 | 450 COUNTRY CLUB RD | | CEEYEJS |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 20:37:45 | 450 COUNTRY CLUB RD; 3E68 A | | CEEYEJS |
| 2E13 | EPD143 | A | Arrived | 03/30/2015 20:38:44 | | | CEEYEJS |
| 3W75 | EPD463 | A | Arrived | 03/30/2015 20:39:10 | | | Unit:3W75 |
| 3X31 | EPD146 | C | Cleared | 03/30/2015 20:43:23 | AO | AO | CEEYEJS |
| 'E95 | EPD386 | L | Location Change | 03/30/2015 20:45:34 | 400 COUNTRY CLUB RD | | CEEYEJS |
| 3E95 | EPD386 | A | Arrived | 03/30/2015 20:45:34 | 400 COUNTRY CLUB RD; 3E95 A | | CEEYEJS |
| | | | | 03/30/2015 | | | |

http://pejsrvopctr.psj.net/opcenter/CAD/EventReport.aspx?inci_id=15072570&callrefno=        6/15

COE 000625

Exhibit 123 at 6
MSJ Case No. 6:17-cv-00424

3/31/2015     EventReport

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2X21 | EPD270 | C | Cleared | 20:50:44 | AO | AO | CEEYEJS |
| 3J79 | CAH14981 | A | Arrived | 03/30/2015 21:00:21 | | | CEEYEJS |
| 1E31 | EPD616 | C | Cleared | 03/30/2015 21:09:50 | | AO | Unit:4E31 |
| 3J79 | CAH14981 | C | Cleared | 03/30/2015 21:14:32 | ASST | ASST | CEEYTLR |
| 4E63 | EPD367 | C | Cleared | 03/30/2015 21:16:19 | AO | AO | CEEYEJS |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 21:21:18 | HQ | | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 21:21:19 | HQ; 3E59 A | | CEEYEJS |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 21:22:59 | 400 COUNTRY CLUB RD | | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 21:22:59 | 400 COUNTRY CLUB RD; 3E59 A | | CEEYEJS |
| 1M12 | EPD112 | C | Cleared | 03/30/2015 21:25:37 | AO | AO | CEEYEJS |
| 3E68 | EPD612 | L | Location Change | 03/30/2015 21:42:18 | 2/LINCOLN | | CEEYADL |
| 3E45 | EPD415 | L | Location Change | 03/30/2015 21:43:15 | HQ/REPT | | CEEYADL |
| 3E45 | EPD415 | A | Arrived | 03/30/2015 21:43:20 | ;3E45 RW 120 | | CEEYADL |
| 3E88 | EPD279 | L | Location Change | 03/30/2015 21:45:04 | 450 COUNTRY CLUB | | CEEYADL |
| 3E88 | EPD279 | A | Arrived | 03/30/2015 21:45:04 | 450 COUNTRY CLUB;3E88 A | | CEEYADL |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 21:46:18 | ;3E68 RW 120 | | CEEYADL |
| CMD2 | EPD335 | C | Cleared | 03/30/2015 21:52:08 | | REPT | CEEYADL |
| 3E59 | EPD614 | C | Cleared | 03/30/2015 21:54:32 | AO | AO | CEEYADL |
| 3E68 | EPD612 | L | Location Change | 03/30/2015 22:03:22 | HQ | | CEEYADL |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 22:03:22 | HQ;3E68 A;3E68 RW 120 | | CEEYADL |
| 3E49 | EPD417 | L | Location Change | 03/30/2015 22:06:00 | HQ | | CEEYADL |
| 3E49 | EPD417 | A | Arrived | 03/30/2015 22:06:00 | HQ;3E49 A | | CEEYADL |
| 3E68 | EPD612 | C | Cleared | 03/30/2015 22:34:38 | AO | AO | CEEYADL |
| 3E88 | EPD279 | C | Cleared | 03/30/2015 22:43:19 | AO | AO | CEEYADL |
| 3E95 | EPD386 | C | Cleared | 03/30/2015 22:45:40 | AO | AO | CEEYADL |
| 3E49 | EPD417 | C | Cleared | 03/30/2015 22:55:21 | AO | AO | CEEYADL |

