*James Antonini*

*McGowan v Stutesman, et al.*

*June 13th, 2018*



**CC REPORTING AND VIDEOCONFERENCING**
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

Exhibit 5
Page 1 of 60

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


RONDA MCGOWAN, Personal          )
Representative for Estate of     )
Brian Babb, LEE BABB, CONNOR     )
BABB, by and through Guardian    )
ad litem, STEPHANIE WOODCOOK,    )
KAYLEE BABB,                     )
                                 )
          Plaintiffs,            )
     v.                          ) No. 6:17-cv-00424-TC
                                 )
WILL STUTESMAN, OFFICER GROSE,   )
OFFICER PIESKE, SGT. MCALPINE,   )
CITY OF EUGENE, a municipal      )
subdivision of the State of      )
Oregon, JANE DOE CALL TAKER,     )
John and Jane Does 1-10,         )
                                 )
          Defendants.            )



DEPOSITION OF JAMES ANTONINI

June 13, 2018

Wednesday

11:25 A.M.



        THE DEPOSITION OF JAMES ANTONINI was taken

at CC Reporting & Videoconferencing, 172 East 8th

Avenue, Eugene, Oregon, before Christine Oljace,

CSR, RPR, CRC, Certified Shorthand Reporter in and

for the State of Oregon.

```
 1                      APPEARANCES

 2

 3   For the Plaintiffs:

 4        MS. MICHELLE R. BURROWS
          420 SW Washington, Suite 300
 5        Portland, Oregon  97204
          503/241-1955
 6        michelle.r.burrows@gmail.com

 7

 8   For the Defendants:

 9        ROBERT FRANZ, JR. LAW OFFICES
          730 B Street
10        Springfield, Oregon  97477-4720
          541/741-8220
11        BY:  MR. ROBERT FRANZ, JR.
          rfranz@franzlaw.comcastbiz.net
12

13

14   Also Present:

15        STEPHANIE WOODCOOK

16        JAMIE IBOA

17

18   Reported by:

19        CHRISTINE OLJACE, CSR-RPR

20        CC REPORTING & VIDEOCONFERENCING

21        EUGENE      541/485-0111

22

23

24

25
```

3

1

2                                  INDEX

3

4   WITNESS........................................PAGE

5   JAMES ANTONINI

6        BY MR. FRANZ                                    4

7        BY MS. BURROWS                                 28

8

9

10  EXHIBITS:   NONE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 5
Page 4 of 60

James Antonini

4

```
 1                   JAMES ANTONINI,

 2   having been first duly sworn to testify the truth,

 3   the whole truth, and nothing but the truth, was

 4   examined and testified as follows:

 5

 6                    EXAMINATION

 7   BY MR. FRANZ:

 8       Q.    For the record, will you please state your

 9   full name?

10       A.    James Robert Antonini.

11       Q.    Mr. Antonini, have you ever had your

12   deposition taken before where you have had a court

13   reporter?

14       A.    No court reporter.

15       Q.    Okay.  What we are going to do here is you

16   are under oath to tell the truth, so we are going to

17   ask you some questions about your relationship with

18   Mr. Babb and that day of the incident.

19            The court reporter will take down each

20   question and each answer.  It will then be

21   transcribed in a booklet, 8 1/2 by 11.  When the

22   deposition is over, you have a chance to read the

23   transcript and then make any corrections.  At the

24   end of the deposition there will be a -- there will

25   be a page, a correction page.
```

1      A.     Uh-huh.

2      Q.     So we are going to mail that deposition to

3  you with a correction page.  So if you said the word

4  "to" and the court reporter wrote down t-o but you

5  meant t-w-o, you would just make that change on the

6  back of the page.  When you get the deposition sent

7  to you, go ahead and keep the deposition.  I will

8  furnish that copy to you.  But the correction page,

9  if there are any corrections, send it back to the

10  court reporter.  If there are no corrections, just

11  sign the page there is no corrections, and send it

12  back to the court reporter.

13          So what address can she mail the

14  deposition to?

15      A.     195 East Anchor, Santa Clara, 97404.

16      Q.     Is that your current residence?

17      A.     Yes, sir.

18      Q.     Back in 2015, prior to the death of

19  Mr. Babb, what was your cell phone number?

20      A.     Same as it is now.

21      Q.     Okay.  And what is that?

22      A.     (503)449-3218.

23      Q.     Okay.  Could you tell us a little bit

24  about -- just a brief background so we kind of know

25  who you are?  High school graduate?

James Antonini

6

```
1       A.      Yes.

2       Q.      From where?

3       A.      Churchill.

4       Q.      Okay.  And then what did you do after high

5  school?

6       A.      Navy.  And then -- how much detail do you

7  want?

8       Q.      Yeah.  I will step you through it.

9               Where were you in the -- did you go right

10 from high school to the Navy?

11      A.      I did.  I got hurt, though, and so I came

12 out early as a medical discharge.

13      Q.      Okay.  So did you go right out of high

14 school?

15      A.      Yes.

16      Q.      Where were you stationed?

17      A.      Florida.

18      Q.      How long were you in?

19      A.      A year and a half.

20      Q.      Okay.  And then -- okay.  After your

21 discharge, generally speaking -- how old are you

22 now?

23      A.      47.

24      Q.      Okay.  So generally speaking -- well, what

25 do you do now for a living?
```

1     A.    Work for Veteran Affairs.

2     Q.    And when you were living with Mr. Babb,

3 you had a construction company?

4     A.    Yes, sir.

5     Q.    So just between Navy -- real brief, was it

6 just construction work --

7     A.    No.

8     Q.    -- off and on?

9     A.    I worked for UPS for eight years in

10 management.  Then started construction.

11     Q.    Okay.  So UPS, the delivery?

12     A.    Yes.

13     Q.    Is it true if they break a mirror they get

14 fired?

15     A.    Not that I am aware of.

16     Q.    I heard that if the driver breaks a

17 mirror, he gets fired.

18          MR. FRANZ:  Have you ever heard that?

19          MS. IBOA:  No.

20 BY MR. FRANZ:

21     Q.    So that is not true?

22     A.    Not to my knowledge.

23     Q.    Did you ever have to be a driver?

24     A.    No, sir.

25     Q.    Okay.  So UPS management.  And anything

1  else of significance?

2      A.    Nothing of significance.

3      Q.    Okay.  So then when did you first meet

4  Mr. Babb, Brian Babb?

5      A.    I think my first acquaintance with him was

6  probably in I would say the '90s, like maybe early

7  '90s, mid '90s.

8      Q.    And so how did you happen to meet him?

9      A.    Construction.  I did just a short stint of

10 just -- he worked for Morse Brothers and I worked

11 for Morse Brothers -- or he was associated with

12 Morse Brothers, and that is where we became

13 acquainted.

14     Q.    Now, is he any relationship to the

15 other -- what is it?  Eugene Sand & Gravel?

16              MR. FRANZ:  What is the Babb family?

17              MS. WOODCOOK:  Delta Sand & Gravel.

18 BY MR. FRANZ:

19     Q.    So did you ever work for Delta Sand &

20 Gravel?

21     A.    No, sir.

22     Q.    Okay.  So then after you first met him,

23 what -- when did you first move in with him?

