CASE SUPPLEMENTAL REPORT                                                      Printed: 04/02/2015 09:41

Springfield Police Department                                                  OCA: **1502821**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *OPEN*                    Case Mng Status: *NA*                   Occurred: *03/30/2015*

Offense: *ASSIST OUTSIDE AGENCY*

Investigator: *CROLLY, G. J. (307)*                    Date / Time: *04/01/2015 14:26:30, Wednesday*
Supervisor: *LEWIS, D. W. (234)*          Supervisor Review Date / Time: *04/02/2015 09:02:27, Thursday*
Contact:                                               Reference: *Supplemental*

SOURCE:

On March 30th, 2015 at approximately 1915 hrs, I was contacted at home and asked to respond to assist with an Officer Involved Shooting involving Officers with the Eugene Police Department.

INVESTIGATION:

Upon responding to the office of the Eugene Police Officers Association at 450 Country Club Rd, I was advised by Association Vice President Jed McGuire that other EPD Officers were present at the office and those officers were prepared to give statements about their involvement.

At approximately 2050 hrs, I met with Officer Joe Kidd along with Association Vice President Jed McGuire in a private room within the Association office. I asked Kidd if he could provide me with a statement about his involvement as well as what he witnessed. Kidd told me he was on duty, in uniform, operating his marked police vehicle when the call for service came over the radio. Kidd said the radio call mentioned a welfare check on a suicidal man that was armed and had already fired a gun. Kidd said he responded to the location to assist. Upon his arrival, Kidd parked his patrol car south of the involved residence and walked in from there.

Kidd said he initially met up with Officer Stutesman and Sgt. McAlpine. Kidd told me he initially took a surveillance position to the east of the residence, alongside a long driveway. Kidd said he tried to monitor the residence through some fence boards but felt his position was unsafe and not the best for surveillance as he could only see the upstairs windows of the house. Kidd said he was able to move to the rooftop of the house south of 2248 Devos St. Kidd said he was next to a chimney that provided him cover and concealment. Kidd said that from that position he could see the upper level and lower level of the house, to include the front door. Kidd said his view was partially obscured by two columns that were on either side of the porch.

Kidd told me while he was in his surveillance position he was armed with his duty pistol. Kidd said he observed a white male open the front door and yell at least one time. Kidd told me that a short time later a different male opened the front door and exited the residence. Kidd said that man had his hands raised and walked out towards officers at the Bearcat that was parked in an adjacent driveway. Kidd said officers contacted and spoke with that man and he maintained surveillance on the house.

Kidd told me while he was watching the house he could hear a male inside the residence yelling things such as, "Fuck You! This is my property!" and other random things that he could not remember specifically. Kidd said, not long after

Investigator Signature                                 Supervisor Signature           Exhibit 7
                                                                                     Page 1 of 2
r_supp3                                                                              COE 000739

CASE SUPPLEMENTAL REPORT

Printed: 04/02/2015 09:41

Springfield Police Department

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *OPEN*  Case Mng Status: *NA*  Occurred: *03/30/2015*

Offense: *ASSIST OUTSIDE AGENCY*

Investigator: *CROLLY, G. J. (307)*  Date / Time: *04/01/2015 14:26:30, Wednesday*
Supervisor: *LEWIS, D. W. (234)*  Supervisor Review Date / Time: *04/02/2015 09:02:27, Thursday*
Contact:  Reference: *Supplemental*

the yelling, a man exited the house via the front door. Kidd said he heard Officer Stutesman yell at the man in a command voice. Kidd said he heard the word "Rifle". Kidd told me he then heard one shot come from the area of the Bearcat. Kidd said he thought Officer Stutesman may have fired the shot. Kidd told me he broadcast, "Shot fired" over the radio. Kidd said no one knew, for sure, who had fired the shot. Kidd said he tried to maintain surveillance on the man on the porch. Kidd said the man was lying on the ground and was not moving. Kidd said he continued to watch the man until other officers safely approached him and confirmed he as deceased. Kidd said he moved down from his surveillance position and later cleared the scene.

I summarized the facts I learned from Officer Kidd and asked if there was anything else I need to know. Officer Kidd felt that he had relayed all of the information he could. I ended my conversation with Officer Kidd a short time later and arranged to speak with another involved officer.

STATUS:

Investigation Continuing

Investigator Signature  Supervisor Signature

Exhibit 7
Page 2 of 2

COE 000740