

Exhibit 8
Page 1 of 1
COE 000881