

Exhibit 9
Page 1 of 1

COE 000883