

Exhibit 10
Page 1 of 1
COE 000898