COE 000626

Exhibit 123 at 7
MSJ Case No. 6:17-cv-00424

3/31/2015 · EventReport

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2E13 | EPD143 | C | Cleared | 03/30/2015 22:55:36 | AO | AO | CEEYADL |
| 3E45 | EPD415 | C | Cleared | 03/30/2015 22:55:52 | AO | AO | CEEYADL |
| 4E13 | EPD403 | C | Cleared | 03/30/2015 23:14:49 | AO | AO | CEEYADL |
| 4E13 | EPD403 | D | Dispatched | 03/30/2015 23:14:58 | Stat/Beat: EP01;5E47 | | CEEYADL |
| 4E13 | EPD403 | A | Arrived | 03/30/2015 23:14:58 | Stat/Beat: EP01;5E47 | | CEEYADL |
| CMD10 | EPD338 | C | Cleared | 03/31/2015 00:39:14 | AO | AO | CEEYADL |
| 5E56 | EPD125 | L | Location Change | 03/31/2015 01:19:03 | SHOPS W/BEARCAT | | CEEYADL |
| 5E47 | EPD622 | L | Location Change | 03/31/2015 01:20:20 | SHOPS | | CEEYADL |
| 3W75 | EPD463 | C | Cleared | 03/31/2015 01:22:44 | AO | AO | CEEYADL |
| 3W74 | EPD800 | C | Cleared | 03/31/2015 01:23:16 | AO | AO | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/31/2015 01:25:57 | | | CEEYADL |
| 5E47 | EPD622 | A | Arrived | 03/31/2015 01:26:11 | | | CEEYADL |
| 5E47 | EPD622 | L | Location Change | 03/31/2015 01:37:19 | 2248 DEVOS ST | | CEEYADL |
| 5E56 | EPD125 | L | Location Change | 03/31/2015 01:37:19 | 2248 DEVOS ST | | CEEYADL |
| 5E47 | EPD622 | A | Arrived | 03/31/2015 01:41:46 | | | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/31/2015 01:41:46 | | | CEEYADL |
| 5E56 | EPD125 | L | Location Change | 03/31/2015 01:47:02 | ECU | | CEEYCXA |
| 5E56 | EPD125 | L | Location Change | 03/31/2015 01:53:27 | ECU | | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/31/2015 01:53:27 | ECU;5E56 A | | CEEYADL |
| 5E47 | EPD622 | L | Location Change | 03/31/2015 02:07:19 | HQ | | CEEYADL |
| 5E47 | EPD622 | A | Arrived | 03/31/2015 02:07:19 | HQ;5E47 A | | CEEYADL |
| 5E56 | EPD125 | C | Cleared | 03/31/2015 02:16:12 | AO | AO | CEEYADL |
| 5E56 | EPD125 | E | En-Route | 03/31/2015 02:18:36 | Stat/Beat: EP05;5E47 | | CEEYADL |
| E56 | EPD125 | D | Dispatched | 03/31/2015 02:18:36 | Stat/Beat: EP05;5E47 | | CEEYADL |
| 5E47 | EPD622 | C | Cleared | 03/31/2015 02:21:12 | AO | AO | CEEYADL |

3/31/2015                                       EventReport

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5E56 | EPD125 | L | Location Change | 03/31/2015 02:22:12 | HQ | | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/31/2015 02:22:12 | HQ;5E56 A | | CEEYADL |
| 5E56 | EPD125 | C | Cleared | 03/31/2015 02:40:45 | | AO | CEPDJZB |
| 4E13 | EPD403 | L | Location Change | 03/31/2015 02:58:31 | EPD HEADQUARTERS | | CEPDJZB |
| 4E13 | EPD403 | A | Arrived | 03/31/2015 02:58:33 | | | CEPDJZB |
| 4E13 | EPD403 | C | Cleared | 03/31/2015 03:16:55 | | AO | CEPDJZB |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TS | Time Spawned | 03/30/2015 17:06:24 | Initial call received at 03/30/2015 17:02:31 | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:06:42 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:07:01 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:07:11 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:07:42 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:07:54 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:08:02 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:08:35 | | | CEEYMAM |
| | | ARM | Added Remarks | 03/30/2015 17:09:05 | | | CEEYBJL |
| | | CHG | Changed PrimeUnit | 03/30/2015 17:09:23 | 3E95 --> 3E56 | | CEEYADL |
| | | ARM | Added Remarks | 03/30/2015 17:09:28 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:10:32 | | | CEEYTLR |
| | | ARM | Added Remarks | 03/30/2015 17:10:41 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:11:11 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:11:27 | | | CEEYMAM |
| | | ARM | Added Remarks | 03/30/2015 17:11:41 | | | CEEYMAM |
| | | ARM | Added Remarks | 03/30/2015 17:14:14 | | | CEEYTLR |
| | | ARM | Added Remarks | 03/30/2015 17:14:57 | | | CEEYADL |