24     A.    Well, it was many years later.  I think it

25 was in two thousand -- I don't know exactly, but I

1    am going to guess it was probably two thousand --

2    two thousand -- well, he was -- probably 2013 maybe,

3    '12.

4        Q.    Okay.  And had you known -- how good --

5    how would you describe your relationship prior to

6    moving in with him for that?

7        A.    Just spotty, off and on.  We just always

8    had a lot of things in common, so we just had kind

9    of some connections.

10       Q.    Then how was it you moved in with him?

11       A.    We reacquainted.  And I was, I think, in

12   the process of moving to Eugene from Portland, and

13   it just worked out that I stayed with him for a

14   while.  And then it just turned into a couple years,

15   I think.

16       Q.    And was that the same house -- what is the

17   address of the house that you lived with him?

18       A.    Devos.  I can't remember the number.

19       Q.    No.  That is fine.

20             And then did you always have the same

21   bedroom?

22       A.    I had my own bedroom, yeah.

23       Q.    Yeah, but at the same location?

24       A.    Yes, sir.

25       Q.    So I am not good at north and south, but

James Antonini

10

1    if I am standing at the front door of the house,

2    what bedroom did you have?

3        A.    It would be on the south side.

4        Q.    So is that left-hand side?

5        A.    Yes, sir.

6        Q.    And the door -- I can picture the door.

7    Is there a bed -- is your bedroom right above the

8    door or a little bit to the left as I'm facing the

9    door?

10       A.    It would be to the south.

11       Q.    A little bit to the left?

12       A.    Yes, sir.

13       Q.    And then where was the bedroom of Brian

14   Babb?

15       A.    To the north.

16       Q.    Same side of the house?  Front side of the

17   house?

18       A.    No.  Same side, north and south side of

19   the east side.

20       Q.    So was his -- how many bedrooms were in

21   the house?

22       A.    Let's see.  One, two, three.

23       Q.    Are the bedrooms all upstairs?

24       A.    Yes, sir.

25       Q.    Okay.  So when you moved in, you said you

Exhibit 5
Page 11 of 60

1  thought it was 2013?

2      A.    Roughly.  Maybe '14.  I can't -- I

3  honestly can't recall --

4      Q.    Okay.

5      A.    -- exact.

6      Q.    And maybe fast forward to just the last

7  three months.  So what -- these questions are going

8  to be towards January, February, March of 2015.

9      A.    Uh-huh.

10     Q.    What was your usual routine?

11     A.    I worked a lot.  I get up early and come

12 home around 4:00 or 5:00 probably.  It just depends

13 on the day.  I was self-employed at the time.

14     Q.    In construction?

15     A.    Yes, sir.

16     Q.    And when you say you got up early, like

17 what?

18     A.    Oh, 6:00 maybe, between 6:00 and 7:00.

19 That is early to me.

20     Q.    Okay.  And then you would get home at

21 4:00?

22     A.    Roughly.  It varied.

23     Q.    And then would you pretty much stay -- did

24 you eat out a lot?  Did you cook in food-wise?

25     A.    No.  I ate out a lot.  I didn't use the

James Antonini

12

1  kitchen, very seldom.

2      Q.    Okay.  And do you know what Brian Babb's

3  routine was?

4      A.    Can you be more specific?

5      Q.    Yeah.  Like would he be up when you got

6  up?

7      A.    Usually, yeah.

8      Q.    What would he be doing?

9      A.    Well, I mean, he would -- it just depended

10 on the day.  Sometimes he would go to work with me.

11 Sometimes he would stay home, and I am not sure what

12 his daily routine was when I wasn't with him.

13     Q.    Did you observe him drinking alcohol every

14 day?

15     A.    No.

16     Q.    For the last -- how often for that -- from

17 January, February, March 2015, how often would he

18 drink alcohol?

19     A.    I guess about every day.

20     Q.    Okay.

21     A.    Yeah.

22     Q.    And how much would he drink that you know

23 of?

24     A.    I can't give you an accurate amount, to be

25 honest with you.

Exhibit 5
Page 13 of 60

James Antonini

13

1    Q.    How much would you see him drink?

2    A.    He hid it pretty well, so I can't really

3  give you a fair -- a fair estimate of -- I mean, I

4  don't think it is fair for me to comment on that,

5  because I don't really know.  I mean, from 5 to 20

6  beers a day maybe.  I -- you know, I would say it

7  was somewhere in that range.

8    Q.    Where would he purchase the beer?

9    A.    At the store.

10    Q.    Do you know what store?

11    A.    Dari Mart.

12    Q.    And because I am not familiar with that

13  side of town --

14    A.    Okay.

15    Q.    -- where would that Dari Mart be located?

16    A.    It is about a mile and a half from the

17  residence, if that.

18    Q.    And do you know -- would you ever purchase

19  beer for him?

20    A.    No.

21    Q.    Did you ever go with him when he purchased

22  beer?

23    A.    Sure.

24    Q.    Would he use a credit card or cash?

25    A.    I -- honestly, I can't remember.  I mean,

Exhibit 5
Page 14 of 60

Case 6:17-cv-00424-MC   Document 44-5   Filed 11/13/18   Page 15 of 60
James Antonini
14

1   it probably varied.  I would say -- you know, I have

2   no idea, honestly.

3       Q.    Okay.

4       A.    Sorry.

5       Q.    No.  I was just trying --

6       A.    I understand.

7       Q.    So what about medication?  Did he take

8   medication those last three months, January,

9   February, March 2015?

10      A.    Medication as far as --

11      Q.    Any medication that you know of.

12      A.    Yes.

13      Q.    What medications did he take?

14      A.    Oh, man.  I have no -- I mean, I -- I am

15  not his doctor, so I don't know exactly.  But, I

16  mean, I am assuming it was -- I am not going to

17  assume, but I -- I don't know.

18      Q.    So you prepared his medication for him,

19  though, didn't you?  Did you get his -- put the --

20  get his medication --

21      A.    At times.

22      Q.    -- and put it in pill boxes?

23      A.    Yes, sir.

24      Q.    So what medication -- when you say you

25  have a pill box, first of all, was it like -- the

15

```
1   pill boxes I have seen, they are like a long

2   rectangle and they have a day, and then you put

3   medication for each day?

4       A.    Yes, sir.

5       Q.    Is that the same type?

6       A.    Basically.

7       Q.    So what would you put in for like a

8   Monday?

9       A.    I don't remember the pharmaceutical names,

10  but I am assuming they were blood pressure

11  medicines.  I know he took some anxiety medicine

12  maybe.  I don't really -- I can't comment on that,

13  because I don't know exactly what the medicines

14  were.  I don't know exactly what they were, what

15  they were treating him for, but I do know that he

16  took medication.

17      Q.    And could you tell when he was on and off

18  medications?

19      A.    Yeah.

20      Q.    And how could you tell?

21      A.    Just -- I don't know.  Just demeanor

22  maybe, mood.

23      Q.    All right.  So take me through the day of

24  the incident.  What time did you come home?

25      A.    It is really hard for me to talk about my
```

James Antonini

16

1  buddy.  And then, you know, I am not going to go

2  down a road where I am going to, like, diminish his,

3  you know -- or say anything bad about him, so if

4  that is what I need to do, it is not going to

5  happen.