3/31/2015 EventReport

| | | | | | | |
|---|---|---|---|---|---|---|
| | ARM | Added Remarks | 03/30/2015 17:17:00 | | | CEEYADL |
| | VHQ | Vehicle Query | 03/30/2015 17:17:04 | Tag:D49416 State: OR Type: PC | | CEEYADL |
| | ENT | Entered VehicleID | 03/30/2015 17:17:04 | D49416 | | CEEYADL |
| | ENT | Entered VehicleState | 03/30/2015 17:17:04 | OR | | CEEYADL |
| | ENT | Entered LicenseType | 03/30/2015 17:17:04 | PC | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:17:34 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:18:16 | | | CEEYMAM |
| | ARM | Added Remarks | 03/30/2015 17:18:26 | | | CEEYMAM |
| | ARM | Added Remarks | 03/30/2015 17:18:39 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:20:30 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:22:42 | | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:22:57 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:23:09 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:23:25 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:23:38 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:23:55 | | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:25:47 | | | CEEYEJS |
| | VCHS | Viewed Call History | 03/30/2015 17:26:46 | Location Information | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:26:56 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:27:09 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:29:18 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:29:41 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:30:50 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:31:20 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:31:55 | | | CEEYEJS |

| 3/31/2015 | | | | EventReport | | |
|---|---|---|---|---|---|---|
| | ARM | Added Remarks | 03/30/2015 17:34:53 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:37:20 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:38:21 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:39:10 | | | CEEYLNW |
| | VHQ | Vehicle Query | 03/30/2015 17:39:23 | Tag:D49416 State: OR Type:PC | | CEEYEJS |
| | VHQ | Vehicle Query | 03/30/2015 17:39:28 | Tag:095HFG State: OR Type:PC | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:40:30 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:41:19 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:41:40 | | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:41:46 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:43:05 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:43:37 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:43:46 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:43:56 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:44:01 | | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:44:14 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:44:21 | | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:44:45 | | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:45:08 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:46:51 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:47:40 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:48:01 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:49:49 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:51:48 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:52:25 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 | | | CEEYEJS |

| 3/31/2015 | | | | | EventReport | | |
|---|---|---|---|---|---|---|---|
| | | | | 17:52:38 | | | |
| | | ARM | Added Remarks | 03/30/2015 17:52:59 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:53:04 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:53:40 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:18 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:23 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:29 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:34 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:38 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:47 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:52 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:56 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:02 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:06 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:10 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:21 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:30 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:56:07 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:56:35 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:56:47 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:57:30 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:57:40 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:58:07 | | | CEEYLM W |
| | | ARM | Added Remarks | 03/30/2015 17:58:20 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:58:38 | | | CEEYEJS |
| | | | | 03/30/2015 | | | |

COE 000631

Exhibit 123 at 12
MSJ Case No. 6:17-cv-00424

EventReport

| | | | | | | |
|---|---|---|---|---|---|---|
| | ARM | Added Remarks | 17:58:43 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:59:22 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:00:50 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:00:55 | | | CEEYMAM |
| | ARM | Added Remarks | 03/30/2015 18:01:37 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:02:36 | | | CEEYMAM |
| | ARM | Added Remarks | 03/30/2015 18:02:40 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:02:56 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:03:46 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:07:31 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:11:29 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 18:12:04 | | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 18:12:38 | Units: 2E13,3B45,3E49,3E59,3E68 >>> 15Min. | | CEEYTLR |
| | ARM | Added Remarks | 03/30/2015 18:13:41 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:28:56 | | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 18:35:17 | Units: 1M11,1M12 >>> 60Min. | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 18:35:19 | Units: 2E13 >>> 60Min. | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 18:35:25 | Units: 2X21,3E45,3E49 >>> 60Min. | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 18:35:32 | Units: 3E56,3E59,3E68 >>> 60Min. | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 18:35:41 | Units: 3E88,3E95,3W74,3X31 >>> 60Min. | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 18:35:44 | Units: 4E31 >>> 60Min. | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 18:35:50 | Units: 4X41,CMD10 >>> 60Min. | | CEEYEJS |
| | RPT | Requested Report# | 03/30/2015 18:39:18 | EPD Report #15-05349 | | CEEYTLR |
| | ARM | Added Remarks | 03/30/2015 18:56:45 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 18:57:48 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 19:01:39 | | | CEEYADL |