6      Q.    So you are going to refuse -- so let's

7  just get this --

8      A.    Yeah.

9      Q.    -- get it straight.

10         So you are going to refuse to answer any

11  of my questions that reflect bad on Mr. Babb?

12      A.    I am not going to refuse, but I am only

13  going to give you the facts that I know, that I

14  recall.  I am not going to say if it is reflecting

15  bad or good on him.  But I am just saying I am not

16  going to speculate.

17      Q.    I don't think I am asking you to

18  speculate.

19      A.    Okay.  All right.

20      Q.    I am going to ask fact questions --

21      A.    Okay.

22      Q.    -- but if the factual question I ask you

23  reflects bad on him, are you going to answer it?

24         MS. BURROWS:  Well, that is an

25  objectionable question.

17

```
 1              MR. FRANZ:  Well, I need to know
 2   whether he is going to answer my questions or not.
 3              MS. BURROWS:  Well --
 4              THE WITNESS:  If I don't answer them,
 5   can I go home?
 6   BY MR. FRANZ:
 7      Q.   If you don't answer them, I can't stop you
 8   from going home.
 9      A.   Okay.
10      Q.   I can only get a court order to make you
11   answer them.  You are not in jail.  I don't have the
12   power to arrest you.  You don't have an attorney
13   so --
14      A.   Okay.
15      Q.   I mean, if you want to, you can get up
16   and --
17      A.   I am not trying to be an asshole about it.
18   I'm just -- it puts me in a really bad spot.  I am
19   not okay with --
20              MS. BURROWS:  Maybe, Mr. Antonini, you
21   could let Mr. Franz ask his questions.
22              THE WITNESS:  Yeah.  Go ahead and ask
23   the questions.
24              MS. BURROWS:  And each question we
25   will assess individually.
```

1          THE WITNESS:  Okay.

2    BY MR. FRANZ:

3        Q.    Okay.  And if you are not giving me the

4    whole truth, will you tell me you are not?

5        A.    Absolutely.  100 percent.

6        Q.    I mean, if you give me the truth --

7        A.    I am not going to say anything but the

8    truth.

9        Q.    Okay.  So tell me, what time did you get

10   home?

11       A.    I am sorry.  What?

12       Q.    What time did you get home on the day of

13   the incident?

14       A.    On the day of the incident, I believe it

15   was between 4:00 and 4:30, in that area.

16       Q.    And what did you do?

17       A.    I went directly to my bedroom.

18       Q.    Okay.  And what did you do in your

19   bedroom?

20       A.    I was on my computer just doing some

21   bills, some invoicing for the day's work, I believe.

22       Q.    And did you shut the bedroom door?

23       A.    Yes, sir.

24       Q.    Did you lock it?

25       A.    I think I did, if I recall.

19

```
1      Q.    Why would you lock the door?

2      A.    Privacy.

3      Q.    From whom?

4      A.    Well, I mean, there was kids and Brian --

5   not necessarily Brian.  Brian was good about

6   knocking.  He never would come in my room without

7   knocking, but there was kids, and his kids were

8   there and -- just privacy.

9      Q.    So -- and I am talking about March 30th,

10  2015.

11     A.    Yes, sir.

12     Q.    His kids were there that day?

13     A.    No, sir.

14     Q.    Okay.  So --

15     A.    I see where you are going on this.  I just

16  lock the door.

17     Q.    I am just wondering why you locked the

18  door.  It is not a trick question.

19     A.    If I tell you I didn't lock the door,

20  would that make you feel better?

21     Q.    I just want to know the truth.

22     A.    I locked the door.

23     Q.    I don't want you to make me feel good.

24     A.    Okay.  Good.

25     Q.    Just factually --
```

James Antonini

20

1    A.    I locked the door.

2    Q.    Okay.  And why did you lock the door?  Is

3  your answer privacy?

4    A.    Yeah.  That is a -- yeah.

5    Q.    I will accept that.

6    A.    Yeah, privacy.

7    Q.    All right.  And then what happened?

8    A.    I recall I was in my bedroom, and I heard

9  the hailing of the police department in the front of

10 the house.  At that point I hadn't had any contact

11 with Brian, I don't believe, that day.  Maybe a

12 brief "good morning."  I can't recall.  But when I

13 came home I went to my bedroom, and Brian was in his

14 bedroom.

15        I heard the hailing, and I didn't know

16 what was going on, so I, you know, looked out the

17 window.  I saw the police.  I came out of my

18 bedroom, and at the same time I came out of my

19 bedroom, Brian came out of his bedroom.

20        We went downstairs.  I was -- just recall

21 asking Brian what was going on, you know.  I mean,

22 my first initial thought was that he had, like, I

23 don't know, robbed a bank or got in a fight or

24 something, and the police were here to get him.  You

25 know, I had no idea what was going on at that point.

Exhibit 5
Page 21 of 60

21

1   I was completely clueless.  And then I just went out

2   the front door to try to figure out what was going

3   on.

4            And I remember -- how much detail do you

5   want?

6       Q.   I want --

7       A.   As much as I can recall?

8       Q.   Yes.

9       A.   Okay.  So I remember coming out the front

10  door, and I remember there being police officers on

11  the roofline of the two houses to the north and

12  south.  And I remember -- I didn't see the gentleman

13  in the turret.  I just remember coming out of the

14  house with my hands up.  They thought I was Brian

15  Babb.  I explained to them I am not Brian Babb.  You

16  know, I had no idea at that point still what was

17  going on.

18           I proceeded to the back of the -- is it

19  called a BearCat?  I assume that is what they called

20  it, if I am using it correctly, the BearCat.  And I

21  explained to -- if I remember correctly, the

22  officers were asking me questions about where Brian

23  was in the residence, what his demeanor was.

24           And I recall saying that he was upset, he

25  was agitated.  I did tell the police officers that

1  he was at his gun safe.  I did let them know that he

2  had weapons, because he -- when I was exiting the

3  residence, he was attempting to get into the gun

4  safe.

5          So I -- they had me in the back of the

6  BearCat.  And then I kept asking the officer to

7  contact him on the phone so I could speak to him.  A

8  few minutes went by -- maybe not even minutes, maybe

9  seconds.  It seemed like a long time.  And then I

10 heard a gunshot, and the officers from the back of

11 the Humvee said, "Brian has fired a round."

12          I replied -- I knew that Brian -- what his

13 weapon was, and I knew that the sound of the gun was

14 not reflective of what his weapon was.  It wasn't

15 the same caliber gun that was shot.  We hunt and

16 fish together a lot, so this is my thing.

17          So a couple seconds went by, and then the

18 officer in the turret came out of the turret.  He

19 said, "I just shot.  It was me that shot."  I can't

20 remember his exact verbiage.  I am like -- he is

21 like, "I shot him.  It was me."