| | | | | | |
|---|---|---|---|---|---|
| | ARM | Added Remarks | 03/30/2015 19:02:11 | | CEEYTLR |
| | ARM | Added Remarks | 03/30/2015 19:09:12 | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 19:14:34 | Units: CMD2 >>> 60M in. | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 19:40:10 | Units: 1M12 >>> 60M in. | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 19:41:13 | Units: 2E13,2X21,3E45,3E49,3E56,3E68,3E88,3E95,3J7 | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 19:41:25 | Units: 3X31,4E13,4E31,CMD10 >>> 60M in. | CEEYEJS |
| | VHQ | Vehicle Query | 03/30/2015 19:41:38 | TagD49416 State: OR Type: PC | CEEYCXA |
| | RSW | Reset Watchdog Timer | 03/30/2015 19:55:41 | Units: 4E31 >>> 120M in. | CEEYADL |
| | RSW | Reset Watchdog Timer | 03/30/2015 19:56:52 | Units: 3E45 >>> 120M in. | CEEYADL |
| | RSW | Reset Watchdog Timer | 03/30/2015 19:58:43 | Units: 5E47,3E59,4E13,2X21,4E63,4E31,5E56,3X31,3W7 | CEEYADL |
| | CHG | Changed PrimeUnit | 03/30/2015 20:20:54 | 3E56 --> 3E45 | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 20:45:04 | | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 20:45:07 | Units: 3E59 >>> 60M in. | CEEYEJS |
| | CHG | Changed PrimeUnit | 03/30/2015 20:47:56 | 3E45 --> CMD2 | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 21:00:12 | Units: 2E13,3E68,3W75 >>> 60M in. | CEEYEJS |
| | RSW | Reset Watchdog Timer | 03/30/2015 21:07:17 | Units: 3E95 >>> 60M in. | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 21:13:22 | . | CEEYTLR |
| | RSW | Reset Watchdog Timer | 03/30/2015 21:41:14 | Units: 3E59 >>> 120M in. | CEEYADL |
| | RSW | Reset Watchdog Timer | 03/30/2015 21:43:20 | Units: 3E45 >>> 120M in. | CEEYADL |
| | RSW | Reset Watchdog Timer | 03/30/2015 21:45:06 | Units: 3E88 >>> 120M in. | CEEYADL |
| | RSW | Reset Watchdog Timer | 03/30/2015 21:46:19 | Units: 3E68 >>> 120M in. | CEEYADL |
| | RSW | Reset Watchdog Timer | 03/30/2015 22:00:17 | Units: 2E13 >>> 120M in. | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 22:01:56 | | CEEYCNK |
| | ARM | Added Remarks | 03/30/2015 22:02:35 | | CEEYCNK |
| | RSW | Reset Watchdog Timer | 03/30/2015 22:03:22 | Units: 3E68 >>> 120M in. | CEEYADL |
| | RSW | Reset Watchdog Timer | 03/30/2015 22:07:54 | Units: 5E47,4E13,5E56,3W74,3E95,3E45,3W75,CMD10,2E | CEEYADL |

COE 000633

Exhibit 123 at 14
MSJ Case No. 6:17-cv-00424

3/31/2015 EventReport

| | | | | | |
|---|---|---|---|---|---|
| | RSW | Reset Watchdog Timer | 03/30/2015 23:08:04 | Units: 5E47,4E13,5E56,3W74,3W75,CMD10 >>> 60Min. | CEBYADL |
| | RSW | Reset Watchdog Timer | 03/30/2015 23:15:01 | Units: 4E13 >>> 120Min. | CEBYADL |
| | RSW | Reset Watchdog Timer | 03/31/2015 00:08:11 | Units: 5E47,4E13,5E56,3W74,3W75,CMD10 >>> 200Min. | CEBYADL |
| | RSW | Reset Watchdog Timer | 03/31/2015 00:46:53 | Units: 3W74,3W75 >>> 60Min. | CEBYADL |
| | ARM | Added Remarks | 03/31/2015 01:21:13 | | CEBYADL |
| | RSW | Reset Watchdog Timer | 03/31/2015 01:41:51 | Units: 5E47,5E56 >>> 120Min. | CEBYADL |
| | RSW | Reset Watchdog Timer | 03/31/2015 01:53:30 | Units: 5E56 >>> 120Min. | CEBYADL |
| | RSW | Reset Watchdog Timer | 03/31/2015 02:07:22 | Units: 5E47 >>> 120Min. | CEBYADL |
| | ARM | Added Remarks | 03/31/2015 02:15:08 | | CEBYDMS |
| | RSW | Reset Watchdog Timer | 03/31/2015 02:22:14 | Units: 5E56 >>> 120Min. | CEBYADL |
| | RSW | Reset Watchdog Timer | 03/31/2015 03:15:22 | Units: 4E13 >>> 60Min. | CEPDJZB |

### Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIGGINS, BECKY | CALLER | | | | 0 | | | | (541) 912-4931 | | |

### Related Vehicles

| Lic Tag | State | Type | Year | Make | Model | Color1 | Color2 | Vin |
|---|---|---|---|---|---|---|---|---|
| 095HFG | OR | REGULAR PASSENGER VEHICLE | 0 | | | | | |

| Lic Tag | State | Type | Year | Make | Model | Color1 | Color2 | Vin |
|---|---|---|---|---|---|---|---|---|
| D49416 | OR | REGULAR PASSENGER VEHICLE | 0 | | | | | |