22          And I remember just feeling like -- it was

23 so odd, the whole situation, about how no one had

24 known that the officer in the turret had shot the

25 round.  And here I am just giving my own opinion.

```
 1  But anyway, it is irrelevant.

 2          And then, I mean, there were some things

 3  that happened in between there, but then the BearCat

 4  proceeded to move forward onto the -- you know,

 5  approaching the area where Brian was shot.  And then

 6  from there, they took me out of the turret, took me

 7  to the squad car, and detained me for like three

 8  hours until they got things settled down.

 9      Q.   Now, when you left, where did you go that

10  night after you -- I take it you did not stay at the

11  house.

12      A.   No.  There was blood everywhere.

13      Q.   Where did you go that night?

14      A.   I went to a friend's house.

15      Q.   Okay.  Now, you said that the police were

16  hailing you out.  I take it you mean they were

17  giving commands.

18      A.   Not hailing me.  They were hailing Brian.

19      Q.   Okay.  What were they saying?

20      A.   Oh, they were calling Brian's name.  "Come

21  out."  I can't remember the exact verbiage, but it

22  was "Brian Babb, please come out.  Please" -- you

23  know, "Please exit the residence."  That was the

24  verbiage I remember.

25      Q.   Okay.  And so you said that you came out
```

1  of the bedroom, and then Brian came out of his

2  bedroom.  And I haven't been in the bedrooms.  Do

3  the bedrooms meet at a staircase, or do you have to

4  walk somewhere?  How do you get downstairs from your

5  bedroom?

6      A.    It is basically a landing on the second

7  floor, and you have to meet in the middle in order

8  to go downstairs.

9      Q.    Okay.  And so was he in front of you or

10  behind you when you went down the stairs?

11     A.    He was to the side, and then he kind of

12  rushed down me -- in front of me, and then he got

13  down to the -- he went down to the gun safe.  And

14  then I am coming down the stairs, and I just

15  proceeded out the front door.

16          Well, actually, excuse me.  I did not.  I

17  went over to the gun safe and tried to pull him off

18  the gun safe.  And then he -- it didn't work, so

19  that is when I proceeded to the front door.

20     Q.    How -- how -- you look pretty stocky.

21  What is your height and weight?

22     A.    Five eleven, 260.

23     Q.    And about the same in 2015?

24     A.    A little lighter, but yeah, roughly.

25     Q.    Do you lift weights?  Any special training

1   for strength?

2       A.    I did weight train.  Not anymore.

3       Q.    Okay.  And then what was the size of Brian

4   Babb in 2015?

5       A.    I would say he was five nine, 180 maybe.

6   180.

7       Q.    Okay.

8       A.    Maybe 200.  I don't know.  I can't answer

9   that question accurately.

10      Q.    Yeah.  And she really can't help you

11  but --

12      A.    He was stocky, though.  He was a tough --

13  tough.

14      Q.    When you say you tried to pull him off,

15  can you describe what you tried to do?

16      A.    I just grabbed his shoulder and tried to

17  pull him off like this, and then he just hit my hand

18  off like this and then started dialing the safe

19  again.

20      Q.    Okay.  So can you -- we don't have a

21  camera.  Can you physically depict what you just

22  showed me?  You took your left hand.

23      A.    Yeah.  So he was at the safe, and then --

24  I understand.  He was at the safe.  I walked up to

25  him.  He was throwing the dial on the safe.  I was

```
1   asking him what was going on, and he just kept

2   saying, "Tell them to get the fuck off my property.

3   Tell them to get the fuck off my property."

4           I couldn't talk to him, couldn't converse.

5   So I tried to grab him, and I was like, "Brian just

6   calm down.  Let's go out and talk to them."

7       Q.   Okay.  Describe that.

8       A.   I tried to grab him with the left hand to

9   pull him back.

10      Q.   And you grabbed him on that --

11      A.   On the shoulder.  I don't even know if it

12  was a grab.  It was more of a pull.

13      Q.   So it would have been his left shoulder?

14      A.   It would have been his right shoulder.

15      Q.   Oh, he is facing you?

16      A.   No.  He is facing the safe.

17      Q.   Okay.  So I am facing the safe.  You are

18  behind me?

19      A.   Yes, sir.

20      Q.   So you are grabbing his right shoulder?

21      A.   Yes, sir.

22      Q.   All right.  And he -- oh, okay.  So then

23  he just flips up his right hand?

24      A.   Exactly.

25      Q.   Okay.  And he said, "Tell them to get the
```

1   fuck off my property."  Anything else?

2       A.    I can't remember.  Just that is -- that is

3   all I remember.

4       Q.    Did he say, "I am really pissed"?

5       A.    No, he did not.

6       Q.    Okay.  And then did you say anything else

7   then?

8       A.    I knew I wasn't -- no, I didn't.  I went

9   to the front door.

10      Q.    Okay.  And then when is the last time you

11  saw him doing something?

12      A.    The last time I saw him was when they

13  were -- that is the last time I saw him.

14      Q.    When you walked through the door, you

15  didn't take one look back to see what he was doing?

16      A.    Huh-uh.

17      Q.    No?  You have to answer out loud.

18      A.    I did not.  I did not.  Sorry.  No, I did

19  not.

20      Q.    Yeah.

21      A.    I was more focused on the officers in the

22  front of the house because they had me pinned down,

23  so I was more worried about myself at that point.

24      Q.    So how did you open the door?  I mean, did

25  you open the door and then just like -- I don't want

1   to -- put your hands out or something?

2        A.    If I recall, I just opened the door, went

3   to the front porch, had my hands in the air.  And

4   they kept saying I was Brian Babb.  I was like "I'm

5   not Brian Babb."  And I just proceeded to walk

6   towards the BearCat, trying to explain to them, you

7   know, that I wasn't who they thought I was.

8        Q.    Okay.  I noticed you have a beard today.

9   Did you have a beard back then?

10       A.    I don't believe so.  No, sir.

11            MR. FRANZ:  Okay.  Okay.  Let me take

12   a break a second.

13            (Recess:  11:48 to 11:52 a.m.)

14            MR. FRANZ:  I have no more questions.

15            THE WITNESS:  Thank you.

16            MR. FRANZ:  I am switching because she

17   needs to be close to the conversation.

18            THE WITNESS:  No problem.  Thank you.

19

20                    EXAMINATION

21   BY MS. BURROWS:

22       Q.    Mr. Antonini, I am Michelle Burrows.  I am

23   an attorney.  I represent Brian Babb's estate in

24   this federal lawsuit.

25            Mr. Antonini, I do just want to ask you a

 1   few clarifying questions based on your testimony to

 2   Mr. Franz.

 3              You and I have never met before.  Is that

 4   correct?

 5       A.    Correct.

 6       Q.    Okay.  You testified that you came home

 7   from work that day somewhere between 4:00 and 4:30.

 8   Is that true?

 9       A.    Yes, ma'am.

10       Q.    Do you remember if you saw Brian when you

11   first got home?

12       A.    I did not.

13       Q.    Do you know where he -- could you hear him

14   talking on a phone or doing anything at that time?

15       A.    No, ma'am.

16       Q.    Was his door to his room closed?

17       A.    Yes, ma'am.

18       Q.    Did you assume that he was in his room?

19       A.    I did.

20       Q.    Okay.  Was there a landline at that house?

21       A.    No, ma'am.

22       Q.    Just -- so you had your own cell phone?

23       A.    (Nods head.)

24       Q.    Is that correct?

25       A.    Yes, ma'am.

James Antonini

30

```
1      Q.    And Brian, when he called, would use a
2  cell phone?
3      A.    Yes, ma'am.
4      Q.    Did he just have one cell phone that he
5  used?
6      A.    To my knowledge.
7      Q.    Okay.  All right.  Did you -- did he have
8  internet service at the house?
9      A.    Yes, ma'am.
10     Q.    Okay.  And you said that you were on the
11 computer doing billing and stuff, so were you using
12 that internet service?
13     A.    I believe I was, yes.
14     Q.    Okay.  I guess my point was you didn't
15 have your own subscription?
16     A.    I did, but I think on that particular day
17 I was using his internet.
18     Q.    Okay.  About how long had you been home
19 when you heard the hailing from the police officers?
20     A.    I can't recall exactly, but I would say
21 within 30 minutes of me being home.
22     Q.    And I know this sounds like a really
23 stupid question, but just bear with me --
24     A.    Okay.
25     Q.    -- because I have to think about a few
```

Exhibit 5
Page 31 of 60

1   things that are coming up in the lawsuit.

2       A.      That is okay.

3       Q.      Did you see any police officers parked on

4   the street when you came home?

5       A.      No, ma'am.

6       Q.      Did you see any police officers walking

7   around the neighborhood when you came home?

8       A.      No, ma'am.

9       Q.      Did you see any kind of what looked like a

10  command-type police vehicle anywhere near the

11  neighborhood?

12      A.      No, ma'am.

13      Q.      What route did you come in to the house

14  from?

15      A.      Barger to Devos.

16      Q.      Okay.

17      A.      So Barger west to Devos north.

18      Q.      Okay.  Did you know the neighbors around

19  Brian's house at all?

20      A.      Just -- not personally, just hi.

21      Q.      To say hi to?

22      A.      Yes, ma'am.

23      Q.      They knew who you were?

24      A.      You mean -- what do you mean?

25      Q.      Like they knew you were not a stranger and

1    that you had the right --

2        A.    I would assume that the neighbors knew

3    that I was a resident.

4        Q.    Okay.  When you say that the officers were

5    hailing -- and that is the word you have used -- how

6    were they doing that?  On the loud speaker?

7        A.    Yes, ma'am.

8        Q.    Could you -- did you look out your bedroom

9    window when you heard the hailing?

10       A.    Yes, ma'am.

11       Q.    What could you see from your window at

12   that point?

13       A.    The BearCat.

14       Q.    Did you see any other officers anywhere?

15       A.    No, ma'am.

16       Q.    Could you see the officers on the rooftops

17   that you talked about earlier?

18       A.    No, ma'am.

19       Q.    Okay.  Could you see -- so I have been in

20   your bedroom and I have been in the house.  So when

21   you said that you could see the BearCat, where was

22   it parked when you first saw it?

23       A.    It was parked at the -- at the entrance of

24   the driveway.

25       Q.    Of the driveway to Brian's house or the

1   neighbor's driveway?

2       A.     It was in the neighbor's.

3       Q.     Okay.  And --

4       A.     Actually, I retract that.

5       Q.     Go ahead.

6       A.     I don't -- I don't recall exactly.  I

7   honestly don't recall exactly where it was staged.

8   I just know that it was at the approach of the

9   driveway on the street side of Devos.

10      Q.     Okay.  Now, I have deposed virtually all

11  of the officers who responded that day or --

12      A.     I am sorry?

13      Q.     Pardon?

14      A.     What was the word you said?

15      Q.     Deposed.  I have questioned them as I am

16  questioning you now.

17             Some of the officers testified that they

18  were outside of the vehicle.

19      A.     They were.

20      Q.     How many could you see outside of the

21  vehicle?

22      A.     So not to confuse things, when I first saw

23  the BearCat out of my window, all I saw was the

24  BearCat.

25      Q.     Okay.

James Antonini

34

```
1      A.    I did not see the other officers until I

2  exited the residence.

3      Q.    Okay.  Fair enough.

4            Did you see any other patrol cars on the

5  street when you first looked out the window?

6      A.    When I looked out the window, it was

7  really brief.  It was just like a split second, and

8  I knew there was a problem.  That is when I

9  proceeded to go downstairs.

10     Q.    It would be a problem if cops are suddenly

11 hailing your house.

12     A.    It was unnerving, yes.

13     Q.    What did they -- what were they saying?

14     A.    I recall them hailing Brian Babb

15 specifically.  I don't recall the verbiage that was

16 specifically used.

17     Q.    Up to that point -- and I am talking about

18 the point when you looked out the window -- could

19 you hear Brian yelling anything?

20     A.    No, ma'am.

21     Q.    And again, this is kind of a background

22 silly question.  Normally -- you lived with him for

23 about two years at that point.  Is that fair?

24     A.    Yes.

25     Q.    Had Brian ever -- had you ever been able
```

1   to hear Brian when he was speaking loudly or yelling

2   in the house prior to that date?

3       A.    No.

4       Q.    Okay.  Then I think you told Mr. Franz

5   that you left your bedroom after you verified the

6   BearCat outside.  Is that correct?

7       A.    Yes, ma'am.

8       Q.    And you said that Mr. Babb was coming out

9   of his bedroom.  Is that correct?

10      A.    Yes, ma'am.

11      Q.    Was Mr. Babb carrying a weapon at that

12  time?

13      A.    No, ma'am.

14      Q.    And you said that Brian rushed down the

15  staircase in front of you?

16      A.    He was in front of me, yes, ma'am.

17      Q.    Okay.  Did you and he have any

18  conversation before you went downstairs about what

19  was going on?

20      A.    One-sided.  I was -- just kept asking what

21  was going on, and he didn't reply.

22      Q.    He didn't say anything at all?

23      A.    Well, yeah.  He said, "Get them the fuck

24  off my property."

25      Q.    Okay.  All right.  Okay.  Then had you

```
1   known about anything that had happened up to that

2   point about what might have brought the police

3   there?

4        A.    No, ma'am.

5        Q.    Then I think you talked to Mr. Franz that

6   you and Mr. Babb were at the gun safe for a period

7   of time.  Was Brian having some difficulty opening

8   the safe?

9        A.    Yep.

10       Q.    Were there any weapons out that you could

11  see at that point?

12       A.    No, ma'am.

13       Q.    Did -- do you know how many weapons Brian

14  did have?

15       A.    I could guess.  I know what weapons he

16  had --

17       Q.    No guesses.

18       A.    Yeah.  I could guess what weapons -- I

19  know what weapons -- I mean, I know he always kept

20  his weapons locked up except for his handgun.

21       Q.    Where did he keep his handgun?

22       A.    In his bedroom, I believe.  In his

23  bedroom.

24       Q.    Yeah.  Yeah.  Yeah.  I am remembering your

25  testimony, and the crime scene pictures is what I am
```

1   trying to visualize right now.

2           So after that exchange with Mr. Babb at

3   his gun safe, you immediately then left the house?

4       A.    That's correct.

5       Q.    Okay.  Okay.  And were you afraid for your

6   own safety?

7       A.    Yeah.

8       Q.    From whom?

9       A.    Everybody.

10      Q.    Okay.

11      A.    I didn't know what was going to happen.

12      Q.    Have you seen Brian agitated like that

13   previously?

14      A.    Not that agitated.

15      Q.    Okay.  Did you ever get a sense no matter

16   how -- whatever Brian said or did, did you ever get

17   a sense of what he thought was going on from things

18   he was saying, his emotions?  Did he blurt out

19   anything --

20      A.    No.

21      Q.    -- that gave you any insight?

22      A.    No.  No.

23      Q.    Was he on the phone at all?

24      A.    Not when he exited the bedroom.  I don't

25   ever recall him having his phone with him.

James Antonini

1    Q.    Did you see it downstairs?

2    A.    No, ma'am.

3    Q.    Did you ever see him get on the phone?

4    A.    He didn't have the phone with him when he

5    exited the bedroom.

6    Q.    Okay.  And you don't know where it was?

7    A.    No, ma'am.

8    Q.    Okay.  Did you know about an incident

9    before the day of the shooting in which Brian may

10   have accidentally or intentionally fired a round in

11   the house?

12   A.    It was under my -- it was my understanding

13   that it was the day of the incident.

14   Q.    But you don't know?

15   A.    I didn't speak to Brian Babb that day.

16   Q.    Okay.  So you have talked about when you

17   went out on the porch, and my memory is that there

18   is a small step down from the door to the porch.

19   Correct?

20   A.    Yes, ma'am.

21   Q.    And there is a couple of columns on either

22   side of the door.  Is that correct?

23   A.    Yes, ma'am.

24   Q.    And you could -- could you still see the

25   BearCat in front of you?

1    A.    I don't recall seeing the BearCat in front

2  of me.  I recall seeing the officers on the roofs to

3  the right and the left.

4    Q.    These two houses right here?

5    A.    Yes, ma'am.

6    Q.    How were the officers positioned?

7    A.    Can you define -- where were they located?

8    Q.    Were they laying on the roof?  Were they

9  standing up?  What are they doing?

10    A.    They were -- they were just over the top

11  of the roofline, just -- I could just see the head

12  and the weapon.

13    Q.    Long rifle?

14    A.    Yes, ma'am.

15    Q.    Both officers?

16    A.    I couldn't tell you the weapon that the

17  officer had to the right, but I do remember having

18  lasers.  And I remember the officer on the left had

19  a long rifle, and I remember there were lasers.

20    Q.    How do you know they had lasers?

21    A.    They were on me.

22    Q.    That is the answer I wanted.  So they were

23  on your chest?

24    A.    Yes, ma'am.

25    Q.    Were you standing down on the porch when

James Antonini

40

1    the laser light hit you?

2        A.    I don't recall.

3        Q.    So I mean, this is a silly question, but

4    you are standing there with two officers with

5    laser-guided weapons pointed at you.  Could you

6    assume they could see you?

7        A.    Absolutely.

8        Q.    Okay.  And whereabouts on your -- so you

9    said that you are five eleven?

10       A.    (Nods head.)

11       Q.    So whereabouts on your center of mass were

12   the lights shining?

13       A.    Chest area.

14       Q.    Okay.  Did the officers that were on the

15   roof say anything to you?

16       A.    No, ma'am.

17       Q.    Did the officers down in the BearCat area

18   say anything to you?

19       A.    I recall the directions I was getting were

20   coming from the BearCat over the loud speaker.

21   There were no --

22       Q.    Could you see the driver of the BearCat?

23       A.    No, ma'am.

24       Q.    When you were up in your bedroom, did you

25   see the driver?

1    A.    I wasn't --

2    Q.    All right.  It wasn't important to you?

3    A.    No.

4    Q.    But you couldn't -- what could you see of

5  the BearCat from standing down on the porch?

6    A.    Honestly, I don't recall.

7    Q.    Okay.

8    A.    I was more focused on the snipers on the

9  roof, on the roofline.

10    Q.    Did you think the cops were going to shoot

11  you?

12    A.    Hell, yeah.  Yeah.  I thought I was in

13  trouble.

14    Q.    Okay.  And tell me what vehicles were

15  parked in the driveway that day if you remember.

16    A.    Yes.  I remember there was -- specifically

17  there was a fifth wheel, Brian's F350 Ford pickup,

18  and my Toyota Tacoma.

19    Q.    The Tacoma was at the back?

20    A.    Yes, ma'am.

21    Q.    And do you recall now, as we are trying to

22  relive this day, whether the BearCat was in your

23  driveway or next door at that point when you --

24    A.    I believe -- I am only speculating.  I

25  don't recall.

James Antonini

1      Q.    Okay.  All right.

2      A.    I believe it was in the next door -- so in

3  my mind, I believe the BearCat was at the next door

4  property line, because I recall in the BearCat we

5  had to go over the fence between the properties in

6  order to approach the driveway or the front porch.

7      Q.    Okay.  Could you hear Brian -- stop.  Let

8  me retract that question.

9            Did you close the front door behind you?

10     A.    No, ma'am.

11     Q.    Left it wide open?

12     A.    Yes.

13     Q.    Cops are hailing you come down the

14  driveway.  They thought you were Brian Babb.

15  Correct?

16     A.    Yes, ma'am.

17     Q.    And you had your hands in the air?

18     A.    Yes, ma'am.

19     Q.    Anybody tell you any other directions?

20  Get down on your knees, put your hands behind you,

21  anything like that?

22     A.    No, ma'am.

23     Q.    Just come down the driveway?

24     A.    Yes, ma'am.

25     Q.    And did they arrest -- did they handcuff

1    you?

2        A.    No, ma'am.

3        Q.    When -- which officer, if you know, first

4    approached you when you got to the BearCat?

5        A.    I couldn't tell you.

6        Q.    Did they have their name tags on?

7        A.    Oh, my God.  That was the last thing I was

8    looking at.

9        Q.    All right.  All right.  Fair enough.  Fair

10   enough.

11       A.    Sorry.

12       Q.    When you got to the BearCat, could -- and

13   I wasn't there, so I have got to reconstruct this --

14       A.    I understand.

15       Q.    -- to the best of my ability.

16             Were you keeping your eye on these snipers

17   on the rooftop?

18       A.    So to my recollection -- I remember one --

19   I remember a few things that were vivid in my mind,

20   and when I was approaching the BearCat with the

21   officers calling me to the BearCat, for some reason

22   the guy -- the officer on the left-hand side was

23   moving off the roofline.

24       Q.    Where was he going?

25       A.    I have no idea.  I just remember him,

1   because I looked over and I remember him coming down

2   the roof.

3       Q.    Getting off the house or moving for better

4   position?

5       A.    I don't know what he was doing.  I am not

6   sure.

7       Q.    Okay.  Did he say anything to you?

8       A.    No, ma'am.

9       Q.    The officer on the right say anything to

10  you?

11      A.    The officer on the left-hand side was -- I

12  could tell you who -- if you put him in a room of

13  ten people, I could tell you who he was.

14      Q.    I know who he was.

15      A.    The blond-haired guy.

16      Q.    What about the guy on the right?  Did

17  he --

18      A.    I didn't have a really good -- I didn't --

19  I was more focused on my left side, because by the

20  time I came out of the house, the vehicles kind of

21  blocked me from that right side.  So I was kind of

22  just off to my left, I believe, if I remember

23  correctly.

24      Q.    When you got to the BearCat, any of the

25  officers present come out with their weapons drawn

James Antonini

45

1   on you?

2      A.    No, ma'am.

3      Q.    And that is when you told them who you

4   were?

5      A.    Yes.  I actually was pronouncing my

6   name -- if that is the right term.  I was

7   pronouncing my name as I exited the residence.  If I

8   wasn't pronouncing my name, I was saying, "I am not

9   Brian Babb."

10     Q.    So it was either "I'm Jim Antonini" or "I

11  am not Brian Babb"?

12     A.    I believe I said, "I am not Brian Babb."

13  Because they continued to call me Brian Babb as I

14  was coming out of the residence.  "Brian Babb, put

15  your hands up.  Brian Babb, put your hands up."  I

16  just remember --

17     Q.    But your hands are up.  Right?

18     A.    Yes, ma'am.

19     Q.    So was Brian calling out any window behind

20  you?  Was he, like, at the window yelling?

21     A.    Did you say crawling or calling?

22     Q.    Calling.

23     A.    No.

24     Q.    I'm sorry.

25     A.    He was in the living room.

1      Q.    How do you know that?

2      A.    He was right behind me.

3      Q.    When you left the house?

4      A.    Yes, ma'am.

5      Q.    Had he managed to get the safe open when

6   you left the house?

7      A.    I wasn't -- I didn't stay in the residence

8   long enough to find out.

9      Q.    Okay.  Now, I know that you told Mr. Franz

10  the things that you told the cops when you got to

11  the BearCat.  Were you sitting on the BearCat?

12  Behind it?  Where were you when you were having --

13     A.    Inside the BearCat.  Stutesman -- the

14  police officer's leg -- I believe it was Stutesman

15  in the turret.  His legs were like right here.  I

16  was like right here next to the turret, to the

17  officer in the turret.

18     Q.    So you -- so Stutesman was in the turret

19  while you were sitting in the BearCat.  Did he have

20  his weapon up there with him?

21     A.    Yes, ma'am.

22     Q.    Did you see any other officers in the

23  BearCat?

24     A.    Yes.

25     Q.    How many were there?

1      A.     There was two, the driver and the

2    passenger.  And then there were three officers at

3    the back of the BearCat.

4      Q.     Did the driver or passenger say anything

5    to you?

6      A.     Yes, ma'am.

7      Q.     What did they say to you?

8      A.     I could hear Brian Babb on the phone.

9    They had communication with Brian.  I knew there was

10   some quick connection there between -- I don't

11   remember the conversation.  I don't remember what

12   was said.  I just remember -- well, I asked two

13   questions.  I said, "Is the glass bulletproof?"

14   Because I was stressed about the fact that there was

15   going to be some fire exchange.  And then -- that

16   was a dumb question, but I was stressed out.

17           And then the second question was, "Let me

18   talk to Brian Babb, please," because I knew that

19   I -- anyway, "Let me talk to Brian Babb."

20     Q.     But you knew that they had him on the

21   phone why?  Because you could hear his voice?

22     A.     I heard his voice.

23     Q.     Okay.  Who was talking to him on the

24   phone?

25     A.     Please, I don't recall.  I honestly went

1    over so many times --

2        Q.    Driver or passenger?

3        A.    I don't even believe it was anybody in the

4    BearCat.  I think it was maybe the officer in the

5    back.

6        Q.    Okay.  Okay.

7        A.    I can't recall.

8        Q.    Okay.  So you have got the driver, the

9    passenger, and Stutesman.  Were there any other

10   officers in the BearCat when you were in it?

11       A.    No, ma'am.

12       Q.    Okay.  Were there officers behind the

13   BearCat?

14       A.    Yes.

15       Q.    How many?

16       A.    I believe it was three.

17       Q.    Were they saying anything to you?

18       A.    They were asking me questions, yes.  They

19   were asking --

20       Q.    What kind of --

21       A.    They were asking me questions of maybe --

22   I am sorry.  They were asking me questions -- the

23   questions I remember specifically were layout of the

24   house, weapons, and then maybe -- I am sorry -- I

25   say maybe but -- and I don't recall.  I guess I

```
 1   thought they asked me about his deposition -- his --

 2   what do you call it?  His mood or whatever.

 3       Q.    Mood?  Okay.

 4       A.    Yeah.

 5       Q.    Disposition?

 6       A.    Thank you.

 7       Q.    Did you ever hear any of them talk about

 8   possibly retreating and withdrawing and just leaving

 9   Brian there?

10       A.    Seems like something was said.  I can't

11   recall what.  I just can't.

12       Q.    Okay.  And I think you told Mr. Franz that

13   at some point you got out of the BearCat and you

14   were taken to a patrol vehicle?

15       A.    Yes, ma'am.

16       Q.    How long were you in the BearCat?  And I

17   realize that time is relative when something like

18   that is going on.  Do you remember how long you were

19   in the BearCat itself?

20       A.    Maybe three minutes.

21       Q.    Three minutes?

22       A.    That is -- that is speculation.

23       Q.    That is okay.

24             And then how long --

25       A.    Maybe longer than that.  I guess there was
```

1    some time we sat there for a while trying to figure

2    out what was going on.

3        Q.    Okay.  And then you get out of the

4    BearCat, and then you hear shortly after that the

5    gunshot?

6        A.    No.

7        Q.    Well, what happened then when you get out

8    of the BearCat?

9        A.    What do you mean?  I was in the BearCat

10   after the shot.

11       Q.    Oh, you were in there?

12       A.    Stutesman shot him while I was in the

13   BearCat.

14       Q.    Oh, I thought you had been taken out of

15   the BearCat.

16       A.    No, ma'am.  They kept me in there.

17       Q.    Did you hear anybody say anything before

18   the shot?

19       A.    No.  It was the shot -- nobody knew that

20   Stutesman had shot him.  Everybody was guess --

21   nobody had any idea that Stutesman was the one that

22   shot.  They thought that Brian was the one that

23   shot.

24       Q.    That is what they all say so --

25       A.    Yeah.

Exhibit 5
Page 51 of 60

1    Q.    -- let's go back to that moment.  Which

2  way were you facing when the shot went off?

3    A.    I was facing to the north, but I had my --

4  I was sitting like this, the house being here, so I

5  could -- I kind of turned my body like this to see

6  the front of the residence.

7    Q.    Could you see the front door?

8    A.    No, ma'am, not over Brian's truck, I could

9  not.

10    Q.    So this is kind of a really critical point

11  in time.  Let's walk through it.

12          You are sitting there sideways and

13  Stutesman is standing, what, right behind you?

14    A.    No.  He is standing right here in my --

15  his legs are like right here.

16    Q.    Okay.  And you can see the two officers in

17  the front seat?

18    A.    Correct.

19    Q.    Were they looking at you?

20    A.    No, ma'am.

21    Q.    Where were they looking?

22    A.    To the house.  To the residence.

23    Q.    Did they say anything?

24    A.    I just remember them being really relaxed

25  and like -- I don't think they could see -- here I

52

```
 1   am speculating, but I don't think they could see the

 2   residence, because I could -- I was on their same

 3   plane of view, and I believe they were looking at

 4   the Ford pickup like I was.

 5        Q.    And they were real relaxed in your mind?

 6        A.    Uh-huh.

 7        Q.    Yeah?

 8        A.    Uh-huh.

 9        Q.    When -- so Stutesman shoots.  So just bear

10   with me for a second.  Before he shot, in those

11   seconds leading up to the shot, did the driver or

12   the passenger say, "Oh, God, there is Babb"?  "Gun"?

13   Anything like that?

14        A.    I don't recall.

15        Q.    Were they surprised when Stutesman fired?

16        A.    Everybody was.  That was -- nobody knew

17   that he had shot.

18        Q.    Okay.

19        A.    I just remember sitting there and the shot

20   going off and knowing that Brian had a -- you know,

21   my speculation was that he had a .300 Win Mag, which

22   is just horrendous.  And like I said, I have been

23   doing this my whole life, and I knew that the shot

24   that was fired -- I just remember in my mind that is

25   not Brian Babb's weapon.  I knew what was in the
```

```
 1  safe.  I knew what he had.  I knew that the only
 2  rifle he had in the safe was a .300 Win Mag, and the
 3  shot that was fired was not from that gun.
 4       Q.    Right after the shot, what did they do to
 5  you?  What did they do with you?
 6       A.    Well, everybody was kind of -- we just
 7  kind of -- nobody really knew what had happened, and
 8  there was like maybe 30 to 45 seconds where nobody
 9  said anything and everybody was trying to figure out
10  what was going on.
11            And then Stutesman -- I remember him
12  coming down out of the turret and leaning down in
13  the turret and looking at the back.  And he said, "I
14  was the one that shot.  I fired the round."
15  Everybody thought that it came from Brian's weapon.
16  I just remember that specifically, like, vivid in my
17  mind.
18       Q.    Can you hear their radios?
19       A.    Yes.
20       Q.    You can hear the chatter on the radio
21  between the officers?
22       A.    I don't recall.
23       Q.    Okay.  Okay.  There is some testimony that
24  the officers didn't know who shot and they were
25  asking each other, "Who shot?  Who shot?  Everybody
```

1    okay?"  And then Sergeant McAlpine did an inventory

2    of every officer to check in with them.  Did you

3    hear any of that going on?

4        A.    No, ma'am.

5        Q.    Did the driver or the passenger ever talk

6    about seeing Brian get shot, fall down?

7        A.    I was in shock.  I don't even recall.  I

8    mean, those -- the things -- that is what I

9    remember.

10       Q.    Okay.

11       A.    I don't remember -- and then after that, I

12   was pulled out of the BearCat.

13       Q.    Did you see the -- could you see anything

14   of the front of the house when you were pulled out

15   of the BearCat?

16       A.    No, ma'am.

17       Q.    Did you see the BearCat drive up to the

18   front door?

19       A.    Actually, I was in the BearCat when it

20   drove up to the front door.

21       Q.    Oh, really?

22       A.    I am sorry.  God damn it.  Yeah.  I'm

23   sorry.  I was actually in the BearCat when we went

24   over the fence.

25       Q.    Okay.  You hadn't really remembered that

55

1   until today?

2      A.     No.   No.   I am sorry.   I'm just kind of

3   like trying to recollect.   Because I remember when I

4   was in the BearCat, they moved to the front of the

5   door, and then they pulled me out of the BearCat.

6      Q.     When they did that, could you see Brian?

7      A.     No.   Because the truck was in the way.   I

8   couldn't see up over the windshield.

9      Q.     All right.

10     A.     Like literally, when we got up close, I

11  think I told the officers to get me out.   I am like

12  "I'm done."   Like, "You guys go ahead and pull me,

13  take me somewhere else."   And that is when they

14  finally pulled me out of the back of the BearCat and

15  put me in the squad car.

16     Q.     Okay.   Has any officer approached you to

17  interview you since that time?

18     A.     Well, they interviewed me right after the

19  incident.

20     Q.     Okay.

21     A.     And then I think I talked to Dave or Dale

22  with public affairs --

23     Q.     With the --

24     A.     -- briefly.

25     Q.     -- City of Eugene maybe?

1       A.     I think so.  Correct.

2       Q.     How long ago was that?

3       A.     It wasn't a formal interview.  It was --

4  it has been a year and a half or more.

5       Q.     Okay.  All right.  Have you reviewed the

6  statement that you gave the cops?

7       A.     I don't want to listen to it.  Yeah.  I

8  tried, but I am like I don't -- yeah.  I am --

9       Q.     All right.

10       A.     Yeah.

11       Q.     Did you go to Brian's memorial?

12       A.     Yes.

13       Q.     Tell me what your feelings were for Brian.

14  How did you consider him?

15       A.     Do I have to?

16       Q.     Well, no, you don't have to.

17       A.     I don't want to talk about it.

18       Q.     Okay.  All right.

19       A.     He was my best friend.  That is all I am

20  going to say.

21       Q.     Do you miss him?

22       A.     Of course.  Yeah.

23       Q.     I appreciate your time.  Thank you very

24  much.

25       A.     Yeah.  Thank you.  Thank you for being

1  kind.  No problem.

2                    MR. FRANZ:  I don't have any more

3  questions.  Thanks for taking time off.

4                    THE WITNESS:  No problem.  Thanks for

5  seeing me.

6                    (The deposition was concluded at

7                     12:15 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

James Antonini

58

```
 1   State of Oregon    )
                        )         ss.
 2   County of Lane     )

 3       I, Christine Oljace, CSR-RPR, a Certified

 4   Shorthand Reporter for the State of Oregon, certify

 5   that the witness was sworn and the transcript is a

 6   true record of the testimony given by the witness;

 7   that at said time and place I reported by stenotype

 8   all testimony and other oral proceedings had in the

 9   foregoing matter; that the foregoing transcript

10   consisting of 57 pages contains a full, true and

11   correct transcript of said proceedings reported by

12   me to the best of my ability on said date.

13       If any of the parties or the witness requested

14   review of the transcript at the time of the

15   proceedings, correction pages are attached.

16       IN WITNESS WHEREOF, I have set my hand this 27th

17   day of June 2018, in the City of Eugene, County of

18   Lane, State of Oregon.

19

20

21
         Christine L Oljace

22   Christine Oljace, CSR-RPR

23   CSR No. 05-0397

24   Expiration Date:  September 30, 2018

25
```

```
1   James Antonini

2   McGowan vs. Stutesman

3   June 13, 2018

4

5   PAGE/LINE....................................CHANGE

6   |_____

7   |_____

8   |_____

9   |_____

10  |_____

11  |_____

12  |_____

13  |_____

14  |_____

15  |_____

16  |_____

17

18      I declare under penalty of perjury that the 57

19  pages referenced above are true and correct except

20  for such corrections as noted.  Executed this ......

21  day of ................ 2018.

22          |.............................|

23              James Antonini

24

25
```