# OREGON STATE

# POLICE

# REPORTS

# 15-095758

Exhibit 16
Page 1 of 178
COE 000583



# Oregon State Police

# Incident: SP15095758

## Incident details:

| | |
|---|---|
| **Incident Type:** | Officer Involved Shooting |
| **Incident time:** | 03/30/2015 17:00 - 03/31/2015 12:00 |
| **Reported time:** | 03/30/2015 18:27 |
| **Incident location:** | (SPO) (Beat: SPO, Region: SWR) |
| **Incident status:** | Cleared Exceptional - Death of Offender |
| **Summary:** | On March 30, 2015, Eugene Police officers were dispatched to an armed, suicidal man at 2248 Devos Street, in Eugene. The man was identified as Brian Babb, DOB: 5/12/1965. It was reported that Babb had access to numerous weapons, he had already fired one round inside the residence and there was a roommate in the home with him. Upon arrival, officers determined it was too dangerous to approach the residence on foot. Eugene Police SWAT team members responded with an armored vehicle. A Eugene Police Crisis Negotiator made contact with Babb but all attempts to reason with him were unsuccessful. Ultimately, Babb opened the front door of the residence, shouldered a scoped rifle and pointed it at officers. Officer Will Stutesman fired one round, from a tactical rifle, at Babb, striking him in the head. Babb was pronounced dead at the scene. Members of the Interagency Deadly Force Investigative Team (IDFIT) were called out to investigate the incident. |

## Involved Persons:

| **Name:** | BABB, BRIAN AVON [DECEASED] | **Gender:** | Male |
|---|---|---|---|
| **Classification:** | Deceased; Suspect | **DOB:** | 05/12/1965 |
| **DL:** | | | |
| **Address:** | 2248 DEVOS ST, EUGENE, LANE OR USA | | |

| **Name:** | HIGGINS, BECKY | **Gender:** | Female |
|---|---|---|---|
| **Classification:** | Witness | **DOB:** | |
| **DL:** | | | |
| **Address:** | 3225 WILLAMETTE ST, EUGENE, LANE OR USA 97405 (Beat: SPO, Region: SWR) 97405 | | |
| **Telephone:** | (Landline) (541) 357-5636 | | |

| **Name:** | STUTESMAN, WILL | **Gender:** | Male |
|---|---|---|---|
| **Classification:** | Police Officer - outside agency | **DOB:** | |
| **DL:** | | | |
| **Address:** | | | |

| **Name:** | | **Gender:** | |
|---|---|---|---|
| **Classification:** | Complainant | **DOB:** | |

Exhibit 16
Page 2 of 178
Page: 1 of 25
COE 000584

**DL:**

**Address:**

## Involved Property:

- Personal: Belt / Evidence / [EUGENE POLICE PLATE CARRIER]
- Ammunition : Other / Evidence / MAGAZINE AND 29 ROUNDS
- Rifle : Semiautomatic action (autoloading) / Evidence / HECKLER & KOCH 416D H & K RIFLE / 88005215
- P15007467 / Ammunition : Other / Evidence / EMPTY SHELL CASING
- P15007468 / Ammunition : Other / Evidence / UNFIRED 9MM ROUND
- P15007469 / Firearm accessories / Evidence / TRIGGER LOCK
- P15007470 / Computer items: Laptop / Evidence / HP 15R015DX [LAPTOP] / CND4207587
- P15007471 / Identification : Dog tag (military id) / Evidence / MILITARY ID
- P15007472 / Personal: Cell phone / Evidence / HTC [CELL PHONE]
- P15007474 / Ammunition : Other / Evidence / RIFLE ROUNDS
- P15007476 / Computer items: Laptop / Evidence / DELL [DELL LAPTOP] / JPNF491
- P15007478 / Ammunition : Other / Evidence / SHELL CASING
- P15007577 / Pistol : Semiautomatic action (autoloading) / Evidence / RUGER P85 RUGER PISTOL / 30134933
- P15007581 / Ammunition : Other / Evidence / AMMO FROM DWS-10
- P15007586 / Rifle : Bolt action / Evidence / REMINGTON ARMS CO., INC. 700 REMINGTON RIFLE / G7109823
- P15007587 / Photograph / Evidence / PHOTO CD
- P15008421 / Police recording / Evidence / AUDIO CD
- P15008422 / Photograph / Evidence / PHOTO CD
- P15008423 / Police recording / Evidence / AUDIO CD
- P15009317 / Photograph / Evidence / PHOTO CD
- P15009319 / Photograph / Evidence / PHOTO CD
- P15009324 / Ammunition : Other / Evidence / FIRED BULLET

## Involved Officers:

- Detective / SPRAGUE, DUSTIN / #39520 / OSP / Officer / SPRINGFIELD DETECTIVES
- Reporting Officer/Case Lead / KENYON, ANDY / #34104 / OSP / Officer / SW REGION CRIMINAL COMMAND
- Dispatcher/TC2 / HENSCHEL, RAYMOND / #50065 / OSP / Officer / DISPATCH

## Reports:

### General report:

| Author: | #39520 SPRAGUE, DUSTIN | Report time: | 04/09/2015 16:21 |
|---|---|---|---|
| Entered by: | #39520 SPRAGUE, DUSTIN | Entered time: | 04/09/2015 16:21 |

**Narrative:**

On March 30, 2015, Eugene Police officers were dispatched to an armed, suicidal man at 2248 Devos Street, in Eugene. The man was identified as Brian Babb, DOB: 5/12/1965. It was reported that Babb had access to numerous weapons, he had already fired one round inside the residence and there was a roommate in the home with him. Upon arrival, officers determined it was too dangerous to approach the

residence on foot. Eugene Police SWAT team members responded with an armored vehicle. A Eugene Police Crisis Negotiator made contact with Babb but all attempts to reason with him were unsuccessful.

Ultimately, Babb opened the front door of the residence, shouldered a scoped rifle and pointed it at officers. Officer Will Stutesman fired one round, from a tactical rifle, at Babb, striking him in the head. Babb was pronounced dead at the scene.

Members of the Interagency Deadly Force Investigative Team (IDFIT) were called out to investigate the incident. I was assigned as the lead investigating detective. I received the call on March 30, 2015, at about 6:30 PM. I was directed to respond to 2248 Devos Street, in Eugene.

I arrived on scene at 7:32 PM. There were already a number of officers on scene and there was a triple perimeter marked off with crime scene tape. I was briefed by Oregon State Police Detective Sergeant Andy Kenyon and Eugene Police Lieutenant Jennifer Bills. I learned that the Bearcat Armored vehicle was still parked at its final resting place. The house had been cleared of further threats. The rifle that Brian Babb pointed at officers had been moved, slightly, for safety but still remained near the front door of the residence. All other evidence remained undisturbed, including the body of Brian Babb. Members of the IDFIT team were being assigned tasks. I was assigned as the lead investigator. I was directed to process the scene and collect evidence.

At about 8:18 PM I entered the inner scene perimeter and began processing the scene. I was assisted by Detective Dave Silano. I observed the body of Brian Babb lying in the front doorway to the residence. There was an obvious bullet wound on his left cheek. There was no obvious exit wound.

Lying a short distance from Babb's body, there was a black Remington 700 rifle, with a scope, chambered for .300 Win Mag.

In the living room, there was a hole in the ceiling that appeared to be where a bullet came through from the room upstairs.

There was a large gun safe that was open and contained numerous rifles, amounts of ammunition and prescription medications.

Laid out on the kitchen table, there was paperwork for Babb's boat, truck and mortgage. Next to the paperwork, there was a cell phone and three unfired .300 Win Mag rounds of ammunition.

On the kitchen bar, there were photocopies of Babb's social security card, driver's license and military identification.

On a stool, next to the kitchen table, there was a DELL laptop computer. On top of the computer, there was an American flag that was folded into a triangular shape, similar to a military funeral fold.

In the upstairs bedroom, in the northeast corner of the house, there were numerous

empty containers of various alcoholic beverages.

On a low table, there was an empty (fired) 9mm shell casing.

In the bedroom closet, there was a trigger safety lock on the floor, with the key still in it that looked as if it had been hastily removed from a firearm.

There was a massive amount of prescription medications that were scattered about the room, in various containers.

In the driveway, there was an empty (fired) .223 caliber shell casing near where the Bearcat was parked when Officer Stutesman shot at Babb.

In Babb's pickup truck, parked in the driveway, there was a loaded Ruger 9mm pistol.

All items of interest were seized. They were marked as exhibits DWS-1 through DWS-12 and were logged into evidence at the Springfield Patrol Office. Each item is listed and described on Oregon State Police Evidence form 65s. I took digital photographs of the scene and transferred the images to CD. The disk was marked as exhibit DWS-13 and was logged into evidence at the Springfield Patrol Office. Refer to attached forms for details.

At about 10:00 PM, Deputy Medical examiner, Ann Penny, arrived and examined the body of Brian Babb. She arranged for the body to be transported to the morgue at Riverbend.

At about 11:25 PM, Mortuary Services of Lane County arrived and removed Babb's body. Detective Cale Day followed as the body was transported to the morgue at Riverbend. Refer to the supplemental report by Oregon State Police Detective Day for complete details.

At about 11:53 PM I left the scene. I returned to the Springfield Patrol Office for evidence processing.

On March 31, 2015, at about 8:00 AM Detective Cale Day gave me the rifle and equipment that was seized from Officer Stutesman. Detective Day explained how the equipment was collected from Stutesman by Detective Matt Herbert. Refer to the supplemental report by Detective Cale Day for complete details.

I photographed the rifle and equipment. They were marked with exhibit numbers DWS-14 through DWS-16 and they were logged into evidence at the Springfield Patrol Office. The photos of the items were transferred to CD. The disk was marked as exhibit DWS-17 and was also logged into evidence. The rifle was later test fired, for functionality, by Forensic Scientist Shawn Malikowski. The rifle functioned properly. Refer to the supplemental report by Forensic Scientist Malikowski for details. Three fired bullets were retained for future evidentiary value if needed. The bullets were marked as exhibit DWS-27 and they were logged into evidence at the Springfield Patrol Office.

On March 31, 2015, at about 3:30 PM, Sergeant Kenyon received a phone call from

Babb's sister, Rhonda McGowan, who was cleaning house at Babb's residence. Rhonda advised that, while she was cleaning up, she found what appeared to be a bullet hole in the wall in the living room. Sergeant Kenyon made arrangements to respond to the residence and inspect what she had found.

At about 4:00 PM Sergeant Kenyon and I returned to Babb's residence, at 2248 Devos Street. Rhonda showed us where a wire mail basket was attached to the west wall, in the living room. It appeared as though a bullet had struck the basket, passed through the mail that was contained in it and penetrated the sheetrock wall. Closer examination discovered what appeared to be a .223 caliber bullet imbedded in the wall.

I noticed that, by the type of bullet, the location of the bullet and the likely trajectory, it appeared to be the bullet that struck Brian Babb. I photographed the scene and I collected the bullet from the wall. The bullet was marked as exhibit DWS-19 and it was logged into evidence at the Springfield Patrol Office. The digital photos were transferred to CD. The disk was marked as exhibit DWS-18 and it was also logged into evidence.

On April 1, 2015, Oregon State Deputy Medical Examiner, (DME) Doctor Dan Davis performed an autopsy on the body of Brian Babb at the morgue at Riverbend. I watched the autopsy. Doctor Davis discovered a bullet entrance wound on the left side of Babb's face and an exit wound on the back of his neck, just to the right of the spine. Refer to the report by DME Doctor Davis' report for complete details.

At the conclusion of the Autopsy, Doctor Davis provided me with the clothes that were removed from Babb's body and a CD containing photos of the exam. The clothes were marked as exhibits DWS-20 through DWS-25 and they were logged into evidence at the Springfield Patrol Office. The disk was marked as exhibit DWS-26 and it was also logged into evidence.

Officer Will Stutesman was represented by the Eugene Police Employees Association (union) and by Attorney Becky Gallagher. Arrangements were made for him to be interviewed on April 2, 2015.

On April 2, 2015 at about 10:00 AM I interviewed Eugene Police Officer Will Stutesman at the Eugene Police Union Office. The interview was conducted in the meeting room. Present in the room was myself, (**Detective Dusty Sprague**) Eugene Police **Officer Will Stutesman**, Oregon State Police **Detective Ed Imholt**, Eugene Police **Detective Mel Thompson**, Eugene Police **Detective Jed McGuire** (Eugene Police Union Representative) and **Attorney Becky Gallagher.**

At the onset of the interview, I introduced myself to all in attendance. I explained that the interview was voluntary and I confirmed that Officer Stutesman was not being coerced or ordered to provide a statement. Further, I explained that Officer Stutesman or one of his representatives could stop the interview or take a break from the interview at any point and that either he or one of his representatives could interrupt the interview to ask clarifying questions if needed. I then obtained Officer Stutesman's statement.

**Officer Will Stutesman provided the following relevant information:**

Officer Stutesman was hired by the Lane County Sheriff's Office in 2006 and was assigned as a Corrections Deputy until he was laid off in 2008. He was hired by the Eugene Police Department in August, 2009 and was assigned to the patrol division. Officer Stutesman attended, and graduated from, the Oregon DPSST Basic Police Recruit Academy, followed by approximately 16 weeks of training with a Field Training Officer. He currently holds a Basic Police Officer certificate.

Officer Stutesman attends regular in-service training within his department and he is up to date with all use of force training. He has also attended an additional 40 hours of training regarding persons with disabilities and mental or emotional challenges.

Officer Stutesman became a member of the Eugene Police SWAT team in March, 2014. He receives additional training as a SWAT team member.

Officer Stutesman did not have any law enforcement or military training or experience prior to 2006.

Officer Stutesman is right handed. He is not required to wear corrective lenses of any kind. Prior to this incident, he did not consume alcohol, narcotics, intoxicants, or prescription drugs that would impair his judgment. There is nothing out of the ordinary in Officer Stutesman's life right now that is causing him undue stress.

Officer Stutesman is currently assigned to Team 31, Beat 5. Team 31 works Sunday through Wednesday, from 11AM until 9PM, with Thursday, Friday, Saturday off. Beat 5 works, primarily, in the northwest Eugene area and is traditionally an area of high call volume. This incident occurred on what could be considered Stutesman's Tuesday.

On a typical work week, Officer Stutesman will wake up at about 6:00 AM, eat breakfast and get the kids off to school. He then goes to the Police Department to work out before dressing in his uniform and starting his shift at 11:00 AM. Daily Briefing starts at 11AM and usually lasts until about 11:30 AM. After briefing Stutesman travels to the Eugene Police SWAT office and retrieves his issued SWAT equipment and then begins responding to calls for service.

Officer Stutesman told me the day of this incident began as, "Just another day." His uniform that day was the regulation Eugene Police Department patrol uniform. It consisted of patrol pants, uniform shirt with badge, patch and nametag identifying himself and the department, duty belt, and later he donned his external armored plate carrier which also has markings identifying him as a police officer. Officer Stutesman described the tools on his duty belt. There is a double handcuff case, flashlight, radio, TASER with spare cartridge, additional flashlight ring, microphone for the in-car-video, two spare magazines for his issued duty pistol, OC spray, Issued handgun and pouch containing a tourniquet. In his vehicle he carried a H&K 416 model .223 caliber patrol rifle and a 40mm "less lethal" launcher.

Officer Stutesman explained how he carries his duty pistol fully loaded with 18 rounds of 9mm ammunition. He carries two extra magazines, loaded to full capacity (17 rounds each). His issued patrol rifle is carried in the patrol car, completely empty (empty chamber and magazine out). When he deploys the rifle, it is loaded with a full magazine

(total of 30 rounds). He carries two 30 round magazine, that are loaded to full capacity, on his external plate carrier.

Officer Stutesman told me Team 31, Beat 5 is a relatively active assignment. This particular day was average call volume. He responded to a number of unremarkable calls for service. He made one custody arrest for Disorderly Conduct near the 900 block of Highway 99. After clearing the jail from that arrest, he returned to the Eugene Police Evidence Control Unit (ECU) to complete the arrest report. He was still at ECU when another officer was dispatched to 2248 Devos Street for an "Armed and Suicidal Subject."

Dispatch requested an additional officer to respond with the primary officer. Officer Stutesman cleared from ECU and responded toward Devos Street. Dispatch provided further detail by police radio. Officer Stutesman learned that a counsellor called 9-1-1. The counsellor was on the phone with a man named Brian who was reported to be at 2248 Devos Street. The man was a military combat veteran and was suffering from PTSD. He had already shot one round inside his house and he was still currently armed.

Officer Stutesman told me, prior to this incident, he had never been to the residence before. He had never met Brian Babb before and he did not know who he was. Officer Stutesman responded, in his patrol car, with police lights and siren activated.

The updated information prompted a larger response. Several other officers began responding to the area. Responding officers communicated by police radio and coordinated a perimeter around the area. Officer Stutesman parked on Cody Street, just southeast of the reported residence and exited his patrol car. Because of the information that the suspect was currently armed and suicidal and he had already shot his weapon at least once, Officer Stutesman donned his external armored plate carrier and retrieved his patrol rifle. He inserted a full magazine in the rifle and loaded one round into the chamber (29 and 1 rounds). Officer Derek Dewitt arrived and parked behind Officer Stutesman. Remembering he was qualified with it, Officer Stutesman gave the 40mm "less lethal" launcher to Officer Dewitt. They both left their vehicles and responded toward 2248 Devos Street on foot.

Officer Joe Kidd Arrived on scene and attempted to get a view of the house and begin to provide more information.

Officers Stutesman and Dewitt staged in an area of cover near a residence to the south of the suspect's house.

Sergeant McAlpine arrived and took command of the scene.

Officer Kidd found a vantage point where he could see the residence and he started providing information over the police radio. Officer Kidd advised it was tactically very dangerous to approach the residence on foot. The suspect was in a two story residence on a "panhandle" lot. There were a lot of tall fences and vehicles surrounding the residence and, if someone was in one of the upstairs windows, they would have a clear view (and shot) of anybody who approached the residence by foot. Based on that

information, Sergeant McAlpine requested the Bearcat Armored Vehicle to respond. Officer Pieske responded with the Bearcat.

While waiting for the Bearcat to arrive, dispatch provided more information from conversations with the counsellor. Officer Stutesman learned there may be a roommate, and possibly others, in the residence with the suspect.

When Office Pieske arrived with the Bearcat Armored vehicle, Sergeant McAlpine requested the vehicle to be positioned in the neighbor's driveway, just to the southeast of the suspect's residence. He also requested Office Stutesman to position himself in the turret so that he would have a view over the tall fences to the front door of the residence (up until that point they had been unable to see the front door).

Officer Stutesman recalls that he was in the turret, Officer Pieske was driving, Officer Grose was in the front passenger seat and Officer Dewitt and Sergeant McAlpine were also in the vehicle. Officer Grose was trained as a Crisis Negotiator. Officer Kidd broke away from the group and attempted to gain a view of the suspect's residence from a nearby rooftop.

Officer Stutesman explained to me, the lid of the turret is armored and it can rotate and be pinned in place to offer some ballistic protection. He recalls adjusting the lid where he wanted it, setting his patrol rifle in position and taking aim at the residence.

Officer Stutesman explained his rifle is equipped with a 1X (non-magnifying) red dot optic. He estimated the distance from his position to the front of the residence to be about 25 to 30 yards. He told me he often trains at that distance with his rifle and he was very confident in his marksmanship from the position he was in. However, he was also aware of the risk he was in at that distance, as his head remained exposed to any potential shooter within the residence.

Officer Stutesman recalled from his position, he could see all of the upper story windows. He saw one of the windows was opened. One window had the curtains pulled back and the room within was dark. He recalled thinking somebody could easily sit back in the darkened room and shoot at responding officers without being seen. Officer Stutesman could see the windows of the bottom floor and the top half of the front door. The bottom half of the door and the area below the windows was obstructed by a fence that was between his position and the residence.

Officer Kidd advised by police radio that he had a view of the residence from the rooftop of a nearby house.

When all officers were in place, Officer Grose addressed the residence by loud speaker. He addressed the suspect by first name, "Brian." Officer Grose clearly identified himself and the Eugene Police Department. He told Brian they wanted to "Help you out" and "Keep you safe." He instructed the occupants of the house to "Come out" and "Keep your hands up."

There was no response from the residence for a few minutes. Dispatch advised they had an open phone line with the counsellor but she was on the other phone line with

the suspect and dispatch was unable to communicate with her at that time.

One officer (Stutesman couldn't recall who) advised over the radio that he saw the window blinds move.

Suddenly, a man (Stutesman later identified as Brian Babb) opened the door and yelled loudly at officers. Brian was clearly angry and he yelled profanity, "Fuck You" and "Go away." He then slammed the door and went back inside.

Officer Grose continued to hail the residence in an effort to negotiate with Brian. Sometimes there would be no response. Other times Brian would yell at officers out an open window. Still other times he would throw the front door open and yell out profanity at the officers before going back inside and slamming the door again. Each time Brian came to a window or doorway, Officer Stutesman never saw any weapons in his hands.

Finally, at some point, Brian's roommate, Jim Antonini, came to the front door (Officer Stutesman identified him as Jim throughout the interview). Officer Grose called for Jim to come out of the residence. Officer Stutesman told me it looked as though Jim was reluctant to come outside and approach officers. He explained that Jim was looking back into the residence and appeared to be trying to talk with Brian. Jim stepped away from the front door and walked toward the Bearcat. As he walked toward the Bearcat he kept turning back to look at the front door. Officer Stutesman surmised Jim was both concerned for his friend and also scared to turn his back to him at that time. As soon as Jim reached officers he yelled, several times, "He's going for his guns. He's going for his guns."

The decision was made to keep Jim behind the Bearcat so that he could be interviewed behind the safety of cover and the interviewing officer could still remain close to the scene. Sergeant McAlpine Interviewed Jim. From his position atop the turret of the Bearcat, Officer Stutesman could overhear some of the conversation Sergeant McAlpine had with Jim. Sergeant McAlpine asked Jim what was happening inside the residence, what was going on with Brian, does Brian have access to guns, was there anybody else inside the residence, etc. Officer Stutesman said Jim repeated several times that police needed to be careful and that Brian was going for his guns. Jim said he didn't have access to the whole house and/so he did not know for sure if anybody else was inside with Brian.

Jim explained that Brian had a lot of guns in the residence but they were mostly hunting rifles and he specifically said there were no "assault rifles." Officer Stutesman recalled thinking that "Hunting Rifles" are generally larger caliber and very powerful and accurate. He grew concerned they could be very dangerous at the distance they were at, especially in the hands of somebody with military training or combat experience.

Sergeant McAlpine told Jim that they might just back away and give Brian a chance to calm down. He asked Jim if he would feel comfortable going back home if the police were not there. Jim said no, he would not go back into the house with the way Brian was acting.

Officer Stutesman explained to me that, at the same time Sergeant McAlpine was

interviewing Jim, other officers continued communication. Officer Stutesman learned that he was the only officer with a substantial view of the front door of the residence. Officer Kidd advised he did not have a good clear view of the front door, and he was partially exposed to the upper windows, from his position on the neighbor's rooftop.

Officer Grose continued to try to negotiate with Brian by loud speaker. Brian continued to come to the windows and the front door and scream profanity at the police.

Dispatch arranged to have the counsellor get off the phone with Brian. Once the phone line was clear, Officer Grose called Brian and attempted to negotiate with him. Officer Stutesman heard Officer Grose talking to Brian. He heard Officer Grose explain who he was and why he was there. Brian seemed to become even more agitated.

The front door of the residence flew open again and Officer Stutesman saw Brian standing in the doorway. Officer Stutesman told me it took a few seconds to realize what he was seeing. He saw Brian with a rifle to his shoulder, in a firing position, and it appeared the rifle was pointed directly at him. I asked Officer Stutesman to describe everything he saw and felt at that time.

Officer Stutesman told me he saw Brian pointing a black rifle directly at him. He knew the rifle was pointed at him because he could see the hole in the end of the barrel. He recalls thinking that his head was exposed from behind the lid of the turret. He recalls thinking about Officer Kidd being potentially exposed on the roof of the neighbor's house. He recalls thinking he might be the only officer in a position to see what Brian was doing. He recalls thinking that Brian was going to shoot him and then he would have free reign to shoot the other officers and civilians who did not have the armored cover that he had. He recalled that Brian was reported to have already shot from inside his residence once that day. Officer Stutesman told me he felt he had to stop Brian before someone was hurt or killed and he was concerned that he was too late because it took him a few seconds to recognize what he was seeing.

Officer Stutesman recalled from his training that the quickest way to stop a threat is to target the central nervous system. He placed his sights on Brian's head and squeezed his trigger. Officer Stutesman told me that, as he squeezed the trigger he tried to yell out, "Drop the gun" but he is unsure if he said the words out loud. He told me, "My shot went off and Brian dropped out of sight."

Officer Stutesman explained to me that Brian dropped out of sight behind the fence that was blocking his view of the bottom half of the doorway. He said he got the impression his bullet hit Brian but he was not sure. He called out that he was the one who fired the shot but he can't recall if he called out on the police radio or just out loud. Officer Stutesman told me there seemed to be some confusion, among the other officers, who fired the shot and he was having a hard time getting people to understand that it was him. It wasn't until he broke cover on the house, stuck his head back inside the turret and yelled into the Bearcat that the information was received.

Officer Kidd advised he could see Brian lying on the ground, in the doorway. He was not moving and there was a rifle in his right hand. There was some discussion if there was anybody else in the residence and it was clear there was no way to safely

approach the house on foot. The decision was made to approach the house with the Bearcat.

As they made arrangements to approach the residence, Officer Stutesman overheard Jim saying, "Be careful. He has military training." Stutesman became concerned that Brian might just be playing dead and waiting to ambush officers as they approached.

Officer Stutesman climbed down from the Bearcat turret and seated himself inside so that he would not get hurt as they drove to the front door. Officer Pieske drove the Bearcat across the driveway and through the fences until they were parked at the front door of the residence. A small entry team of officers was assembled to go into the residence. Officer Stutesman climbed back into the turret and took up position to cover the team as it made entry into the house. He told me that, from the turret, he could see Brian lying in the doorway, not moving.

There was some communication among the team if Brian still posed a threat to officers and if he needed to be secured before clearing the residence. It became clear they needed more officers to safely secure the scene and clear the house. Officer Stutesman climbed back down from the turret and joined the team to assist with clearing the house if needed. It was at that time that Sergeant McAlpine stopped him and explained that he was to stand down and not participate in any further action. Officer Stutesman understood that that was standard procedure for an officer who was involved in a deadly use of force.

Officer Stutesman went to the back of the bearcat and secured his patrol rifle. He removed the magazine and ejected the one round from the chamber, so that it was completely empty. He place the rifle, magazine and one live round in the back of the Bearcat. Officer Pieske agreed to stay with the weapon until he was relieved. Officer Grose escorted Officer Stutesman to the end of the driveway, away from the scene, where they met with Officer Warden. He remained with Officer Warden, at the end of the driveway, until they were recontacted by Sergeant McAlpine. Sergeant McAlpine had possession of Officer Stutesman's patrol rifle as he escorted Officer Stutesman back to his patrol car. The rifle was placed in the back of Sergeant McAlpine's patrol car and Sergeant McAlpine transported Officer Stutesman back to Eugene Police Headquarters. Officer Stutesman remained at Headquarters, with his duty gear and rifle, until Detective Matt Herbert arrived. Detective Matt Herbert took digital photos of Officer Stutesman and seized his rifle, plate carrier and tools.

In conclusion, Officer Stutesman said that Brian Babb pointed a rifle at him and he was well within the lethal range of a rifle. He feared that Brian was going to shoot him and then shoot other officers, and potentially civilians, in the area. Officer Stutesman reiterated he felt he had no other force option available to stop Brian from hurting or killing other people.

**That concluded my interview with Officer Stutesman.**

Other IDFIT team members were assigned numerous tasks that contributed to the investigation. Each investigator completed a detailed report regarding their participation. The following is a brief summary of each investigator's report. Refer to all

supplemental reports for complete details.

**Detective Matt Herbert photographed Officer Will Stutesman after the shooting and he collected Officer Stutesman's rifle and equipment.** Detective Herbert seized Officer Stutesman's rifle, ammunition and equipment. He gave the items to Detective Cale Day who then gave them to me. The items were marked as exhibits DWS-14 through DWS-16 and they were entered into evidence at the Springfield Patrol Office. Detective Herbert also gave Detective Day a CD containing digital photos of Officer Stutesman. The disk was marked as exhibit DWS-17 and was also entered into evidence.

**Detective Cale Day interviewed Brian Babb's ex-wife, Stephanie Woodcook.** Ms. Woodcook provided an interesting perspective and a lot of insight into the physical and emotional struggles that Babb was facing. She said Brian was diagnosed with Bipolar Disorder and Narcissistic Personality Disorder. He struggles with anger management issues and severe alcoholism that goes unchecked. Ms. Woodcook described two incidents when Babb threatened to kill their son and even pointed a loaded gun at him. She said she was not surprised Brian died in this way.

**Detective Cale Day interviewed Babb's counsellor, Becky Higgins.** Ms. Higgins explained how she was on the phone with Brian and how she became so concerned for his safety that she called 9-1-1 to request officers conduct a welfare check.

**Detective Mel Thompson collected all 9-1-1 tapes and dispatch times regarding this incident.** He provided me with printed a CD containing an Audio recording of the 9-1-1 call from the Counsellor. The disk was marked as exhibit DWS-101 and it was entered into evidence at the Springfield Patrol Office. He also provided me with printed copies of dispatch activity throughout the call. They are attached with his report.

**Detective Mel Thompson interviewed Babb's roommate, James Antonini.** Antonini said he and Babb have been best friends most of their lives. They both served in different branches of the military. He said that, after Babb's last deployment to Afghanistan, he changed for the worse. Antonini described a severe downward spiral in Babb's life over the past few years and especially over the past few weeks. He described Babb's angry, violent behavior inside the residence in the moments before the shooting.

**Detective Mel Thompson interviewed Officer J. Warden.** Officer Warden positioned himself in a perimeter position, behind the residence, throughout the incident. He described hearing loud and clear commands, directed at the residence, from Officer Grose and he described hearing the gunshot, fired from Stutesman's rifle. After the shooting, Officer Warden accompanied Officer Stutesman away from the scene and back to Eugene Police Headquarters.

**Detective Mel Thompson interviewed Officer D. Clark.** Officer Clark positioned himself on the perimeter, behind the residence, throughout the incident. He heard the commands from Officer Grose, he heard the angry responses from Babb and he heard the gunshot from Stutesman's rifle.

**Detective Greg Jones interviewed Officer Matthew Grose.** Officer Grose was the Eugene Police Crisis Negotiator. He was seated in the Bearcat armored vehicle and he was the last person to speak with Babb before the shooting.

**Detective Greg Jones interviewed Officer Kirk Farley.** Office Farley was positioned to the north of Babb's house. He heard the hails from Officer Gross and he heard the gunshot from Stutesman's rifle. Officer Farley assisted with clearing the residence after the shooting and he remained with Babb's body after the house was secured.

**Detective Greg Jones interviewed Officer Derek DeWitt.** Officer DeWitt was positioned in the back of the Bearcat armored vehicle throughout the incident. He clearly heard Officer Grose's commands that were directed to the occupants of the residence. He overheard some of the conversation between Sergeant McAlpine and Jim Antonini. He heard someone yell out, "He's got a gun!" just before he heard the gunshot from Stutesman's rifle. Officer DeWitt led medics to the body of Brian Babb and he started recording a crime scene log.

**Detective Dave Silano assisted Detective Sprague with photographing the scene and collecting evidence.**

**Detective Steve Simons interviewed Community Service Officer Paul Bishop.** Officer Bishop was assigned to traffic control near the incident. He heard the commands from the Bearcat armored vehicle, he heard angry yelling from the residence and he heard the gunshot from Officer Stutesman's rifle. He used crime scene tape to mark off a perimeter.

**Detective Steve Simons interviewed Babb's neighbor, Robert Russell.** Mr. Russell indicated he knew who Babb was but did not socialize with him. He saw all of the police activity, he heard the police hailing the people out from Babb's house and he heard a loud bang.

**Detective Steve Simons interviewed Babb's neighbor, Cesar Rodriguez.** Mr. Rodriguez said he did not know Babb. He gave a police officer permission to use his back yard because he was told there was a suicidal man next door. He heard two gunshots but he never heard any other activity.

**Detective Steve Simons interviewed Babb's neighbor, Twyla Paylor.** Ms. Paylor said she did not know Babb. She heard the police attempting to call Babb out of his house. She heard someone yelling, "Drop the gun drop the gun drop the gun" and she heard a gunshot.

**Detective Steve Simons interviewed Babb's neighbor, Wilma Engleman.** Ms. Engleman said she knew who Babb was but she didn't socialize with him. She heard the police trying to call Babb out from his house. She heard Babb yelling profanity at the police. She heard a gunshot and she saw the Bearcat crashing through the fences.

**Detective Steve Simons interviewed Babb's neighbor, Brian Elliott.** Mr. Elliott said he knew Babb but he did not socialize with him. He explained that he had a minor dispute with Babb about where he parked his car. After a brief conversation with Babb,

Mr. Elliott decided he was a dangerous, and potentially violent, man. Mr. Elliott grew scared of Babb and tried to avoid further contact with him.

Mr. Elliott was working in his front yard when he heard what sounded like a gunshot. He saw a lot of police activity at Babb's house and he decided to go inside to avoid trouble. He didn't see or hear anything else.

**Detective Steve Simons interviewed Babb's neighbor, Richard Wobbe.** Mr. Wobbe was not home when the incident happened. He did not see or hear anything, firsthand.

**Detective Steve Simons interviewed Babb's neighbor, Linda Ryals.** Ms. Ryals said she knows Babb because he lives next door and she has talked with him many times. She described him as a nice enough guy but, "A little off." She knows he is an alcoholic and he takes a lot of medications for mental disorders, related to his military service. Ms. Ryals heard the police trying to call Babb out of his house and she heard him yelling profanity back at the police. She saw Jim Antonini come out of the house with his hands in the air and she decided to get away from the windows, for her safety. It was only a few minutes after Antonini came out of the house that she heard a gunshot.

**Detective Steve Simons interviewed Babb's neighbor, Anita Bjerklund.** Ms. Bjerklund said she heard the police trying to call Babb out of his house with his hands up and she heard him yelling profanity back at the police. She saw a man, who was not Babb, come out of the house. A short time after that man came out, she heard a loud "pop" and then saw the bearcat crashing through the fences. A few minutes later, the paramedics arrived.

**Detective Chad Rogers interviewed Sergeant Malcom McAlpine.** Upon arrival, Sergeant McAlpine assumed the role of incident command. He explained that, because Babb had already discharged a firearm inside the residence and he was reportedly still armed, and because of the physical layout of the property, he determined it was unsafe to approach the residence without armored cover. Sergeant McAlpine explained how Officer Stutesman was the only person with a view of the front door of the residence, from the turret of the Bearcat.

Sergeant McAlpine described how Officer Grose attempted to call the occupants out of Babb's residence. He explained how Jim Antonini came out of the residence and how he talked with Antonini to gain more information about the situation. Sergeant McAlpine discussed the option of backing out and leaving Babb alone in the residence. Antonini argued that Babb was dangerous and that he would not be comfortable returning to the residence with the way Babb was acting.

Sergeant McAlpine explained that his preference was to have Babb come out of the house, unarmed, while he was on the phone to his counsellor. He was still trying to arrange communication with Babb when he suddenly became aware Babb had stepped out the front door. Sergeant McAlpine heard a single gunshot. He described some confusion about who fired the shot for a moment before learning it was Officer Stutesman.

Sergeant McAlpine explained how they drove the Bearcat through the fences to approach the front door of the residence and how he saw Babb's body lying in the doorway with a rifle lying next to him.

**Detective Chad Rogers interviewed Sergeant Scott Vinje.** Sergeant Vinje arrived on scene and took up position in the Bearcat. He heard the commands given by Officer Grose for Babb to come out of his residence and he heard the angry responses from Babb. Sergeant Vinje overheard some of the conversation Sergeant McAlpine had with Antonini. The information provided by Antonini caused Sergeant Vinje to be concerned for the safety of the officers and the civilians in the area.

Sergeant Vinje heard the gunshot from Stutesman's rifle but wasn't immediately sure where it came from. He initially thought Babb had shot at him.

**Detective Sergeant Carl Wilkerson Helped to coordinate the assignments of the IDFIT investigators.**

**Detective George Crolly Interviewed Officer Nate Pieske.** Officer Pieske drove the Bearcat armored vehicle to the scene and remained in the vehicle until after the shooting. Officer Pieske described the commands given from Officer Grose and the angry replies from Babb. He described watching as Babb came out the front door carrying a large rifle with a bipod, and bringing the rifle up to his shoulder. He expressed concern that Babb was going to shoot at him and that the large rifle might be capable of penetrating the armor of the bearcat. Officer Pieske heard Officer Stutesman yell commands at Babb and then he heard the gunshot.

**Detective George Crolly Interviewed Officer Joe Kidd.** Officer Kidd positioned himself on a rooftop with a view of Babb's residence. He described Babb's angry responses to the commands that were given. He described seeing Babb come out the front door and he heard Officer Stutesman yell at Babb and he heard the word "Rifle." Officer Kidd heard the shot from Stutesman's rifle and he saw Babb lying in the doorway, not moving. He maintained surveillance on Babb until officers approached him.

**Detective George Crolly Interviewed Officer Lori Barnes.** Officer Barnes described hearing Officer Grose attempting to hail Bab out from his residence. She could hear Babb yelling from inside the house. She heard a single gunshot and she heard over the police radio that the officers were approaching the house. She spoke briefly with "Jim" (Antonini).

**Detective George Crolly interviewed Babb's neighbor, Jenifer Sherman.** Ms. Sherman said she saw officers responding to Babb's house and she thought she heard a gunshot. A police Officer asked her to move back, for her safety and she didn't see or hear anything else.

**Detective George Crolly Interviewed Babb's most recent girlfriend, Clarissa Ogden.** Ms. Ogden has been dating Babb for about two weeks. They were spending nearly every day together until the last two days when he became really distant and weird. Babb had talked with her about his military service and she knew he suffered

some mental disorders, including PTSD, trouble sleeping, muscle spasms and headaches. Ms. Ogden described Babb as a kind and down to earth person. She said she guessed she didn't realize the severity of his problems.

**Detective Kyle Potter interviewed Eugene Police Officer Keyser.** Officer Keyser arrived near the scene just in time to see Officer Stutesman fire one round toward Babb's residence. From his position, Officer Keyser could not see what Officer Stutesman was shooting at. Officer Keyser followed the Bearcat as it approached the residence and he assisted as officers approached Babb, after he had been shot.

**Detective John Franklin interviewed Babb's Neighbor, Reina Elam.** Ms. Elam said a police officer contacted her in her driveway and told her they were responding to an armed subject in her neighborhood. She left the scene and didn't return until after the incident was over. She heard from friends what had happened but knew nothing first-hand.

**Detective John Franklin interviewed Babb's Neighbor, Thomas Adair.** Mr. Adair heard the police on the loud speaker and it sounded like they were pleading with someone to come out of their house. He heard a man yelling angry profanity back at the police. He heard a single gunshot. He remained inside his residence throughout the incident. He did not know Brian Babb.

**Detective John Franklin interviewed Babb's Neighbor, Joy Zuidmulder-Goss.** Ms. Zuidmulder-Goss does not know Brian Babb. She was on her porch when she heard the police on the loudspeaker, pleading for a man to come out of his house. She heard a man yelling angry profanity back at the police. She heard what sounded like a gunshot and she heard what sounded like somebody crashing into their garage.

Detective John Franklin interviewed Babb's Neighbor, **Marvin Karlsen.** Mr. Karlsen said he was not at home during the incident. He was later told by other neighbors that the police had killed a man who was suicidal. He had talked, briefly, with Babb before and he described him as friendly but he did not socialize with him regularly.

**Detective Jason Malony interviewed Babb's neighbor, Crystal Karaklik.** Ms. Karaklik heard police giving very clear commands, over a 'megaphone' for someone to come out of their house with their hands up. She heard a single gunshot and she heard the SWAT vehicle cash through the fence.

**Detective John Franklin interviewed Babb's Neighbors, Roger and Maureen Gilmore.** The Gilmores were not home during the incident and they didn't see or hear anything. They have known Babb for about ten years. They described him as quiet neighbor who never causes any problems, despite a severe drinking problem.

**Detective John Franklin interviewed Babb's Neighbors, Andrea and Denny Castor,** The Castors saw lots of police in the area and they heard a single gunshot. They didn't see or hear anything else. They did not know Brian Babb.

**Detective John Franklin interviewed Babb's Neighbors, Merle and Verla Spaid.** The Spaids heard loud voices and saw the police crashing the SWAT vehicle through

the fence. They thought at one point they might have heard a gunshot.

**Detective John Franklin interviewed Babb's Neighbors Maurice and Eva Read.** The Reads heard the police identifying themselves and giving clear commands over a loudspeaker. They saw the police crash the SWAT vehicle through the fences and then they heard a single gunshot.

**Detective Jason Malony interviewed Babb's neighbor, Alicia Boekhorst.** Ms. Boekhorst saw police in the neighborhood. She heard a loud crashing noise and went outside to investigate. A police officer told her to go back inside and she complied. She didn't see or hear anything else.

**Detective Jason Malony interviewed Babb's neighbor, Sharon Rott.** Ms. Rott did not know Brian Babb. She did not see or hear anything.

**Detective Jason Malony interviewed Babb's neighbor, Elizabeth Wobbe.** Ms. Wobbe heard the police on a loudspeaker. She heard Babb yelling loudly and she heard a single bang. After the bang, she got scared and went inside. She didn't see or hear anything else.

**Detective Carlos Jones assisted other detectives with witness interviews.** All of the interviews Detective Jones participated in have been previously documented.

**Evidence:**

As IDFIT investigators collected evidence in digital media form, CDs and DVDs were transferred to me for review. Each disk was assigned an item number and was logged into evidence at the Springfield Patrol Office. Copies of each disk were created and are included in the original case books. The following is a list and brief summary of the evidence collected:

**DWS-101**   CD audio recording of 9-1-1 call.

**DWS-102**   CD audio dispatch radio traffic.

**DWS-103**   CD digital photos of Officer Stutesman and his rifle and equipment.

**DWS-104**   DVD in-car-video from Officer Stutesman's patrol car. Shows his travel to the scene and picks up audio of some radio traffic. Nothing else of value.

**DWS-105**   DVD in-car-video from Officers Barnes, Keyser, Warden and Magnuson. Shows nothing of value.

**DWS-106**   DVD in-car-video from Officers Keyser, Grose and Warden. Also contains in-car-video from the Bearcat armored vehicle (no audio in the Bearcat).

**DWS-107**   DVD in-car-video from Officer Kidd. Contains audio of some radio traffic. Nothing else of value.

**DWS-108**   DVD in-car-video from Officer DeWitt. Contains some audio of police discussing plans to safely detain Babb. Contains audio of police attempting to give commands and call Babb out from his residence. Contains some audio of Babb yelling back at police. Contains some audio of police discussing plans to safely approach Babb after the shooting.

**DWS-109**   DVD in-car-video from Officer Clark. Contains the sound of a single gunshot at time mark, 01:06:28.

**DWS-110**   CD audio interview of Sergeant McAlpine and Sergeant Vinje.

## Supplemental:

| Author: | #49713 DAY, CALE | **Report time:** | 04/08/2015 14:18 |
|---------|------------------|------------------|------------------|
| Entered by: | #49713 DAY, CALE | **Entered time:** | 04/08/2015 14:18 |
| Narrative: | | | |

**Distribution:**   Lane County District Attorney's Office

### Others Mentioned:

Suspect's Ex-Wife -   Woodcook, Stephanie Marie, DOB: 01/27/1967
2525 Cubit St., Eugene, OR 97402
(541) 515-2222

Suspect's Son -   Babb, Connor Avon, DOB: 03/17/1999
2525 Cubit St., Eugene, OR 97402

Suspect's Daughter -   Babb, Caylee Marie, DOB: 12/13/1995
Portland State University

Crisis Worker -   Stroo, Sara (#14959) – CAHOOTS
341 E. 12th Ave., Eugene, OR 97401
(541) 342-8255

Crisis Worker -   Hubbard, Ashley (#14981) – CAHOOTS
341 E. 12th Ave., Eugene, OR 97401
(541) 342-8255

Detective -   Franklin, John – Lane County DA's Office
125 E. 8th Ave. #400, Eugene, OR 97401
(541) 682-4261

Witness -   McGuire, Chelsea Shea, DOB: 12/14/1990

Exhibit 16
Page 19 of 178

                        2250 Devos St., Eugene, OR 97402
                        (541) 636-6124

Witness -               Combs, Keenan Isiah, DOB: 06/12/1986
                        2250 Devos St., Eugene, OR 97402
                        (541) 636-6124

Detective -             Herbert, Matt – Eugene Police Department
                        300 Country Club Rd., Eugene, OR 97401
                        (541) 682-5111

Sergeant -              McAlpine, Malcom – Eugene Police Department
                        300 Country Club Rd., Eugene, OR 97401
                        (541) 682-5111

Witness -               Higgins, Becky – License Clinical Social Worker
                        3225 Willamette St., Eugene, OR 97405
                        (541) 357-5636

Attorney -              Veralrud, Greg – Attorney for Beck Higgins
                        625 Citizen Bldg., 975 Oak St., Eugene, OR 97401
                        (541) 345-3333

### Summary:

On March 30, 2015 I responded to the scene of an officer involved shooting in Eugene, OR. The officer involved was with the Eugene Police Department (EPD). I was called to the scene as part of the Lane County Interagency Deadly Force Investigation Team (IDFIT). I assisted with the investigation by doing the following:

- Interviewed the suspect's ex-wife,
- Secured the shooting officer's equipment in OSP temporary evidence lockers,
- Helped interview witnesses in the neighborhood,
- Assisted in searching the residence where the incident occurred,
- Followed the suspect's body from the scene to the county morgue and,
- Interviewed the counselor who was on the phone with the suspect just prior to the incident and who call 911.

### Narrative:

On March 30, 2015 I responded to the scene of an EPD officer involved shooting as part of the IDFIT team. The location of the shooting was at 2248 Devos St., in Eugene, OR. I arrived at approximately 7:00 pm. I was given a brief overview of some of the events that had occurred up to that point.

Exhibit 16
Page 20 of 178

I was told the deceased suspect was Brian Avon Babb, DOB: 05/12/1965. His ex-wife had come to the scene after the incident. I was assigned to interview her. At 7:24 pm I made contact with the suspect's ex-wife, identified as Stephanie Marie Woodcook, DOB: 01/27/1967. The interview was conducted while sitting in Stephanie's pickup at the scene. I conducted the interview. The following is a summary of the statements made by Stephanie. The summary does not contain all of the comments made during the interview, nor does it necessarily reflect the chronology of the discussion. For a verbatim account of the interview, refer to the attached CD containing an audio recording of the interview in its entirety (see CD marked as evidence CAD-1). During the interview Stephanie stated the following in substance:

Brian and Stephanie met in 1986 when they were 19 and 21 years old. They were married two years later in 1988. Together they had two children: their son Connor Babb is 16 years old (DOB: 12/13/1995); their daughter Caylee Babb is 19 years old (DOB: 3/17/1999). Brian and Stephanie had a rocky relationship and were divorced in 2008.

Brian struggled with anger management issues and alcoholism for many years. This coupled with his military service and being deployed, led to an ugly divorce. Brian was active duty with the Army in 1988 and spent some time in Germany. When he came back he went to officer candidate school. He was in the reserves for a while and stopped attending annual training in 1994; however, he was never officially released. After 9/11 Brian became obsessed with war. He felt his life would not be complete without serving in a war. Stephanie and Brian argued a lot about his not being able to hold a job, about his alcoholism, and about his wanting to deploy. For Stephanie, the final straw for their marriage was when he volunteered to go to Afghanistan in 2006.

In June of 2006 he deployed to Afghanistan. While there he called all the time and was paranoid Stephanie was going to leave him. He came home for two weeks in August of 2006 on emergency leave. He drank a lot while he was home and Stephanie admitted to him she wanted a divorce. When he went back he did not go back to the front line. He bounced around several different assignments and came home early in September 2006. Stephanie could not divorce Brian right away because she was not allowed to divorce someone while they were deployed.

After he came back he took Stephanie's nice truck, emptied the bank accounts, and bounced around to different people's houses. He left her with the kids, a mortgage, and a car that was in bad shape. Stephanie described Brian as being a con artist and a pathological liar. During the fall of 2006 Brian showed up at one of Connor's basketball games drunk. At halftime he went out to the parking lot and smashed the front windshield of Stephanie's vehicle. Shortly thereafter she got a restraining order against him. When the two got divorced in 2008 the judge ordered Brian to attend anger management and alcohol treatment classes. He never followed through and did not attend the classes.

Since the divorce Brian struggled to be a better parent. He became the, "Disneyland Dad" and recently did not have a lot of contact with his kids. Stephanie's contact with

Exhibit 16
Page 21 of 178
Page 20 of 25
COE 000603

Brian recently had only been by phone and it was brief. They last spoke March 22 to coordinate Stephanie getting a check delivered to her.

In December of 2014 there was an incident where Brian pointed a loaded gun at Connor. Stephanie did not immediately learn about the incident. Stephanie learned of the incident about a month later when Brian told her he had caught Connor smoking marijuana. Stephanie confronted Connor about smoking marijuana and he disclosed Brian had pointed a hand gun at him. Stephanie said the gun was loaded and Brian never kept unloaded guns. Stephanie reported the incident to EPD and the Department of Human Services (DHS) – Child Welfare became involved. DHS recently closed the case. Connor had the option of visiting his dad if he wanted to but had chosen not to.

Also, a month prior to the incident in December, Brian threatened to kill his roommate. After making the threat Brian picked up Connor after school. There was a loaded gun in the vehicle. Connor picked it up and unloaded it. Brian told Connor to give him the gun back. When Connor refused, Brian threatened, "If you don't give me the gun back, I'll kill you too." Brian was very familiar with guns between his military career and being a hunter all his life.

Stephanie knew Brian to struggle with mental health issues. Brian was diagnosed with bipolar disorder and narcissistic personality disorder in 2006 or 2007. Stephanie said when things were good they were really good. And when they were bad, they were really bad. She could not recall a time when Brian had ever talked about suicide. She said she was not surprise he would die this way. She said that in his own way he probably thought he was a hero because he got shot by the police. Stephanie said Brian always thought he would die sooner than this. She said she was surprised he did not kill anyone else because he was always driving drunk. It was not unusual for Brian to drink an 18-24 pack a day. He lived really, "hard."

After my interview with Stephanie Woodcook I spoke with the two Crisis Workers from Cahoots who had responded to the scene. They identified themselves as Sara Stoo (#14959) and Ashley Hubbard (#14981). They said they had responded to the scene to speak with the family after the incident had occurred.

At approximately 8:40 pm Detective John Franklin and I started interviewing neighbors adjacent to the residence where the incident occurred. We spoke with the residents at 2250 Devos. They were identified as Keenan Isiah Combs, DOB: 6/12/1986 and Chelsea Shea McGuire, DOB: 12/14/1990. The following is a summary of what Chelsea and Keenan told me. Chelsea was the only one home at the time of the incident. She was sick and in bed asleep. She said she woke up to a loud, "bam." She then heard another, "bang, bang, bang." She said she got up and got dressed. She looked out the front window toward the street and saw cops. An officer came to her door and escorted her away from the residence. Chelsea said she did not know Brian well and only had contact with him through casual conversations in passing. Keenan said he was not home at the time of the incident and had never spoken directly to

Brian. He said he knew about him through conversations with other neighbors that knew him well.

At 9:28 pm I arrived at the Eugene Police Department headquarters at 300 Country Club Rd., Eugene, OR 97401. I contacted Detective Herbert with EPD. He was in possession of Officer Stutesman's firearm and equipment used at the time of the incident. The equipment was laid out on the table. There was an AR-style rifle. The rifle was unloaded and safety on. Next to the rifle were two envelopes. One envelope contained a rifle magazine with ammunition in it. The other envelope contained one single round. Also, there was an external ballistic vest/equipment carrier. Detective Herbert explained the rifle had been unloaded and made safe prior to him taking possession of the equipment. The magazine had been removed from the rifle and the chambered round also removed. Detective Herbert said the magazine and single round in the envelopes were the magazine and single round from the rifle. Detective Herbert explained that Sgt. McAlpine with EPD had taken possession of rifle and equipment at the scene. Sgt. McAlpine had transferred the equipment to EPD headquarters where Detective Herbert took possession of it at approximately 6:45 pm. Detective Herbert said he also took photographs of Officer Stutesman before taking off his external ballistic vest/equipment carrier. Detective Herbert showed me the photographs on his digital camera. At 9:40 pm I took possession of Officer Stutesman's rifle and equipment and secured them in my vehicle. At 9:50 pm I arrived at the Springfield Office for the State Police and secured the rifle and equipment in temporary evidence lockers. I put the rifle in Locker #12 and the ammunition along with the external ballistic vest/equipment carrier in Locker #9.

At approximately 10:15 pm I arrived back at the scene of the incident on Devos St. I assisted with investigation by searching inside the residence. During the search I located a list of medications hand written on a small yellow piece of paper. The list was located under the bottom drawer in the bathroom located in the suspect's bedroom. Detective Sprague took a digital photograph of the list.

At approximately 11:30 pm I observed while two workers with Mortuary Services of Lane County (MSLC) prepared the suspect's body to be transported. They put the suspect's body in a large blue body bag and sealed it with an orange tag. I took two digital photographs of the tag and the serial number (4715457) that sealed the bag. I later transferred those photographs to CD and included it with this report (CAD-2). At 11:45 pm I followed MSLC to the county morgue at Riverbend hospital in Springfield. When the MSLC workers arrived at the hospital they brought the suspect's body inside and secured it.

On April 2, 2015 I spoke with Attorney Greg Veralrud for Becky Higgins. At the initial briefing at the scene of the incident, I learned Ms. Higgins was the counselor who was on the telephone with the suspect just prior to the incident. Additionally, she was the person who called 911 and provided the initial information about the suspect. Mr. Veralrud told me he represented Ms. Higgins and she would be cooperating fully with the investigation. He said she had retained him to help her navigate what information she could provide and what information was protected by the client-counselor privilege. Mr. Veralrud provided a memo explaining the kind of information Ms. Higgin would be able to provide in an interview. A copy of that memo is

included with this report. In summary, the memo explains that Ms. Higgins would be able to confirm she called 911 the day of the incident and she was simultaneously in contact with the suspect at the same time speaking with 911. Any further disclosure by Ms. Higgins would require a court order.

On April 3, 2015 at approximately 1:30 pm I spoke with Ms. Higgins at Attorney Greg Veralrud's office in downtown Eugene. I conducted the interview. Also present for the interview was Mr. Veralrud. The following is a summary of the statements made by Ms. Higgins during the interview. The summary does not contain all of the comments made during the interview, nor does it necessarily reflect the chronology of the discussion. For a verbatim account of the interview, refer to the attached CD containing an audio recording of the interview in its entirety (see CD marked as evidence CAD-3). During the interview Ms. Higgins stated the following in substance:

Ms. Higgins talked about her professional background. She earned her master's in social work in 1991 and became a licensed clinical social worker in June of 1993. She started out primarily working with families and transitioned to working with veterans through Veterans Affairs (VA). Ms. Higgins currently has approximately 20 years of experience working with veterans. Approximately 70% of her clients are veterans referred through the VA.

On March 30, 2015 the suspect called Ms. Higgins. She does not usually work on Monday but heard the suspect leaving a message on her phone. Ms. Higgins picked up the phone and spoke with the suspect. As a result of their conversation Ms. Higgins called 911. The time stamp on the original call was 4:58 pm (this might have been when the call ended). Ms. Higgins called 911 at 5:02 pm. She called a total of two times. She called twice due to poor cellphone reception and the call getting dropped. Ms. Higgins called regarding concern over a conversation she was having with a client. Ms. Higgins confirmed the client was the suspect. Her specific concern was that the suspect had told her he had a 9mm gun and had already shot-off a round. He also told her he had the gun loaded and one in the chamber. Ms. Higgins was additionally concerned because the suspect was under the influence of drugs or had been drinking.

Speaking more generally, Ms. Higgins spoke about circumstances when a counselor might call 911. A counselor might call 911 when a client was struggling, had lost hope, had a recent loss, did not have much of a support system, be at a higher risk because of certain issues, be a part of a high risk group, and the counselor cannot think of any way they can reduce the clients despair in the moment. When I paraphrased what Ms. Higgins was describing, she confirmed she would call 911 for additional assistance when a client disclosed information that would put them at risk for harming themselves or others.

**Case Status:**

Report referred to the Lane County District Attorney's Office.

## 15-095758.FORM65:

| | | | |
|---|---|---|---|
| **Author:** | #A70147 POLAND, JEANIE | **Report time:** | 04/02/2015 08:08 |
| **Entered by:** | #A70147 POLAND, JEANIE | **Entered time:** | 04/02/2015 08:08 |
| **Person:** | | | |
| **Address:** | | | |
| **Vehicle:** | | | |
| **Officer:** | | | |

## 15-095758.FORM49:

| | | | |
|---|---|---|---|
| **Author:** | #A70147 POLAND, JEANIE | **Report time:** | 04/02/2015 08:09 |
| **Entered by:** | #A70147 POLAND, JEANIE | **Entered time:** | 04/02/2015 08:09 |
| **Person:** | | | |
| **Address:** | | | |
| **Vehicle:** | | | |
| **Officer:** | | | |

## 15-095758.EV-RETURN:

| | | | |
|---|---|---|---|
| **Author:** | #A70147 POLAND, JEANIE | **Report time:** | 04/02/2015 08:09 |
| **Entered by:** | #A70147 POLAND, JEANIE | **Entered time:** | 04/02/2015 08:09 |
| **Person:** | | | |
| **Address:** | | | |
| **Vehicle:** | | | |
| **Officer:** | | | |

## 15-095758.ANALYT. REPORT:

| | | | |
|---|---|---|---|
| **Author:** | #A70147 POLAND, JEANIE | **Report time:** | 04/02/2015 08:09 |
| **Entered by:** | #A70147 POLAND, JEANIE | **Entered time:** | 04/02/2015 08:09 |
| **Person:** | | | |
| **Address:** | | | |
| **Vehicle:** | | | |
| **Officer:** | | | |

## 15-095758.ATF:

Exhibit 16
Page 25 of 178
Page 24 of 25
COE 000607

| Author: | #A70147 POLAND, JEANIE | Report time: | 04/02/2015 13:07 |
|---|---|---|---|
| Entered by: | #A70147 POLAND, JEANIE | Entered time: | 04/02/2015 13:06 |
| Person: | | | |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |

## 15-095758.RELEASE:

| Author: | #A70147 POLAND, JEANIE | Report time: | 04/08/2015 12:00 |
|---|---|---|---|
| Entered by: | #A70147 POLAND, JEANIE | Entered time: | 04/08/2015 12:00 |
| Person: | | | |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |

## MEMO FROM BECKY HIGGINS ATTNY:

| Author: | #49713 DAY, CALE | Report time: | 04/08/2015 14:23 |
|---|---|---|---|
| Entered by: | #49713 DAY, CALE | Entered time: | 04/08/2015 14:23 |
| Person: | | | |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |

## 15-095758.FORM65:

| Author: | #A70147 POLAND, JEANIE | Report time: | 04/09/2015 09:38 |
|---|---|---|---|
| Entered by: | #A70147 POLAND, JEANIE | Entered time: | 04/09/2015 09:38 |
| Person: | | | |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |

Exhibit 16
Page 26 of 178
Page: 25 of 25

COE 000608

## MEMORANDUM

TO: Oregon State Police Detective Cale Day
FROM: Greg Veralrud
DATE: April 2, 2015
MY CLIENT: Becky Higgins
RE: Matter of the Investigation into the Death of Brian Babb

Det. Day:

To follow-up on our telephone conversation of March 30, 2015, I represent Becky Higgins. Ms. Higgins is an LCSW, licensed in the state of Oregon to engage in the diagnosis or treatment of mental and emotional conditions.

Based upon Oregon and federal law, any communications made by a patient for the purpose of diagnosis or treatment of that patient's mental or emotional condition is privileged under ORS §40.230. By the terms of that statute, the privilege survives the death of the patient because it can be asserted by the personal representative of the patient as well. The statute also provides that the privilege applies to any communication not intended to be disclosed to a third party. The privilege extends to telephone conversations (see *State v. Miller*, 67 Or App 637 (1984) aff'd. 300 Or 203 (1985)). The privilege is analogous to that of the attorney-client privilege (*Groff v. S.I.A.C.*, 246 Or 557 (1967)).

Under federal law, there are protections provided by the HIPAA statutory and regulatory scheme. Generally, HIPAA's privacy's rules apply to a deceased person's health information to the same extent as a living person's information. If HIPAA would require a person's authorization for the release of the person's protected health information and the person is deceased, the medical provider/entity must generally obtain authorization from the deceased person's personal representative before releasing the information (45 C.F.R. §164.502(f),(g)).

Exceptions to the HIPAA privacy obligations are generally in connection with judicial proceedings:

1. In response to a court order and only to the extent allowed by the language of the order; or

2. In response to a subpoena or formal discovery request where the requesting party assures the provider that either the patient was made aware of the request and did not object, or the requesting party has made reasonable efforts to secure a protective order.

I don't know the nature of the questions to be put to Ms. Higgins in an interview, but if those questions in any way are directed at asking her to disclose the nature

Exhibit 16
Page 27 of 178

COE 000609

of her communications to and from one of her patients, she has no choice but to assert these privileges and protections, no matter how she might otherwise feel.

In my view, these protections probably extend even to the identification of a particular person as a patient of Ms. Higgins, but because of her concern and phone call to 911, it's obvious that your office is already aware that she has provided psychological treatment and counseling to the decedent, Brian Babb. She can, however, confirm that it is her voice that is recorded on the 911 call, she can confirm the accuracy of that recording, and she can confirm that she was in conference with Mr. Babb at points while she was simultaneously in contact with 911. Further disclosure regarding the nature of her communication with Mr. Babb cannot be discussed without court order.

Media reports to the effect that Ms. Higgins' stated on the 911 call that there was a "dispute" and that she "heard a gun shot" are inaccurate, and she believes that review of the 911 call recording will bear her out.

Please let me know if you still wish to interview Ms. Higgins. She has asked that I be present if that's the case, and I want to make sure that we can meet at a time convenient for all. Because she's concerned that she's been misquoted in the media, she requests that any questions put to her and answers that she gives be recorded and that she be provided a copy of her interview immediately at the end of the interview. Ms. Higgins requests and trusts that it will not be necessary to disclose her identity to the media. She counsels a number of veterans and is concerned that the publicity could negatively affect that work. Both Ms. Higgins and myself appreciate the importance of your investigation, but I don't see that she has any choice in the matter.

Respectfully,

Greg Veralrud

Exhibit 16
Page 28 of 178

COE 000610

50 Feet

150 Feet

200 Feet

Exhibit 16
Page 29 of 178

COE 000611

# EUGENE

# POLICE

# REPORTS

# 15-5349

Exhibit 16
Page 30 of 178

COE 000612

## INCIDENT/INVESTIGATION REPORT

| Agency Name | | |
|---|---|---|
| *Eugene Police Department* | | Case# **15-05349** |

| ORI | | |
|---|---|---|
| *OR0200200* | | Date / Time Reported *03/30/2015  17:06  Mon* |

**Location of Incident**
*2248 Devos St, Eugene OR 97402-*

| Premise Type | Zone/Tract | |
|---|---|---|
| *Single Family Residence* | EP05 | Last Known Secure *03/30/2015  17:06  Mon* |
| | | At Found *03/30/2015  17:06  Mon* |

**INCIDENT DATA**

| | Crime Incident(s) | (Com) | Weapon / Tools *Rifle* | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Menacing - Intimidate/thrt* | M | Entry | Exit | Security | N |
| | *163.190* | | | | | |

| | Crime Incident | (Com) | Weapon / Tools *Rifle* | | | Activity |
|---|---|---|---|---|---|---|
| #2 | *Officer Involved Shooting* | | Entry | Exit | Security | |
| | *OIS* | | | | | |

| | Crime Incident | ( ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #3 | | | Entry | Exit | Security | |

**MO**

---

**VICTIM**

| # of Victims  *1* | Type:  LAW ENFORCEMENT | Injury:  None |
|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) *STUTESMAN, WILL M* | Victim of Crime # *1,* | DOB *06/14/1981* Age *33* | Race *W* | Sex *M* | Relationship To Offender *IRU* | Resident Status *Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address  *300 COUNTRY CLUB RD , Eugene, OR 97401-*    Home Phone

Employer Name/Address    Business Phone    Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

---

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)    R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

| Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code *ME* | Name (Last, First, Middle) *BABB, STEPHANIE MARIE* | Victim of Crime # | DOB *01/27/1967* Age *48* | Race *W* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |

Home Address  *2525 Cubit St  Eugene, OR 974028701*    Home Phone  *541-515-2222*

Employer Name/Address    Business Phone  *541-484-1877*    Mobile Phone  *541-515-2222*

| Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code *ME* | Name (Last, First, Middle) *WOODCOOK, WESLEY GREER* | Victim of Crime # | DOB *05/11/1967* Age *47* | Race *W* | Sex *M* | Relationship To Offender | Resident Status | Military Branch/Status |

Home Address  *2525 Cubit St  Eugene, OR 97402*    Home Phone  *541-913-5499*

Employer Name/Address    Business Phone    Mobile Phone

---

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

---

| Officer/ID#  *THOMPSON, M. (WPO, EVCU) (EPD324)* | | |
|---|---|---|
| Invest ID#  *(0)* | Supervisor | *(0)* |

| Status | Complainant Signature | Case Status *Open* | Case Disposition: | Exhibit 16 Page 1 |
|---|---|---|---|---|

Printed By: CEPDMET, CEPOL058    Sys#: 488635    Page 31 of 178  03/30/2015 07:56:20

COE 000613

## Incident Report Additional Name List

*Eugene Police Department*

OCA: *15-05349*

Additional Name List

Page 2

| | NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | WI  1 | ANTONINI, JAMES ROBERT | | 06/21/1971 | 43 | W | M |

Address *2248 Devos St , Eugene, OR 97402-*

Empl/Addr

H: *503-449-3218*

B:

Mobile #: *503-449-3218*

| | NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 2) | ME  3 | OGDEN, CLARISSA MARIE | | 03/30/1966 | 49 | W | F |

Address *1645 H St , Springfield, OR 97477-*

Empl/Addr

H: *541-510-5455*

B:

Mobile #:

Exhibit 16
Page 32 of 178

Printed By: CEPDMET, CEPOL058   04/07/2015 07:56

COE 000614

**INCIDENT/INVESTIGATION REPORT**

By: CEPDMET, CEPOL058  04/07/2015

Page 3

*Eugene Police Department*

| Case# | 15-05349 |

| Status ̃tes | | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*MAGNUSON, T. (EPD122), PIESKE, N. (EPD112), KIDD, J. (EPD143), VINJE, S. (EPD270), DEWITT, D. (EPD415), DEWITT, D. (EPD415), KEYSER, K. (EPD417), STUTESMAN, W. (EPD633), CLARK, D. (EPD614), FARLEY, K. (EPD612),*

Suspect Hate / Bias Motivated:

Page 3

NARRATIVE

Exhibit 16
Page 33 of 178

COE 000615

## REPORTING OFFICER NARRATIVE

| *Eugene Police Department* | | OCA |
|---|---|---|
| | | *15-05349* |
| Victim | Offense | Date / Time Reported |
| *STUTESMAN, WILL M* | *MENACING - INTIMIDATE/THRT* | *Mon 03/30/2015 17:06* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

THIS REPORT PROVIDES AN OVERVIEW OF THIS INCIDENT.

AO/ Lieutenant J. Bills  EPD / Investigations
    Rachel Smith  Eugene/Springfield Fire (M11)
    Chad Smith  Eugene/Springfield Fire (M11)
    Paul Starkey Eugene/Springfield Fire (E7)
    Amy Kline  Eugene/Springfield Fire (E7)
    Forrest Chambers  Eugene/Springfield Fire (E7)

C/ Becky Higgins, LCSW - Babb`s therapist

S/ Babb, Brian Avon  05/12/1965  WM
    2248 Devos St, Eugene  97402
      DOD: 03/30/2015

I/ Antonini, James Robert  06/21/1971  WM - Babb`s roommate & childhood friend
    2248 Devos St, Eugene  97402
      C/ (503)449-3218

I/ Woodcook, Stephanie Marie  01/27/1967  WF - Babb`s ex-wife
    2525 Cubit Street, Eugene  97402
      C/ (541)515-2222

DD/ EPR# 193114, recordings of 911 call and Radio Traffic, 2 CD`s.

DD/ A copy of the CAD record is attached.

DD/ A copy of the Patrol Lineup for March 30, 2015, all watches, is attached.

RC/ IDFIT Participating Agency Case numbers:
    OSP 15-095758
    LCSO 15-1925
    CGPD 15-716
    SPD non assigned as of 4/6/15

RC/ EPD 14-22342, Menacing at 2248 Devos St, 12/24/14@0200
    AI/ Babb is alleged to have menaced his 16 year old son and his son`s 16 year old friend by
      pointing a handgun at them.

VO/ ICV Recordings available from:
    Officer Stutesman - cepdwxs@1708
    Officer Grose (Bearcat) - cepdmsg@1740
    Officer Warden - cepdjaw@1722, 1822

Reporting Officer:  *THOMPSON, M.*
Printed By: CEPDMET, CEPOL058   04/07/2015 07:56

Exhibit 16
Page 34 of 178   Page 4

COE 000616

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Eugene Police Department* | | *15-05349* |
| Victim | Offense | Date / Time Reported |
| *STUTESMAN, WILL M* | *MENACING - INTIMIDATE/THRT* | *Mon 03/30/2015 17:06* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Officer Keyser - cepdkvk@1724, 1745
Officer Barnes - cepdlib@1701
Officer Magnuson - cepddtm@1805
Officer Dewitt - cepddad@1706
Officer Clark - cepddxc@1644

On March 30, 2015, at 1703 hours, Becky Higgins called Eugene Police via 911 to request a welfare check be performed on a client she was currently speaking with on anther line. Higgins reported her client was Brian Babb, an Afghanistan war veteran who suffers from PTSD. She stated he sounded intoxicated and was on pain medications and claimed to currently have a 9mm pistol pointed at his head. Higgins also stated Babb had claimed he had already fired a round inside his residence. Higgins Maintained phone contact with Babb, monitoring an open line at times, until she was asked to terminate her call at approximately 1747 hours when a crisis negotiator began attempts to speak with Babb.

2248 Devos Street is a wood framed, two story, single family residence with an attached, single story, two car garage at its south side. It is situated on a panhandle lot accessed from Devos Street. 2248 Devos Street faces east, as does its front door which opens onto an elevated concrete porch and has decorative columns at both corners of the porch, adjacent to the front door. The door opens inward with hinges to the left, when facing it from outside. The residence is surrounded, except for driveway access, on four sides by a six foot tall wood constructed fence. 2250 Devos Street is the street side property, situated in front of 2248 Devos Street. A similarly arranged panhandle lot residence backs up to the 2248 Devos Street property from E Irwin Way. 2044 Devos Street is the residence directly to the south and its driveway runs parallel to 2248 Devos Street, separated by a fence.

Officers were initially dispatched at 1706 hours and the first units arrived at 1713 hours. As more details became known, the police response increased for additional perimeter units and traffic control in the area, including having fire/EMT assets staged nearby at 1711 hours. At 1737 hours a perimeter had been established around 2248 Devos Street and the Eugene Police armored rescue vehicle (Bearcat) had been deployed in the driveway of 2044 Devos Street. Loud Hailing commenced from the Bearcat and James Antonini, Babb's roommate, responded to directions and exited the residence with his empty hands raised in the air.

Antonini reported Babb was very agitated and was attempting to open his gun safe, giving him access to multiple weapons. Officers on the perimeter could hear Babb moving through the house using profanity while yelling at officers to leave him alone and to get off his property. At one point Babb opened the front door and yelled towards the Bearcat. At approximately 1752 hours Babb opened the front door and pointed a rifle at Officer Stutesman who was positioned in the top turret of the Bearcat. Officer Stutesman fired a single shot incapacitating Babb.

The Bearcat was used to make a safe approach to the front door and Medics were summoned to once the scene was secure and safe for them to enter. Eugene-Springfield Firefighter/EMT Rachel Smith and Paul Starkey entered the scene and pronounced Babb deceased at 1802 hours.

The Lane County Inter-Agency Deadly Force Investigation Team was activated and OSP assumed the role of

**REPORTING OFFICER NARRATIVE**

| Eugene Police Department | | OCA |
|---|---|---|
| | | 15-05349 |
| Victim | Offense | Date / Time Reported |
| STUTESMAN, WILL M | MENACING - INTIMIDATE/THRT | Mon 03/30/2015 17:06 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

primary investigating agency.

[04/06/2015 14:31, CEPDMET, 244, EPD]

Exhibit 16
Page 36 of 178   Page 6

Reporting Officer:   THOMPSON, M.
Printed By: CEPDMET, CEPOL058    04/07/2015 07:56

COE 000618

## Incident Report Suspect List

*Eugene Police Department*

OCA: *15-05349*

| 1 | Name (Last, First, Middle) **BABB, BRIAN AVON II** | | | | | | Also Known As *BABB, BRIAN* | | | | Home Address *2248 DEVOS ST EUGENE, OR 97402* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Business Address | | | | | | | | | | *541-514-2791* |

| DOB. *05/12/1965* | Age *49* | Race *W* | Sex *M* | Eth *U* | Hgt *509* | Wgt *160* | Hair *BRO* | Eye *HAZ* | Skin | Driver's License / State. *3516280 OR* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | | Dir of Travel Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

| Notes | Physical Char |
|---|---|

Exhibit 16
Page 37 of 178

COE 000619

3/31/2015    EventReport

| User: CEPDMET | **EUGENE POLICE DEPARTMENT** | 03/31/2015 13:39:02 |
|---|---|---|

## Event Report

Event ID: **15-072576**    Call Ref #: 171    Date/Time Received: 03/30/2015 17:06:24

| Rept #: 15-05349    Call Source: W911 | Prime CMD2 | Service Involved | | | |
|---|---|---|---|---|---|
| | Unit: FELLMAN, SCOTT | **LAW** | **FIRE** | | |

Location: **2248 DEVOS ST**

| X-ST: | CODY AVE | Jur: CAD | Service: LAW | Agency: EPD |
|---|---|---|---|---|
| | JESSEN DR | St/Beat: EP05 | District: EPDW | RA: |
| Business: | Phone: | | | |

| Nature: **SUICIDAL SUBJECT** | Alarm Lvl: 1 | Priority: 1 | Medical Priority: |
|---|---|---|---|

| Caller: HIGGINS, BECKY | | Alarm: | Call Taker: CEEYBJL |
|---|---|---|---|
| Addr: | Phone: (541) 912-4931 | Alarm Type: | Console: CEPOL220 |

| Vehicle: D49416 | St: OR | Report Only: No | Race: | Sex | Age: |
|---|---|---|---|---|---|

| Geo-Verified Addr: Yes | Nature Summary Code: | Disposition: REPT | Close Comments: |
|---|---|---|---|

{4E13} OFRS CLEAR FROM SCENE ON DEVOS ST [03/31/15 02:15:08 CEEYDMS] {5E47} SCENE SECURE. MCI STILL ON SCENE. [03/31/15 01:21:13 CEEYADL] ADDTL C/ WAS TOLD TO CALL THE OFCR [03/30/15 22:02:35 CEEYCNK] ADDTL C/ OGDEN, CLARISSA 541-510-5455 IS EXGIRLFRIEND OF I/ [03/30/15 22:01:56 CEEYCNK] CESAR HAS BEEN ADVISED HE CAN RETURN HOME (541-968-8667) [03/30/15 21:13:22 CEEYTLR] {3E59} C4 [03/30/15 20:45:04 CEEYEJS] {CMD2} INCIDENT COMMAND [03/30/15 19:09:12 CEEYEJS] {4E13} PW SUPERVISOR WILL HAVE SPANGLER CALL 4E13'S CELL [03/30/15 19:02:11 CEEYTLR] THERAPIST/ HIGGINS,BECKY WANTS A CALL BACK W/ DISPO... 541-912-4931 [03/30/15 19:01:39 CEEYADL] HAVE BRIAN'S SISTER ON THE LINE, SHE'S DRIVING TO EUG FROM ROSEBURG. DIDN'T KNOW IF WE NEEDED FAMILY CONTACT INFORMATION. SISTER/ MCGOWAN, RONDA 541-905-9427 PARENTS LIVE IN ALPINE AND EUGENE, BUT DAD IS IN PALM SPRINGS FOR VACATION. MOM/ HOLLAWAY, WANDA 541-424-2486 [03/30/15 18:57:48 CEEYADL] {3W74} POLICE AUDITOR ON SCENE [03/30/15 18:56:45 CEEYEJS] {4X41} C9C [03/30/15 18:28:56 CEEYEJS] {4X41} CONTACTING VCU [03/30/15 18:13:41 CEEYEJS] {2E13} C4 [03/30/15 18:12:04 CEEYEJS] 1M11/4E63 TRANSPORTING VEHICLES TO HQ [03/30/15 18:11:29 CEEYADL] I/BABB,BRIAN AVON.05121965 [03/30/15 18:07:31 CEEYEJS] {3E68} UPSTAIRS CLOSET HAS TRIGGER LOCK THAT HAS BEEN REMOVED [03/30/15 18:03:46 CEEYEJS] {2X21} RESIDENCE CLEAR, DOING SECONDARY [03/30/15 18:02:56 CEEYEJS] {3E45} 1249 [03/30/15 18:02:40 CEEYEJS] [FIRE] UDTS: {E7} 12-49 [03/30/15 18:02:36 CEEYMAM] {3X31} CLEARING HOUSE [03/30/15 18:01:37 CEEYEJS] [FIRE] FIRE MOVING TO FRONT OF HOUSE [03/30/15 18:00:55 CEEYMAM] {3X31} STAND DOWN SWAT [03/30/15 18:00:50 CEEYEJS] {3X31} REQ MEDICS TO FRONT OF HOUSE [03/30/15 17:59:22 CEEYEJS] {3X31} MOVING UP [03/30/15 17:58:43 CEEYEJS] RIFLE IN SUBJ R HAND [03/30/15 17:58:38 CEEYEJS] {3X31} OFFICER INVOLVED SHOOTING, ALL OFFICERS C4 [03/30/15 17:58:20 CEEYEJS] SWAT/CNT PAGED [03/30/15 17:58:07 CEEYLMW] {3E68} NO MOVEMENT NOTED [03/30/15 17:57:40 CEEYEJS] {2X21} **PUSHING FORWARD WITH BEARCAT** [03/30/15 17:57:30 CEEYEJS] {3E68} 2250 DEVOS, EVACUATING [03/30/15 17:56:47 CEEYEJS] {3X31} MOVING BEARCAT UP, [03/30/15 17:56:35 CEEYEJS] {3X31} ONE SHOT [03/30/15 17:56:07 CEEYEJS] SUBJ HASN'T MOVED [03/30/15 17:55:30 CEEYEJS] {3X31} UNK IF SUBJ IS DOWN, INSIDE THRESHOLD OF DOOR [03/30/15 17:55:21 CEEYEJS] {3W74} C4 [03/30/15 17:55:10 CEEYEJS] {3E95} C4 [03/30/15 17:55:06 CEEYEJS] {3E88} C4 [03/30/15 17:55:02 CEEYEJS] {3E68} C4 [03/30/15 17:54:56 CEEYEJS] {3E59} C4 [03/30/15 17:54:52 CEEYEJS] {3E56} C4 [03/30/15 17:54:47 CEEYEJS] {3E49} C4 [03/30/15 17:54:38 CEEYEJS] {3E45} C4 [03/30/15 17:54:34 CEEYEJS] {2X21} C4 [03/30/15 17:54:29 CEEYEJS] {2E13} C4 [03/30/15 17:54:23 CEEYEJS] {1M12} C4 [03/30/15 17:54:18 CEEYEJS] {3X31} GROSE,PIESKE,VINJE,DEWITT,KIDD [03/30/15 17:53:40 CEEYEJS] {3X31} ACTIVATE SWAT [03/30/15 17:53:04 CEEYEJS] {2E13} SUBJ NOT MOVING, IN THRESHOLD [03/30/15 17:52:59 CEEYEJS] **SHOTS FIRED, DOWN AT FRONT DOOR** [03/30/15 17:52:38 CEEYEJS] SUBJ ON GROUND FLOOR [03/30/15 17:52:25 CEEYEJS] {3X31} ON THE LINE WITH I/ [03/30/15 17:51:48 CEEYEJS] {3E45} I/'S BEDROOM ON NORTHSIDE, BLINDS CLOSED, WINDOWS OPEN [03/30/15 17:49:49 CEEYEJS] {3X31} SUBJ HAS ACCESS TO A LOT OF WEAPONS [03/30/15 17:48:01 CEEYEJS] {3X31} **REQ**

Exhibit 16
Page 38 of 178    1/15

http://psjsrvopctr.psj.net/opcenter/CAD/EventReport.aspx?incl_id=15072576&callrefno=

COE 000620

EventReport

Notes:

C/DISCONNECT WITH SUBJ [03/30/15 17:47:40 CEEYEJS] {2E13} SUBJ SAYING HE IS NOT A CRIMINAL AND IS NOT COMING OUT [03/30/15 17:46:51 CEEYEJS] SUBJ IN WINDOW [03/30/15 17:45:08 CEEYEJS] C/ HAS OPEN LINE NOT HEARING ANYTHING [03/30/15 17:44:45 CEEYLNW] C/ ADV MALE SAW PD OR SOMEONE OUTSIDE [03/30/15 17:44:21 CEEYLNW] {3X31} WITH FRIEND NOW [03/30/15 17:44:14 CEEYEJS] C/ ADV MALE IS NOT RESPONDING TO HER ANYMORE ... C/ HEARD HIM YELLING "YOU ARE NOT GOING TO DO THIS TO ME".. AT ONE POINT, HE SAID HE TOOK ROUND OUT OF THE CHAMBER,,, BUT HE TOLD HER HOW FAST HE COULD RELOAD [03/30/15 17:44:01 CEEYLNW] JIM COMING OUT TO DRIVEWAY, FRONT DOOR STILL OPEN [03/30/15 17:43:56 CEEYEJS] JIM COMING OUT WITH HANDS UP [03/30/15 17:43:46 CEEYEJS] {2E13} SUBJ AT DOOR WM. LSW/BLU SWEATSHIRT.BLU SHORTS [03/30/15 17:43:37 CEEYEJS] {2E13} I/HVY BUILD LSW/BLU SWEATSHIRT.SHORTS [03/30/15 17:43:05 CEEYEJS] NUMBER FOR RO OF 095HFG 503-449-3218 [03/30/15 17:41:46 CEEYEJS] -- C/ IS TELLING THE SUBJ THAT SHE CALLED 911 BCAUSE SHE WAS CONCERNED ***** SHE IS SAYING THAT SHE NEEDED TO HAVE SOMEONE DO A WELFARE CHECK ON HIM ************************** [03/30/15 17:41:40 CEEYLNW] {3E68} VERTICLE BLIND OPENED, THEN SHUT AGAIN [03/30/15 17:41:19 CEEYEJS] {3X31} HAILING [03/30/15 17:40:30 CEEYEJS] |C/ STILL ON THE PH WITH SUBJ.. SHE IS ASKING HIM IF HE TOOK THE CLIP OUT OF THE GUN... NOT ABLE TO MAKE OUT WHAT HIS RESPONSE IS ..... | ******************* [03/30/15 17:39:10 CEEYLNW] {3W74} TRAFFIC SHUT DOWN AT CODY/DEVOS [03/30/15 17:38:21 CEEYEJS] {3X31} POSITIONED BEARCAT, STARTING HAILS [03/30/15 17:37:20 CEEYEJS] UTL IN RMS FOR PEOPLE ASSOC WITH 2440 E IRWIN [03/30/15 17:34:53 CEEYADL] {2E13} UNABLE TO GET VIEW FROM BACKYARD [03/30/15 17:31:55 CEEYEJS] UNABLE TO REACH RES OF 2250 DEVOS [03/30/15 17:31:20 CEEYADL] 3W74 BLOCK TRAFFIC CODY/DEVOS [03/30/15 17:30:50 CEEYEJS] {3E68} MAKING CONTACT AT 2258 DEVOS NOW [03/30/15 17:29:41 CEEYEJS] {3E68} REQ CALL 2250 2258 DEVOS, BARRICADE IN PLACE [03/30/15 17:29:18 CEEYEJS] NO DOORS EXITING GARAGE [03/30/15 17:27:09 CEEYEJS] {3E59} KITCHEN WINDOW WITH SHADES UP.ON BACK [03/30/15 17:26:56 CEEYEJS] {3X31} REQ SUBJ COME TO FRONT DOOR WITH NOTHING IN HIS HANDS [03/30/15 17:25:47 CEEYEJS] |C/ TALKING TO SUBJ NOW ON PH .. WILL ATT TO GET HIS PH NUMBER [03/30/15 17:23:55 CEEYLNW] {3E59} OP ON BACK OF HOUSE, MINUS LOWER DOORS [03/30/15 17:23:38 CEEYEJS] {3E68} GOING TO NORTH SIDE [03/30/15 17:23:25 CEEYEJS] {3E68} OP ON UPPER STAIRS [03/30/15 17:23:09 CEEYEJS] {3X31} 3E95 3E68 TO NE [03/30/15 17:22:57 CEEYEJS] C/ STILL HAS MALE ON PH |SAYS HE HAS A ROUND LOADED IN CHAMBER & READY TO GO " | [03/30/15 17:22:42 CEEYLNW] {3E59} TO THE WEST WITH LONG GUN - NEEDS COVER [03/30/15 17:20:30 CEEYADL] {2E13} LARGE GRY HOUSE W/ WHI TRIM. 5 HOUSES NORTH OF CODY [03/30/15 17:18:39 CEEYADL] [FIRE] (M11} STAGED GOLDEN GARDENS/CODY [03/30/15 17:18:26 CEEYMAM] [FIRE] UDTS: {M11} STAGED NEARBY [03/30/15 17:18:16 CEEYMAM] TWO STORY HOUSE, WINDOWS OPEN AND FACE STREET AND DRIVEWAY [03/30/15 17:17:34 CEEYADL] TOYT TACOMA.WHI & D49416.FULL SIZE FORD TK.WHI [03/30/15 17:17:00 CEEYADL] APPROACH IS A PANDHANDLE LOT [03/30/15 17:14:57 CEEYADL] BABB'S DL PHOTO EMAILED TO 3E56 [03/30/15 17:14:14 CEEYTLR] [FIRE] (E7) STAGED DEWEY/BARGER [03/30/15 17:11:41 CEEYMAM] [FIRE] UDTS: {E7} STAGED NEARBY [03/30/15 17:11:27 CEEYMAM] [FIRE] C/DIDN'T HEAR SHOT, I/ TOLD HER HE SHOT THE CELING 1 TIME. [03/30/15 17:11:11 CEEYBJL] [FIRE] I/ IS AN AFGHANISTAN VET. C/IS HIS THERAPIST & SOCIAL WORKER. [03/30/15 17:10:41 CEEYBJL] BABB HAS NW, VALID CONC HANDG LICENSE [03/30/15 17:10:32 CEEYTLR] [FIRE] CAN HEAR COMP TALKING ON THE OTHER LINE W/ INV. [03/30/15 17:09:28 CEEYBJL] [FIRE] C/HAS LIMITED CELL SERVICE FROM HER OFFICE I MIGHT LOSE HER ON THE PHO. [03/30/15 17:09:05 CEEYBJL] [FIRE] FIRE ENR TO STAGE [03/30/15 17:08:35 CEEYMAM] [FIRE] ON HOLD, NFI. [03/30/15 17:08:02 CEEYBJL] [FIRE] I/ POSSIBLY HOME ALONE, C/BELIEVES HE HAS 1 MALE ROOMMATE. [03/30/15 17:07:54 CEEYBJL] [FIRE] I/DOESN'T KNOW 911 IS BEING CALLED. [03/30/15 17:07:42 CEEYBJL] [FIRE] INSIDE PHO 541-514-2791 [03/30/15 17:07:11 CEEYBJL] [FIRE] C/NOW HAS ME ON HOLD, IS AFRAID I/ WILL HANG UP IF SHE DOESN'T CONTINUE TO TALK TO HIM. [03/30/15 17:07:01 CEEYBJL] [FIRE] CORR - 1 SHOT INTO THE CEILING. [03/30/15 17:06:42 CEEYBJL] I/ STATING HE HAS A 9MM TO HIS HEAD & HAS ALREADY SHOT 1 BULLET INTO A WINDOW OR SOMEWHERE INTO THE HOUSE. [03/30/15 17:06:1? CEEYBJL] I/BABEI, BRIAN A DOB/05.12.1965 - IS A VET W/ PTSD, SOUNDS INTOX & POSSIBLY ON PAIN MEDS [03/30/15 17:05:50 CEEYBJL] C/IS A THERAPIST NOT ON SCENE, ON THE OTHER PHONE LINE W/ A CLIENT [03/30/15 17:03:06 CEEYBJL]

## Times

| | | | |
|---|---|---|---|
| Call Received: 03/30/2015 17:06:24 | Time From Call Received | | |
| Call Routed: 03/30/2015 17:06:24 | 000:00:00 | Unit Reaction: 000:05:48 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 03/30/2015 17:06:24 | 000:00:00 | En-Route: 000:01:19 | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 03/30/2015 17:07:40 | 000:01:16 *(Time Held):* | On-Scene: 010:03:27 | *(1st Arrive to Last Unit)* |

Exhibit 16
Page 39 of 178
2/15

COE 000621

3/31/2015                                                    EventReport

1st En-Route: 03/30/2015 17:08:59    000:02:35
1st Arrive: 03/30/2015 17:13:28    000:07:04 *(Reaction Time):*
Last Clear: 03/31/2015 03:16:55    010:10:31

## Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| 3E95 | EPD386 | D | Dispatched | 03/30/2015 17:07:40 | Stat/Beat: EPE | . | CEEYADL |
| 3E56 | EPD633 | D | Dispatched | 03/30/2015 17:07:49 | Stat/Beat: EP05 | | CEEYADL |
| 3E68 | EPD612 | D | Dispatched | 03/30/2015 17:07:54 | Stat/Beat: EP05 | | CEEYADL |
| 3E59 | EPD614 | D | Dispatched | 03/30/2015 17:08:00 | Stat/Beat: EP05 | | CEEYADL |
| 3X31 | EPD146 | D | Dispatched | 03/30/2015 17:08:03 | Out Srv: [OUT] at EPD HEADQUARTERS | | CEEYADL |
| 2E13 | EPD143 | D | Dispatched | 03/30/2015 17:08:51 | Stat/Beat: EP01 | | CEEYADL |
| 3E45 | EPD415 | D | Dispatched | 03/30/2015 17:08:59 | On Evt: [A] at 4932 MORELY LP | | Unit:3E45 |
| 3E45 | EPD415 | E | En-Route | 03/30/2015 17:08:59 | On Evt: [A] at 4932 MORELY LP | | Unit:3E45 |
| 3E45 | EPD415 | L | Location Change | 03/30/2015 17:09:44 | CODY | | CEEYADL |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 17:10:17 | E IRWIN | | CEEYADL |
| 3W74 | EPD800 | D | Dispatched | 03/30/2015 17:12:23 | Stat/Beat: EPCW | | CEEYADL |
| 3E45 | EPD415 | A | Arrived | 03/30/2015 17:13:28 | | | CEEYADL |
| 3E56 | EPD633 | A | Arrived | 03/30/2015 17:13:33 | | | CEEYADL |
| 2E13 | EPD143 | A | Arrived | 03/30/2015 17:13:37 | | | CEEYADL |
| 4E31 | EPD616 | D | Dispatched | 03/30/2015 17:14:47 | Stat/Beat: EP03 | | CEEYADL |
| 2X21 | EPD270 | D | Dispatched | 03/30/2015 17:16:21 | | | CEEYADL |
| 3E95 | EPD386 | L | Location Change | 03/30/2015 17:16:27 | NORTH | | CEEYADL |
| 3E95 | EPD386 | A | Arrived | 03/30/2015 17:16:30 | | | CEEYADL |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 17:18:19 | 2439 E IWRIN | | CEEYADL |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 17:18:19 | 2439 E IWRIN;3E59 A | | CEEYADL |
| 3X31 | EPD146 | A | Arrived | 03/30/2015 17:19:39 | | | CEEYADL |
| 1M12 | EPD112 | E | En-Route | 03/30/2015 17:20:13 | Out Srv: [REP] at EPD HEADQUARTERS | | CEEYTLR |

Exhibit 16
COE 000622

3/31/2015                                                                    EventReport

| | | | | | | |
|---|---|---|---|---|---|---|
| 1M12 | EPD112 | D | Dispatched | 03/30/2015 17:20:13 | Out Srv: [REP] at EPD HEADQUARTERS | CEEYTLR |
| 1M12 | EPD112 | L | Location Change | 03/30/2015 17:20:18 | 255 LINCOLN | CEEYTLR |
| 4E31 | EPD616 | A | Arrived | 03/30/2015 17:26:59 | | CEEYADL |
| 4E52 | EPD621 | D | Dispatched | 03/30/2015 17:27:40 | Stat/Beat: EP05 | CEEYEJS |
| 3E88 | EPD279 | D | Dispatched | 03/30/2015 17:27:51 | Out Evt: [A] at HQ W/l | CEEYEJS |
| 4E52 | EPD621 | X | Canceled | 03/30/2015 17:27:59 | . | CEEYEJS |
| 3E88 | EPD279 | L | Location Change | 03/30/2015 17:28:07 | WESTSIDE | CEEYEJS |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 17:29:19 | | CEEYADL |
| 3W74 | EPD800 | A | Arrived | 03/30/2015 17:30:05 | | CEEYEJS |
| 3W74 | EPD800 | L | Location Change | 03/30/2015 17:31:00 | CODY/DEVOS | CEEYEJS |
| 3W74 | EPD800 | A | Arrived | 03/30/2015 17:31:01 | CODY/DEVOS; 3W74 A | CEEYEJS |
| 1M12 | EPD112 | A | Arrived | 03/30/2015 17:34:02 | | CEEYEJS |
| 1M12 | EPD112 | L | Location Change | 03/30/2015 17:34:16 | 2248 DEVOS | CEEYEJS |
| 1M12 | EPD112 | A | Arrived | 03/30/2015 17:34:16 | 2248 DEVOS; 1M12 A | CEEYEJS |
| 3E88 | EPD279 | L | Location Change | 03/30/2015 17:34:44 | 2439 E IRWIN | CEEYEJS |
| 3E88 | EPD279 | A | Arrived | 03/30/2015 17:34:44 | 2439 E IRWIN; 3E88 A | CEEYEJS |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 17:36:12 | 2435 W IRWIN | CEEYEJS |
| 3E88 | EPD279 | L | Location Change | 03/30/2015 17:36:12 | 2435 W IRWIN | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 17:36:13 | 2435 W IRWIN; 3E59 3E88 A | CEEYEJS |
| 3E88 | EPD279 | A | Arrived | 03/30/2015 17:36:13 | 2435 W IRWIN; 3E59 3E88 A | CEEYEJS |
| 2X21 | EPD270 | A | Arrived | 03/30/2015 17:38:29 | | CEEYEJS |
| 3E49 | EPD417 | D | Dispatched | 03/30/2015 17:47:29 | Stat/Beat: EP04 | CEEYADL |
| 3E49 | EPD417 | A | Arrived | 03/30/2015 17:47:29 | Stat/Beat: EP04 | CEEYADL |
| 3E49 | EPD417 | L | Location Change | 03/30/2015 17:47:37 | BLOCKING TO THE NORTH | CEEYADL |
| 3E49 | EPD417 | A | Arrived | 03/30/2015 17:47:38 | | CEEYADL |
| CMD10 | EPD338 | D | Dispatched | 03/30/2015 18:01:25 | | CEEYEJS |

Exhibit 16
Page 41 of 178   4/15

COE 000623

3/31/2015 EventReport

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4X41 | EPD353 | D | Dispatched | 03/30/2015 18:07:44 | Stat/Beat: EPCW | | Unit:4X41 |
| 4X41 | EPD353 | E | En-Route | 03/30/2015 18:07:44 | Stat/Beat: EPCW | | Unit:4X41 |
| 1M11 | EPD122 | D | Dispatched | 03/30/2015 18:09:50 | Out Srv: [OUT] at 488 E 11TH AVE OFF AIR;2E13 | | CEEYADL |
| 1M11 | EPD122 | A | Arrived | 03/30/2015 18:09:50 | Out Srv: [OUT] at 488 E 11TH AVE OFF AIR;2E13 | | CEEYADL |
| 4E63 | EPD367 | D | Dispatched | 03/30/2015 18:10:23 | Stat/Beat: EP06 | | CEEYADL |
| 4E63 | EPD367 | E | En-Route | 03/30/2015 18:10:23 | Stat/Beat: EP06 | | CEEYADL |
| CMD10 | EPD338 | A | Arrived | 03/30/2015 18:13:15 | | | CEEYEJS |
| 4X41 | EPD353 | A | Arrived | 03/30/2015 18:15:53 | | | CEEYEJS |
| 4E13 | EPD403 | D | Dispatched | 03/30/2015 18:28:44 | Out Evt: [A] at 1000 VALLEY RIVER WAY | | CEEYTLR |
| 4E13 | EPD403 | L | Location Change | 03/30/2015 18:28:59 | FOR COMMAND BUS | | CEEYTLR |
| CMD2 | EPD335 | D | Dispatched | 03/30/2015 18:35:08 | | | CEEYEJS |
| 3J79 | CAH14981 | D | Dispatched | 03/30/2015 18:41:34 | 2E13 | | CEEYTLR |
| 3J79 | CAH14981 | E | En-Route | 03/30/2015 18:41:34 | 2E13 | | CEEYTLR |
| 1M12 | EPD112 | L | Location Change | 03/30/2015 18:42:14 | 450 COUNTRY CLUB | | CEEYADL |
| 1M12 | EPD112 | A | Arrived | 03/30/2015 18:42:14 | 450 COUNTRY CLUB;1M12 A | | CEEYADL |
| CMD2 | EPD335 | A | Arrived | 03/30/2015 18:45:06 | | | CEEYEJS |
| 4X41 | EPD353 | C | Cleared | 03/30/2015 18:48:39 | AO | AO | CEEYEJS |
| 4E63 | EPD367 | C | Cleared | 03/30/2015 18:51:50 | AO | AO | CEEYEJS |
| 4E13 | EPD403 | A | Arrived | 03/30/2015 18:54:39 | | | CEEYEJS |
| 1M11 | EPD122 | C | Cleared | 03/30/2015 19:02:08 | AO | AO | CEEYEJS |
| 4E13 | EPD403 | L | Location Change | 03/30/2015 19:12:22 | 2248 DEVOS ST | | CEEYEJS |
| 4E13 | EPD403 | A | Arrived | 03/30/2015 19:12:22 | 2248 DEVOS ST; 4E13 A | | CEEYEJS |
| 3W75 | EPD463 | D | Dispatched | 03/30/2015 19:22:00 | | | CEEYEJS |
| 3J79 | CAH14981 | A | Arrived | 03/30/2015 19:23:34 | | | CEEYTLR |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 19:41:35 | NORTH END | | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 19:41:35 | NORTH END; 3E59 A | | CEEYEJS |

Exhibit 16

COE 000624

3/31/2015                                                                  EventReport

| 5E56 | EPD125 | D | Dispatched | 03/30/2015 19:44:07 | Stat/Beat: EP05;2E13 | | CEEYEJS |
| 5E47 | EPD622 | D | Dispatched | 03/30/2015 19:48:06 | Stat/Beat: EP04 | | CEEYADL |
| 4E63 | EPD367 | D | Dispatched | 03/30/2015 19:48:06 | Stat/Beat: EP06 | | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/30/2015 19:49:38 | | | CEEYADL |
| 4E31 | EPD616 | L | Location Change | 03/30/2015 19:55:38 | 450 COUNTRY CLUB | | CEEYADL |
| 4E31 | EPD616 | A | Arrived | 03/30/2015 19:55:39 | 450 COUNTRY CLUB;4E31 A | | CEEYADL |
| 5E47 | EPD622 | A | Arrived | 03/30/2015 19:55:48 | | . | CEEYADL |
| 3E45 | EPD415 | C | Cleared | 03/30/2015 19:56:39 | AO | AO | CEEYADL |
| 3E45 | EPD415 | D | Dispatched | 03/30/2015 19:56:50 | Stat/Beat: EP04;5E47 | | CEEYADL |
| 3E45 | EPD415 | A | Arrived | 03/30/2015 19:56:50 | Stat/Beat: EP04;5E47 | | CEEYADL |
| 4E63 | EPD367 | A | Arrived | 03/30/2015 19:57:48 | | | CEEYADL |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 20:18:24 | 2525 CUBIT | | CEEYEJS |
| 3E56 | EPD633 | C | Cleared | 03/30/2015 20:20:56 | AO | AO | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 20:23:30 | | | CEEYEJS |
| 3J79 | CAH14981 | L | Location Change | 03/30/2015 20:23:40 | 2525 CUBIT ST | | CEEYEJS |
| 3E68 | EPD612 | L | Location Change | 03/30/2015 20:25:17 | 400 COUNTRY CLUB RD | | CEEYEJS |
| 2E13 | EPD143 | L | Location Change | 03/30/2015 20:25:30 | 400 COUNTRY CLUB | | CEEYEJS |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 20:37:34 | | | CEEYEJS |
| 3E68 | EPD612 | L | Location Change | 03/30/2015 20:37:45 | 450 COUNTRY CLUB RD | | CEEYEJS |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 20:37:45 | 450 COUNTRY CLUB RD; 3E68 A | | CEEYEJS |
| 2E13 | EPD143 | A | Arrived | 03/30/2015 20:38:44 | | | CEEYEJS |
| 3W75 | EPD463 | A | Arrived | 03/30/2015 20:39:10 | | | Unit:3W75 |
| 3X31 | EPD146 | C | Cleared | 03/30/2015 20:43:23 | AO | AO | CEEYEJS |
| E95 | EPD386 | L | Location Change | 03/30/2015 20:45:34 | 400 COUNTRY CLUB RD | | CEEYEJS |
| 3E95 | EPD386 | A | Arrived | 03/30/2015 20:45:34 | 400 COUNTRY CLUB RD; 3E95 A | | CEEYEJS |
| | | | | 03/30/2015 | | | |

Exhibit 16
Page 43 of 178

6/15

COE 000625

3/31/2015                                    EventReport

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2X21 | EPD270 | C | Cleared | 20:50:44 | AO | AO | CEEYEJS |
| 3J79 | CAH14981 | A | Arrived | 03/30/2015 21:00:21 | | | CEEYEJS |
| 1E31 | EPD616 | C | Cleared | 03/30/2015 21:09:50 | | AO | Unit:4E31 |
| 3J79 | CAH14981 | C | Cleared | 03/30/2015 21:14:32 | ASST | ASST | CEEYTLR |
| 4E63 | EPD367 | C | Cleared | 03/30/2015 21:16:19 | AO | AO | CEEYEJS |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 21:21:18 | HQ | | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 21:21:19 | HQ; 3E59 A | | CEEYEJS |
| 3E59 | EPD614 | L | Location Change | 03/30/2015 21:22:59 | 400 COUNTRY CLUB RD | | CEEYEJS |
| 3E59 | EPD614 | A | Arrived | 03/30/2015 21:22:59 | 400 COUNTRY CLUB RD; 3E59 A | | CEEYEJS |
| 1M12 | EPD112 | C | Cleared | 03/30/2015 21:25:37 | AO | AO | CEEYEJS |
| 3E68 | EPD612 | L | Location Change | 03/30/2015 21:42:18 | 2/LINCOLN | | CEEYADL |
| 3E45 | EPD415 | L | Location Change | 03/30/2015 21:43:15 | HQ/REPT | | CEEYADL |
| 3E45 | EPD415 | A | Arrived | 03/30/2015 21:43:20 | ;3E45 RW 120 | | CEEYADL |
| 3E88 | EPD279 | L | Location Change | 03/30/2015 21:45:04 | 450 COUNTRY CLUB | | CEEYADL |
| 3E88 | EPD279 | A | Arrived | 03/30/2015 21:45:04 | 450 COUNTRY CLUB;3E88 A | | CEEYADL |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 21:46:18 | ;3E68 RW 120 | | CEEYADL |
| CMD2 | EPD335 | C | Cleared | 03/30/2015 21:52:08 | | REPT | CEEYADL |
| 3E59 | EPD614 | C | Cleared | 03/30/2015 21:54:32 | AO | AO | CEEYADL |
| 3E68 | EPD612 | L | Location Change | 03/30/2015 22:03:22 | HQ | | CEEYADL |
| 3E68 | EPD612 | A | Arrived | 03/30/2015 22:03:22 | HQ;3E68 A;3E68 RW 120 | | CEEYADL |
| 3E49 | EPD417 | L | Location Change | 03/30/2015 22:06:00 | HQ | | CEEYADL |
| 3E49 | EPD417 | A | Arrived | 03/30/2015 22:06:00 | HQ;3E49 A | | CEEYADL |
| 3E68 | EPD612 | C | Cleared | 03/30/2015 22:34:38 | AO | AO | CEEYADL |
| 3E88 | EPD279 | C | Cleared | 03/30/2015 22:43:19 | AO | AO | CEEYADL |
| 3E95 | EPD386 | C | Cleared | 03/30/2015 22:45:40 | AO | AO | CEEYADL |
| 3E49 | EPD417 | C | Cleared | 03/30/2015 22:55:21 | AO | AO | CEEYADL |

Exhibit 16
Page 44 of 178   7/15

COE 000626

3/31/2015

EventReport

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2E13 | EPD143 | C | Cleared | 03/30/2015 22:55:36 | AO | AO | CEEYADL |
| 3E45 | EPD415 | C | Cleared | 03/30/2015 22:55:52 | AO | AO | CEEYADL |
| 4E13 | EPD403 | C | Cleared | 03/30/2015 23:14:49 | AO | AO | CEEYADL |
| 4E13 | EPD403 | D | Dispatched | 03/30/2015 23:14:58 | Stat/Beat: EP01;5E47 | | CEEYADL |
| 4E13 | EPD403 | A | Arrived | 03/30/2015 23:14:58 | Stat/Beat: EP01;5E47 | | CEEYADL |
| CMD10 | EPD338 | C | Cleared | 03/31/2015 00:39:14 | AO | AO | CEEYADL |
| 5E56 | EPD125 | L | Location Change | 03/31/2015 01:19:03 | SHOPS W/BEARCAT | | CEEYADL |
| 5E47 | EPD622 | L | Location Change | 03/31/2015 01:20:20 | SHOPS | | CEEYADL |
| 3W75 | EPD463 | C | Cleared | 03/31/2015 01:22:44 | AO | AO | CEEYADL |
| 3W74 | EPD800 | C | Cleared | 03/31/2015 01:23:16 | AO | AO | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/31/2015 01:25:57 | | | CEEYADL |
| 5E47 | EPD622 | A | Arrived | 03/31/2015 01:26:11 | | | CEEYADL |
| 5E47 | EPD622 | L | Location Change | 03/31/2015 01:37:19 | 2248 DEVOS ST | | CEEYADL |
| 5E56 | EPD125 | L | Location Change | 03/31/2015 01:37:19 | 2248 DEVOS ST | | CEEYADL |
| 5E47 | EPD622 | A | Arrived | 03/31/2015 01:41:46 | | | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/31/2015 01:41:46 | | | CEEYADL |
| 5E56 | EPD125 | L | Location Change | 03/31/2015 01:47:02 | ECU | | CEEYCXA |
| 5E56 | EPD125 | L | Location Change | 03/31/2015 01:53:27 | ECU | | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/31/2015 01:53:27 | ECU;5E56 A | | CEEYADL |
| 5E47 | EPD622 | L | Location Change | 03/31/2015 02:07:19 | HQ | | CEEYADL |
| 5E47 | EPD622 | A | Arrived | 03/31/2015 02:07:19 | HQ;5E47 A | | CEEYADL |
| 5E56 | EPD125 | C | Cleared | 03/31/2015 02:16:12 | AO | AO | CEEYADL |
| 5E56 | EPD125 | E | En-Route | 03/31/2015 02:18:36 | Stat/Beat: EP05;5E47 | | CEEYADL |
| 5E56 | EPD125 | D | Dispatched | 03/31/2015 02:18:36 | Stat/Beat: EP05;5E47 | | CEEYADL |
| 5E47 | EPD622 | C | Cleared | 03/31/2015 02:21:12 | AO | AO | CEEYADL |

Exhibit 16
Page 45 of 178   8/15
COE 000627

3/31/2015                                                        EventReport

| 5E56 | EPD125 | L | Location Change | 03/31/2015 02:22:12 | HQ | | CEEYADL |
| 5E56 | EPD125 | A | Arrived | 03/31/2015 02:22:12 | HQ;5E56 A | | CEEYADL |
| 5E56 | EPD125 | C | Cleared | 03/31/2015 02:40:45 | | AO | CEPDJZB |
| 4E13 | EPD403 | L | Location Change | 03/31/2015 02:58:31 | EPD HEADQUARTERS | | CEPDJZB |
| 4E13 | EPD403 | A | Arrived | 03/31/2015 02:58:33 | | | CEPDJZB |
| 4E13 | EPD403 | C | Cleared | 03/31/2015 03:16:55 | | AO | CEPDJZB |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| | | TS | Time Spawned | 03/30/2015 17:06:24 | Initial call received at 03/30/2015 17:02:31 | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:06:42 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:07:01 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:07:11 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:07:42 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:07:54 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:08:02 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:08:35 | | | CEEYMAM |
| | | ARM | Added Remarks | 03/30/2015 17:09:05 | | | CEEYBJL |
| | | CHG | Changed PrimeUnit | 03/30/2015 17:09:23 | 3E95 --> 3E56 | | CEEYADL |
| | | ARM | Added Remarks | 03/30/2015 17:09:28 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:10:32 | | | CEEYTLR |
| | | ARM | Added Remarks | 03/30/2015 17:10:41 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:11:11 | | | CEEYBJL |
| | | ARM | Added Remarks | 03/30/2015 17:11:27 | | | CEEYMAM |
| | | ARM | Added Remarks | 03/30/2015 17:11:41 | | | CEEYMAM |
| | | ARM | Added Remarks | 03/30/2015 17:14:14 | | | CEEYTLR |
| | | ARM | Added Remarks | 03/30/2015 17:14:57 | | | CEEYADL |

Exhibit 16
9/15

COE 000628

3/31/2015                                                    EventReport

| | | | | | | |
|---|---|---|---|---|---|---|
| | ARM | Added Remarks | 03/30/2015 17:17:00 | | | CEEYADL |
| | VHQ | Vehicle Query | 03/30/2015 17:17:04 | Tag:D49416 State: OR Type: PC | | CEEYADL |
| | ENT | Entered VehicleID | 03/30/2015 17:17:04 | D49416 | | CEEYADL |
| | ENT | Entered VehicleState | 03/30/2015 17:17:04 | OR | | CEEYADL |
| | ENT | Entered LicenseType | 03/30/2015 17:17:04 | PC | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:17:34 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:18:16 | | | CEEYMAM |
| | ARM | Added Remarks | 03/30/2015 17:18:26 | | | CEEYMAM |
| | ARM | Added Remarks | 03/30/2015 17:18:39 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:20:30 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:22:42 | | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:22:57 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:23:09 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:23:25 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:23:38 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:23:55 | | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:25:47 | | | CEEYEJS |
| | VCHS | Viewed Call History | 03/30/2015 17:26:46 | Location Information | | CEEYLNW |
| | ARM | Added Remarks | 03/30/2015 17:26:56 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:27:09 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:29:18 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:29:41 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:30:50 | | | CEEYEJS |
| | ARM | Added Remarks | 03/30/2015 17:31:20 | | | CEEYADL |
| | ARM | Added Remarks | 03/30/2015 17:31:55 | | | CEEYEJS |

Exhibit 16
Page 47 of 178
COE 000629

3/31/2015                                        EventReport

| | | ARM | Added Remarks | 03/30/2015 17:34:53 | | CEEYADL |
|---|---|---|---|---|---|---|
| | | ARM | Added Remarks | 03/30/2015 17:37:20 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:38:21 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:39:10 | | CEEYLNW |
| | | VHQ | Vehicle Query | 03/30/2015 17:39:23 | Tag:D49416 State: OR Type:PC | CEEYEJS |
| | | VHQ | Vehicle Query | 03/30/2015 17:39:28 | Tag:095HFG State: OR Type:PC | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:40:30 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:41:19 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:41:40 | | CEEYLNW |
| | | ARM | Added Remarks | 03/30/2015 17:41:46 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:43:05 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:43:37 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:43:46 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:43:56 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:44:01 | | CEEYLNW |
| | | ARM | Added Remarks | 03/30/2015 17:44:14 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:44:21 | | CEEYLNW |
| | | ARM | Added Remarks | 03/30/2015 17:44:45 | | CEEYLNW |
| | | ARM | Added Remarks | 03/30/2015 17:45:08 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:46:51 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:47:40 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:48:01 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:49:49 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:51:48 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:52:25 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 | | |

Exhibit 16
Page 48 of 178 11/15

COE 000630

3/31/2015                                    EventReport

| | | | | 17:52:38 | | |
|---|---|---|---|---|---|---|
| | | ARM | Added Remarks | 03/30/2015 17:52:59 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:53:04 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:53:40 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:18 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:23 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:29 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:34 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:38 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:47 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:52 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:54:56 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:02 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:06 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:10 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:21 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:55:30 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:56:07 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:56:35 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:56:47 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:57:30 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:57:40 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:58:07 | | CEEYLM W |
| | | ARM | Added Remarks | 03/30/2015 17:58:20 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 17:58:38 | | CEEYEJS |
| | | | | 03/30/2015 | | |

Exhibit 16
Page 49 of 178 12/15
COE 000631

3/31/2015                                      EventReport

| | | ARM | Added Remarks | 17:58:43 | | | CEEYEJS |
|---|---|---|---|---|---|---|---|
| | | ARM | Added Remarks | 03/30/2015 17:59:22 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:00:50 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:00:55 | | | CEEYMAM |
| | | ARM | Added Remarks | 03/30/2015 18:01:37 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:02:36 | | | CEEYMAM |
| | | ARM | Added Remarks | 03/30/2015 18:02:40 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:02:56 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:03:46 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:07:31 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:11:29 | | | CEEYADL |
| | | ARM | Added Remarks | 03/30/2015 18:12:04 | | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 18:12:38 | Units: 2E13,3E45,3E49,3E59,3E68 >>> 15Min. | | CEEYTLR |
| | | ARM | Added Remarks | 03/30/2015 18:13:41 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:28:56 | | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 18:35:17 | Units: 1M11,1M12 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 18:35:19 | Units: 2E13 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 18:35:25 | Units: 2X21,3E45,3E49 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 18:35:32 | Units: 3E56,3E59,3E68 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 18:35:41 | Units: 3E88,3E95,3W74,3X31 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 18:35:44 | Units: 4E31 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 18:35:50 | Units: 4X41,CMD10 >>> 60Min. | | CEEYEJS |
| | | RPT | Requested Report# | 03/30/2015 18:39:18 | EPD Report #15-05349 | | CEEYTLR |
| | | ARM | Added Remarks | 03/30/2015 18:56:45 | | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 18:57:48 | | | CEEYADL |
| | | ARM | Added Remarks | 03/30/2015 19:01:39 | | | CEEYADL |

Exhibit 16
Page 50 of 178
COE 000632

3/31/2015                                                                EventReport

| | | ARM | Added Remarks | 03/30/2015 19:02:11 | | | CEEYTLR |
|---|---|---|---|---|---|---|---|
| | | ARM | Added Remarks | 03/30/2015 19:09:12 | | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 19:14:34 | Units: CMD2 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 19:40:10 | Units: 1M12 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 19:41:13 | Units: 2E13,2X21,3E45,3E49,3E56,3E68,3E88,3E95,3J7 | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 19:41:25 | Units: 3X31,4E13,4E31,CMD10 >>> 60Min. | | CEEYEJS |
| | | VHQ | Vehicle Query | 03/30/2015 19:41:38 | Tag:D49416 State: OR Type: PC | | CEEYCXA |
| | | RSW | Reset Watchdog Timer | 03/30/2015 19:55:41 | Units: 4E31 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/30/2015 19:56:52 | Units: 3E45 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/30/2015 19:58:43 | Units: 5E47,3E59,4E13,2X21,4E63,4E31,5E56,3X31,3W7 | | CEEYADL |
| | | CHG | Changed PrimeUnit | 03/30/2015 20:20:54 | 3E56 --> 3E45 | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 20:45:04 | | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 20:45:07 | Units: 3E59 >>> 60Min. | | CEEYEJS |
| | | CHG | Changed PrimeUnit | 03/30/2015 20:47:56 | 3E45 --> CMD2 | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 21:00:12 | Units: 2E13,3E68,3W75 >>> 60Min. | | CEEYEJS |
| | | RSW | Reset Watchdog Timer | 03/30/2015 21:07:17 | Units: 3E95 >>> 60Min. | | CEEYEJS |
| | | ARM | Added Remarks | 03/30/2015 21:13:22 | | | CEEYTLR |
| | | RSW | Reset Watchdog Timer | 03/30/2015 21:41:14 | Units: 3E59 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/30/2015 21:43:20 | Units: 3E45 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/30/2015 21:45:06 | Units: 3E88 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/30/2015 21:46:19 | Units: 3E68 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/30/2015 22:00:17 | Units: 2E13 >>> 120Min. | | CEEYADL |
| | | ARM | Added Remarks | 03/30/2015 22:01:56 | | | CEEYCNK |
| | | ARM | Added Remarks | 03/30/2015 22:02:35 | | | CEEYCNK |
| | | RSW | Reset Watchdog Timer | 03/30/2015 22:03:22 | Units: 3E68 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/30/2015 22:07:54 | Units: 5E47,4E13,5E56,3W74,3E95,3E45,3W75,CMD10,2E | | CEEYADL |

Exhibit 16
Page 51 of 178

14/15

COE 000633

3/31/2015                                                          EventReport

| | | RSW | Reset Watchdog Timer | 03/30/2015 23:08:04 | Units: 5E47,4E13,5E56,3W74,3W75,CMD10 >>> 60Min. | | CEEYADL |
|---|---|---|---|---|---|---|---|
| | | RSW | Reset Watchdog Timer | 03/30/2015 23:15:01 | Units: 4E13 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/31/2015 00:08:11 | Units: 5E47,4E13,5E56,3W74,3W75,CMD10 >>> 200Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/31/2015 00:46:53 | Units: 3W74,3W75 >>> 60Min. | | CEEYADL |
| | | ARM | Added Remarks | 03/31/2015 01:21:13 | | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/31/2015 01:41:51 | Units: 5E47,5E56 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/31/2015 01:53:30 | Units: 5E56 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/31/2015 02:07:22 | Units: 5E47 >>> 120Min. | | CEEYADL |
| | | ARM | Added Remarks | 03/31/2015 02:15:08 | | | CEEYDMS |
| | | RSW | Reset Watchdog Timer | 03/31/2015 02:22:14 | Units: 5E56 >>> 120Min. | | CEEYADL |
| | | RSW | Reset Watchdog Timer | 03/31/2015 03:15:22 | Units: 4E13 >>> 60Min. | | CEPDJZB |

### Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIGGINS, BECKY | CALLER | | | | 0 | | | | (541) 912-4931 | | |

### Related Vehicles

| Lic Tag | State | Type | Year | Make | Model | Color1 | Color2 | Vin |
|---|---|---|---|---|---|---|---|---|
| 095HFG | OR | REGULAR PASSENGER VEHICLE | 0 | | | | | |

| Lic Tag | State | Type | Year | Make | Model | Color1 | Color2 | Vin |
|---|---|---|---|---|---|---|---|---|
| D49416 | OR | REGULAR PASSENGER VEHICLE | 0 | | | | | |

Exhibit 16
Page 52 of 178 15/15
COE 000634

 **Patrol Assignments** _3/30/2015_ **All Watches**

Footnotes:
$ = Overtime
! = Time Off Denied

| Desig | Name | Assignment Note | Roster Comment | Start | End | Badge | Initials | Footnote |
|-------|------|-----------------|----------------|-------|-----|-------|----------|----------|
| MD 2 | Fellman S | | LR | 0700 | 1700 | 335 | SRF | |
| 1X11 | Dorman W | | LR/LL/Bike | 0630 | 1630 | 118 | WSD | |
| 2X21 | Vinje S | | SWAT | 0730 | 1730 | 270 | SLV | |
| 3X31 | McAlpine M | | LR/Taser/SWAT/Bike | 1100 | 2100 | 146 | MGM | |
| 4X41 | Berreth J | | LR/LL/Taser/Bike | 1700 | 0300 | 353 | JXB | |
| 5X51 | Solesbee W | | LL/LR/Bike | 2030 | 0630 | 331 | WMS | |
| 6X61 | San Miguel D | | Spanish/Taser | 2130 | 0730 | 362 | DWS | |
| 1M10 | Marsh S | ITD {cepdsgm 3/26/2015... | | 1530 | 1730 | 236 | SGM | |
| 1E43 | Thrower R | | MCI/LR/EVOC/CCT/HG/Bike | 0630 | 1630 | 114 | RCT | |
| 1E52 | Calef G | | CIRT/Bike | 0630 | 1630 | 329 | GOC | |
| 1E54 | Williams K | | LL/Taser/Bike | 0630 | 1630 | 100 | KEW | |
| 1E69 | Dalton J | | Taser/CCT/Dalton | 0630 | 1630 | 367 | JDD | |
| 2E13 | Kidd J | | Swat/LR/LL/GRIT/CCT/Bike | 0730 | 1730 | 143 | JAK | |
| 2E21 | Barrong T | | Taser/HG | 0730 | 1730 | 379 | TAW | |
| 2E35 | Roper T | | LR/TZ | 0730 | 1730 | 341 | TSR | |
| 3E19 | Stewart J | | LR/Taser/Bike | 1100 | 2100 | 620 | JTS | |
| 3E26 | Pope M | . {cepdjxb 3/29/2015 2... | SWAT/Taser/LR/LL/Bike | 1900 | 2100 | 151 | MWP | |
| 3E26 | Pope M | . {cepdjxb 3/29/2015 2... | SWAT/Taser/LR/LL/Bike | 1100 | 1700 | 151 | MWP | |
| 3E45 | Dewitt D | | Taser/Bike | 1100 | 2100 | 415 | DAD | |
| 3E49 | Keyser K | | Taser/LR/LL/Bike | 1100 | 2100 | 417 | KVK | |
| 3E56 | Stutesman W | | TZ/LR/Bike | | | 633 | WXS | |
| 3E59 | Clark D | | Bike | 1100 | 2100 | 614 | DXC | |
| 3E68 | Farley K | | SWAT/LL/LR/Bike | 1100 | 2100 | 612 | KPF | |
| 3E88 | Warden J | | TZ/LL/LR/SWAT/Bike | 1100 | 2100 | 279 | JAW | |
| 3E95 | Barnes L | | Bike | 1100 | 2100 | 386 | LIB | |
| 4E13 | Meador R | | MCI/GRIT/TZ/Bike | 1700 | 0300 | 403 | | |
| 4E31 | Grose M | . {cepdjxb 3/30/2015 2... | CNT | 1700 | 2100 | 616 | MAG | |
| 4E43 | Lindsay A | | Taser/LR/Bike | 1700 | 0300 | 401 | AEL | |
| 4E52 | Solesbee R | | LR | 1700 | 0300 | 621 | RZS | |
| 4E63 | Rios R | | LR/Spanish/Bike | 1700 | 0300 | 346 | RXR | |
| 5E45 | Ou S | | | 2030 | 0630 | 124 | SCO | |
| 5E47 | Hanneman B | | LR/GRIT/TZR | 2030 | 0630 | 622 | BAH | |
| 5E51 | Morberg M | | LR/taser/ | 2030 | 0630 | 365 | MCM | |
| 5E56 | Rosales R | | Spanish/LR/GRIT/Taser/... | 2030 | 0630 | 125 | RAR | |
| 5E58 | Evans R | | SWAT/LR/LL/Taser/Bike | 2030 | 0630 | 119 | KBE | |
| 5E62 | Inman B | Volunteered for Airpor... | LR/TZ/GRIT/Bike | 2030 | 0630 | 120 | BBI | |
| 5E65 | Anderson Y | | | 2030 | 0630 | 293 | YAC | |
| 6E15 | Palki T | | Taser/ LR/ LL | 2130 | 0730 | 637 | TAP | |
| 6E19 | Dressler A | | Bike | 2130 | 0730 | 631 | APD | |
| 6E26 | Whipple A | | | 2130 | 0730 | 655 | AJW | |
| 6E28 | Cook M | | | 2130 | 0730 | 644 | MCC | |

Exhibit 16
Page 53 of 178

| 6E35 | Smith J | Requested on 3-10-15 {... | LR, Taser/ LL | 2130 | 0730 | 632 | JRS | |
| 2C81 | Carlson T | | Lead Animal Welfare Of... | 0730 | 1730 | 495 | | |
| 1U62 | LeRoy E | | UO Recruit | 0630 | 1630 | UO31 | | |
| 3U26 | West J | | Recruit | 1100 | 2100 | 663 | | |
| 6U19 | Phillips C | | UO Recruit | 2130 | 0730 | 318 | | |
| 1M11 | Magnuson T | . {cepdsgm 3/19/2015 1... | LR/LL/HG/Taser | 0730 | 0900 | 122 | DTM | |
| 1M11 | Magnuson T | . {cepdsgm 3/19/2015 1... | LR/LL/HG/Taser | 1500 | 1730 | 122 | DTM | |
| 1M12 | Pieske N | . {cepdsgm 3/19/2015 1... | LL/LR/EVOC | 0630 | 0900 | 112 | NLP | |
| 1M12 | Pieske N | . {cepdsgm 3/19/2015 1... | LL/LR/EVOC | 1500 | 1630 | 112 | NLP | |
| 1M13 | Ledbetter D | . {cepdsgm 3/19/2015 1... | LR/LL/SWAT/EVOC | 0730 | 0900 | 360 | DSL | |
| 1M13 | Ledbetter D | . {cepdsgm 3/19/2015 1... | LR/LL/SWAT/EVOC | 1500 | 1730 | 360 | DSL | |
| 1M14 | Rager B | . {cepdsgm 3/19/2015 1... | TZ/LR/CIRT | 1500 | 1800 | 361 | BJR | |
| 1M14 | Rager B | . {cepdsgm 3/19/2015 1... | TZ/LR/CIRT | 0800 | 0900 | 361 | BJR | |
| 1M15 | Dillon S | . {cepdsgm 3/19/2015 1... | Taser/MCI | 1500 | 1730 | 211 | SMD | |
| 1M15 | Dillon S | . {cepdsgm 3/19/2015 1... | Taser/MCI | 0730 | 0900 | 211 | SMD | |
| 1M17 | Risko J | . {cepdsgm 3/19/2015 1... | CIT/LR/CIRT/EVOC | 1500 | 1730 | 113 | JXR | |
| 1M17 | Risko J | . {cepdsgm 3/19/2015 1... | CIT/LR/CIRT/EVOC | 0730 | 0900 | 113 | JXR | |
| 1D11 | Inman B | Volunteered for Airpor... | LR/TZ/GRIT/Bike | 0630 | 1100 | 120 | BBI | $ |
| 1D11 | Martin M | | EDU/LR | 1300 | 2300 | 297 | MDM | |
| 1F62 | Terry D | | LR/TZ/Bike | 0630 | 1630 | 399 | DGT | |
| 1F64 | Ellis R | | | 0800 | 1600 | 207 | JRE | |
| 1F66 | Bremer R | | Spanish/Taser/LR/GRIT/... | 0630 | 1630 | 395 | RBB | |
| 3W74 | Bishop P | | | | | 800 | PXB | |
| 3W75 | Persi M | | | 1100 | 2100 | 463 | | |

Exhibit 16
Page 54 of 178

COE 000636

**193114**

EUGENE POLICE DEPARTMENT
# EVIDENCE/PROPERTY

**SEE REVERSE SIDE FOR INSTRUCTIONS.**

Page _____ of _____

☒ Hold for Court ☐ Destroy
☐ Fingerprint ☐ Return to Owner
☐ Test

| Case Number | 15-5349 |
|---|---|

**2. Incident Number**

**1. Incident** OFFICER INVOLVED SHOOTING

**3. Incident Location** 2248 DEVOSS

**4. Source**

| 5. Reported Date 3/30/15 | 6. Time 1706 | 7. Impd Date 3/31/15 | 8. Time 0900 |
|---|---|---|---|

**Storage Location:**

**9. Instructions for Processing (List Item #s).**

| 10. Recovered Stolen Vehicle ☐ | 11. Safekeeping Tow ☐ Custody ☐ Accident ☐ Violation ☐ Hazard ☐ Storage on Street/Abandoned | 12. Towed By | 13. Towed To |
|---|---|---|---|
| | | 14. Cit # | 15. Tow Operator's Signature |

| 16. VIN# | | 17. Value | 18. Color (Top/Bottom) | 19. Odometer |
|---|---|---|---|---|

| 20. LIC # | State | Exp Yr | Type | Veh Yr | Make. | | Model | | Style | 21. Notified | Date/Time | By Whom | ID# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| V R/L S C | 22. Name First Middle BABB | BRIAN | AVN | | | | | 23. DOB 5/12/65 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 24. Address City | | State | Zip | 25. Phone |
|---|---|---|---|---|

| V R/L S C | 26. Name First Middle | | | | | | | 27. DOB |
|---|---|---|---|---|---|---|---|---|

| 28. Address City | | State | Zip | 29. Phone |
|---|---|---|---|---|

| NO. | QTY. | 30. ITEM | 31. SER. NO. | 32. BRAND | 33. DESCRIBE | 34. NUMBER | 35. VALUE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | CD CONTAINING | 911 CALL | CONTROL | RECORDING | THIS INCIDENT | |
| 2 | 1 | CO CONTAINING | RADIO TRAFFIC of | CH 1&2 | EPD | THIS INCIDENT | |

**Waiver of Ownership Interest After 60 Days**

My signature below WAIVES my ownership interest in the property listed above if the property remains in the police department's possession for more than 60 days. Upon the expiration of 60 days, by signing below I acknowledge that the City will dispose of the above-listed property in accordance with Eugene City Code 2.835(4). If the above-listed property was seized as evidence, I acknowledge that the 60 days begins when the case is fully adjudicated. If the above-listed property was not seized as evidence, I acknowledge the 60 days begins from the date on this document.

| Signature | | Date |
|---|---|---|

| 36. Impounding Officer ME THOMPSON | ID# 54 | 37. | 38. | 39. Time | 40. Date | 41. Time |
|---|---|---|---|---|---|---|

| 42. Submitted To: ☐ Central Locker | Other (Specify) ☐ Cage ☐ Refrigerator/Freezer | 43. Released To (Signature) | 44. Approved By | |
|---|---|---|---|---|

Exhibit 16

White—Property Copy    Canary—Records Copy    Pink—Vehicle or Property Copy    Goldenrod—Receipt Copy

CRIME SCENE LOG
**EUGENE POLICE DEPARTMENT**

Page 1 of 3

| 1. INCIDENT | | 2. CASE NUMBER |
|---|---|---|
| SUICIDAL SUBJECT | | 15-05349 |
| 3. CRIME SCENE LOCATION | | 4. DETECTIVE IN CHARGE |
| 2248 DEVOS ST | | |

A Police Officer assigned to Crime Scene Security shall ensure the following procedures are followed:
1. Ensure entry into the crime scene, by anyone, is approved by the detective in charge.
2. A crime scene log is initiated for each crime scene.
3. Establish a single point of ingress and egress through the crime scene perimeter.
4. Record the name and agency of all persons who enter and when they exit the crime scene.
5. Initial all crime scene log entries with your i.d. number.
6. When the crime scene log is completed, deliver entire log to detective in charge.

| NAME/AGENCY | DATE | ENTRY TIME | EXIT TIME | INITIALS | COMMENT |
|---|---|---|---|---|---|
| KEYSER | | 1805 | 1816 | | |
| FARLEY | | 1805 | 2010 | | RELIEVED BY RIOS |
| VINJE | | 1805 | 1808 | | |
| DEWITT | | 1805 | 2000 | | LOG |
| GROSE | | 1805 | 1911 | | |
| PIESKE | | 1805 | 1811 | | |
| PAUL STARKEY    EFD | | 1805 | 1810 | | |
| RACHEL SMITH    EFD | | 1805 | 1810 | | |
| KIDD | | 1808 | 1818 | | CRIME SCENE TA |
| BILLS | | 1925 | 1929 | | |
| ANDY KENYON    OSP | | 1925 | 1929 | | |
| ROSALES | | 1954 | 0115 | | |
| HANNEMAN | | 2000 | 2015 | | LOG RELIEVED DEW |
| RIOS | | 2004 | 2046 | | RELIEVED BY FARLEY - L |
| DUSTY SPRAGUE    OSP | | 2018 | 0045 | | |
| SGT. ANDY KENYON OSP | | 2025 | 2033 | | |
| CPT. NATE REYNOLDS EPD | | 2025 | 2029 | | |
| SGT. DALE DAWSON    EPD | | 2025 | 2029 | | |
| VPT. MEISEL    EPD | | 2025 | 2029 | | |
| SGT. RYAN NELSON    EPD | | 2025 | 2029 | | |
| MARK GISSINER    AUDITOR | | 2025 | 2029 | | |
| CARL WILKERSON LCSO | | 2025 | 2033 | | |

orm # 81 CSL FM 01

Exhibit 16
Page 56 of 178

COE 000638

## CRIME SCENE LOG
### EUGENE POLICE DEPARTMENT

Page __2__ of __3__

| 1. INCIDENT | | 2. CASE NUMBER |
|---|---|---|
| 3. CRIME SCENE LOCATION | | 4. DETECTIVE IN CHARGE |

A Police Officer assigned to Crime Scene Security shall ensure the following procedures are followed:
1. Ensure entry into the crime scene, by anyone, is approved by the detective in charge.
2. A crime scene log is initiated for each crime scene.
3. Establish a single point of ingress and egress through the crime scene perimeter.
4. Record the name and agency of all persons who enter and when they exit the crime scene.
5. Initial all crime scene log entries with your i.d. number.
6. When the crime scene log is completed, deliver entire log to detective in charge.

| NAME/AGENCY | | DATE | ENTRY TIME | EXIT TIME | INITIALS | COMMENT |
|---|---|---|---|---|---|---|
| LT. J. BILLS | EPD | | 2025 | 2037 | | |
| LT. D. MOZAN | EPD | | 2025 | 2029 | | |
| CPT J. DURR | EPD | | 2025 | 2029 | | |
| DAVE SILANO | LCSO | | 2038 | 2153 | | |
| S. DILLON | EPD | | 2845 | 0115 | | |
| MCINTYRE | EPD | | 2845 | 0115 | | |
| M. KLESS | EPD | | 2845 | 0115 | | |
| R. MEADOR | EPD | | 2845 | 0115 | | |
| HANNEMAN | EPD | | 2044 | 0115 | | RELIEF FOR R105-LOG |
| C. WILKERSON | LCSO | | 2047 | 2352 | | |
| S. MORGAN | LCDA | | 2128 | 2140 | | |
| J. Berreth | EPD | | 2145 | 2225 | | |
| Ann Peang | LC ME | | 2207 | 2249 | | |
| DET. GREG JONES | LCSO | | 2225 | 2237 | | |
| Andy Kenyon | OSP | | 2232 | 2352 | | |
| CALE DAY | OSP | | 2232 | 2318 | | |
| D. MOZAN | EPD | | 2232 | 2247 2249 | | |
| DAVE SICANO | LCSO | | 2232 | 2318 | | |
| Richard Hill | PPI | | 2254 | 0100 | | |
| GABE HILL | 7PI | | 2254 | 0100 | | |
| D. MOZAN | EPD | | 2254 | 2318 | | |
| A. GARDNER | LCDA | | 2254 | 2310 | | |

Exhibit 16
Page 57 of 178

Form # 81 CSL FM 01

# CRIME SCENE LOG
## EUGENE POLICE DEPARTMENT

Page: _3_ of _3_

| 1. INCIDENT | | 2. CASE NUMBER |
|---|---|---|
| 3. CRIME SCENE LOCATION | | 4. DETECTIVE IN CHARGE |

A Police Officer assigned to Crime Scene Security shall ensure the following procedures are followed:
1. Ensure entry into the crime scene, by anyone, is approved by the detective in charge.
2. A crime scene log is initiated for each crime scene.
3. Establish a single point of ingress and egress through the crime scene perimeter.
4. Record the name and agency of all persons who enter and when they exit the crime scene.
5. Initial all crime scene log entries with your i.d. number.
6. When the crime scene log is completed, deliver entire log to detective in charge.

| NAME/AGENCY | DATE | ENTRY TIME | EXIT TIME | INITIALS | COMMENT |
|---|---|---|---|---|---|
| JASON MOLONY    LCDA | | 2254 | 2302 | | |
| doith FRANKLIN    LCDA | | 2254 | 2302 | | |
| CHAD ROGERS    LCSO | | 2232 | 2310 | | |
| SEAN HAHN (CALL CAR) | | 2323 | 2338 | | |
| LEONARD HAMOE (CALL CAR) | | 2323 | 2338 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibit 16 |
| | | | | | Page 58 of 178 |

rm # 81 CSL FM 01

COE 000640

## CASE SUPPLEMENTAL REPORT
Printed: 04/07/2015 07:56

*Eugene Police Department*                                                   OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*          **Case Mng Status:** *NA*               **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

---

**Investigator:** *THOMPSON, M. (EPD324)*           **Date / Time:** *04/06/2015 11:08:30, Monday*

**Supervisor:** *MARTES, K. (EPD255)*       **Supervisor Review Date / Time:** *04/06/2015 19:52:22, Monday*

**Contact:**                                        **Reference:** *Witness Statement*

---

THIS REPORT DOCUMENTS MY INTERVIEW OF JAMES ANTONINI.

AO/ Detective Kyle Potter  SPD / Investigations

T/ Antonini, James Robert  06/21/1971  WM - Suspect`s roommate
  2248 Devos St, Eugene  97402
    C/ (503)449-3218

S/ Babb, Brian Avon  05/12/1965  WM
  2248 Devos St, Eugene  97402
    DOD: 03/30/2015

I/ Ogden, Clarissa Marie  03/30/1966  WF - Babb`s girlfriend
  1645 H St, Springfield  97477
  ~ C/ (541)510-5455

E/ EPR# 192142,  CD recording of Antonini`s statement.

DD/ a copy of the consent to search form signed by Antonini is attached.

RC/ EPD 14-22342, Menacing at 2248 Devos St, 12/24/14@0200
    AI/ Babb is alleged to have menaced his 16 year old son and his son`s 16 year old friend by
        pointing a handgun at them.


On March 30, 2015, at approximately 2000 hours, Detective Potter and I, as members of the Lane County Inter-Agency
Deadly Force Investigation Team (IDFIT), were directed by Sergeant Kenyon to interview James Antonini in regard to
his knowledge and observations of this incident and to gain his consent to enter his residence in furtherance of the
investigation. Antonini had been home when the incident involving his roommate, Brian Babb, had begun and
self-evacuated the residence in response to directions given over a loudspeaker. Following his exit from the residence,
Antonini was placed in the Eugene Police armored rescue vehicle (Bearcat) for his safety and as a resource for
information as a crisis negotiator attempted to speak with Babb. Antonini had been inside the rear passenger
compartment of the Bearcat at the time Babb presented a threat at the front door and was shot by Eugene Police Officer

Exhibit 16

Investigator Signature                        Supervisor Signature

*r_supp3*                                                              COE 000641

*Eugene Police Department*                                                    OCA: **1505349**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *OPEN*                    Case Mng Status: *NA*                    Occurred: *03/30/2015*

Offense: *MENACING - INTIMIDATE/THRT*

---

Investigator: *THOMPSON, M. (EPD324)*                    Date / Time: *04/06/2015 11:08:30, Monday*

Supervisor: *MARTES, K. (EPD255)*          Supervisor Review Date / Time: *04/06/2015 19:52:22, Monday*

Contact:                                        Reference: *Witness Statement*

---

Stutesman. Antonini had voluntarily remained at the scene following the securing of the involved residence to speak with investigators.

Detective Potter and I introduced ourselves to Antonini and he agreed to speak with us about the incident. We used an unmarked police vehicle parked near the scene to hold our meeting. The thirty-three minute interview was recorded using a handheld digital audio recorder. I later lodged that recording into evidence. The following is a detailed summary of Antonini`s statements, arranged in chronological order. The recording should be reviewed in its entirety for a complete understanding of our conversation.

Detective Potter asked Antonini for permission to search his residence and Antonini stated it was not his house, the house belongs to Babb and he just lives there. Detective Potter explained to Babb we would still need his permission to go inside since he lived there. Antonini stated, "Absolutely, I have nothing to hide." He then signed the attached consent form. Antonini advised he and Babb were the only persons currently living at 2248 Devos Street.

Antonini told me his bedroom is on the second floor at the southeast corner of the house. He said Babb`s bedroom was at the northeast of the second floor.

Antonini told us he and Babb have been best friends nearly their entire lives, having grown up together in the Eugene area. They both served in different branches of the military and maintained contact. He said Babb was an Infantry Captain in the U.S. Army and served in Afghanistan where he was injured in an explosion and retired on a the disability from that incident. Antonini said Babb came home from Afghanistan in 2006 and just was not the same person. Antonini said Babb was not in his right frame of mind if he did not take his medications, becoming irrational, very easily agitated and could become very angry. Since then Antonini feels like he has acted as Babb`s caregiver in addition to being friends.

Antonini said Babb was the nicest guy and was easy to be around when he was on his medications. He said Babb hated the other side effects of the medications, - loss of memory etc. - and this is why he would stop taking his medications.

Antonini said he feels responsible for keeping Babb on his medication which he frequently neglects to take. He said he can usually get Babb to start taking his medication once he has stopped. Antonini said it is not uncommon for him to stop taking his medications for a period days, He said Babb would frequently lie to him about taking his medications. He referred to one instance where Babb had told him he had received a shot from his doctor; so, he did not need to take his pills for a few days. He said he filled Babb`s weekly pill dispenser box so he could better monitor Babb`s level of medication. Antonini said he has attended some of Babb`s weekly counseling sessions with him so he can better

Exhibit 16
Page 60 of 178

Investigator Signature                    Supervisor Signature

COE 000642

*Eugene Police Department*                                                    OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*                    **Case Mng Status:** *NA*                    **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

| | |
|---|---|
| **Investigator:** *THOMPSON, M. (EPD324)* | **Date / Time:** *04/06/2015 11:08:30, Monday* |
| **Supervisor:** *MARTES, K. (EPD255)* | **Supervisor Review Date / Time:** *04/06/2015 19:52:22, Monday* |
| **Contact:** | **Reference:** *Witness Statement* |

understand his problems and help him.

Antonini told us Babb had been self-medicating with Vicodin, which he had been prescribed for his severe headaches, and alcohol while off his prescribed mental health medications in the past. Antonini said Babb's substance abuse situation came to a head in Late 2014 when he was off his meds and pointed his handgun at his son. Antonini said the police were involved and a report was made.

I later checked Eugene Police records and located the related case, 14-22342. In this patrol investigation it is alleged Babb pointed his handgun at his sixteen year old son and his son's friend after believing they had done something wrong. Refer to that report for additional details.

Antonini said following the December 2014 incident Babb spent time in the Roseburg, Oregon, VA Hospital for a detoxification program. Babb returned from treatment having his medications trimmed from more than twenty prescriptions to only eight or nine different prescriptions. This change resulted in Babb doing well for some time before he started his up and down cycles again.

Antonini described Babb is an alcoholic who drinks, "All day, every day". He said Babb consumes 20 or more beers a day and stays home most of the time, sitting in his room drinking, even after his treatment at the VA Hospital. Antonini said Babb has talked of suicide in the past year and recently. He said Babb had been off his meds and acting poorly two months ago and Antonini had taken Babb's handgun from him due to his, and Babb's girlfriend at the time, concern that he was going to hurt himself. Antonini said when Babb started to improve, getting on his medications, he returned the firearm to him.

Antonini told us Babb has been mostly off his meds for the previous two weeks and his behavior had been worsening.

Antonini was not aware of any recent events which might have set him off. He said Babb did not have a steady girlfriend, rather he dated a lot of girls. However, he told us Babb had been spending a lot of time in the past couple of weeks with a new girlfriend and thought she might have some information about Babb. Antonini said he would attempt to provide us contact information for her. We would later identify and speak with Clarissa Ogden.

On March 30, 2015, Antonini said he arrived home from work - He works as a construction contractor - at approximately 1600 hours. He said he and his dog went upstairs - his dog accompanies him to work each day - to gather laundry and then went to the garage to kennel the dog and start his laundry. Antonini said he then went upstairs to complete some work on his lap-top computer. Antonini said he did not see or talk to Babb when he arrived home

Exhibit 16

| Investigator Signature | Supervisor Signature |
|---|---|

COE 000643

*Eugene Police Department*                                                    OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*              **Case Mng Status:** *NA*              **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

---

**Investigator:** *THOMPSON, M. (EPD324)*              **Date / Time:** *04/06/2015 11:08:30, Monday*

**Supervisor:** *MARTES, K. (EPD255)*          **Supervisor Review Date / Time:** *04/06/2015 19:52:22, Monday*

**Contact:**                                              **Reference:** *Witness Statement*

---

and assumed he was in his room. Antonini said he did not hear any gunshots from the time he arrived home until he left the house at the direction of police.

Antonini said he had dozed off while working on the computer and was awakened by the loud speaker on the Bearcat giving directions to exit the house. He also heard Babb yelling downstairs and could tell he was very agitated, Yelling, "Get the fuck off my property! Get the fuck out of here! Get the fuck off my property!  Fuck This!"

Antonini said he went downstairs and found Babb spinning the dial on his gun safe, attempting to get it open. Antonini said he thought this would give him some time because of Babb's memory being so bad he would not get the safe open for a few minutes. Antonini told us when he and Babb go hunting it sometimes takes Babb sixty tries to get the safe open. Because of this he thought he could go outside and explain to the police what was going on and figure out the situation. He tried to speak to Babb and calm him down but Babb continued to attempt entry into the safe. Antonini said Babb turned to look at him and made deliberate eye contact while stating, "I'm fucking pissed!" He said Babb told him to, "Get them off my property.  This is Bullshit."

Antonini said the Police continued to give him directions to come out and walk to them with his hands up; so, he walked out and met them at the back of the Bearcat. Antonini said he offered to call Babb and try to calm him down and get him to come outside so they could fix things. Antonini said when Babb gets really angry, he's not mad at you or me, he's angry in his head.

Antonini told us Babb was in a state of mind he had never seen before. He said Babb seemed determined to shoot himself or make the police shoot him.

Antonini said he was placed in the back on the Bearcat and was talking to the police when he heard a firearm discharge. He said there was some discussion about the source of the shot and he himself had thought it had been Babb shooting at them. Antonini said he asked the others in the Bearcat if they were safe sitting there because Babb had a hi-powered rifle in his safe. He said he heard other officers talking on the radio about Babb being down and not moving in the doorway. Antonini said it was about four minutes after the shot when the officer in the turret leaned inside and told them he had been the one who shot and asked if they had not heard him say so. After this Antonini said he was taken out of the Bearcat and it was driven up to the front door to check on Babb.

Antonini said he waited at the scene with officers until he could speak with us. While he waited near the scene, Antonini's dog, his medication, cellular telephone and some articles of clothing were retrieved from the residence and given to him. Antonini's pick-up truck was left at the scene where it had been parked in the driveway. Following our

Exhibit 16

| Investigator Signature | Supervisor Signature |
|---|---|

*Eugene Police Department*                                              OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*            **Case Mng Status:** *NA*            **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

---

**Investigator:** *THOMPSON, M. (EPD324)*                **Date / Time:** *04/06/2015 11:08:30, Monday*

**Supervisor:** *MARTES, K. (EPD255)*        **Supervisor Review Date / Time:** *04/06/2015 19:52:22, Monday*

**Contact:**                                    **Reference:** *Witness Statement*

---

conversation with him he arranged for a ride and left the area.

Exhibit 16
Page 63 of 178

Investigator Signature                    Supervisor Signature

COE 000645

EPD 15-5349

LCSO Case No._____

# LANE COUNTY SHERIFF'S OFFICE
## CONSENT TO SEARCH

I, __JAMES ANTONINI__, voluntarily give consent for investigators of the Lane County Sheriff's Office to search and or retrieve from my person or my property:

_____ Saliva Samples

_____ Pubic Hair Samples

_____ Hair Samples

_____ Blood Samples

_____ Urine Samples

_X_ Property, Described As: __2248 DEVOS ST. EUGENE, OR__

_____

_____

_____

I give consent for any testing of the samples including DNA genetic testing. This signed consent is given by me to the Lane County Sheriff's office investigators without threats, coercion or promises of any kind.

X _____          3-30-15
         Signature                            Date

___JAMES ANTONINI___
      Printed Name

K. POTTER #354                     3-30-15/20:08
      Witness                          Date/Time

Exhibit 16
Page 64 of 178

COE 000646

192142

# EUGENE POLICE DEPARTMENT
# EVIDENCE/PROPERTY

SEE REVERSE SIDE FOR INSTRUCTIONS.

Page ___1___ of ___1___

☒ Hold for Court       ☐ Destroy
☐ Fingerprint          ☐ Return to Owner
☐ Test

Case Number
15- 5349

2. Incident Number

1. Incident
OFFICER INVOLVED SHOOTING

3. Incident Location
2248 DEVOS St.

4. Source

| 5. Reported Date | 6. Time | 7. Impd Date | 8. Time |
|---|---|---|---|
| 3/30/15 | 1706 | 5/4 5 | 2004 |

Storage Location

9. Instructions for Processing (List Item #s).

| 10. Recovered Stolen Vehicle ☐ | 11. Safekeeping Tow ☐ Custody ☐ Accident ☐ Violation ☐ Hazard ☐ Storage on Street/Abandoned | | 12. Towed By | 13. Towed To |
|---|---|---|---|---|
| | | | 14. Clt # | 15. Tow Operator's Signature |

| 16. VIN# | | | | | | 17. Value | 18. Color (Top/Bottom) | 19. Odometer |
|---|---|---|---|---|---|---|---|---|

| 20. LIC # | State | Exp Yr | Type | Veh Yr | Make | Model | Style | 21. Notified | Date/Time | By Whom | ID# |
|---|---|---|---|---|---|---|---|---|---|---|---|

V R/L 22. Name First Middle
☒ C   BAIBB   BRIAN   AVON   23. DOB 5/12/65

| 24. Address City | | State | Zip | 25. Phone |
|---|---|---|---|---|

V R/L 26. Name First Middle
S C

| 28. Address City | | State | Zip | 29. Phone |
|---|---|---|---|---|

| NO. | QTY | 30. ITEM | SERIAL NO. | BRAND | MODEL/SIZE COLOR | INSO. | VALUE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | COMPACT DISC RECORDING | of | JAMES | ANTONINI'S STATEMENT | | |

## Waiver of Ownership Interest After 60 Days

My signature below WAIVES my ownership interest in the property listed above if the property remains in the police department's possession for more than 60 days. Upon the expiration of 60 days, by signing below I acknowledge that the City will dispose of the above-listed property in accordance with Eugene City Code 2.835(4). If the above-listed property was seized as evidence, I acknowledge that the 60 days begins when the case is fully adjudicated. If the above-listed property was not seized as evidence, I acknowledge the 60 days begins from the date on this document.

Signature                                                     Date

36. Impounding Officer    ME THOMPSON    ID# 24

| 42. Submitted By/Released By | | 38. Date | 39. Time | 40. Date | 41. Time |
|---|---|---|---|---|---|

| 42. Submitted To: ☒ Central Locker  ☐ Cage  Other (Specify) ☐ Refrigerator/Freezer | 43. Released To (Signature) | 44. Approved By | ID# |
|---|---|---|---|

Exhibit 16

White—Property Copy      Canary—Records Copy      Pink—Vehicle or Property Copy      Goldenrod—Release Copy

COE-000647

# CASE SUPPLEMENTAL REPORT

Printed: 04/07/2015 07:56

*Eugene Police Department*

OCA: **1505349**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*          **Case Mng Status:** *NA*          **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

---

**Investigator:** *HERBERT, M. (EPD290)*          **Date / Time:** *03/31/2015 16:11:45, Tuesday*

**Supervisor:** *DONACA, J. (EPD227)*          **Supervisor Review Date / Time:** *04/02/2015 15:54:52, Thursday*

   **Contact:**          **Reference:** *Supplemental*

---

| | | |
|---|---|---|
| 15-05349 | 2248 Devos | Officer Involved Shooting (Homicide) |

| | | |
|---|---|---|
| AO/ | Sergeant Malcom McAlpine | Eugene Police Patrol Division / SWAT |
| | Officer Will Stutesman | Eugene Police Patrol Division / SWAT |
| | Sergeant Andy Kenyon | Oregon State Police / IDFIT Supervisor |
| | Detective Jed McGuire | Eugene Police Violent Crimes Unit / EPEA |
| | Detective Cale Day | Oregon State Police / IDFIT Investigator |
| | Detective Mel Thompson | Eugene Police Violent Crimes Unit |

| | | |
|---|---|---|
| T/ | Ali Anderson | Eugene Police Employee's Association |

| | | |
|---|---|---|
| T/ | Becky Gallagher | Fendrich, Gallagher, and Garrettson, P.C. |

| | | |
|---|---|---|
| V/ | Babb, Brian Avon II | 05/12/65   WMA |

PT/     12 photos of Officer Stutesman and involved weapon/ uploaded to evidence server with copies to Detective Mel Thompson

E/     1)  One assault rifle, Heckler-Koch, 416D, 5.56 mm, s/n 88-005215, w/ optics, light and sling
     2)  One rifle magazine, 5.56 mm, loaded (rounds not counted)
     3)  One 5.56 round, live (reportedly ejected when weapon cleared)
     4)  One load-bearing vest with miscellaneous items in pockets including rifle and pistol magazines, flash-sound devices and other equipment (not inventoried)

Details:

Monday, March 30, 2015, at approximately 18:45, following this incident, I met Sergeant McAlpine and Officer Stutesman as they arrived at the Eugene Police Department in Sergeant McAlpine's vehicle. Sergeant McAlpine told me he drove Officer Stutesman to the police department following the shooting.

I contacted Sergeant Kenyon to relay this information and he requested I photograph Officer Stutesman in uniform.

Moments later, we were joined by Detective McGuire, Ali Anderson and Becky Gallagher. I led the group from the main south entry of the police department to the basement parking level, where I photographed Officer Stutesman

Exhibit 16

| | | |
|---|---|---|
| Investigator Signature | Supervisor Signature | |

COE 000648

**CASE SUPPLEMENTAL REPORT**

*Eugene Police Department*                                               OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*                    **Case Mng Status:** *NA*                    **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

---

**Investigator:** *HERBERT, M. (EPD290)*                    **Date / Time:** *03/31/2015 16:11:45, Tuesday*

**Supervisor:** *DONACA, J. (EPD227)*          **Supervisor Review Date / Time:** *04/02/2015 15:54:52, Thursday*

**Contact:**                                    **Reference:** *Supplemental*

---

wearing the uniform and load-bearing vest he wore at the time of the shooting.

Sergeant McAlpine then turned over to me Officer Stutesman's SWAT duty rifle, the magazine which was in the rifle at the time of the shooting and one, loose, 5.56 round which was cleared from the chamber when the weapon was rendered safe. I also took custody of Officer Stutesman's load-bearing vest and retained possession of these items until 21:35, when Detective Day arrived at the police department to seize the items as evidence. While in possession of the weapon, vest and other items I took additional photo of them.

Tuesday, March 31, 2015, I uploaded the photos to the Eugene Police photo evidence server and provided the photos to Detective Thompson on a compact disc.

| Investigator Signature | Supervisor Signature |
|---|---|

Exhibit 16
Page 67 of 178
COE 000649

# CASE SUPPLEMENTAL REPORT

Printed: 04/07/2015 07:56

*Eugene Police Department*

OCA: **1505349**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *OPEN*          Case Mng Status: *NA*          Occurred: *03/30/2015*

   Offense: *MENACING - INTIMIDATE/THRT*

Investigator: *THOMPSON, M. (EPD324)*          Date / Time: *04/06/2015 12:26:50, Monday*

Supervisor: *MARTES, K. (EPD255)*          Supervisor Review Date / Time: *04/06/2015 19:39:47, Monday*

   Contact:          Reference: *Supplemental Officer Statement*

---

THIS REPORT DOCUMENTS MY INTERVIEW OF OFFICER WARDEN (3E88).


AO/ Officer J. Warden  EPD / Patrol, JAW279
      Officer D. Clark  EPD / Patrol, DXC614
      Officer W. Stutesman  EPD / Patrol, WXS633

S/ Babb, Brian Avon  05/12/1965  WM
      2248 Devos St, Eugene 97402
      DOD: 03/30/2015

I/ Antonini, James Robert  06/21/1971  WM - Suspect's roommate
      2248 Devos St, Eugene 97402
      C/ (503)449-3218


On March 30, 2015, at approximately 2100 hours, I spoke with Officer Warden at the Eugene Police Employees Association's (EPEA) business office. Association president Ali Anderson was also present during the conversation. This contact was not recorded.

Officer Warden told me he was working a uniformed patrol assignment, using 3E88 as his unit designator, during his third watch patrol shift on March 30, 2015. He was at police headquarters, working on an unrelated investigation, when he heard officers being dispatched to an armed suicidal subject at 2248 Devos Street. Officer Warden said he quickly completed the project he was working on and prepared to respond and assist with the call due to the additional information - shots having already been fired, armed and intoxicated suspect and the presence of a roommate - he was hearing being broadcast to responding officers. Officer Warden called Sergeant McAlpine to inquire about the need for the armored rescue vehicle (Bearcat) and was asked to assist Officer Pieske in bringing that piece of equipment to the scene. When he responded to the special operations offices, he found Officer Pieske had already departed with the Bearcat, so he drove to the scene to assist where ever needed.

Officer Warden told me he arrived in the area and was asked to partner with Officer Clark, who was attempting to establish a perimeter position on the back side (west) of 2248 Devos Street. Officer Warden parked his car on E Irwin Way and joined Officer Clark in the 2400 block of E Irwin Way where they entered the backyard of a panhandle lot

Exhibit 16

Investigator Signature                    Supervisor Signature

r_supp3

**CASE SUPPLEMENTAL REPORT** Printed: 04/07/2015 07:56

*Eugene Police Department*                                                    OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*                    **Case Mng Status:** *NA*                    **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

**Investigator:** *THOMPSON, M. (EPD324)*                    **Date / Time:** *04/06/2015 12:26:50, Monday*

**Supervisor:** *MARTES, K. (EPD255)*            **Supervisor Review Date / Time:** *04/06/2015 19:39:47, Monday*

**Contact:**                                        **Reference:** *Supplemental Officer Statement*

---

which shared a fence with 2248 Devos Street. Officer Warden said they had settled into their observation position about the same time the Bearcat began loud hailing.

Dispatch records state Officers Warden and Clark reported they had established their position at 2435 E Irwin Way at 1736 hours.

Officer Warden told me he did not observed the suspect, Brian Babb, at any time while posted at the back of the residence and all of his information about Babb's actions was via radio traffic. He said his view of the lower portion of the involved residence was obscured by the fence separating the two properties. Officer Warden said he was able to hear Babb moving around inside the residence from his position, yelling profanity laced demands to be left alone and heard him yelling, "Fuck you, I'm not a criminal," when it was reported Babb was at the front door yelling.

Officer Warden told me he could clearly hear the hailed commands from the Bearcat providing the occupants of 2248 Devos Street with clear instructions to exit the house without weapons, empty hands etc.

Officer Warden said the hails continued after Babb's roommate, James Antonini, exited the house. A few minutes later he heard a single gunshot and the radio traffic about the shot. Officer Warden said he and Officer Clark maintained their position through the following confusion over the gunshot's origin and the subsequent advance of the Bearcat to the front of the house. He told me after the scene was secured he was summoned to the front of the residence by Sergeant McAlpine to assist Officer Stutesman from the scene. Officer Warden said he did not approach the front porch area or see that area as he walked through to meet Officer Stutesman.

Officer Warden told me James Antonini spoke to him and Officer Stutesman as they passed him leaving the scene. Officer Warden said Antonini told them he was not angry and they had not done anything wrong, it had to be done.

Officer Warden told me he accompanied Officer Stutesman from the scene and to police headquarters. Officer Warden made family notifications via telephone for Officer Stutesman and obtained the ICV hard drive from Stutesman's patrol car which Officer Magnuson had driven from the scene to police headquarters. Officer Warden gave Stutesman's ICV hard drive to Detective Greg Jones. I received the hard drive from Detective Jones on March 31, 2015, and subsequently provided it to Eugene Police IT staff Matt Barraclough for downloading.

Officer Warden said he remained with Officer Stutesman while at police headquarters for processing and photographs and then at EPEA's offices until Officer Stutesman was allowed to go home.

Exhibit 16

Investigator Signature                    Supervisor Signature

COE 000651

*Eugene Police Department* OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *OPEN* Case Mng Status: *NA* **Occurred:** *03/30/2015*

Offense: *MENACING - INTIMIDATE/THRT*

---

Investigator: *THOMPSON, M. (EPD324)* Date / Time: *04/06/2015 09:32:01, Monday*

Supervisor: *MARTES, K. (EPD255)* Supervisor Review Date / Time: *04/06/2015 19:42:33, Monday*

Contact: Reference: *Supplemental Officer Statement*

---

THIS REPORT DOCUMENTS MY INTERVIEW OF OFFICER CLARK (3E59).


AO/ Officer D. Clark EPD / Patrol, DXC614
    Officer J. Warden EPD / Patrol, JAW279
    Officer W. Stutesman EPD / Patrol, WXS633

S/ Babb, Brian Avon 05/12/1965 WM
    2248 Devos St, Eugene 97402
    DOD: 03/30/2015

T/ Woodcook, Stephanie Marie 01/27/1967 WF - Babb's ex-wife
    2525 Cubit Street, Eugene 97402
    C/ (541)515-2222

T/ Woodcook, Wesley Greer 05/11/1967 WM - Stephanie's husband
    2525 Cubit Street, Eugene 97402
    C/ (541)913-5499

I/ Antonini, James Robert 06/21/1971 WM - Suspect's roommate
    2248 Devos St, Eugene 97402
    C/ (503)449-3218


On March 30, 2015, at approximately 2130 hours, I spoke with Officer Clark at the Eugene Police Employees
Association's (EPEA) business office. Association president Ali Anderson was also present during the conversation.
This contact was not recorded.

Officer Clark told me he was working a uniformed patrol assignment, using 3E59 as his unit designator, during his
third watch patrol shift on March 30, 2015. When he heard officers being dispatched to an armed suicidal subject at
2248 Devos Street, he also dispatched himself to the call. Officer Clark said he formulated a plan to respond to the
west side of 2248 Devos Street to set up an observation point for the back side of the residence. He said using his
patrol car's mapping function he identified the 2400 block of E Irwin Way as his point of deployment.

Exhibit 16

Investigator Signature Supervisor Signature

*r_supp3* COE 000652

**CASE SUPPLEMENTAL REPORT**    Printed: 04/07/2015 07:56

*Eugene Police Department*    OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*    **Case Mng Status:** *NA*    **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

**Investigator:** *THOMPSON, M. (EPD324)*    **Date / Time:** *04/06/2015 09:32:01, Monday*

**Supervisor:** *MARTES, K. (EPD255)*    **Supervisor Review Date / Time:** *04/06/2015 19:42:33, Monday*

**Contact:**    **Reference:** *Supplemental Officer Statement*

Officer Clark said he worked to find a position that allowed him a view of the involved residence while maintaining cover while still on E Irwin Way. Officer Clark confirmed he had heard dispatch updates reporting the suspect had earlier fired a shot inside the residence, had access to many guns and was a combat veteran. He said he made contact with residents and advised them of the situation and asked them to gather their children and to remain inside.

Once Officer Warden had joined him, they moved down a panhandle driveway towards the involved residence to obtain a better view. From this position, Officer Clark said he could see three windows and the pedestrian door exit from the garage on the west side of 2248 Devos Street. Officer Clark said he could hear the loud hailing of clear directions from the Bearcat from this position.

Dispatch records state Officers Warden and Clark reported they had established their position at 2435 E Irwin Way at 1736 hours.

Officer Clark told me he did not see the suspect, Brian Babb, during the incident. All of his information about Babb's actions and location was from radio traffic from other officers who could see him. Officer Clark told me he could hear Babb yelling, "Fuck you" and other profanities regarding his desire for the police to leave, from inside the residence. He said he heard a single shot a few minutes after Babb's roommate exited the residence.

Following the Bearcat's advance on the residence and the residence being cleared, Officer Clark responded to Devos Street to further assist as needed. He was subsequently asked to accompany Stephanie Woodcook, Babb's ex-wife and mother of his children, to her residence and help notify Babb's son of his father's death.

Exhibit 16

Investigator Signature    Supervisor Signature

COE 000653

**CASE SUPPLEMENTAL REPORT**

*Eugene Police Department*

OCA: *1505349*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*          **Case Mng Status:** *NA*          **Occurred:** *03/30/2015*

**Offense:** *MENACING - INTIMIDATE/THRT*

**Investigator:** *ROSALES, R. (EPD125)*          **Date / Time:** *03/31/2015 02:23:09, Tuesday*

**Supervisor:** *BERRETH, J. (EPD353)*          **Supervisor Review Date / Time:** *03/31/2015 02:28:24, Tuesday*

**Contact:**          **Reference:** *Supplemental*

---

On March 30, 2015, I was assisgned scene security at 2248 Devos St following an officer involved shooting.

When the crime scene was cleared, I removed the Bearcat from the scene and drove it to the Eugene City shops for repairs. I removed the ICV hard drive from the Bearcat and uploaded the videos.

Prepared by Ofc. Rosales #125 /DPSST 36499

Exhibit 16
Page 72 of 178

Investigator Signature          Supervisor Signature

r_supp3          COE 000654

| User: CEPDMET | **EUGENE POLICE DEPARTMENT** | 03/31/2015 09:15:58 |
|---|---|---|

## Event Report

Event ID: **14-294399**      Call Ref #: 933      Date/Time Received: 12/30/2014 09:42:46

| Rept #: 14-22342   Call Source : PHONE | Prime   1E52 | Service Involved | | | |
|---|---|---|---|---|---|
| | Unit :   HUBBARD, ERIC | **LAW** | | | |

Location: **2248 DEVOS ST**

X-ST:    *CODY AVE*                Jur: CAD       Service: LAW       Agency: EPD

       *JESSEN DR*               St/Beat: EP05      District: EPDW        RA:

Business:               Phone:

| Nature: **MENACING** | Alarm Lvl: 1 | Priority: 4 | Medical Priority: |
|---|---|---|---|

Caller: WOODCOOK,STEPHANIE                    Alarm:      Call Taker: CEEYJSN

Addr: 995 WILLAGILLESPIE RD     Phone: (541) 484-1877     Alarm Type:      Console: CEPOL210

| Vehicle: | St: | Report Only: No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

| Geo-Verified Addr: Yes | Nature Summary Code: | Disposition: REPT | Close Comments: |
|---|---|---|---|

Notes:    OCC EARLIER S/BABB,BRIAN.051265 V/BABB,CONNER.15 YOM S/ IS C/'S EX HUSBAND V/ IS THEIR SON S/
THREATENED V/ WITH A GUN, AND HAS MADE SIMILAR THREATS IN THE PAST T/ CALLER AT 995
WILLAGILLESPIE RD SUITE 400 LOC/ORTHODONTIC OFFICE [12/30/14 09:45:09 CEEYJSN]

### Times

Call Received: 12/30/2014 09:42:46    Time From Call Received

Call Routed: 12/30/2014 09:45:10      000:02:24         Unit Reaction: 000:09:23   *(1st Dispatch to 1st Arrive)*

Call Take Finished: 12/30/2014 09:45:10     000:02:24         En-Route:   : :     *(1st Dispatch to 1st En-Route)*

1st Dispatch: 12/30/2014 09:48:14     000:05:28 *(Time Held):*    On-Scene: 006:49:14   *(1st Arrive to Last Clear)*

1st En-Route:                    : :

1st Arrive: 12/30/2014 09:57:37     000:14:51 *(Reaction Time):*

Last Clear: 12/30/2014 16:46:51     007:04:05

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 1E52 | EPD412 | D | Dispatched | 12/30/2014 09:48:14 | Stat/Beat: EP05 | | CEEYRSG |
| 1E52 | EPD412 | L | Location Change | 12/30/2014 09:48:24 | 995 WILLAGILLESPIE RD | | CEEYRSG |
| 1E52 | EPD412 | A | Arrived | 12/30/2014 09:57:37 | | | CEEYRSG |
| 1E52 | EPD412 | L | Location Change | 12/30/2014 10:39:12 | 2525 CUBIT | | CEEYRSG |
| 1E52 | EPD412 | L | Location Change | 12/30/2014 11:09:39 | C4 2525 CUBIT | | CEEYRSG |
| 1E52 | EPD412 | A | Arrived | 12/30/2014 11:09:40 | | | CEEYRSG |
| 1E52 | EPD412 | L | Location Change | 12/30/2014 11:30:45 | MARSHALL/ECHO HOLLOW | | CEEYRSG |
| 1E52 | EPD412 | L | Location Change | 12/30/2014 11:36:21 | 3974 MARSHALL | | CEEYRSG |
| 1E52 | EPD412 | A | Arrived | 12/30/2014 11:36:22 | | | CEEYRSG |
| 1E52 | EPD412 | L | Location Change | 12/30/2014 12:37:48 | COMM CENTER | | CEEYEAW |
| 1E52 | EPD412 | A | Arrived | 12/30/2014 12:37:49 | | | CEEYEAW |
| 1E52 | EPD412 | L | Location Change | 12/30/2014 13:24:34 | EVIDENCE CONTROL UNIT | | CEEYEAW |
| 1E52 | EPD412 | L | Location Change | 12/30/2014 13:24:41 | EPD HEADQUARTERS | | CEEYEAW |
| 1E52 | EPD412 | A | Arrived | 12/30/2014 13:46:02 | | | CEEYEAW |
| 1E52 | EPD412 | C | Cleared | 12/30/2014 16:46:51 | REPT | REPT | CEEYEAW |

Exhibit 16
Page 73 of 178
COE 000655

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| | | TR | Time Received | 12/30/2014 09:42:46 | By: PHONE | | CEEYJSN |
| | | ENT | Entered Street | 12/30/2014 09:42:49 | 2248 DEVOS ST | | CEEYJSN |
| | | ENT | Entered Nature | 12/30/2014 09:42:50 | MENACING | | CEEYJSN |
| | | CHG | Changed Priority | 12/30/2014 09:42:51 | P --> 4 | | CEEYJSN |
| | | ENT | Entered CallerName_CallIn | 12/30/2014 09:43:03 | WOODCOOK,STEPHANIE | | CEEYJSN |
| | | ENT | Entered CallerAddress | 12/30/2014 09:43:10 | 995 WILLAGILLESPIE RD | | CEEYJSN |
| | | ENT | Entered CallerPhone | 12/30/2014 09:43:16 | 5414841877 | | CEEYJSN |
| | | ARM | Added Remarks | 12/30/2014 09:45:09 | | | CEEYJSN |
| | | FIN | Finished Call Taking | 12/30/2014 09:45:10 | | | CEEYJSN |
| | | RSW | Reset Watchdog Timer | 12/30/2014 09:57:39 | Units: 1E52 >>> 60M in. | | CEEYRSG |
| | | RSW | Reset Watchdog Timer | 12/30/2014 10:54:19 | Units: 1E52 >>> 15M in. | | CEEYRSG |
| | | RSW | Reset Watchdog Timer | 12/30/2014 11:09:41 | Units: 1E52 >>> 60M in. | | CEEYRSG |
| | | RSW | Reset Watchdog Timer | 12/30/2014 12:37:50 | Units: 1E52 >>> 60M in. | | CEEYEAW |
| | | VCHS | Viewed Call History | 12/30/2014 12:53:57 | Location Information | | CEEYJAA |
| | | VCHS | Viewed Call History | 12/30/2014 12:54:01 | Location Information | | CEEYJAA |
| | | RSW | Reset Watchdog Timer | 12/30/2014 13:46:03 | Units: 1E52 >>> 60M in. | | CEEYEAW |
| | | RPT | Requested Report# | 12/30/2014 13:46:26 | EPD Report #14-22342 Unit:1E52 | | Unit:1E52 |
| | | RSW | Reset Watchdog Timer | 12/30/2014 14:49:12 | Units: 1E52 >>> 60M in. | | CEEYEAW |
| | | RSW | Reset Watchdog Timer | 12/30/2014 15:52:46 | Units: 1E52 >>> 60M in. | | CEEYEAW |

## Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|------------------------|------|------|-----|----|----|------|-----|-----|---------|-----------|---------|
| WOODCOOK, STEPHANIE | CALLER | | | | 0 | | | | (541) 484-1877 | | |

Address:   WILLAGILLESPIE RD EUGENE OR 97401

Exhibit 16
Page 74 of 178

COE 000656

# Eugene Police Department

Incident Case Number:  14-22342

Reporting Agency:  Eugene Police Department

Print Date/Time:  03/31/2015 09:20:07

**Disclaimer: The information contained within this report is reflective of the investigation at the date and time of its printing.**

Exhibit 16
Page 75 of 178

COE 000657

| Agency Name | **INCIDENT/INVESTIGATION** | Case# 14-22342 |
|---|---|---|
| *Eugene Police Department* | **REPORT** | |

**INCIDENT/INVESTIGATION REPORT**

Agency Name: *Eugene Police Department*

Case# 14-22342

Date / Time Reported: *12/30/2014  09:42 Tue*

ORI: *OR0200200*

Last Known Secure: *12/24/2014  02:00 Wed*

At Found: *12/24/2014  03:00 Wed*

| Location of Incident | Premise Type | Zone/Tract |
|---|---|---|
| *2248 Devos St, Eugene OR 97402-* | *Single Family Residence* | EP05 |

**INCIDENT DATA**

| | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Menacing - Dis Conduct* *163.190* | M | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

MO

# of Victims *1*   Type: SOCIETY/PUBLIC   Injury:

**VICTIM**

| V1 | Victim/Business Name (Last, First, Middle) *State Of Oregon* | Victim of Crime # *1,* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address — Home Phone

Employer Name/Address — Business Phone — Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHER INVOLVED**

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code CO | Name (Last, First, Middle) *BABB, STEPHANIE MARIE* | Victim of Crime # | DOB *01/27/1967* Age *47* | Race *W* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address: *2525 Cubit St  Eugene, OR 974028701* — Home Phone *541-515-2222*

Employer Name/Address — Business Phone *541-484-1877* — Mobile Phone *541-515-2222*

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code ME | Name (Last, First, Middle) *ANTONINI, JAMES ROBERT* | Victim of Crime # | DOB *06/21/1971* Age *43* | Race *W* | Sex *M* | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address: *5941 Avalon St Eugene, OR 974027572* — Home Phone *503-449-3218*

Employer Name/Address — Business Phone — Mobile Phone *503-449-3218*

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

**PROPERTY**

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Officer/ID# | *HUBBARD, E. (EPO, EPAT) (EPD412)* | | |
|---|---|---|---|
| Invest ID# | *HUBBARD, E. (EPO, EPAT) (EPD412)* | Supervisor | *BERRETH, J. (EPO, EPAT) (EPD353)* |

Status

| Complainant Signature | Case Status Suspended/inactive (no More Leads) *02/10/2015* | Case Disposition: | Exhibit 16   Page 2 |
|---|---|---|---|

Printed By: CEPDMET, CEPOL058    Sys#: 480317    Page 76 of 178    2015 09:20:08

**Incident Report Additional Name List**

| | |
|---|---|
| *Eugene Police Department* | OCA: *14-22342* |

Additional Name List    Page 3

| | NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **1)** | *ME   2* | *YOUNG, MARK COLIN* | | *06/13/1974* | *40* | *U* | *M* |
| | Address | *3976 Marshall Ave , Eugene, OR 97402-* | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **2)** | *IO    1* | *YOUNG, CONNOR AVON* | | *03/17/1999* | *15* | *W* | *M* |
| | Address | *2525 Cubit St , Eugene, OR 97402-* | | H: *541-844-8737* | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **3)** | *IO    2* | *YOUNG, XAVIER COLIN* | | *11/08/1998* | *16* | *W* | *M* |
| | Address | *3974 Marshall Ave , Eugene, OR 97402-* | | H: *541-514-0807* | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |

Exhibit 16
Page 77 of 178

**INCIDENT/INVESTIGATION REPORT**

By: CEPDMET, CEPOL058  03/31/2015

*Eugene Police Department*

Page 4

Case#  *14-22342*

| Status Codes | | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | |
|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type |
| D | | | | | |
| R | | | | | |
| U | | | | | |
| G | | | | | |
| S | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE*

Page 4

NARRATIVE

Exhibit 16
Page 78 of 178

COE 000660

# REPORTING OFFICER NARRATIVE

| *Eugene Police Department* | | OCA |
| --- | --- | --- |
| | | *14-22342* |
| Victim | Offense | Date / Time Reported |
| *Society* | *MENACING - DIS CONDUCT* | *Tue 12/30/2014 09:42* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

AI/ Weapon used during both incidents of menacing was a Beretta M9, a black 9mm semi-automatic Handgun

AI/ Brian Babb has a gun safe on the ground floor which contains two 12 gage shotguns, a 300 Winchester rifle, 30-06 rifle and a 22 rim fire rifle. Brian Babb also possesses a Beretta M9 semi-automatic handgun which he usually keeps underneath a pillow in his bedroom or in a military backpack. Per Stephanie Woodcook, all of Brian Babb`s guns are loaded.

AI/ Stephanie Marie Woodcook and Connor Avon Babb did not want to prosecute Brian Avon for either Menacing incident. Mark Colin Young and Xavier Colin Young did not want to prosecute Brian Avon Babb for either menacing incident.

RMD/ forward this report to VCU and DHS

RMD/ Suspend this case due to none of the involved desired to prosecute Brian Babb for any crimes at at this time.

Details:

On 12/30/2014, I was dispatched to a menacing incident which occurred at 2248 Devos Street in Eugene, Oregon and at 4299 Barger Drive in Eugene, Oregon. 2248 Devos Street is a two story house with the bedroom on the second floor.

I contacted Stephanie Marie Woodcook at her place of work. Woodcook stated was concerned for her son`s safety when he goes to her ex-husband`s house (Brian Avon Babb at 2248 Devos Street). Woodcook stated Brian Babb has displayed a gun during several incidents with her son, Connor Avon Babb and now her son is afraid to go over to his dad`s house. Woodcook stated her son told her recently Brian Babb. Woodcook did not have any specific information regarding the most recent incident s but stated a Brian Babb had pointed a gun at Connor Babb. Woodcook stated Connor Babb had a friend over at the house during the last menacing incident, Xavier Young. Woodcook stated Brian Babb has a roommate named Jim Antonini (James Robert Antonini).

Woodcook stated Brian Babb was an alcoholic and takes a lot of medications. Brian Babb has been diagnosed with Depression, Bi-Polar disorder, PTSD and possibly several other mental health disorders. Woodcook stated Brian Babb was a VET and had several loaded weapons in the house.

Woodcook stated she did not want to prosecute Brian Babb for menacing but wanted to document the incident. Woodcook stated her son, Connor Babb, was safe at her house and she did not intend to let him visit his father in the near future. Woodcook also stated Brian Babb was scheduled for rehab at the VA clinic in Roseburg, Oregon on

**REPORTING OFFICER NARRATIVE**

| | | OCA |
|---|---|---|
| *Eugene Police Department* | | *14-22342* |
| Victim | Offense | Date / Time Reported |
| *Society* | *MENACING - DIS CONDUCT* | *Tue 12/30/2014 09:42* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

January 15, 2015. Woodcook expressed that she did not want to inflame the situation by having Brian Babb contacted or arrested by the police.

I gave Woodcook a Victim's Information card and a case number for this incident. Woodcook agreed to contact EPD if there were any additional incidents with Brian Babb.

I contacted Connor Babb at his residence. Connor Babb stated on 12/23/2014 his friend Xavier Young spent that night with him at his dad's house, 2248 Devos Street. Connor Babb stated shortly after midnight he went into the garage with Young and barbequed some hamburgers. Connor Babb stated he forgot to open the garage door while they cooked the hamburgers. The garage was consumed in barbeque smoke. After Connor Babb and Young ate the hamburgers, they went to sleep on the living room couch. On 12/24/2014 at 0200, Connor heard his father walk down the stairs and exit the front door and then heard Brian Babb checking the garage. A short time later, Brian Babb started yelling at him and Xavier while they were still sleeping on the living room couch. When Connor opened his eyes, he observed his dad yelling at them while he held his Beretta M9 handgun at them. Connor Babb stated his dad held the gun with both hand in a traditional two handed triangular shooting platform. Connor Babb stated his dad held the mussel of the M9 directly at them for approximately 2 minutes. Brian Babb accused them of starting a fire in the garage. He also accused them of stealing something, unknown object. Connor Babb stated Young was crying due to Brian Babb pointing a gun and yelling at them. Connor Babb stated he did not say anything at first. As Young was crying, Young told Brian Babb that they would never set a fire in the house or steal anything from him. Connor Babb then explained he had used the barbeque in the garage. Brian Babb eventually lowered the gun and walked upstairs. Connor Babb stated his father returned to the living room approximately 15 -20 minutes later without a gun in his possession. Connor Babb stated his father explained he woke up because of the smoke and then went outside to check if anyone had broken into the house.

Connor Babb stated he was in fear for his safety when his dad pointed the gun at him and yelling at the same time.

Connor Babb stated his father was intoxicated when he had menaced them with the handgun. Brian Babb was slurring his words. Connor Babb stated his father has a drinking problem and takes several medications. Connor Babb also stated Brian Babb had told them earlier in the night that he (Brian Babb) had taken some sleeping pill and was going to bed. Connor Babb stated his father was an alcoholic and diagnosed with PTSD, Depression and social anxiety.

Connor Babb stated this was not the first time his dad had pointed a gun at him.

Connor Babb stated approximately two months ago his father picked him and Young up at Taco Bell on Barger Drive, 4299 Barger Drive, Eugene, Oregon, at 1730. When Connor Babb got into the front passenger seat of his dad's truck, he noticed a gun laying in the middle of the front bench seat, between him and his father. Connor stated his father was really upset with his roommate, Antonini, and stated he was going to kill him. Connor Babb grabbed the Beretta M9 and dumped the loaded magazine and then expelled the bullet in the chamber by racking the slide. Brian Babb takes the gun away from him and puts a new loaded magazine into the M9. Brian Babb racks a round into the M9's chamber and points the gun at Connor Babb as he (Brian Babb) said "Give me the other clip or I'm going to kill you." Connor Babb replied, "You are not going to do it. You love me too much. You love all your kids. You're just pissed off." Brian Babb said, ""You're right" and put the gun down. Brian Babb then said, "I'm

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Eugene Police Department* | | *14-22342* |
| Victim | Offense | Date / Time Reported |
| *Society* | *MENACING - DIS CONDUCT* | *Tue 12/30/2014 09:42* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

sorry. I didn't mean to scare you guys like that."

Connor Babb stated Young was in the back right rear passenger seat during the entire incident. Young later told Connor Babb that he saw and he didn't know what was going on. Young told him, "I just saw the gun. I just stayed quiet."

Connor Babb stated he did not believe his father was intoxicated when he picked him up at the Taco Bell parking lot. Connor Babb stated he was not fearful for his safety or Young's safety when his father pointed the gun at him in the parking lot. Connor stated he did not want to prosecute his father for any crimes.

I contacted Young at his residence. Young stated on 12/23/2014 he went to Connor Babb's father's house (2248 Devos Street) and intended to spend the night there. Around midnight Connor and him went into the garage and barbequed some hamburgers. The garage filled with smoke because they left the doors shut. After they ate the hamburgers he went to sleep on the living room couch with Connor Babb. Young stated on 12/24/2014 at 0200, he heard Brian Babb knocking on Antonini's upstairs bedroom door. He heard Brian Babb say, "Jim help me." As Young still layed on the couch half asleep, he heard Brian Babb go down stairs and into the garage. Shortly after that, Brian Babb was standing next to the living room couch yelling at him while he held a black semi-automatic handgun in a two handed triangular stance at them (Connor and Young). Brian Babb yelled, Get up! Get Up!" Brian Babb accused Connor and him of starting a fire in the garage and stealing some medications. Young stated he feared for his safety and held a pillow in front of him for protection. Brian Babb told his son to put his hands up. Young stated Connor Babb yelled for his dad to put the gun down several times. Brian Babb responded, "No! No! You guys started a fire. Young stated Brian Babb pointed the handgun directly at then (Connor and Young) for approximately 10 minutes. Young stated even though Brian Babb was most likely intoxicated, Brian Babb knew he was pointing a gun directly at him and Connor Babb.

After Brian Babb put the gun in a lowered one hand position, Brian Babb apologized. Young stated Brian Babb apologized because he knew what he did was wrong. Brian Babb said, "I'm sorry. I love you guys. Brian Babb then went back upstairs. Brian Babb returned to the living room 5-10 later without a gun in his possession. Brian Babb again apologized, "so sorry" and asked if he could make them anything to eat. Young stated he could not sleep anymore and went up to Connor Babb's bedroom with Connor Babb. They stayed into the bedroom the rest of the night.

When I asked Young if he ever feared for his safety while Brian Babb pointed the gun at him, Young said, "For the first two minutes Yeah, Yeah I was."

Young stated around 11/08/2014 at approximately 1700, Brian Babb picked him and Connor up at the Taco Bell on Barger Drive and Echo Hollow Road. Young got into the right rear passenger seat, behind Connor Babb who was in the right front passenger seat. When Young got into the Brian Babb's truck, he was leaning forward and observed a black semi-automatic handgun on the bench seat, between Brian Babb and Connor Babb. Brian Babb stated he was going to kill his roommate Antonini over a vehicle parking issue at his house. Brian Babb could not have the handgun and unload it. After that, Brian Babb said, "If you interfere with this, I'm going to kill you." When Connor Babb had the handgun, Brian Babb told Connor Babb to give the gun back or he would kill him (Connor

---

Reporting Officer: *HUBBARD, E.*
Printed By: CEPDMET, CEPOL058  03/31/2015 09:20

Exhibit 16
Page 81 of 178  Page 7
COE 000663

**REPORTING OFFICER NARRATIVE**

| | | OCA |
|---|---|---|
| *Eugene Police Department* | | *14-22342* |
| Victim | Offense | Date / Time Reported |
| *Society* | *MENACING - DIS CONDUCT* | *Tue 12/30/2014 09:42* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Babb). Connor Babb replied, "Dad you`re going to kill me? Your son!" Young stated Connor did not give his dad the handgun back. Young stated Brian Babb was slurring his words and believed he was intoxicated. Young stated Brian Babb drove them to a store and they all went shopping. Connor Babb and his dad were not speaking to each other at that time. After shopping, Brian Babb drove Young home without any further incident.

Young stated he was not in fear for his safety during the incident at Taco Bell. Young and his father (Mark Colin Young) both stated they did not want to prosecute Brian Babb for any crimes.

I contacted Sergeant K. Williams and informed him in regards to my investigation. After I explained that Connor Babb was not currently in harm`s way, he did not have any intention of going back to his dad`s house until his dad completed treatment at the VA clinic and none of the involved wanted to prosecute, Sergeant K. Williams agreed that it was not necessary to contact Brian Babb at this time.

Reporting Officer: *HUBBARD, E.*
Printed By: CEPDMET, CEPOL058   03/31/2015 09:20

Exhibit 16
Page 82 of 178   Page 8

COE 000664

## Incident Report Suspect List

*Eugene Police Department*

OCA: *14-22342*

| 1 | Name (Last, First, Middle)<br>*BABB, BRIAN AVON II* | | | | | Also Known As<br>*BABB, BRIAN* | | | | | Home Address<br>*2248 DEVOS ST*<br>*EUGENE, OR 97402* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Business Address | | | | | | | | | | *541-514-2791* |

| DOB.<br>*05/12/1965* | Age<br>*49* | Race<br>*W* | Sex<br>*M* | Eth<br>*U* | Hgt<br>*509* | Wgt<br>*160* | Hair<br>*BRO* | Eye<br>*HAZ* | Skin | Driver's License / State.<br>*3516280 OR* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | Caliber | | Dir of Travel<br>Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | | VIN | |
| Notes | | | | | | | | Physical Char | | | |

Exhibit 16

Page 83 of 178

*Eugene Police Department*                                                                    OCA: *1422342*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *SUSPENDED/INACTIVE (NO*        **Case Mng Status:** *SUSPENDED*        **Occurred:** *12/24/2014*
**Offense:** *MENACING - DIS CONDUCT*

**Investigator:** *HUBBARD, E. (EPD412)*                    **Date / Time:** *01/27/2015 13:55:26, Tuesday*
**Supervisor:** *DORMAN, W. (EPD118)*        **Supervisor Review Date / Time:** *01/27/2015 16:41:16, Tuesday*
**Contact:**                                                        **Reference:** *Supplemental*

---

IO/ Babb, Brian Avon        W/M                DOB: 05/12/1965
    2248 Devos Street, Eugene, Oregon 97402                PH: 541-514-2791

ME/ Babb, Connor Avon        W/M                DOB: 03/17/1999
    2525 Cubit Street, Eugene, Oregon 97402                PH: 541-844-8737

ME/ Young, Xavier Colin        H/M                DOB: 11/08/1998
    3974 Marshall Avenue, Eugene, Oregon 97402                PH: 541-514-0807

ME/ Babb, Stephanie Marie        W/F                DOB: 01/27/1967
    2525 Cubit Street, Eugene, Oregon 97402                PH: 541-515-2222

ME/ Antonini, James Robert        W/M                DOB: 06/21/1971
    2248 Devos Street, Eugene, Oregon 97402                PH: 503-449-3218

RDM/ Forward report to DHS

Details:

On 01/27/2015 at 1141, I contacted Brain Avon Babb at Eugene Police Department Headquarters. He had call the previous day and wanted to talk to me regarding the EPD Case# 14-22342.

Brian Babb stated he just got out of outpatient rehab in Roseburg and just prior to meeting me he was at a PTSD group meeting at the old federal building.

On 01/27/2015 at 1149, I read Brian Babb his Miranda Rights via a city issued card. Brian Babb responded "Yes I do" to understanding his Miranda Rights.

Brian Babb stated he was a "day drinker" and would consume 6 to 18 beers in the morning. He would usually stop drinking around 1400. Brian Babb stated was taking 21 different prescription pills at the time of the most recent menacing incident. Brian Babb stated he was taking Trazodone "light sleeping pill and Clonazepam. Since completing

Exhibit 16

Investigator Signature                    Supervisor Signature                    Page 84 of 178

**CASE SUPPLEMENTAL REPORT**

Printed: 03/31/2015 09:20

*Eugene Police Department*

OCA: *1422342*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *SUSPENDED/INACTIVE (NO*   Case Mng Status: *SUSPENDED*   Occurred: *12/24/2014*

Offense: *MENACING - DIS CONDUCT*

Investigator: *HUBBARD, E. (EPD412)*   Date / Time: *01/27/2015 13:55:26, Tuesday*

Supervisor: *DORMAN, W. (EPD118)*   Supervisor Review Date / Time: *01/27/2015 16:41:16, Tuesday*

Contact:   Reference: *Supplemental*

---

rehab Brian Babb is taking 9 different medications, down from 21 different medications.

Brian Babb stated a couple days prior to 12/24/2014, Deangelo (unknown last name or address, Connor Babb`s friend) came over to the house and provided Connor Babb and Xavier Colin Young with marijuana. All three of them smoked the marijuana in the house. Brian Babb stated Deangelo usually comes over in the middle of the night and he is not welcomed at the house anymore. Brian Babb stated Deangelo is a very vindictive person who has in the past keyed cars and sliced car tires. Deangelo lives only a couple blocks away from 2248 Devos Street, Unknown address on Golden Gardens in Eugene, Oregon.

Brian Babb stated at 2 am (12/24/2014) he woke up to the smell of smoke, not the smell of food burning. He collected his 9mm handgun, took the lock off the gun and ran down stairs to investigate the situation. Brian Babb stated his son and Young were sleeping on the living room couch, L shaped couch. They were sleeping on opposite ends of the couch and were separated by approximately six feet.

Brian Babb opened the garage door which was filled with smoke. Brian Babb stated the BBQ which was in the garage was on "High". A large 4 foot garage style light was dangling from the ceiling, next to the open garage man door to the back yard. Brian Babb turned the gas off the BBQ. Brian Babb said the BBQ was so hot the 1,000 degree black paint on the inside of the BBQ was peeling off. Brian Babb then went out to the front yard. Brian Babb said, "I cleared left and Right." Brian Babb then cleared the back yard. Brian Babb stated then then went back to the front yard, went down their long panhandle lot to the street and did not see anyone. Brian Babb stated he walked to the corner of the street as if to walk to Deangelo`s house and did not see anyone.

Brian Babb stated he went back home, kicked the couch which his son and Young were sleeping on. Brian Babb stated he kicked the couch and used his "command voice". Brian Babb said his son and Young "popped up, they both jumped up at the same time`. Both of the boys repeatedly said, "Don`t shoot me." Young grabbed a couch cushion and placed in front of his as if it was a shield. Brian asked his son why there was smoke in the garage. Connor Babb hesitated and then said, "Oh, I made a hamburger." Brian Babb said, "I felt like I scared them. I know I scared them with my voice."

Brian Babb stated when he confronted his son and Young regarding the smoke he had his 9mm handgun in his right hand and down to the side of his body. Brian Babb was adamant he never pointed the gun at his son and Young. Brian Babb told the kids to "Hang tuff" and he would be right back. Brian Babb went upstairs to his room and locked his handgun up. Brian Babb stated the gun was not loaded, no bullet in the chamber. Brian Babb stated when he came back down to talk to the kids; he playfully grabbed Young and rubbed his knuckles on the top of Young`s head as he told them, "I would never hurt you." Brian Babb told the kids that he was afraid the house was on fire. Brian Babb

Exhibit 16

Investigator Signature   Supervisor Signature

COE 000667

*Eugene Police Department*

OCA: **1422342**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *SUSPENDED/INACTIVE (NO*          **Case Mng Status:** *SUSPENDED*                    Occurred: *12/24/2014*
Offense: *MENACING - DIS CONDUCT*

Investigator: *HUBBARD, E. (EPD412)*                                     Date / Time: *01/27/2015 13:55:26, Tuesday*
Supervisor: *DORMAN, W. (EPD118)*                  Supervisor Review Date / Time: *01/27/2015 16:41:16, Tuesday*
Contact:                                                                              Reference: *Supplemental*

---

stated the boys went back to sleep after he talked to them.

Brian Babb said the boys (Connor Babb and Young) "freaked out, I should've left the gun on the stairs". When I asked Brian Babb if he had pointed the gun at Connor Babb or Young in a triangular shooting platform, Brian Babb said, "I would have never pointed a gun at my son. They saw the gun and focused on it." Brian Babb said, "I don't want to lose my relationship with my son. He means the world to me."

Brian Babb said, "My head was clear then" (referring to the night the smoke filled the garage), even thought he had taken sleeping pills, Trazodone.

Brian Babb stated he believed Deangelo came over that night and had his son cook him a hamburger Brian Babb thought after they ate the hamburger and Connor Babb and Young went to sleep; Deangelo came back into the garage and turned the BBQ on high. Brian Babb found the long butane lighter which is used to light the BBQ on top of the fridge in the garage. Brian Babb stated the placement of the lighter was very unusual along with the broken garage light next to the open man door. Brian Babb again stated he believed Deangelo was vindictive enough to start a fire in the house.

Brian Babb stated he absolutely did not point a gun at his son or young. It would have been impossible since they were 6 feet apart on the couch. Brian Babb stated he had been in the military infantry since 1987 and taken hundreds of gun safety courses. He also taught gun safety courses. Brian Babb stated he has gone through extensive threat assessment training and the "boys posed no threat". Brian Babb said since the boys posed no threat he would have never pointed a gun at them. Brian Babb said, "It just didn't happen. I didn't point it at Xavier or Connor."

Brian Babb stated his ex-wife, Stephanie Marie Babb, would do anything to harm him. He believed Connor Babb is adamant about the menacing because Stephanie Babb is.

I asked Brian Babb regarding a menacing incident which occurred at 4299 Barger Drive (Taco Bell) in Eugene, Oregon around the end of October at 1730. Briand Babb said, "Doesn't ring a bell." I asked Brian Babb if he picked his son and Young up after school in the parking lot of Taco Bell with his 9mm handgun in the middle of the front bench seat. Brian Babb said, I don't carry a gun. I have no place to put it." Brian Babb stated he has his CCL but does not carry handgun unless he is hunting or fishing. When I asked Brian Babb if he recalled his son grabbing a gun from the bench seat of his truck, Brain Babb said, "I would never let him (Connor Babb) grab a gun. I would have come unglued." Brian Babb stated Connor Babb would never grab a gun away from him. Brian Babb stated he has taken his son shooting but that would be the only time Connor Babb would have access to his handgun. Brian Babb stated his

Exhibit 16

COE 000668

*Eugene Police Department*

OCA: *1422342*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *SUSPENDED/INACTIVE (NO*          **Case Mng Status:** *SUSPENDED*          **Occurred:** *12/24/2014*

**Offense:** *MENACING - DIS CONDUCT*

**Investigator:** *HUBBARD, E. (EPD412)*          **Date / Time:** *01/27/2015 13:55:26, Tuesday*

**Supervisor:** *DORMAN, W. (EPD118)*          **Supervisor Review Date / Time:** *01/27/2015 16:41:16, Tuesday*

**Contact:**          **Reference:** *Supplemental*

---

handgun is locked up in a safe. When I asked Brian Babb about an incident where he was so mad at his roommate (James Robert Antonini) that he wanted to kill him over a vehicle parking issue, Brian Babb stated he has never been that mad at Antonini and there would have been plenty of parking at his house since his 5th wheeler and fishing boat were in Winchester, Oregon. Brian Babb stated he was surprised about the questioning regarding the incident at Taco Bell and he does not recall anything close to a situation that he had a gun in his truck, menacing anyone or being upset with Antonini.

See all other reports under EPD Case# 14-22342 for further information regarding this case.

The above supplemental report was written by Officer E. Hubbard #412 on 01/27/2015 at 1538

Exhibit 16

Investigator Signature          Supervisor Signature

COE 000669

| User: CEPDMET | **EUGENE POLICE DEPARTMENT** | 03/31/2015 09:16:48 |
|---|---|---|

## Event Report

Event ID: **14-260158**      Call Ref #: 724      Date/Time Received: 11/14/2014 16:09:45

| Rept #: | Call Source : PHONE | Prime 4E61 Unit : WARD, CHRISTOPHER | Service Involved | | | |
|---|---|---|---|---|---|---|
| | | | **LAW** | | | |

| Location: **2248 DEVOS ST** | | | |
|---|---|---|---|
| X-ST: | *CODY AVE* | Jur: CAD | Service: LAW | Agency: EPD |
| | *JESSEN DR* | St/Beat: EP05 | District: EPDW | RA: |
| Business: | Phone: | | |

| Nature: **HARASSMENT** | Alarm Lvl: 1 | Priority: 4 | Medical Priority: |
|---|---|---|---|

| Caller: SMITH,COLBY | | Alarm: | Call Taker: CEEYEJS |
|---|---|---|---|
| Addr: | Phone: (541) 497-0792 | Alarm Type: | Console: CEPOL216 |
| Vehicle: | St: | Report Only: No | Race: | Sex: | Age: |
| Geo-Verified Addr: Yes | Nature Summary Code: | Disposition: INFO | Close Comments: |

| Notes: | {4E61} C4 [11/14/14 19:14:57 CEEYJMK] {4E61} C4 [11/14/14 19:02:10 CEEYCPJ] SPD ADVI [11/14/14 18:32:06 CEEYCZS] I called the complainant at (541) 497-0792 and received no answer. I left a voicemail message. [11/14/14 18:27:53 Unit:4E61] OFFICER REQ TO BE PUT BACK ON CALL FOR PHONE CONTACT [11/14/14 18:09:38 CEEYJMK] OFFICER NEVER MADE CONTACT [11/14/14 17:57:40 CEEYJMK] *** DISREGARD ** PER RECORDS COMP LEFT UPSET DUE TO NO RESPONSE YET [11/14/14 17:56:18 CEEYCZS] CONFIRMED C/ STILL WAITING [11/14/14 17:43:47 CEEYCPJ] C/IS AT FRONT COUNTER WAITING FOR CONTACT [11/14/14 16:10:44 CEEYEJS] DETAILS FROM PREVIOUS CALL: C/IS FEMALE C/CLEANS HOMES AND ONE HER CUSTOMERS OFFERED HER MONEY TO SLEEP WITH HIM S/BABB, BRIAN.47YO [11/14/14 15:05:35 CEEYDMS] [11/14/14 16:10:34 CEEYEJS] REFER WCB #260116 [11/14/14 16:10:14 CEEYEJS] |
|---|---|

| **Times** | | |
|---|---|---|
| Call Received: 11/14/2014 16:09:45 | Time From Call Received | |
| Call Routed: 11/14/2014 16:10:53 | 000:01:08 | Unit Reaction: 000:00:09 *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 11/14/2014 16:10:53 | 000:01:08 | En-Route: : : *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 11/14/2014 17:36:42 | 001:26:57 *(Time Held):* | On-Scene: 002:58:53 *(1st Arrive to Last Clear)* |
| 1st En-Route: | : : | |
| 1st Arrive: 11/14/2014 17:36:51 | 001:27:06 *(Reaction Time):* | |
| Last Clear: 11/14/2014 20:35:44 | 004:25:59 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | AS | Assigned | 11/14/2014 16:10:49 | Unit CNTR assigned and made PU | | CEEYEJS |
| 4E61 | EPD609 | D | Dispatched | 11/14/2014 17:36:42 | Stat/Beat: EP06 | | CEEYJMK |
| 4E61 | EPD609 | L | Location Change | 11/14/2014 17:36:51 | FRONT COUNTER | | CEEYJMK |
| 4E61 | EPD609 | A | Arrived | 11/14/2014 17:36:51 | FRONT COUNTER;4E61 A | | CEEYJMK |
| 4E61 | EPD609 | X | Canceled | 11/14/2014 | none | | CEEYJMK |

Exhibit 16

Page 88 of 178

COE 000670

| | | | | 17:57:46 | | | |
|---|---|---|---|---|---|---|---|
| 4E61 | EPD609 | A | Arrived | 11/14/2014 18:09:51 | ;4E61 L HQ/PHONE CONTACT;4E61 A | | CEEYJMK |
| 4E61 | EPD609 | L | Location Change | 11/14/2014 18:09:51 | HQ/PHONE CONTACT | | CEEYJMK |
| 4E61 | EPD609 | D | Dispatched | 11/14/2014 18:09:51 | Stat/Beat: EP06;;4E61 L HQ/PHONE CONTACT;4E61 A | | CEEYJMK |
| 4E61 | EPD609 | C | Cleared | 11/14/2014 18:28:12 | | ADVI | Unit:4E61 |
| 4E61 | EPD609 | D | Dispatched | 11/14/2014 18:30:58 | Stat/Beat: EP06;;4E61 L 5597 THURSTON RD | | CEEYJMK |
| 4E61 | EPD609 | L | Location Change | 11/14/2014 18:30:59 | 5597 THURSTON RD | | CEEYJMK |
| 4E61 | EPD609 | A | Arrived | 11/14/2014 18:51:09 | | | CEEYJMK |
| 4E61 | EPD609 | L | Location Change | 11/14/2014 18:51:26 | 5977 THURSTON RD | | CEEYJMK |
| 4E61 | EPD609 | A | Arrived | 11/14/2014 18:51:26 | 5977 THURSTON RD;4E61 A | | CEEYJMK |
| 4E61 | EPD609 | L | Location Change | 11/14/2014 19:41:18 | EVIDENCE CONTROL UNIT | | Unit:4E61 |
| 4E61 | EPD609 | A | Arrived | 11/14/2014 19:56:59 | | | Unit:4E61 |
| 4E61 | EPD609 | C | Cleared | 11/14/2014 20:35:44 | | INFO | Unit:4E61 |

| Event Log | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
| | | TR | Time Received | 11/14/2014 16:09:45 | By: PHONE | | CEEYEJS |
| | | ENT | Entered Street | 11/14/2014 16:09:49 | 2248 DEVOS ST | | CEEYEJS |
| | | ENT | Entered Nature | 11/14/2014 16:09:53 | HARASSMENT | | CEEYEJS |
| | | CHG | Changed Priority | 11/14/2014 16:09:55 | P --> 4 | | CEEYEJS |
| | | ENT | Entered CallerName_CallIn | 11/14/2014 16:10:01 | SMITH,COLBY | | CEEYEJS |
| | | ENT | Entered CallerPhone | 11/14/2014 16:10:03 | 5414970792 | | CEEYEJS |
| | | ARM | Added Remarks | 11/14/2014 16:10:14 | | | CEEYEJS |
| | | ARM | Added Remarks | 11/14/2014 16:10:34 | | | CEEYEJS |
| | | ARM | Added Remarks | 11/14/2014 16:10:44 | | | CEEYEJS |
| | | ENT | Entered PrimeUnit | 11/14/2014 16:10:49 | CNTR | | CEEYEJS |
| | | FIN | Finished Call Taking | 11/14/2014 16:10:53 | | | CEEYEJS |
| | | ARM | Added Remarks | 11/14/2014 17:43:47 | | | CEEYCPJ |
| | | RSW | Reset Watchdog Timer | 11/14/2014 17:51:57 | Units: 4E61 >>> 60Min. | | CEEYJMK |
| | | ARM | Added Remarks | 11/14/2014 17:56:18 | | | CEEYCZS |
| | | ARM | Added Remarks | 11/14/2014 17:57:40 | | | CEEYJMK |
| | | CAN | Event Cancelled | 11/14/2014 17:58:44 | | DIS | CEEYJMK |
| | | ROPN | Re-Opened Event | 11/14/2014 18:09:28 | OFCR REQ | | CEEYJMK |
| | | ARM | Added Remarks | 11/14/2014 18:09:38 | | | CEEYJMK |
| | | RSW | Reset Watchdog Timer | 11/14/2014 18:09:53 | Units: 4E61 >>> 60Min. | | CEEYJMK |
| | | ARM | Added Remarks | 11/14/2014 18:27:53 | | | Unit:4E61 |
| | | ROPN | Re-Opened Event | 11/14/2014 18:30:35 | REQ OFFICER | | CEEYJMK |
| | | ARM | Added Remarks | 11/14/2014 18:32:06 | | | CEEYCZS |

Exhibit 18
Page 89 of 178
COE 000671

| | RSW | Reset Watchdog Timer | 11/14/2014 18:49:54 | Units: 4E61 >>> 15Min. | | CEEYJMK |
|---|---|---|---|---|---|---|
| | ARM | Added Remarks | 11/14/2014 19:02:10 | | | CEEYCPJ |
| | RSW | Reset Watchdog Timer | 11/14/2014 19:14:51 | Units: 4E61 >>> 60Min. | | CEEYJMK |
| | ARM | Added Remarks | 11/14/2014 19:14:57 | | | CEEYJMK |
| | RSW | Reset Watchdog Timer | 11/14/2014 20:13:01 | Units: 4E61 >>> 60Min. | | CEEYJMK |

### Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SMITH, COLBY | CALLER | | | | 0 | | | | (541) 497-0792 | | |

| User: CEPDMET | **EUGENE POLICE DEPARTMENT** | 03/31/2015 09:17:21 |
|---|---|---|

## Event Report

| Event ID: **14-260116** | Call Ref #: 550 | Date/Time Received: 11/14/2014 15:03:40 |
|---|---|---|

| Rept #: | Call Source : PHONE | Prime Unit : | Service Involved |
|---|---|---|---|

Service Involved: **LAW**

Location: **2248 DEVOS ST**

X-ST: *CODY AVE* / *JESSEN DR*

Jur: CAD    Service: LAW    Agency: EPD
St/Beat: EP05    District: EPDW    RA:

Business:    Phone:

| Nature: **HARASSMENT** | Alarm Lvl: 1 | Priority: 4 | Medical Priority: |
|---|---|---|---|

Caller: SMITH, COLBY     Alarm:    Call Taker: CEEYDMS

Addr:    Phone: (541) 497-0792    Alarm Type:    Console: CEPOL202

| Vehicle: | St: | Report Only: No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

Geo-Verified Addr: Yes    Nature Summary Code:    Disposition: WCB    Close Comments:

Notes: WCB WHEN SHE ARRIVES APPROX 30-45 MINS [11/14/14 15:07:47 CEEYDMS] C/IS CURRENTLY IN SPRINGFIELD IS GOING TO BE ENR TO HEADQUARTERS FOR REPORT [11/14/14 15:07:32 CEEYDMS] C/IS FEMALE C/CLEANS HOMES AND ONE HER CUSTOMERS OFFERED HER MONEY TO SLEEP WITH HIM S/BABB, BRIAN.47YO [11/14/14 15:05:35 CEEYDMS]

### Times

Call Received: 11/14/2014 15:03:40    Time From Call Received

Call Routed:    : :      Unit Reaction: : : *(1st Dispatch to 1st Arrive)*

Call Take Finished:    : :      En-Route: : : *(1st Dispatch to 1st En-Route)*

1st Dispatch:    : : *(Time Held):*    On-Scene: : : *(1st Arrive to Last Clear)*

1st En-Route:    : :

1st Arrive:    : : *(Reaction Time):*

Last Clear:    : :

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 11/14/2014 15:03:40 | By: PHONE | | CEEYDMS |
| | | ENT | Entered Street | 11/14/2014 15:03:52 | 2248 DEVOE ST | | CEEYDMS |
| | | CHG | Changed Street | 11/14/2014 15:04:01 | 2248 DEVOE ST --> 2248 DEVOS ST | | CEEYDMS |
| | | ENT | Entered CallerName_CallIn | 11/14/2014 15:04:13 | SMITH, COLBY | | CEEYDMS |
| | | ENT | Entered CallerPhone | 11/14/2014 15:04:22 | 5414970792 | | CEEYDMS |
| | | ARM | Added Remarks | 11/14/2014 15:05:35 | | | CEEYDMS |
| | | ARM | Added Remarks | 11/14/2014 15:07:32 | | | CEEYDMS |
| | | ARM | Added Remarks | 11/14/2014 15:07:47 | | | CEEYDMS |
| | | ENT | Entered Nature | 11/14/2014 15:08:00 | HARASSMENT | | CEEYDMS |
| | | CHG | Changed Priority | 11/14/2014 15:08:05 | P --> 4 | | CEEYDMS |
| | | CAN | Event Cancelled | 11/14/2014 15:08:14 | | WCB | CEEYDMS |

### Related Names

Exhibit 16

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Message Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|

COE 000673

| SMITH, COLBY | CALLER | | | 0 | | | | (541) 497-0792 | | |

Exhibit 16
Page 92 of 178

COE 000674/2

# LCDA

# REPORTS

# 15-282543

Exhibit 16
Page 93 of 178

COE 000675



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

# INVESTIGATIVE REPORT

**DACASE#:**          039282543

**PRIMARY DA:**     Alex Gardner

**AGENCY/ CASE#:**  EGP 15-5349

**RELATED CASES:** OSP 15-095758
                   LCSO 15-1925
                   CGPD 15-0716

**INCIDENT:**        Officer Involved Shooting

**LOCATION:**        2248 Devos St. Eugene

**DECEASED:**        Brian Avon Babb                    05/12/1965
                     2248 Devos St. Eugene, OR 97402

**INVOLVED OFFICER:** EGP Officer Will Stutesman

**ASSISTING OFFICERS:**
Det. Dustin Sprague OSP (Case Agent)
Sgt. Andy Kenyon OSP
Sgt. Carl Wilkerson LCSO
Det. Jason Molony #710 LCDA
Det. Steve Simons #443 LCSO
Det. Cale Day, OSP
Det. George Crolly, SPD

**WITNESS(es):**     Reina Alvarez Elam                  02/20/1990
                     2258 Devos St. Eugene, OR 97402; 541-653-1058

                     Thomas Patrick Adair                03/10/1961
                     2258 Devos St. Eugene, OR 97402; 541-689-7558

                     Joy Gracia Zuidmulder-Goss          06/28/1980
                     2264 Devos St. Eugene, OR 97402; 541-554-8628

Exhibit 16
PAGE 1 OF 5
Page 94 of 178

COE 000676



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

Christine Ann Perucci          10/17/1956
2282 Devos St. Eugene, OR 97402; 541-870-3981

Marvin Eugene Karlsen          07/01/1960
2439 E. Irwin Way, Eugene, OR 97402; 541-520-2533

**INVESTIGATION:**  On 3/30/15 at approx. 1925 hours I was notified via automated text message of an activation of the Lane County Interagency Deadly Use of Force Team. The activation was to address a Eugene Police Dept. officer involved shooting that occurred at the listed address in the previous few hours. I notified Detective Molony gave him the response information then responded to the scene arriving at approx. 2003 hours. I was briefed on scene by Sergeants Kenyon and Wilkerson and assigned neighborhood canvass with Detectives Cale, Molony, Simons and Crolly. I personally interviewed the listed subjects and assisted with other interviews conducted by Detectives Cale, Molony and Simons.

**STATEMENTS:**     Reina Elam (2258 Devos) (paraphrased)
She returned home in her vehicle at approx. 1720 hours with her child and noticed a male police officer with a gun out. The officer told her that there was an armed subject call they were responding to. Elam decided to leave the area and as she was driving out initially northbound on Devos St. but eventually southbound on Devos St. she was letting people she saw know about the armed subject call. Elam went to the Embers Lounge to wait until the incident was over.

While Elam was at the Embers Lounge her neighbor Chelsea called. Chelsea lives one house south of Elam (2250 Devos, Det. Day OSP interview) next door to the incident residence. Chelsea said she had heard the cops saying "Brian we can't see you." Chelsea said right after that she heard a loud boom. After the loud boom Chelsea said the cops knocked on her door and had her get dressed to leave.

Elam drove back to her residence around 1800 hours and the police allowed her to go through to her residence. When she arrived she called Chelsea and she answered but said that she couldn't talk at that moment. A few minutes later Chelsea came over and stayed at her residence for a while. About 30 minutes before I arrived Elam's roommate and sister arrived at her residence. They had not been there during the incident.

Elam doesn't know the people who live at the residence personally and has never talked to them. She knows the male's name that lives at the residence is

Exhibit 16
Page 95 of 178
PAGE 2 OF 5
COE 000677



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8ᵗʰ AVENUE, ROOM 400
EUGENE, OREGON  97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

Brian because Chelsea told her. Elam moved into her residence around April and at that time she remembered hearing loud arguments from Brian's house. Brian was arguing with who Elam assumed was his wife and described her as being the antagonist in the arguments.

Elam heard from Chelsea that there had been an incident in which Brian had pulled out a gun on his son. Chelsea said the son was being a "brat" about wanting some rims for a vehicle and Brian had pulled out a gun on him. Chelsea said the son had told this to Child Welfare and shortly after that the wife wasn't there anymore. After the wife left things appeared to be peaceful and calm at the residence.

**STATEMENTS:**    Thomas Adair (2258 Devos) (paraphrased)
His residence shares the same address as Reina Elam. He lives in a separate building on the property behind Elam's. the property shares a fence with the backyard of the incident residence. The first that he knew something was up was when Elam called him. Adair checked his caller ID and noted that she called at 1729 hours. She told him that he should stay in the house because the neighbor had a gun and the police were there. Adair peaked out his front door and saw police standing near his vehicle parked in front of the residence on Devos St. and he saw a police car near that. He could only see the tops of the officers heads because the entire residence is surrounded by a six foot high fence. Adair went back inside.

Adair then heard police on a loudspeaker saying something like "House behind 2248 Devos you need to come out to resolve this so that nobody gets hurt." At first Adair thought they might be talking to him because he had not clearly heard the number 4 in the address and he lives in the house behind 2258. The police repeated the statement several times, however, and he knew the message wasn't meant for him. Adair said the officer on the loudspeaker sounded very friendly and was pleading with the guy saying things like, "come on man, come out and talk to us so we can do this without anyone getting hurt."

Adair heard the male from the incident residence yell a response which included "Fuck you, I'm not coming out. You came here to my turf and shouldn't have. I'm not coming out."

Then it got quiet after the police stopped talking over the loudspeaker and Adair could hear rocks popping like a vehicle was moving up the driveway south of his residence. He peaked out the window and saw his fence moving as well but he couldn't see the vehicle that was causing it. He then heard  a loud boom which

Exhibit 16
PAGE 3 OF 3   Page 96 of 178

COE 000678



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8ᵗʰ AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

he thought was a single gunshot. He believed it would have been a large gun because of the loudness of the report. Then there was silence and he didn't hear anything else.

Adair went to his bedroom which has a south facing window and peaked out. He could see the top of the police vehicle with a large round metal turret on top parked in the backyard of the incident residence. Because of the fence surrounding his property he couldn't see anything else. Adair stayed in his residence until contacted by us.

Adair has lived there about 14 months. He doesn't know the guy who lives in the incident residence.

**STATEMENTS:**    Joy Zuidmulder-Goss (2264 Devos) (paraphrased)
She had returned from work at what she estimated was 1630 to 1645 hours. The incident had already begun because there were police in the neighborhood and a male and female officer in the vacant lot south of her residence. As she was getting her child out of the car the female officer approached and told her to stay inside her residence and stay out of her backyard. The female officer told her that there was an angry man they were dealing with.

She went into her residence and later heard a loudspeaker but she couldn't tell what was being said because she had her radio up loud. After that she heard two "pops" which sounded like gunshots to her. She is fairly familiar with guns and hears people hunting in the field nearby occasionally. She didn't think that the "pops" she heard would have been rifle shots but they sounded more like shots from a handgun.

After the shots the only sound she heard was the sirens from the ambulance and fire trucks. She looked out and saw them pulling up. She doesn't know the people in the incident residence. She lives there with her two year old daughter and husband. Her husband was not home during the incident.

**STATEMENTS:**    Christine Perucci (2282 Devos) (paraphrased)
Perucci just moved here one month ago and doesn't know anybody in the neighborhood. She was out on her front porch smoking and playing a game on her phone. She heard a loudspeaker and couldn't make out all of what was being said on the loudspeaker but it sounded like, "Ryan put your hands up and come out. Let's talk, we don't want to hurt you or for you to hurt yourself." She heard someone reply something like, "fuck you, just fuck you."

Exhibit 16
PAGE 4 of 5    Page 97 of 178

COE 000679



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

She had gone out further into her front yard to try to see what was going on and all she could see was a female officer a few houses south of hers. She then heard what sounded to her like a motorcycle staring up followed by a crashing sound like someone had run into a garage door or something. After that she heard what sounded to her like a single gunshot. She is not real familiar with guns but said the loud report made her think it was a large gun. Then she saw several police running towards the sound south on Devos Street.

**STATEMENTS:**    Marvin Karlsen (2439 E. Irwin Way) (paraphrased)
His residence shares a fence with the backyard of the incident residence. He has lived there since 2002 and is not sure when the current resident moved in and doesn't know his name but he has spoken with him before and described him as friendly. He spoke with the male resident who at the time wanted to consult with him about putting up the fence which he later did. Karlsen hasn't had any problems with the incident resident occupants and hasn't ever noticed anything strange there.

Karlsen was not at home during the incident tonite. He returned home on his motorcycle around 2030 hours tonite. His neighbor to the south Ed came over immediately and told him that the guy in the residence in the back had a suicide issue. Ed said the SWAT officers came down Karlsen's driveway and were knocking on his windows. Ed said that eventually there was a gunshot and he heard that the police had killed the guy in the residence behind Karlsen's.

**REPORT DATE:**        03/31/2015

**REPORTING OFFICER:**    John A. Franklin, Investigator, LCDA

Exhibit 16
Page 98 of 178
PAGE 5 OF 5
COE 000680



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

# INVESTIGATIVE REPORT

**COURT CASE#:**   039282543

**PRIMARY DA:**   Alex Gardner

**AGENCY/ CASE#:**   EGP #15-5349

**INCIDENT:**   Officer Involved Shooting

**LOCATION:**   2248 Devos St, Eugene

**INVOLVED**

**OFFICER:**   EGP Will Stutesman

**AO:**   Detective John Franklin (LCDA)

Detective Steve Simons (LCSO)

Detective George Crolly (SPD)

**DECEASED:**   Brian Avon Babb   05/12/1965

**WITNESS(es):**   Crystal Ann Karkalik   04/02/1984

(2244 Devos St, Eugene   541-913-5506)

Roger Robert Gilmore   03/23/1948

(2234 Devos St, Eugene   541-689-0068)

Maureen Ann Gilmore   01/26/1957

(2234 Devos St, Eugene   541-689-0068

Exhibit 16
Page 99 of 178
PAGE 1 OF 6
COE 000681



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

| | | |
|---|---|---|
| **WITNESS(es):** | Andrea Joy Castor | 05/25/1962 |
| | (2212 Devos St, Eugene | 541-606-3246 |
| | | |
| | Denny Craig Castor | 04/04/1960 |
| | (2212 Devos St, Eugene | 541-606-3246 |
| | | |
| | Eric Dean Severson | 08/21/1991 |
| | (2211 Devos St, Eugene | 503-569-6503 |
| | | |
| | Merle Ellis Spaid | 08/29/1930 |
| | (2233 Devos St, Eugene | 541-689-1525) |
| | | |
| | Verla Jane Spaid | 02/16/1931 |
| | (2233 Devos St, Eugene | 541-689-1525 |
| | | |
| | Maurice Allan Read | 04/20/1932 |
| | (2251 Devos St, Eugene | 541-689-7878) |
| | | |
| | Eva Joann Read | 09/25/1934 |
| | (2251 Devos St, Eugene | 541-689-7878) |
| | | |
| | Alicia Amber Boekhorst | 10/28/1982 |
| | (2265 Devos St, Eugene | 541-868-4651) |
| | | |
| | Sharon Ruth Rott | 08/01/1950 |
| | (2265 Devos St, Eugene | 541-868-4651) |

Exhibit 16
Page 100 of 178
PAGE 2 OF 8
COE 000682



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

**WITNESS(es):**    Elizabeth Lea Wobbe        05/14/194

(2280 Devos St, Eugene        541-912-1722)

### INVESTIGATION:

On March 30th, 2015 at about 1930 hours I was paged to respond to 2248 Devos Street in Eugene, Oregon for an Officer Involved Shooting that had just occurred. At this location I met with Detectives Franklin, Simons and Crolly. Together we contacted several neighbors for witness statements.

### INTERVIEW: (Crystal Karaklik-2244 Devos St)
Karaklik advised that she has lived at this location for about 2 years. She did not know Brian Babb very well and they rarely spoke. She did say that Babb 'drank a lot'.

Karaklik further stated that on the listed date, at about 1600 hours, she returned home from school. She immediately went into her bedroom and began doing homework. At an unknown time shortly after beginning her homework her mother came into her room and told her that there were police officers outside in the neighborhood. She went outside, onto her backyard porch, and smoked a cigarette where she could hear police talking on a 'megaphone'. She said that the police were making very clear commands to someone that they were the police and whoever they were speaking to needed to come outside with their hands up. She also heard the officer on the 'megaphone' say, 'We don't want to hurt you.' When asked how many times she heard the police make these admonishments over the bullhorn she told me, 'at least 7'.

A few moments after hearing the police admonishments over the bullhorn she heard one gunshot. This followed with a fence being rammed by a police SWAT vehicle and then police running up to Babb's house. Immediately following this was a very calm period where everything became quiet and police officers began putting up crime scene tape in the area.

### INTERVIEW: (Roger and Maureen Gilmore-2234 Devos St)
The Gilmore's stated that they have lived at this location for over 30 years. Brian Babb has been a neighbor of theirs for about 3-4 of those years. They have both known Babb for about 10 years because their grandchildren used to play baseball with his children. They stated that he was a quiet neighbor who never caused any problems in the neighborhood. However, Babb had a pretty severe 'drinking problem'. They remember

Exhibit 16
Page 101 of 178
PAGE 50 6
COE 000683



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

occasions where he would show up to the children's baseball games drunk and cause big scenes where he would argue with umpires and other parents.

On the listed date both Robert and Maureen were gone. They returned home at about 1930 hours and saw all of the police vehicles and crime scene tape in the area.

### INTERVIEW: (Andrea and Denny Castor-2212 Devos St)
The Castor's stated that they have lived at this location for about 14 years and have never met Brian Babb. They would occasionally see him driving in the area. However, they have never spoken to him.

On the listed date, at about 1720 hours, Denny Castor departed this location on his way to school. At this time he observed a couple of police vehicles parked in the neighborhood. About this time Andrea looked outside through her living room window and saw a couple of police officers. Because she observed them carrying 'big guns' she locked all of her doors and moved further into the house. Between 1730-1800 hours she heard one single gunshot. However, she did not hear anything before or after. Just after 1800 hours Denny arrived back home and saw several additional police vehicles and crime scene tape.

### INTERVIEW: (Eric Severson-2211 Devos St)
Eric Severson advised that he has lived at this location since September of 2014. He further advised that he does not know Brian Babb and has never spoken to him as far as he can remember. On the listed date, unknown what time but definitely still light outside, he observed police officers through his window. As he continued to watch through this window he observed more police officers arrive. Soon after these additional police officers arrived he heard one gunshot. However, he did not hear anything before or after this gunshot and remained inside of his house the entire time.

### INTERVIEW: (Merle and Verla Spaid-2233 Devos St)
The Spaid's advised that they have lived at this location for over 60 years and neither of them know Brian Babb. They were both familiar with him as a neighbor and described him as a quiet neighbor who never caused any problems. However, they have never spoken to him before.

On the listed date, unknown what time but still light outside, Merle and Verla heard people talking very loudly outside. They opened the front door and saw a police SWAT vehicle drive through and break down a fence. At one point they heard a single gunshot and nothing else.

Exhibit 16
Page 102 of 178
PAGE 45 of 0

COE 000684



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

### INTERVIEW: (Maurice and Eva Read-2251 Devos St)

The Read's advised that they have lived at this location since 1977 and did not know Brian Babb. They both described Babb as a quiet neighbor who never caused any problems in the neighborhood. They both knew that he was a disabled veteran.

On the listed date, unknown time but still light outside, they looked out of their living room window and saw a police officer on the roof of the house to the south of Babb's house. This police officer was positioned next to the chimney of this house. They saw another police officer positioned behind a tree just to the north of Babb's house. A police SWAT vehicle later pulled up into the driveway of the house where the first observed officer was positioned on the roof. A few moments later they heard the police on a 'loudspeaker'. They said that the police were very clear, had clearly identified themselves multiple times and were giving clear commands of, 'Come out with your hands up'. They both believe that the police gave these admonishments for about 30 minutes. Maurice and Eva told me that from their vantage point they had a blocked view of Babb's house and they never saw anybody come out of the house as ordered. At one point, they both observed the police SWAT vehicle 'take off' and drive through a fence towards Babb's house but they could not see or hear what instigated this. About 1 or 2 minutes later they heard one single gunshot. Immediately following this gunshot they both described the scene as very quiet with police running around putting up crime scene tape.

### INTERVIEW: (Alicia Boekhorst-2265 Devos St)

Alicia Boekhorst advised that she has lived at this location for about 2 ½ years and did not know Brian Babb. On the listed date, at about 1715 hours, Boekhorst returned home from school. She saw a couple of police vehicles in the area, however, she did not think much about it and went about her evening routine of eating dinner. While eating dinner she heard some loud crashing outside. Because it was trash day the following day she did not think much of this noise either. She figured that it was neighbors taking out their trash cans to the street curb which inspired her to do the same. As she was moving her trashcan to the street curb she was approached by a female police officer who ordered her to go back into her house. She immediately complied as she saw that more police officers and police vehicles were now in the neighborhood.

Boekhorst went back into her house and then 'peeked' out through her living room window to see what was going on. At this time she saw police officers carrying 'big guns' so she closed the window blinds and moved further into the house because this frightened her. She was unable to hear or see anything further at this time.

Exhibit 16
PAGage of 03 of 178

COE 000685



**Alex R. Gardner**
**Lane County District Attorney**

LANE COUNTY DISTRICT ATTORNEY'S OFFICE
125 EAST 8th AVENUE, ROOM 400
EUGENE, OREGON 97401-2926
FAX ONLY (541) 682-3890
(541) 682-4261

### INTERVIEW: (Sharon Rott-2265 Devos St)

Sharon Rott advised that she has lived at this location for over 20 years. She does not know Brian Babb but did describe him as a quiet neighbor who never caused any problems in the neighborhood. Rott further advised that she did not see or hear anything. She just listened to what Boekhorst was telling her about what she had seen outside.

### INTERVIEW: (Elizabeth Wobbe-2280 Devos St)

Elizabeth Wobbe advised that she has lived at this location since 1991. She went to elementary and middle school with Brian Babb up until the point that he moved away. At this time in her life she did not know Babb and really never spoke with him. She does not remember much about him when they were children. She further advised that his children and her children ended up going to school together as well. However, as an adult and a neighbor she still never spoke with him and did not know much about him. She said that she has not spoken to him at all since he moved in next to her. She did describe him as very quiet and that he kept to himself.

On the listed date Wobbe remembers her husband calling her and telling her what was going on. Up to that point she did not hear or see anything and did not know that anything was happening in her neighborhood. After receiving this call she walked out to the front porch of her house and heard Babb screaming. However, she could not tell what he was saying. She also heard the police on a 'bullhorn' saying, 'Brian, I know you've had a hard day, come out.' Wobbe said that Babb only continued to scream and she could still not tell what he was saying. A few moments later she heard one loud bang. She believed that this 'bang' was either a police flash grenade or a shotgun. At this time she got frightened and went inside of her house and did not see or hear anything further.

**REPORT DATE:**       03/31/2015

**REPORTING OFFICER:**   Detective Jason Molony #710 LCDA

Exhibit 16
Page 104 of 178

COE 000686

# LCSO

# REPORTS

# 15-1925

Exhibit 16
Page 105 of 178
COE 000687

# INCIDENT REPORT

**LANE COUNTY SHERIFF'S OFFICE**

| | TALLY | PRESS | VWSP | CIS | PAROL SGT | HATE CRIME | **Incident & ORS No** | | | | **Case Number** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CSD | JUV | ME | MENTAL HEALTH | OLCC | CNIJ | GANG | Outside Agency Assist - OIS | | | | 2015-1925 | |
| EPD | Res Dep/Con City: | | | | | | **Location** | | | | **Area** | **Source** |
| SPD | Other: | | | | | | 2248 Devos St. Eugene, OR | | | | | OBS |
| OSP | Other: | | | | | | **Report Date** | | **Time** | **Occurred Date** | **Time** | to |
| | | | | | | | 03-31-15 | | 0810 | 03-30-15 | 1940 | |

## SYNOPSIS

On 03-30-15 at around 1700 hours, the Eugene Police Dept. responded to 2248 Devos St. regarding an armed and suicidal subject that had already fired a weapon inside the residence. Numerous officers converged on the scene and an armored rescue vehicle soon arrived as well. An EPD officer in the forward turret of that vehicle fired his weapon at the armed subject who came out of the house and pointed a rifle at him, resulting in that man's death. The Inter-agency Deadly Force Investigation Team was activated to investigate this incident.

### Victim

| Name (Last   First   Middle) | | | | DOB | | Race | | Sex | | Work Hours | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Address** | | **City** | **State** | **Zip** | **Res Phone** | | **Occupation/School/Type of Business** | | | | |
| **Bus Address** | | **City** | **State** | **Zip** | **Bus Phone** | | **Injured** ☐ | **Where Taken** | | | |

### C-Comp, —Firm

| Name (Last   First   Middle) | | | DOB | | Race | | Sex | | Work Hours | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Address** | | **City** | **State** | **Zip** | **Res Phone** | **Bus Phone** | | **Relationship** | | |
| Name (Last   First   Middle) | | | DOB | | Race | | Sex | | Work Hours | |
| **Address** | | **City** | **State** | **Zip** | **Res Phone** | | **Bus Phone** | | **Relationship** | |

### Vehicle Information

| ☐Stolen  ☐Suspect  ☐Victim  ☐Loc  ☐Inv | Lic # | | VIN # | | | Value | |
|---|---|---|---|---|---|---|---|
| **Color(Top)** | **(Solid or Bottom)** | **State** | **ExpYr** | **Type** | **Veh Yr** | **Make** | **Model** | **Style** |

**SPECIAL VEHICLE FEATURES**

| | | **FURTHER DESCRIPTION OF MARKED ITEMS** |
|---|---|---|
| ☐ 1 Keys in Vehicle | ☐ 1 Delinquent Payments | ☐1 Sticker in Window |
| ☐ 2 Not Drivable | ☐ 2 Rust/Primer Spots | ☐2 Sticker/Decal on Bumper |
| ☐ 3 Stereo Tape | ☐ 3 Level Altered | ☐3 Sticker/Decal on Body |
| ☐ 4 CB Radio | ☐ 4 Decorative Paint | ☐4 Painted Desc on Body |
| ☐ 5 Special Antenna | ☐ 5 Damage to Front | |
| ☐ 6 Vinyl Top | ☐ 6 Damage to Rear | |
| ☐ 7 Loud Muffler | ☐ 7 Damage to Right | |
| ☐ 8 Custom Wheels | ☐ 8 Damage to Left | |

**Tow Information**

| Reg Owner Name (Last   First   Middle) | | | | | Phone | | |
|---|---|---|---|---|---|---|---|
| **Address** | **City** | **State** | **Zip** | **DOB** | **Notified Date/Time** | **By Whom  ID#** | |

| **REPORTING DEPUTY** | **DPSSt#/BADGE#** | **REPORT DATE** | **SERGEANT SIGNATURE** | **DATE** |
|---|---|---|---|---|
| Det. G. Jones | 32043 / 464 | 03-31-15 | | 03/02/15 |

Exhibit 16

COE 000688

Incident Report

Case #: 2015-1925

**S-Susp/MP-Missing Person/I-Involved**

| S | #1 - Name (Last | First | Middle) | | | | DOB/Age | | | AKA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Babb | Brian | Avon | | | | 05-12-65 | | | | | |

| Address | | City | State | Race | Sex | Ht | Wt | Hair | Eyes | Photo | Composite |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2248 Devos St. | | Eugene | OR | W | M | 509 | 195 | BRO | HAZ | ☐ | ☐ |

**Clothing Description**

| | #2 - Name (Last | First | Middle) | | | | DOB/Age | | | AKA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| Address | | City | State | Race | Sex | Ht | Wt | Hair | Eyes | Photo | Composite |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ☐ | ☐ |

**Clothing Description**

| Misc | | Misc | | | General | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Build | Complexion | Speech | Hair Style |
|---|---|---|---|
| | | | |

| Facial Hair | Glasses | Teeth | Mask |
|---|---|---|---|
| | | | |

**Additional Information:**

**Scars/Marks/Tattoos**

| Suspect | S M T | LOCATION | DESCRIPTION |
|---|---|---|---|
| | | | |

R.SIncident R. 162.375 sections 212 initiating a false report "(1) A person commits the crime of initiating a false report if he knowingly initiates a false alarms or report which is transmitted to a fire department, law enforcement agency or other organization that deals with emergencies involving danger to life or property. (2) Initiating a false report is a class C misdemeanor, "I will testify as a witness against the defendant when charged with a crime.

☐ I understand that I am liable for all towing and storage costs incurred during the recovery of this vehicle.

☐ The named child is presently a runaway and I request that he/she be taken into custody for their own protection.

_____
(Signature of Person Reporting the Incident)          Date

| REPORTING DEPUTY | DPSSt#/BADGE# | REPORT DATE | SERGEANT SIGNATURE | DATE |
|---|---|---|---|---|
| Det. G. Jones | 32043 / 464 | 03-31-15 | | |

COE 000689

# CONTINUATION REPORT
## LANE COUNTY SHERIFF'S OFFICE

PAGE _3_ OF _9_

CASE NUMBER  2015-1925

Involved/ EPD Offc. Stutesman, William


Assisting Officers/ LCSO Det. Sgt. Wilkerson, Carl #445
LCSO Det. Simons, Steve #443
LCSO Det. Silano, David #538
LCSO Det. Rogers, Chad #264
SPD   Det. Crolley, George
SPD   Det. Potter, Kyle
OSP   Det. Sgt. Kenyon, Andy
OSP   Det. Sprague, Dusty
EPD   Det. McGuire, Jed
EPD   Det. Thompson, Mel


Witnesses/ EPD Ofc. Grose, Matthew Stephen #616
EPD Ofc. Farley, Kirk Patrick #612
EPD Ofc. DeWitt, Derek Andrew #415


Mentioned/ EPD Sgt. Vinje, Scott
EPD Sgt. McAlpine, Malcolm
EPD Ofc. Keiser, Kyle
EPD Ofc. Barnes, Lori
EPD Ofc. Pieske, Nate
EPD Ofc. Warden, Judd


**INVESTIGATION:** On Monday March 30th, 2015 the Inter-agency Deadly Force Investigation Team (IDFIT) was activated to investigate an officer involved shooting incident that occurred at 2248 Devos St. in Eugene around 1700 hours. It was learned that the 911 call center had received a call from crisis counselor Becky Higgins who was advising that she was on the phone with a man named Brian Avon Babb who was suicidal and had claimed to have already fired shots inside his home. The Eugene Police responded to the location and established a perimeter around the unique and challenging residential property. Babb exited the house and after a brief encounter, was shot and killed by EPD Officer Stutesman.

At 1920 hours I was called from my residence by Det. Sgt. Wilkerson who advised me of the officer involved shooting incident. Det. Sgt. Wilkerson assigned me to respond to the EPD union office at 450 Country Club Rd to contact witness officers and to obtain their statements. I arrived at the Eugene Police Employees Association office and met with union Vice President, Det. Jed McGuire. I was led to a private conference room where I could interview several of the officers who had some involvement in the suicidal subject call. As a union representative, Det. McGuire sat in on each of the interviews that I conducted on behalf of the officers.

I first spoke with Officer Matt Grose who, I learned, was sitting in the front passenger seat of the armored rescue vehicle that had been brought to the scene of the incident. Officer Grose is a current Crisis Negotiator for EPD and he was acting in this

Exhibit 16
Page 108 of 178

| Reporting Officer | I.D.# | Assisting Officer | I.D.# | Date & Time Prepared | Approved By | I.D.# |
|---|---|---|---|---|---|---|
| Det. G. Jones | 464 | | | 04-01-15   1610 | | |


GOE-000690

# CONTINUATION REPORT
LANE COUNTY SHERIFF'S OFFICE

capacity from within the vehicle by hailing to the occupants of the house and by making brief phone contact with Babb. I next spoke with Officer Kirk Farley who had responded to the call from the River Road area. Officer Farley is a sniper with the EPD SWAT team and he advised that he took several positions during the unfolding of the call in an effort to locate one that would afford him the best vantage point from which to observe the home and any actions taken by Babb. After Babb was shot, Farley was one of several officers who then entered the home to clear it for any other persons who may have been inside.

I last spoke with Officer Derek DeWitt who told me that he had dispatched himself to the call from the Property Control Unit facility after it had been broadcast. Officer DeWitt arrived at the same time as Officer William Stutesman, and together they got into the rescue vehicle upon its arrival. Officer DeWitt had brief contact with a roommate in the involved residence and then heard a single shot fired. Officer DeWitt then escorted medics up to the front porch to the location of the deceased.

Upon completing these interviews I was contacted by Officer Judd Warden who provided me with Officer Stutesman's In-Car-Video hard drive device and said that if it was on during the incident, then the audio would have been captured. I then went to the involved address of 2248 Devos St to meet with Det. Sgt. Wilkerson for any further, or needed tasks to be completed. As I approached the location on Devos St., I saw that an EPD Community Service Officer had closed through traffic to the south of the address with his vehicle. I parked beyond his location and walked to the house where I had logged myself in with the officer managing the Crime Scene Log. I then located Det. Sgt. Wilkerson and OSP Sgt. Kenyon. I shared the information I had learned and inquired if there were any more tasks remaining that I could assist with. With enough investigators on scene and already handling the various assignments, I was released to secure for the night at 2300 hours.

On Tuesday March 31st, 2015, the IDFIT team convened a meeting at the Sheriff's Office at 1000 to share information learned from the individual investigative efforts, and to identify any necessary tasks yet to be completed. Information was shared and peripheral issues were discussed. I turned over Officer Stutesman's ICV hard drive to EPD Det. Mel Thompson so that he could download the contents of it with the protocols and equipment they maintain for doing so. The remaining tasks to be completed were then assigned and the meeting adjourned.

## INTERVIEWS:

### Officer Matthew Stephen Grose #616   DOB 03-10-81     2012 hours

Officer Grose has been employed with the Eugene Police Dept. for seven years and currently works 1700-0300 as part of team 41. On this day, Officer Grose's radio designator was 4E31. Officer Grose has been a part of the Crisis Negotiator Team (CNT) for the last four and a half years and regularly participates in training related to that skill; and has also gained practical experience in that regard.

Officer Grose told me that he had just arrived at Headquarters for briefing when the armed suicidal subject call was broadcast. Officer Grose responded to the location to

Exhibit 16
Page 109 of 178

| Reporting Officer | I.D.# | Assisting Officer | I.D.# | Date & Time Prepared | Approved By | I.D.# |
|---|---|---|---|---|---|---|
| Det. G. Jones | 464 | | | 04-01-15   1610 | | COE000691 |

# CONTINUATION REPORT

LANE COUNTY SHERIFF'S OFFICE

PAGE __5__ OF __9__

CASE NUMBER  2015-1925

assist in a CNT capacity in hopes of diffusing the situation. Officer Grose learned that a therapist or counselor was on the line with 911 and relayed information that the subject, Babb, had already fired a weapon inside his house. It was unknown at that point if there were any other people in the house who may be in jeopardy.

Officer Grose said that he was among the first few officers to arrive in the area and that he took a perimeter position until the arrival of their Bearcat armored rescue vehicle. This vehicle was operated by Officer Nate Pieske. Officer Grose got into the front passenger seat, followed by Officer William Stutesman who took a position in the forward turret of the vehicle. Sgt. Scott Vinje, Sgt. Malcom McAlpine, and Officer Kyle Keiser then followed into the rear compartment of the vehicle. Officer Grose then described the odd and challenging Babb property as being a two story house on a rear panhandle lot on the west side of Devos St. A long driveway accesses the house which is oriented southwest to north east. The driveway is bordered on the north by a six foot wooden fence and on the south side by a three foot wire fence. Officer Grose said that the Bearcat drove up to a position of about fifty to sixty feet from the house on the property to the south of the driveway. This was the only position that would afford the best, though minimal view of the front door area of the home. Officer Grose described his view as being mostly unobstructed of the second floor, but the first floor was mostly obscured by the wooden fence.

Officer Grose then began hailing on the public address system to the occupants of the house that the police presence was not leaving, and for them to come out. Officer Grose said that he hailed specifically for Babb to come out, that they didn't want anybody to get hurt, and to come out with nothing in his hands. A short time into the hailing, a male subject came out of the house with his hands up that complied with orders to walk to the back of the vehicle where he was contacted by the officers in the back of the Bearcat. It was learned that this subject was Babb's roommate, Jim Antonini. Officer Grose continued to hail to Babb to come out peacefully. Soon, Babb appeared in an upstairs window and began yelling towards them. Officer Grose could not make out exactly what he was yelling due to the distance and being inside the armored vehicle. This occurred a few times with Babb yelling out to the police from an upstairs window. During those times, Babb did not appear to be in possession of any weapons.

Officer Grose then attempted to make contact with Babb by cell phone. On the first few tries, the phone rang until it went to voicemail. Eventually, Babb answered the phone and was hostile as he stated that he had a gun pointed at him (Grose, but possibly Stutesman in the turret), and for them not to come into his house or go onto his property, to just leave. Officer Grose told him that they were not going anywhere and that they were seeking a peaceful resolution. Babb hung up.

Officer Grose then said that he could somewhat overhear the conversation between the officers in the back of the vehicle and the roommate that had come out, Jim Antonini. He heard the roommate say that he was concerned about the armor capabilities of their vehicle, due to the types of rifles that he knows Babb possesses. The roommate had said that he and Babb frequently hunt and fish together and that Babb has many weapons. Officer Grose also heard the roommate state that he had just got home around 1600 hours, did a few things around the house, and then went to his room. The roommate came out when he heard the police hailing into the house. As he was coming down the stairs, the roommate had said that he saw Babb frantically trying to get into a large gun

Exhibit 16

| Reporting Officer | I.D.# | Assisting Officer | I.D.# | Date & Time Prepared | Approved By | I.D.# |
|---|---|---|---|---|---|---|
| Det. G. Jones | 464 | | | 04-01-15    1610 | W Lewelson | COE-000692 |

# CONTINUATION REPORT

LANE COUNTY SHERIFF'S OFFICE

PAGE __6__ OF __9__

CASE NUMBER  2015-1925

stairs, the roommate had said that he saw Babb frantically trying to get into a large gun safe in the living room and that he appeared to be very angry and in a rage of sorts; angry in a way that he had never seen before.

Officer Grose then said that he could see the top of Babb's head as he walked out onto his front porch. Again, this view was obstructed by the wooden fence and he could not see if Babb had any weapons. Officer Grose tried to get out on the radio to broadcast his observation of Babb coming out, but could not do so due to ongoing radio traffic. Officer Grose then told me that he heard Officer Stutesman saying someone was at the door with a gun, and then something to the effect of "He's pointing a rifle at me". Officer Stutesman was at that time, standing behind Officer Grose with his upper torso and head out of the vehicle area in the roof turret. Officer Grose then heard Officer Stutesman fire a single shot from his rifle, and then he lost sight of the top of Babb's head as he fell down.

Officer Grose then described a quiet lull in the radio traffic and general movement of other officers immediately following the shot. Then, there seemed to be much confusion on the radio as officers and supervisors were trying to determine where the shot had come from. He heard inquiries if the suspect had shot, had the suspect fired, did the suspect shoot himself? Then Officer Grose heard Officer Stutesman state that he had fired the shot. Officer Grose then said that he heard radio traffic that they needed to get up to the front porch immediately. The Bearcat driver then began driving straight towards the front of the house from where they had been parked, striking a drift boat, a white Ford F350 pickup, and crashing through two wooden fences in doing so.

Officer Grose remained in the vehicle as other officers converged on the front of the house. He stated that he could see Babb's body lying on the ground with his upper half fallen back in to the house, and his legs were in the threshold of the doorway and slightly tucked under him. Officer Grose could also see a black, scoped, bolt action rifle with a bipod mounted on the front stock area lying on the front porch near the downed subject. Officer Grose then saw Officer Stutesman come down from the turret and watched as he put his rifle away on one of the seats. Officer Stutesman appeared to be shaking somewhat and slow in his movements. He watched Officer Stutesman go briefly to the downed man before returning to the Bearcat. Officer Stutesman then asked for Officer Judd Warden to be sent to him as they are good friends. Officer Groseman walked Officer Stutesman out to the street and waited with him for a few moments until Officer Warden arrived. Officer Grose was soon released from the scene to go to the EPD union office to give his statement there.

I asked Officer Grose if he had been recording the incident in any way with video or audio, and he said that his on-person recording system was off. However, he did say that there is a dash mounted camera in the Bearcat that he activated upon getting into the vehicle. Officer Grose believes that the camera view isn't any better than the view he had of the incident, mostly of the fence and some activity just above it.

Exhibit 16

| Reporting Officer | I.D.# | Assisting Officer | I.D.# | Date & Time Prepared | Approved By | I.D.# |
|---|---|---|---|---|---|---|
| Det. G. Jones | 464 | | | 04-01-15   1610 | C. Weaver | COE/000693 |

# CONTINUATION REPORT

LANE COUNTY SHERIFF'S OFFICE

PAGE __7__ OF __9__

CASE NUMBER  2015-1925

**Officer Kirk Farley #612       DOB 10-09-67          2050 hours**

Officer Farley has worked for the Eugene Police Dept for seven years and has been on the EPD SWAT team as a sniper since May 2010. Officer Farley advised that his current work shift is from 1100-2100 hours, and on that day his radio designator was 3E68. Officer Farley told me that he was working in the River Road area of Eugene and was about to go out with a suspicious vehicle on Irvington Rd near Crocker St. when he heard the broadcast call of the armed suicidal subject. Officer Farley dispatched himself to the call and then went to the location where he entered from the north. Officer Farley said that he paired up with Officer Lori Barnes and they proceeded on foot to a vacant, grassy panhandle lot on the north side of the involved residence.

Officer Farley stated that they did not have much of a view of the ground floor of the house and that they were exposed to the second floor due to a lack of any kind of cover or concealment. Officers Farley and Barnes then went back out to the street and found a position from which he could safely observe the upstairs windows through a narrow lane between two homes that sit on the side of the road, east of the involved residence. Officer Farley said that he observed Babb in an upstairs window a few times and that he did not appear to be armed on those occasions. He also saw Babb peek out through the closed blinds on other upstairs windows. Officer Farley stated that during Babb's appearances in the window, he could see that Babb appeared to be yelling down to the Bearcat in an angry tone, but could not distinguish anything that he actually yelled.

Officer Farley said that he heard someone yell "He's got a gun!" followed by a single gunshot. Officer Farley also described a brief lull in all radio traffic and movement by other officers, followed by a few minutes of confusion on the radio as to the origins of the gunshot. Officer Farley then located a ladder that he was able to use to gain immediate access to the roof top of the home directly in front of (east) Babb's house. Upon gaining this access, Officer Farley could then look down onto the front porch of the house and saw Babb lying in the doorway of the home. From this vantage point, Officer Farley could not see a weapon near the body due to the overhang of the front porch cover and supporting pillars.

Officer Farley got down from the roof and joined several other officers; Sgt. Vinje, Sgt. McAlpine, and Officer Keiser to assist in clearing the residence to check for any other people or threats. Upon approaching the front of the house, Officer Farley did then see what he described as a black, scoped rifle that had the bolt action closed in the forward and down position, an indicator that the rifle was capable of firing. After entering the house, Officer Farley noted that in what appeared to be Babb's upstairs bedroom he saw a spent handgun round casing lying on a small table and what looked to be a bullet hole in the floor. He also described seeing a trigger guard lock lying on the floor in the closet, opened in its two halves. Back in the living room area, Officer Babb saw a corresponding hole in the ceiling where he believed Babb's bedroom to be. Officer Farley saw a large gun safe in the living room that had the door standing open, and observed numerous firearms stored within. On a nearby kitchen bar counter top, Officer Farley observed what appeared to be mortgage documents, bank documents, and three live rounds of rifle ammunition that he believed were of .300 Win Mag Caliber. Officer Farley was soon relieved and instructed to go to the union office for his interview.

Exhibit 16

Page 112 of 178

| Reporting Officer | I.D.# | Assisting Officer | I.D.# | Date & Time Prepared | | Approved By | I.D.# |
|---|---|---|---|---|---|---|---|
| Det. G. Jones | 464 | | | 04-01-15 | 1610 | | COE 000694 |

# CONTINUATION REPORT
LANE COUNTY SHERIFF'S OFFICE

PAGE __8__ OF __9__

CASE NUMBER 2015-1925

### Officer Derek Andrew DeWitt #415    DOB 06-02-84    2114 hours

Officer DeWitt has been employed by the Eugene Police Dept. for eight years and is currently working an 1100-2100 shift. On this day, Officer DeWitt's radio designator was 3E45. Officer DeWitt is currently a Defensive Tactics instructor for EPD. Officer DeWitt advised me that he was at the Property Control Unit and preparing to write a Death Investigation Report for the call he had been assigned to when he heard the armed and suicidal subject call being dispatched. Officer DeWitt said that he cleared PCU and self-dispatched himself to that call and was among the first few officers to arrive in the area.

Officer DeWitt said that he had parked to the south of the residence near Officer Stutesman who had just arrived also. Officer DeWitt initially grabbed his patrol rifle as Officer Stutesman armed himself with a 40mm less lethal launcher. Officer DeWitt said that they agreed to switch weapons as Stutesman was on the SWAT team and was perhaps more capable with his patrol rifle. After a few moments, EPD's Bearcat armored rescue vehicle arrived and they both got inside. Officer Stutesman positioned himself in the forward turret and Officer DeWitt got into the back of the vehicle with Sgt. Vinje, Sgt. McAlpine, and Officer Keiser.

Officer DeWitt described the Bearcat moving into a position on a neighbor's property, just south of the involved residence. Officer DeWitt heard Officer Grose then begin to hail to the occupants of the house. After a short time, a roommate identified as Jim Antonini exited the house and was brought to the rear of the Bearcat where he was contacted, searched, and brought into the vehicle to provide information about Babb, weapons, and any other persons who may be inside. Officer DeWitt told me that he heard Antonini say that he got home from work aroung 1600 hours and then went up to his bedroom where he said he fell asleep. Anonini said that he awoke to the sounds of the police hailing to them to come outside. Antonini said that he came downstairs and saw Babb frantically trying to open a large gun safe in the living room, and that he appeared to be angrier than he'd ever seen him to be. Antonini told Babb that he didn't want any part of whatever was going on, so he went outside. Officer DeWitt heard Antonini say that he and Babb hunt and fish a lot, and that there is a lot of high powered weapons in the safe.

Officer DeWitt said that he could see and hear Officer Grose talking to Babb on the phone for a few moments before hanging up. A very short time after that, Officer DeWitt said that he heard "He's got a gun!" coming from the front of the vehicle, and believed that it may have been Stutesman making that statement. A moment later, Officer DeWitt said that he heard a single gunshot. Officer DeWitt described a similar lull in all activity, followed by confusion on the radio as to who fired the shot. Officer DeWitt pulled Antonini out of the vehicle as it began driving toward the front of the house, striking a boat, a truck, and a wooden fence in its path.

Officer DeWitt took Antonini out to a patrol vehicle on the street and handed him off to another officer. He then led medics, who had been standing by, up to the front

Exhibit 16

| Reporting Officer | I.D.# | Assisting Officer | I..D.# | Date & Time Prepared | Approved By | I.D.# |
|---|---|---|---|---|---|---|
| Det. G. Jones | 464 | | | 04-01-15   1610 | | |

COE 000695

# CONTINUATION REPORT

LANE COUNTY SHERIFF'S OFFICE

PAGE __9__ OF __9__

CASE NUMBER  2015-1925

porch where they could check on the condition of the Babb who was lying in the doorway. The medics declared Babb's time of death at 1802 hours. Officer DeWitt then grabbed a camera from Officer Stutesman and began taking some initial photographs of the scene. Officer DeWitt said that he then began a Crime Scene Log and taped off the area in front of the house to establish a scene perimeter. Officer DeWitt stayed on scene for another two hours before being relieved to return to the union office to provide his statement.

**FOLLOW UP:** To be determined by case agent

**REFERRAL:** Oregon State Police Det. D. Sprague. District Attorney's Office

**DISPOSITION:** Suspended

Exhibit 16
Page 114 of 178

| Reporting Officer | I.D.# | Assisting Officer | I.D.# | Date & Time Prepared | Approved By | I.D.# |
|---|---|---|---|---|---|---|
| Det. G. Jones | 464 | | | 04-01-15    1610 | Newman | COE-000696 |

# SUPPLEMENTAL REPORT
LANE COUNTY SHERIFF'S OFFICE

Case Number: 15-1925

| | | |
|---|---|---|
| Incident & ORS No. | RELATED REPORTS | Area |
| OUTSIDE AGENCY ASSIST "OIS" | ☐ Incident<br>☐ Accident<br>☐ Custody<br>☐ Citation<br>☒ Prop./Evidence<br>☒ Supplemental | Source: Assigned |
| Location:<br>2248 Devos St. Eugene, OR 97402 | | Seq # |

| RPT. DATE | Time | Occurred Date | Time |
|---|---|---|---|
| 03/30/201 | 2003 | 03/20/2015 | 1706 |

| FOLLOW UP REPORT | [ X ] | Victim N/A | First | MI | DOB |
|---|---|---|---|---|---|
| DISPOSITION REPORT | [ ] | | | | |
| CONTINUATION REPORT | [ ] | Address | | | Phone |

| Suspect | | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|
| Babb, Brian Avon | | 05/12/1965 | 49 | W/M | OR |

SCARS / MARKS / TATOOS   EXACT DESCRIPTION OF TATTOO / MARK AND IT'S LOCATION

[ ] CLEARED BY ARREST   [ ] CLEARED EXCEPTIONAL   [ ] CLEARED UNFOUNDED   ■ SUSPENDED

**ASSISTING OFFICER:** Detective Sgt. A. Kenyon – OSP
Detective Sgt. C. Wilkerson #445
Detective D. Sprague – OSP
Detective G. Jones #464
Detective S. Simons #443
Detective C. Rogers #264
Detective C. Crolly – SPD
Detective C. Johnson – CGPD
Investigator J. Franklin – District Attorney's Office
Investigator J. Molony – District Attorney's Office

**RELATED CASE:** Eugene Police Case #15-5349
Oregon State Police case #15-95758
Cottage Grove Police Case #15-716
Lane county District Attorney's Case #282543

**INVOLVED:** Officer William Stutesman - Eugene Police

**INVESTIGATION:** On 03/30/2015 the listed officers and I responded to the location regarding an officer involved shooting. Upon my arrival, I learned that Eugene Police Officer William Stutesman reportedly fatally shot the listed Brian Babb after Babb pointed a rifle at him or in the direction of him and other officers.

I was then assigned to assist Oregon State Police Detective Dusty Sprague in processing the scene to include collecting evidence. I responded to Detective Sprague's location which was that of Babb's bedroom located in the

| Reporting Officer   I.D.# | Assisting Officer | Date & Time Prepared | Approved |
|---|---|---|---|
| Detective David J. Silano  538-28685 | | 04/01/2015   1033 hrs. | C. Wilkerson |

Exhibit 16
Page 115 of 178
COE 000697

Case 6:17-cv-00424-MC   Document 44-17   Filed 11/13/18   Page 116 of 178

**SUPPLEMENTAL REPORT**
LANE COUNTY SHERIFF'S OFFICE

**Page** 2   **of** 2

Case Number
15-1925

north upstairs bedroom of the residence. Detective Sprague was in the process of obtaining photographs of the location and in fact had already photographed most of the interior of the residence prior to my arrival.

Detective Sprague and I then seized items of evidentiary value with from inside and outside of the residence with all of those items seized being placed into the custody or control of Detective Sprague. *See Detective Sprague's report for further details.*

**FOLLOW-UP**: To be determined

**REFERRAL**: Lane County District Attorney's Office

**DISPOSITION**: Suspended

Exhibit 16
Page 116 of 178

| Reporting Officer   I.D.# | Assisting Officer | Date & Time Prepared | Approved By |
|---|---|---|---|
| Detective David J. Silano  538-28685 | | 04/01/2015   1033 hrs. | L. Wetherson |

COE-000698

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Page 1 of 3

| | Case Number |
|---|---|
| | 15-1925 |

| | Incident & ORS No.<br>Outside Agency Assist (OIS) | | | RELATED REPORTS<br>x Incident<br>☐ Accident<br>☐ Custody<br>☐ Citation<br>☐ Prop./Evidence<br>x Supplemental | Area | Source<br>Assist |
|---|---|---|---|---|---|---|
| | Location:<br>2248 Devos Street, Eugene | | | | Sec # | |
| | RPT. DATE<br>03/30/2015 | Time<br>1940 | Occurred Date<br>03/30/2015 | Time<br>1940 | Sec # | |

| FOLLOW UP REPORT          [xx] | Vict/Compl | First | MI | DOB |
|---|---|---|---|---|
| DISPOSITION REPORT       [ ] | Address | | | Phone |
| CONTINUATION REPORT    [ ] | | | | |

| Suspect | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|

SCARS / MARKS / TATOOS     EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

 CLEARED BY ARREST          ■ CLEARED EXCEPTIONAL      CLEARED UNFOUNDED          SUSPENDED

| PERSON | Vehicles | PROPERTY | MISCELLANEOUS |
|---|---|---|---|
| Arrested | O/ Operator | AA/ Abandoned Veh | AP/ Abandoned Prop. | AI/ Additional Info |
| Cited (UTC) | P/ Parent | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| C/ Complainant | R/ Reg. Owner | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| D/ Dual-Vic & Comp | S/ Suspect | LV/ Locate/Susp. Veh | IP/ Involved Prop. | CI/ Citations Issued |
| G/ Passenger | T/ Contacted | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold | V/ Victim | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not conf. | W/ Witness | SV/ Stolen Veh | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner | Y/ Wanted Subj. | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | | VV/ Victim Veh. | | |

## Deceased

Babb, Brian Avon
DOB 05/12/1965
2248 Devos Street
Eugene, OR 97402
(541) 514-2791

**AO/**     Detective G. Jones #464
Detective D. Silano #538
Detective C. Rogers #264
Sergeant C. Wilkerson #445
DA Investigator J. Malony
DA Investigator J. Franklin
Detective G. Crolly (SPD)
Sergeant A. Kenyon (OSP)

| Reporting Officer<br>Det. S. Simons #443 | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared<br>03/31/2015 @ 1000 | Approved |
|---|---|---|---|---|---|

Exhibit 16

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

**M/**  Antonini, James Robert       (Roommate of Babb)
       DOB 06/21/1971
       2248 Devos Street
       Eugene, OR 97402

**T/**  Bishop, Paul Kyle            (Community Service Officer)
       DOB 11/08/1970
       300 Country Club Road
       Eugene, OR 97401
       (541) 513-2835

## Investigation

On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We started next door to the incident location and proceeded up and down the street from there.

I made contact with Paul Bishop who was doing traffic control at the south end of Devos Street. I took his statement.

**Interview**   *Bishop, Paul Kyle*          *DOB: 11/08/1970*

Bishop said that he was called to help with traffic control at a suicidal subject call. He said that he was only an ear witness but heard a lot.

He was working traffic control at Devos and Cody Street when he observed a lot of movement around the incident location. He had heard that the Bearcat armored vehicle was already on location and did not see it. He heard the police hailing for "Brian" and then heard yelling but couldn't make out what was being yelled back.

He could see the upstairs of the residence as it was a two story house and Bishop said that he could see the windows open, then close, and then open again. He saw "Jimmie" Antonini walk away from the house with his hands up toward the back of the Bearcat. He then heard a shot.

Bishop heard radio traffic between police units asking if it was the suspect who fired or one of them. He also heard that someone said, "I can see his legs by the door." A "roll call" was done and everyone responded to indicate if they were okay or not. After the roll call was done, someone announced on the radio that the police were the shooter. Another person said that the male that was down was not moving and he was asked to bring a camera to the scene because that is his duty.

He then got crime scene tape and started taping off the area and then doing traffic control.

## Follow Up

None

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| Det. S. Simons #443 | | | | 03/31/2015 @ 1000 | |

Exhibit 16

Page 118 of 178

COE 000700

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

**Referral**

Lane County District Attorney's Office

**Disposition**

Suspended

Exhibit 16

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| **Det. S. Simons #443** | | | | 03/31/2015 @ 1000 | |

COE 000701

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

| | | | |
|---|---|---|---|
| Incident & ORS No.<br>Outside Agency Assist (OIS) | | RELATED REPORTS<br>☐ Incident<br>☐ Accident<br>☐ Custody<br>☐ Citation<br>☐ Prop./Evidence<br>☐ Supplemental | Case Number<br>15-1925 |

| | | | |
|---|---|---|---|
| Location:<br>2248 Devos Street, Eugene | | | Source<br>Assist |

| RPT. DATE<br>03/30/2015 | Time<br>1940 | Occurred Date<br>03/30/2015 | Time<br>1940 |
|---|---|---|---|

| FOLLOW UP REPORT      [xx] | Vict/Compl        First        MI | DOB |
|---|---|---|
| DISPOSITION REPORT    [  ]<br>CONTINUATION REPORT  [  ] | Address | Phone |

| Suspect | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|

SCARS / MARKS / TATOOS    EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

| ▦ CLEARED BY ARREST | ■ CLEARED EXCEPTIONAL | ▦ CLEARED UNFOUNDED | ▦ SUSPENDED |
|---|---|---|---|

| **PERSON** | **Vehicles** | **PROPERTY** | **MISCELLANEOUS** |
|---|---|---|---|
| Arrested<br>Cited (UTC)<br>Complainant<br>D/ Dual-Vic & Comp<br>G/ Passenger<br>H/ Non-criminal Hold<br>I/ Involved/not cont.<br>L/ Legal Owner<br>M/ Cited (misd.) | O/ Operator<br>P/ Parent<br>R/ Reg. Owner<br>S/ Suspect<br>T/ Contacted<br>V/ Victim<br>W/ Witness<br>Y/ Wanted Subj. | AA/ Abandoned Veh<br>IM/.Evidence<br>IV/ Involved Veh.<br>LV/ Locate/Susp. Veh<br>MV/ Missing Veh.<br>RV/ Recovered Veh.<br>SV/ Stolen Veh.<br>TO/ Towed Veh.<br>VV/ Victim Veh. | AP/ Abandoned Prop.<br>E/ Evidence<br>FP/ Found Prop.<br>IP/ Involved Prop.<br>MP/ Missing Lost Prop.<br>RP/ Recovered Prop.<br>SP/ Stolen Prop.<br>DP/ Damaged Prop. | AI/ Additional Info.<br>AO/ Assisting Officer<br>BO/ Breathalyzer Opr.<br>CIT/ Citations Issued<br>CH/ Charges<br>IS/ Injuries Sustained<br>LF/ Latent Fingerprints<br>LU/ Line-up Viewed |

**Deceased**

Babb, Brian Avon
DOB 05/12/1965
2248 Devos Street
Eugene, OR 97402
(541) 514-2791

**AO/**

Detective G. Jones #464
Detective D. Silano #538
Detective C. Rogers #264
Sergeant C. Wilkerson #445
DA Investigator J. Malony
DA Investigator J. Franklin
Detective G. Crolly (SPD)
Sergeant A. Kenyon (OSP)

Exhibit 16

| Reporting Officer<br>Det. S. Simons #443 | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared<br>03/31/2015 @ 1600 | Approved Page 120 of 178 |
|---|---|---|---|---|---|

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

**M/**   Antonini, James Robert        (Roommate of Babb)
         DOB 06/21/1971
         2248 Devos Street
         Eugene, OR 97402

**T/**   Russell, Robert L.           (Neighbor of Babb)
         DOB 01/14/1934
         2224 Devos Street
         Eugene, OR 97402
         (541) 689-2463

## Investigation

On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We started next door to the incident location and proceeded up and down the street from there.

I made contact with Robert Russell at 2224 Devos Street. I took his statement.

## Interview       *Russell, Robert L.*            *DOB: 01/14/1934*

Russell said that he had heard what was going on but didn't know exactly what had happened. He said that he believed it was the house where "Brian" lived and that Babb had moved in about two years ago after getting out of the service.

He was at home and he believed at around 1800 to 1830 he heard a loud bang. He said that it was just one shot and then he saw the armored vehicle crashing through the fences and vehicles in the driveway to Babb's house. He said he knew that it was a serious situation due to all the police around his neighborhood.

I asked Russell if he had heard or seen anything before the loud bang and he said that he had heard the police talking on the "bull horn" and that they were asking whoever was in the house to come out with their hands up.

After it was over he heard that someone had come out with a gun and had been shot.

I asked him if he had ever had any contact with Babb and he said that he had not but that he knew that Babb had shot off illegal fireworks that irritated him and his animals around the 4th of July.

## Follow Up

None

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| **Det. S. Simons #443** | | | | 03/31/2015 @ 1600 | |

Exhibit 16
Page 121 of 178

**SUPPLEMENTAL REPORT**
LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

**Referral**
Lane County District Attorney's Office

**Disposition**
Suspended

Exhibit 16
Page 122 of 178
COE 000704

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| Det. S. Simons #443 | | | | 03/31/2015 @ 1600 | |

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Page  1 of 2

| | Case Number |
|---|---|
| | **15-1925** |

| | | RELATED REPORTS | | |
|---|---|---|---|---|
|  TALLY PRESS OBS HATE CRIME CFS EPD Res. Dep. / one City EPD Other OSP Other | Incident & ORS No. Outside Agency Assist (OIS) | x Incident 0 Accident 0 Custody 0 Citation 0 Prop./Evidence x Supplemental | Area Seq # | Source Assist |
| | Location: 2248 Devos Street, Eugene | | Seq # | |

| RPT. DATE 03/30/2015 | Time 1940 | Occurred Date 03/30/2015 | Time 1940 | Seq # |
|---|---|---|---|---|

| FOLLOW UP REPORT [xx] | Vict/Compl  | First | MI | DOB |
|---|---|---|---|---|
| DISPOSITION REPORT [ ] CONTINUATION REPORT [ ] | Address | | | Phone |

| Suspect | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|

SCARS / MARKS / TATOOS    EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

CLEARED BY ARREST    CLEARED EXCEPTIONAL    CLEARED UNFOUNDED    SUSPENDED

| **PERSON** | | **Vehicles** | **PROPERTY** | **MISCELLANEOUS** |
|---|---|---|---|---|
| Arrested | O/ Operator | AA/ Abandoned Veh | AP/ Abandoned Prop. | AI/ Additional Info. |
| Cited (UTC) | P/ Parent | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| C/ Complainant | R/ Reg. Owner | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| D/ Dual-Vic & Comp | S/ Suspect | LV/ Locate/Susp. Veh | IP/ Involved Prop. | CIT/ Citations Issued |
| G/ Passenger | T/ Contacted | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold | V/ Victim | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not cont. | W/ Witness | SV/ Stolen Veh. | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner. | Y/ Wanted Subj. | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | | VV/ Victim Veh. | | |

**Deceased**

Babb, Brian Avon
DOB 05/12/1965
2248 Devos Street
Eugene, OR 97402
(541) 514-2791

**AO/**  Detective G. Jones #464
Detective D. Silano #538
Detective C. Rogers #264
Sergeant C. Wilkerson #445
DA Investigator J. Malony
DA Investigator J. Franklin
Detective G. Crolly (SPD)
Sergeant A. Kenyon (OSP)

Exhibit 16

| Reporting Officer **Det. S. Simons #443** | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared 03/31/2015 @ 1600 | Approved Page 123 of 178 Weuren   us/32ava |
|---|---|---|---|---|---|

COE 000705

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

Rodriguez, Cesar
DOB 02/05/1975
2441 E Irwin Street
Eugene, OR 97402
(541) 968-8667

## Investigation

On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We started next door to the incident location and proceeded up and down the street from there.

During the canvas of the area for potential witnesses, I responded to the street just west of Devos, East Irwin.

I made contact with Cesar Rodriguez. I took his statement.

**Interview**    *Rodriguez, Cesar*              *DOB: 02/05/1975*

Rodriguez said that he was home when a car pulled up rapidly in front of his house. A police officer got out and asked if he could go into their back yard to get a better look at the house behind theirs. The officer told them that there was a suicidal male in that house. They agreed to let the police officer use their back yard.

All they knew after that was it seemed all calm until they heard two gunshots. After that there was no talking or use of the PA system. They had no idea who the people were that lived behind them and have never had any problems with them.

## Follow Up
None

## Referral
Lane County District Attorney's Office

## Disposition
Suspended

Exhibit 16

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | |
|---|---|---|---|---|---|
| **Det. S. Simons #443** | | | | 03/31/2015 @ 1600 | |

COE 000706

LANE COUNTY SHERIFF'S OFFICE

| | | | | RELATED REPORTS | | |
|---|---|---|---|---|---|---|
| | Incident & ORS No.<br>**Outside Agency Assist (OIS)** | | | x Incident<br>☐ Accident<br>☐ Custody<br>☐ Citation<br>☐ Prop./Evidence<br>x Supplemental | | Source<br>**Assist** |
| | Location:<br>**2248 Devos Street, Eugene** | | | | | |
| | RPT. DATE<br>03/30/2015 | Time<br>1940 | Occurred Date<br>03/30/2015 | Time<br>1940 | | |

Case Number
**15-1925**

| | Vict/Compl | First | MI | DOB |
|---|---|---|---|---|
| **FOLLOW UP REPORT** [xx]<br>**DISPOSITION REPORT** [ ]<br>**CONTINUATION REPORT** [ ] | Address | | | Phone |

| Suspect | | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|---|

SCARS / MARKS / TATOOS    EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

☐ **CLEARED BY ARREST**    ■ **CLEARED EXCEPTIONAL**    ▨ **CLEARED UNFOUNDED**    ▨ **SUSPENDED**

| **PERSON** | **Vehicles** | **PROPERTY** | **MISCELLANEOUS** |
|---|---|---|---|
| A/ Arrested | O/ Operator | AA/ Abandoned Veh | AP/ Abandoned Prop. | AI/ Additional Info. |
| Cited (UTC) | P/ Parent | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| Complainant | R/ Reg. Owner | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| Dual-Vic & Camp | S/ Suspect | LV/ Locate/Susp. Veh | IP/ Involved Prop. | CIT/ Citations Issued |
| d/ Passenger | T/ Contacted | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold | V/ Victim | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not cont. | W/ Witness | SV/ Stolen Veh. | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner | Y/ Wanted Subj. | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | | VV/ Victim Veh. | | |

**Deceased**

Babb, Brian Avon
DOB 05/12/1965
2248 Devos Street
Eugene, OR 97402
(541) 514-2791

**AO/** Detective G. Jones #464
Detective D. Silano #538
Detective C. Rogers #264
Sergeant C. Wilkerson #445
DA Investigator J. Malony
DA Investigator J. Franklin
Detective G. Crolly (SPD)
Sergeant A. Kenyon (OSP)

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By | Exhibit 16 |
|---|---|---|---|---|---|---|
| Det. S. Simons #443 | | | | 03/31/2015 @ 1600 | | Page 125 of 178 |

COE 000707

# SUPPLEMENTAL REPORT

Page 2 of 2

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

./ Paylor, Twyla Carleen
DOB 10/03/1974
2435 E Irwin Street
Eugene, OR 97402
(541) 221-1874

## Investigation

On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We started next door to the incident location and proceeded up and down the street from there.

I made contact with Twyla Paylor who lived behind the incident location on East Irwin. I took her statement.

## Interview     *Paylor, Twyla Carleen*          *DOB: 10/03/1974*

Paylor said that she saw policemen shortly after 1700 hours. She said that they made contact with her and asked to go into their backyard. They said that there was a situation going on at the house behind theirs. She didn't get any details about what the situation was though.

After a while she heard the police calling to someone named Brian. They were asking him to come out of the house with his hands up and his hands empty. She said that they made that request a number of times and told Brian that they were not going to go away.

She said they did this for some time and took breaks between requests. Then she heard someone yelling, "Drop the gun, drop the gun, drop the gun." Right after that there was a boom.

She has never had any issues with the people in that house and their yard backs up right to the back of the incident house. The only thing that they had ever done is ask the guy who lived there a few years ago to stop putting things up against the fence which was causing the fence to lean toward their house. She could not say what that person looked like or if it was even the same people.

## Follow Up

None

## Referral

Lane County District Attorney's Office

## Disposition

Suspended

Exhibit 16

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | |
|---|---|---|---|---|---|
| **Det. S. Simons #443** | | | | 03/31/2015 @ 1600 | |

COE-000708

# SUPPLEMENTAL REPORT

Page 1 of 2

LANE COUNTY SHERIFF'S OFFICE

| | | | | Case Number 15-1925 |
|---|---|---|---|---|

| | Incident & ORS No. Outside Agency Assist (OIS) | | | RELATED REPORTS 0 Incident 0 Accident 0 Custody 0 Citation 0 Prop./Evidence 0 Supplemental | Source Assist |
|---|---|---|---|---|---|



| | Location: 2248 Devos Street, Eugene | | | | |
|---|---|---|---|---|---|

| | RPT. DATE 03/30/2015 | Time 1940 | Occurred Date 03/30/2015 | Time 1940 | |
|---|---|---|---|---|---|

**FOLLOW UP REPORT** [xx]
**DISPOSITION REPORT** [ ]
**CONTINUATION REPORT** [ ]

| Vict/Compl | First | MI | DOB |
|---|---|---|---|
| Address | | | Phone |

| Suspect | | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|---|

SCARS / MARKS / TATOOS    EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

   **CLEARED BY ARREST**   ■ **CLEARED EXCEPTIONAL**    **CLEARED UNFOUNDED**    **SUSPENDED**

| PERSON | Vehicles | PROPERTY | MISCELLANEOUS |
|---|---|---|---|
| Arrested | O/ Operator | AA/ Abandoned Veh | AP/ Abandoned Prop. | AI/ Additional Info. |
| Cited (UTC) | P/ Parent | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| C/ Complainant | R/ Reg. Owner | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| D/ Dual-Vic & Comp | S/ Suspect | LV/ Locate/Susp. Veh | IP/ Involved Prop. | CIT/ Citations Issued |
| G/ Passenger | T/ Contacted | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold | V/ Victim | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not cont. | W/ Witness | SV/ Stolen Veh. | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner | Y/ Wanted Subj. | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | | VV/ Victim Veh. | | |

**Deceased**

Babb, Brian Avon
DOB 05/12/1965
2248 Devos Street
Eugene, OR 97402
(541) 514-2791

**AO/**

Detective G. Jones #464
Detective D. Silano #538
Detective C. Rogers #264
Sergeant C. Wilkerson #445
DA Investigator J. Malony
DA Investigator J. Franklin
Detective G. Crolly (SPD)
Sergeant A. Kenyon (OSP)

Exhibit 16

| Reporting Officer Det. S. Simons #443 | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared 04/01/2015 @ 0800 | Approved Page 127 of 178 |
|---|---|---|---|---|---|

COE 000709

**SUPPLEMENTAL REPORT**

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

Engelmann, Wilma Maycer
DOB 12/08/1934
2223 Devos Street
Eugene, OR 97402
(541) 689-0675

## Investigation

On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We started next door to the incident location and proceeded up and down the street from there.

I made contact with Wilma Engelmann at 2223 Devos Street. I took her statement.

**Interview**      *Engelmann, Wilma Maycel*                    *DOBL: 12/08/1934*

Engelmann said that she had heard what was going on. She saw all the police go by and that she believed it had occurred at "Brian's" (Babb) house. She said that she did not know Babb but knew of him. I asked her how she knew of Babb and she said that she is friends with someone who has had contact with him. That friend left a message for him about some property but he never got back to her and so it was decided that he was not a friendly person.

I asked Engelmann what she heard and she said that she was inside and heard the police talking to someone over a loud speaker. She said that they were calling Babb and making requests for him to come outside and then she heard a lot of yelling by someone she believed was Babb. She said that he was cursing and yelling things like "fuck you" and "get off my property."

A little while later she heard a loud bang. It got quiet for a minute until "that big machine" started smashing into the fence and everything else in its path. After that she got away from the window and didn't see or hear anything else.

She said she didn't have anything else to add.

## Follow Up
None

## Referral
Lane County District Attorney's Office

## Disposition
Suspended

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | |
|---|---|---|---|---|---|
| Det. S. Simons #443 | | | | 04/01/2015 @ 0800 | |

Exhibit 16
Page 128 of 178
COE 000710

LANE COUNTY SHERIFF'S OFFICE

| | | | | | Case Number 15-1925 |
|---|---|---|---|---|---|

| | Incident & ORS No. | | | RELATED REPORTS | Source |
|---|---|---|---|---|---|
| DA | Outside Agency Assist (OIS) | | | x Incident<br>☐ Accident<br>☐ Custody<br>☐ Citation<br>☐ Prop./Evidence<br>x Supplemental | Assist |
| EPD | Location:<br>2248 Devos Street, Eugene | | | | |
| OSP | RPT. DATE<br>03/30/2015 | Time<br>1940 | Occurred Date<br>03/30/2015 | Time<br>1940 | |

| FOLLOW UP REPORT [xx] | Vict/Compl | First | MI | DOB |
|---|---|---|---|---|
| DISPOSITION REPORT [ ]<br>CONTINUATION REPORT [ ] | Address | | | Phone |

| Suspect | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|

SCARS / MARKS / TATOOS   EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

☐ CLEARED BY ARREST       ■ CLEARED EXCEPTIONAL       ☐ CLEARED UNFOUNDED       ☐ SUSPENDED

| PERSON | Vehicles | PROPERTY | MISCELLANEOUS |
|---|---|---|---|
| A/ Arrested            O/ Operator<br>Cited (UTC)          P/ Parent<br>omplainant          R/ Reg. Owner<br>oal-Vic & Comp     S/ Suspect<br>Passenger            T/ Contacted<br>H/ Non-criminal Hold   V/ Victim<br>I/ Involved/not cont.   W/ Witness<br>L/ Legal Owner        Y/ Wanted Subj.<br>M/ Cited (misd.) | AA/ Abandoned Veh<br>IM/ Evidence<br>IV/ Involved Veh.<br>LV/ Locate/Susp. Veh<br>MV/ Missing Veh.<br>RV/ Recovered Veh.<br>SV/ Stolen Veh.<br>TO/ Towed Veh.<br>VV/ Victim Veh. | AP/ Abandoned Prop.<br>E/ Evidence<br>FP/ Found Prop.<br>IP/ Involved Prop.<br>MP/ Missing Lost Prop.<br>RP/ Recovered Prop.<br>SP/ Stolen Prop.<br>DP/ Damaged Prop. | AI/ Additional Info.<br>AO/ Assisting Officer<br>BO/ Breathalyzer Opr.<br>CIT/ Citations Issued<br>CH/ Charges<br>IS/ Injuries Sustained<br>LF/ Latent Fingerprints<br>LU/ Line-up Viewed |

**Deceased**

    Babb, Brian Avon
    DOB 05/12/1965
    2248 Devos Street
    Eugene, OR 97402
    (541) 514-2791

**AO/**    Detective G. Jones #464
    Detective D. Silano #538
    Detective C. Rogers #264
    Sergeant C. Wilkerson #445
    DA Investigator J. Malony
    DA Investigator J. Franklin
    Detective G. Crolly (SPD)
    Sergeant A. Kenyon (OSP)

| Reporting Officer          DPSST#28626<br>Det. S. Simons #443 | Assisting Officer | I.D.# | Date & Time Prepared<br>03/31/2015 @ 1600 | Approved By |
|---|---|---|---|---|

Exhibit 16
Page 129 of 178

# SUPPLEMENTAL REPORT

Page 2 of 2

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

Elliott, Brian Lynn        (Neighbor across the street)
DOB 12/06/1962
2245 Devos Street
Eugene, OR 97402
(541) 632-6383

## Investigation

On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We started next door to the incident location and proceeded up and down the street from there.

I made contact with Brian Elliott who lives directly across the street. I took his statement.

**Interview**        *Elliott, Brian Lynn*        *DOB: 12/06/1962*

Elliott said that he was in the backyard doing yard work when he heard a commotion going on to the west. He was headed around to the front of the house when he heard what sounded like a gunshot. He said that he saw a lot of police across the street at his neighbor Babb's house. He said that he didn't want to get hurt so he went inside and didn't see or hear anything else other than an ambulance arrive.

I asked him if he had ever had any interaction with Babb and he said that he had made small talk with him before in passing but didn't really know him. He said that Babb parked a number of his vehicles in front of Elliott's residence on the street and rarely left room for Elliott to park there. Elliott said that he was not very happy about that and decided to talk to Babb about it.

He waited until Babb was outside one day and went to speak to him. Once he got close to Babb and saw "the look in his eye" he decided against asking Babb to do anything. I asked him why and he said that Babb had that look like when someone doesn't care if they do great harm to someone. He said that he looked like if he was pushed even a little "he could snap and kill someone." He thought better of asking Babb to keep his vehicles away from the front of his house. He didn't really go near Babb after that because he was scared of him.

As I was about to leave, Elliott told me that he had heard Babb yelling at the police in a "very angry" tone. He said that he was cursing and telling the police to go away. After that is when he heard the bang.

## Follow Up
None

## Referral
Lane County District Attorney's Office

## Disposition
~~Suspended~~

Exhibit 16

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| **Det. S. Simons #443** | | | | 03/31/2015 @ 1600 | .Wilkerson |

COE-000712

# SUPPLEMENTAL REPORT

Page  / of 2

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

| | | RELATED REPORTS | |
|---|---|---|---|



| | | Incident & ORS No.<br>Outside Agency Assist (OIS) | RELATED REPORTS<br>x Incident<br>☐ Accident<br>☐ Custody<br>☐ Citation<br>☐ Prop./Evidence<br>x Supplemental | Area | Source<br>Assist |
|---|---|---|---|---|---|

| | | Location:<br>2248 Devos Street, Eugene | | Seq # |
|---|---|---|---|---|

| RPT. DATE<br>03/30/2015 | Time<br>1940 | Occurred Date<br>03/30/2015 | Time<br>1940 | Seq.# |
|---|---|---|---|---|

| | Vict/Compl | First | MI | DOB |
|---|---|---|---|---|
| FOLLOW UP REPORT  [xx]<br>DISPOSITION REPORT  [ ]<br>CONTINUATION REPORT  [ ] | | | | |
| | Address | | | Phone |

| Suspect | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|

SCARS / MARKS / TATOOS    EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

  

☐ CLEARED BY ARREST    ■ CLEARED EXCEPTIONAL    ☐ CLEARED UNFOUNDED    ☐ SUSPENDED

| **PERSON** | **Vehicles** | **PROPERTY** | **MISCELLANEOUS** |
|---|---|---|---|
| Arrested | O/ Operator | AA/ Abandoned Veh | AP/ Abandoned Prop. | AI/ Additional Info. |
| Cited (UTC) | P/ Parent | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| C/ Complainant | R/ Reg. Owner | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| D/ Dual-Vic & Comp | S/ Suspect | LV/ Locate/Susp. Veh | IP/ Involved Prop. | CTI/ Citations Issued |
| G/ Passenger | T/ Contacted | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold | V/ Victim | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not cont. | W/ Witness | SV/ Stolen Veh. | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner | Y/ Wanted Subj. | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | | VV/ Victim Veh. | | |

**Deceased**

      Babb, Brian Avon
      DOB 05/12/1965
      2248 Devos Street
      Eugene, OR 97402
      (541) 514-2791

**AO/**    Detective G. Jones #464
      Detective D. Silano #538
      Detective C. Rogers #264
      Sergeant C. Wilkerson #445
      DA Investigator J. Malony
      DA Investigator J. Franklin
      Detective G. Crolly (SPD)
      Sergeant A. Kenyon (OSP)

Exhibit 16

| Reporting Officer    DPSST#28626<br>**Det. S. Simons #443** | Assisting Officer | I.D.# | Date & Time Prepared<br>03/31/2015 @ 1000 | Approved Page 131 of 178 |
|---|---|---|---|---|

COE 000713

T/      Wobbe, Richard Joseph
DOB 02/06/1966
2280 Devos Street
Eugene, OR 97402
(541) 689-4383

## Investigation

On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the
Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location
and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the
location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came
out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with
DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We
started next door to the incident location and proceeded up and down the street from there.

I made contact with Richard Wobbe. I took his statement.

**Interview**    *Wobbe, Richard Joseph*    *DOB: 02/06/1966*
Wobbe lives near the north end of the street. He wasn't home when anything happened but he said that he
drove up to the north roadblock and was told that there was a situation going on down the road and that he
couldn't pass.

He then got on his phone to make some business calls and saw paramedics coming north from the other end
of the street. While he was at the end of the road, his friend called him and asked if he knew what was
happening on his street. He said that his friend has a scanner. He was told that there was some suicidal guy
having a confrontation with the police.

I asked Wobbe if he had heard or seen anything other than the paramedics and he said no. He said at one
point the officer who was standing by at the roadblock ran down the road toward the house and he drove
around and went home knowing that where everyone was stopping was quite a ways down the road.

## Follow Up
None

## Referral
Lane County District Attorney's Office

## Disposition
Suspended

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| Det. S. Simons #4l43 | | | | 03/31/2015 @ 1000 | |

Exhibit 16
Page 132 of 178

COE 000714

# SUPPLEMENTAL REPORT

Page _1_ of _3_

LANE COUNTY SHERIFF'S OFFICE

| | Case Number |
|---|---|
| | **15-1925** |

| | Incident & ORS No.<br>**Outside Agency Assist (OIS)** | **RELATED REPORTS**<br>x Incident<br>0 Accident<br>0 Custody<br>0 Citation<br>0 Prop./Evidence<br>x Supplemental | Area | Source<br>**Assist** |
|---|---|---|---|---|
| | Location:<br>**2248 Devos Street, Eugene** | | Seq # | |
| | RPT. DATE **03/30/2015** | Time **1940** | Occurred Date **03/30/2015** | Time **1940** | Sib # |

| | | Vict/Compl | First | MI | DOB |
|---|---|---|---|---|---|
| **FOLLOW UP REPORT** [xx]<br>**DISPOSITION REPORT** [ ]<br>**CONTINUATION REPORT** [ ] | | Address | | | Phone |

| Suspect | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|
| | | | | | |

SCARS / MARKS / TATOOS    EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

☒ CLEARED BY ARREST    ■ CLEARED EXCEPTIONAL    ☒ CLEARED UNFOUNDED    ☒ SUSPENDED

| **PERSON** | | **Vehicles** | **PROPERTY** | **MISCELLANEOUS** |
|---|---|---|---|---|
| Arrested | O/ Operator | AA/ Abandoned Veh | AP/ Abandoned Prop. | AI/ Additional Info. |
| Cited (UTC) | P/ Parent | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| C/ Complainant | R/ Reg. Owner | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| D/ Dual-Vic & Comp | S/ Suspect | LV/ Locate/Susp. Veh | IP/ Involved Prop. | CIT/ Citations Issued |
| G/ Passenger | T/ Contacted | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold | V/ Victim | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not cont. | W/ Witness | SV/ Stolen Veh. | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner | Y/ Wanted Subj. | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | | VV/ Victim Veh. | | |

## Deceased

Babb, Brian Avon
DOB 05/12/1965
2248 Devos Street
Eugene, OR 97402
(541) 514-2791

**AO/**     Detective D. Sprague (OSP)
Detective G. Jones #464
Detective D. Silano #538
Detective C. Rogers #264
Sergeant C. Wilkerson #445
DA Investigator J. Malony
DA Investigator J. Franklin
Detective G. Crolly (SPD)
Sergeant A. Kenyon (OSP)

Exhibit 16

| Reporting Officer **Det. S. Simons #443** | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared **03/31/2015 @ 0930** | Approved Page 133 of 178 |
|---|---|---|---|---|---|

COE 000715

**M/** Antonini, James Robert          (Roommate of Babb)
DOB 06/21/1971
2248 Devos Street
Eugene, OR 97402

**T/** Ryals, Linda Diane             (Neighbor of Babb)
DOB 05/31/1961
2244 Devos Street
Eugene, OR 97402
(541) 912-4298

## Investigation
On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We started next door to the incident location and proceeded up and down the street from there.

I made contact with Linda Ryals who lived directly south of the incident location. I took her statement.

**Interview**     *Ryals, Linda Diane*          *DOB: 05/31/1961*
Ryals said that she had been home when the incident occurred. She said that she knew that it was Brian (Babb) that had been in the shooting but was unaware of what the outcome had been. I asked her how she knew and she said that she heard the police arrive and then start talking on their "bull horns." She then heard Babb yelling at the police and then heard one loud bang.

Ryals said that she knew Babb for about two years because they were next door neighbors and their children played together before. She said that Babb was ex-military and talked about it a lot. She said that he was a "little bit off" and had some pretty serious mental health issues. She said that he often talked to himself when he was around her and talked about being on many medications. She said that he was treated at the Roseburg VA Hospital and had been on 23 medications. He was recently cut back to 8 medications that he took all the time.

She also said that he was a "big alcoholic." She said that she doesn't remember him ever being sober when she was around him. She said that she worried about her children playing outside with him being like that and when he would come home he often appeared to be in an intoxicated state.

Ryals never had any problems with him directly and said that he was a nice enough guy. He would give all his beer cans to the children to turn in for money. He would visit and talk but always seemed on edge and had been in the war in Afghanistan.

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| Det. S. Simons #443 | | | | 03/31/2015 @ 0930 | Page 134 of 178 |

Exhibit 16

COE 000716

# SUPPLEMENTAL REPORT

Page 3 of 3

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

Ryals believed that there were two other people living with Babb. She said that he had a friend named Joe (actual name of friend is James Antonini) that lived with him. She saw Antonini leaving the house with his hands up after hearing the police calling for the residents to exit the house with their hands up.

She said that she didn't think of Babb as being an angry person but when he was yelling back at the police, he was extremely hostile and using profanities.

I asked her if had seen any of the incidents other than the exit of Antonini and she said that she had not. She said that she got away from the windows after she saw Antonini and then shortly after heard a loud bang and then it got quiet.

She said that she had not seen him today and didn't know what the situation was about but had heard that he was talking with his counselor before the shooting. She could not remember who told her that.

**Follow Up**
None

**Referral**
Lane County District Attorney's Office

**Disposition**
Cleared - Exceptional

Exhibit 16

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved |
|---|---|---|---|---|---|
| Det. S. Simons #443 | | | | 03/31/2015 @ 0930 | |

COE-000717

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Page / of 2

| | | Case Number |
|---|---|---|
| | | **15-1925** |

| | Incident & ORS No. | RELATED REPORTS | | |
|---|---|---|---|---|
|  | Outside Agency Assist (OIS) | x Incident<br>◻ Accident<br>◻ Custody<br>◻ Citation<br>◻ Prop./Evidence<br>x Supplemental |  | Source<br>Assist |

| | Location: | | |
|---|---|---|---|
| | 2248 Devos Street, Eugene | | Seq # |

| RPT. DATE | Time | Occurred Date | Time | Seq # |
|---|---|---|---|---|
| 03/30/2015 | 1940 | 03/30/2015 | 1940 | |

| | Vict/Compl | First | MI | DOB |
|---|---|---|---|---|
| | | | | |

| **FOLLOW UP REPORT** [xx] | | |
|---|---|---|
| **DISPOSITION REPORT** [ ] | Address | Phone |
| **CONTINUATION REPORT** [ ] | | |

| Suspect | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|
| | | | | | |

**SCARS / MARKS / TATOOS**    EXACT DESCRIPTION OF TATTOO / MARK AND ITS LOCATION

 **CLEARED BY ARREST**    ◼ **CLEARED EXCEPTIONAL**     **CLEARED UNFOUNDED**    **SUSPENDED**

| PERSON | Vehicles | PROPERTY | MISCELLANEOUS |
|---|---|---|---|
| Arrested | AA/ Abandoned Veh | AP/ Abandoned Prop. | AI/ Additional Info. |
| ..ited (UTC) | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| Complainant | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| D/ Dual-Vic & Comp | LV/ Locate/Susp. Veh | IP/ Involved Prop. | CIT/ Citations Issued |
| G/ Passenger | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not cont. | SV/ Stolen Veh. | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | VV/ Victim Veh. | | |
| O/ Operator | | | |
| P/ Parent | | | |
| R/ Reg. Owner | | | |
| S/ Suspect | | | |
| T/ Contacted | | | |
| V/ Victim | | | |
| W/ Witness | | | |
| Y/ Wanted Subj. | | | |

**Deceased**

Babb, Brian Avon
DOB 05/12/1965
2248 Devos Street
Eugene, OR 97402
(541) 514-2791

**AO/**

Detective G. Jones #464
Detective D. Silano #538
Detective C. Rogers #264
Sergeant C. Wilkerson #445
DA Investigator J. Malony
DA Investigator J. Franklin
Detective G. Crolly (SPD)
Sergeant A. Kenyon (OSP)

Exhibit 16

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved |
|---|---|---|---|---|---|
| Det. S. Simons #443 | | | | 03/31/2015 @ 1600 | |

COE 000718

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

**T/**      Bjerklund, Anita Marie
DOB 02/19/1947
2255 Devos Street
Eugene, OR 97402
(541) 689-7274

## Investigation
On 03/30/2015 I was called out for an officer involved shooting (OIS). The message advised that the Eugene Police had been involved in a shooting at 2248 Devos Street in Eugene. I responded to the location and was briefed on what happened. The Eugene Police responded to a report of a suicidal subject at the location and encountered a hostile subject, Brian Avon Babb. At some point it was reported that Babb came out of the house with a firearm pointed towards units in the area and he was then shot by the Eugene Police.

I contacted Sergeant Wilkerson who was helping coordinate the investigation. He asked me to team up with DA Investigator Malony to help canvas the neighborhood to see what any neighbors had observed. We started next door to the incident location and proceeded up and down the street from there.

I made contact with Anita Bjerklund. I took her statement.

**Interview**    *Bjerklund, Anita Marie*      *DOB: 02/19/1947*
Bjerklund said that she knew why I was there. She said that she only heard one shot and knew that it was Brian Babb from across the street. She said she could hear him yelling at the police and that he was very angry and cursing. She also heard that police asking him to come out with his hands up.

She said that she saw a bald guy come out with his hands up but not anyone else. After that guy exited the house, she didn't see anyone else leave the house. She also knew that the guy who left was not Babb.

A short time later she heard a "pop" and then the armored vehicle started smashing into the fence and some other things. A few minutes later she saw paramedics arrive and go in with their bags. About two minutes after that she saw them come out with their bags and leave without anyone. She then assumed that whoever got shot was dead.

## Follow Up
None

## Referral
Lane County District Attorney's Office

## Disposition
Suspended

| Reporting Officer | DPSST#28626 | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| **Det. S. Simons #443** | | | | 03/31/2015 @ 1600 | |

Exhibit 16
Page 137 of 178
COE 000719

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Page 1    of 4

**Case Number**
**15-1925**

| | RELATED REPORTS | | |
|---|---|---|---|



| Incident & ORS No. | | | |
|---|---|---|---|
| **Outside Agency Assist** | | | |

RELATED REPORTS
☐ Incident
☐ Accident
☐ Custody
☐ Citation
☐ Prop./Evidence
☐ Supplemental

Source
**DISP**

| Location: | | | |
|---|---|---|---|
| **2248 Devos Street, Eugene** | | | |

| RPT. DATE **03/30/15** | Time **1940** | Occurred Date **03/30/15** | Time **1713—1752** |
|---|---|---|---|

**FOLLOW UP REPORT** [X]
**DISPOSITION REPORT** [ ]
**CONTINUATION REPORT** [ ]



| | Vict/Compl | First | MI | DOB |
|---|---|---|---|---|
| | **Eugene Police Department (IDFIT)** | | | |

Address
**300 Country Club Road, Eugene, Or. 97401**

Phone
**(541)682-5111**

| Subject of Arrest/Interest | | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|---|

SCARS / MARKS / TATOOS  EXACT DESCRIPTION OF TATTOO / MARK AND IT'S LOCATION

☐ CLEARED BY ARREST    CLEARED EXCEPTIONAL   CLEARED UNFOUNDED   ☐ SUSPENDED

| PERSON | Vehicles | PROPERTY | MISCELLANEOUS |
|---|---|---|---|
| Arrested  O/ Operator | AA/ Abandoned Veh. | AP/ Abandoned Prop. | AI/ Additional Info. |
| Cited (UTC)  P/ Parent | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| Complainant  R/ Reg. Owner | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| D/ Dual-Vic & Comp  S/ Suspect | LV/ Locate/Susp. Veh. | IP/ Involved Prop. | CTI/ Citations Issued |
| G/ Passenger  T/ Contacted | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold  V/ Victim | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not cont.  W/ Witness | SV/ Stolen Veh. | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner  Y/ Wanted Subj. | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | VV/ Victim Veh. | | |

**Related Case(s)/**     EPD 15-5349
OSP 15-095758
CGPD 15-716

**Assisting Officer/**     CGPD Detective C. Johnson

**Contacted/**     EPD Sgt. Malcom McAlpine #146
300 Country Club Road, Eugene, Or. 97401     (541)682-5111

**Mentioned/**     EPD Sgt. Scott Vinje #270
300 Country Club Road, Eugene, Or. 97401     (541)682-5111

**Mentioned/**     Antonini, James Robert (06/21/71)
2248 Devos St. Eugene, Or. 97402
***roommate of suspect***

Exhibit 16

| Reporting Officer **C. D. Rogers #264** | D.P.S.S.T# **33146** | Assisting Officer | I.D.# | Date & Time Prepared **3/3/15 @ 1200** | Approved **Page 138 of 178** |
|---|---|---|---|---|---|

COE 000720

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

**Involved Person/**    EPD Officer William Stutesman
                        300 Country Club Road, Eugene, Or. 97401          (541)682-5111

**Suspect/**            Babb, Brian Avon (05/12/65)
                        2248 Devos St. Eugene, Or. 97402

## INVESTIGATIONS:

On 03/30/15 I was called into work to assist with an officer involved shooting. I was advised a member of the Eugene Police Department was involved in a shooting while responding to a suicidal subject call for service. I responded to the location of the incident, 2248 Devos Street, which is in the Bethel area of West Eugene. The location is a densely populated residential neighborhood.

At the location Detective Johnson and I were sent to the Eugene Police Department to interview the two sergeants who were present when the shooting occurred, Sgt. McAlpine and Sgt. Vinje.

At EPD we first contacted Sgt. McAlpine. Sgt. McAlpine agreed to the interview being recorded. I later transferred the recording to a disk and placed it into LCSO evidence.

## STATEMENTS:

### EPD Sgt. Malcom McAlpine

Sgt. McAlpine supervises a patrol team. The patrol team's normal hours are 11am to 9pm, and the team consists of 9 officers. There was nothing out of the ordinary on 03/30/15. Sgt. McAlpine was not ill or otherwise impaired.

Sgt. McAlpine was at EPD approving reports when the initial dispatch of the call was aired. He recalled the initial call details involved a suicidal male who had reportedly already discharged a round from a firearm within his home. Sgt. McAlpine self-dispatched himself to the call.

While he was enroute to the call, more details were aired. The complainant to EPD/911 was a counselor who was on another line with the suicidal male, who was identified as Brian Babb.

As Sgt. McAlpine arrived he began coordinating the deployment of the arriving patrol officers. They quickly learned the residence was a on a pan-handled lot, which did not allow for them to safely view the residence.

The fact that Babb had reportedly already discharged a round from a firearm, and that the male had a firearm either with him or on his person, increased the danger to Sgt. McAlpine and the other officers present. Due to the physical layout of the property and the increased danger to anyone in the area, they did not approach the residence until EPD's armored Bearcat arrived.

The Bearcat was occupied by Sgt. McAlpine in the back portion of the vehicle, Officer Peskie was driving, Officer Gross was in the front passenger seat, and Officer Stutesman was in the top portion of the Bearcat, commonly referred to as the turret. Sgt. McAlpine further advised Officer Gross is a negotiator, and he was the person trying to communicate with Babb via phone and loud speaker. Additionally, Sgt. Vinje arrived and was at the rear of the Bearcat.

Once the Bearcat arrived, it was parked in the neighboring driveway, however they could not clearly see the front of the residence due to fences. Officer Stutesman, according to Sgt. McAlpine, was the only person who could clearly see the front door area of the residence.

| Reporting Officer | D.P.S.S.T# | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| C. D. Rogers #264 | 33146 | | | 3/9/15 8:17~~ | Exhibit 16 |

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Page 3  of 4

Case Number
**15-1925**

Sgt. McAlpine's initial concern was that there was another person inside the residence. They had received information that a roommate may be in the residence with the suicidal male. The possibility of there being another person in the house, coupled with the information that Babb had already fired one round within the house compounded the seriousness of the call.

After they began loud hailing, the roommate, Antonini, came out the front door. Antonini was brought to the rear of the Bearcat where they could debrief him.

Antonini told Sgt. McAlpine that Brian (Babb) had severe PTSD, has access to a large variety of firearms, and acts crazy when he is not on his medication. Antonini told Sgt. McAlpine, he (Antonini) observed Babb going toward the gun safe as he (Antonini) was going out the front door of the residence. Antonini was placed/seated in the back of the Bearcat, where he was protected by armor.

Antonini told Sgt. McAlpine he had not heard a gunshot from within the residence. The roommate later advised he arrived home at about 4pm, and had gone up to his bedroom.

While they were still speaking with Antonini, and relaying the information they were getting further up their chain of command, Babb came to the front door, as well as yelling from various windows. Sgt. McAlpine was not certain what Babb specifically yelled, but it was similar to, "get out of here," and "fuck off."

Once the roommate was removed from within the house, Sgt. McAlpine, Sgt. Vinje, and others higher up the chain of command were trying to determine if they were going to simply leave. The idea of leaving Babb in the home alone was being weighed against the possibility of forcing a confrontation. Sgt. McAlpine's goal was to resolve the situation without further conflict or confrontation. When Sgt. McAlpine mentioned to Antonini that they might simply leave Babb in the residence, Antonini replied, "are you kidding me, this guy is crazy, he's got weapons, he's out of it, and I don't feel safe going back inside." Sgt. McAlpine was concerned Babb could fire on the officers present. Specifically because they had limited observation of the residence, Babb had the ability to look down on them from the second story of the residence, and he could possibly escape out the back of the house and confront the one or two officers who were trying to establish a perimeter around the house.

Sgt. McAlpine wanted Officer Gross to re-establish communication with Babb, Sgt. McAlpine believed Officer Gross had spoken with Babb once on the phone, which was not initially productive. Due to his concerns for the safety of the officers and anyone else in the area, Sgt. McAlpine did not even consider sending officers to the front door of the residence. Sgt. McAlpine's preference had been that Babb come out unarmed while on the phone with his counselor.

While Sgt. McAlpine was trying to coordinate the communication with Babb, he became aware Babb had stepped out onto the front porch. Sgt. McAlpine then heard a single shot.

It was not readily apparent to Sgt. McAlpine what direction the shot came from, or who shot. He was standing right behind the Bearcat, which was running. Initially no one announced they had shot. Initially, Sgt. McAlpine believed Babb had shot at them, and requested a full SWAT activation. While verifying the officers on scene were not injured, he became aware the shot was fired by Officer Stutesman.

Babb could be scene down on the ground in the front doorway. The Bearcat was used to drive through the fences, into the front yard just in front of the front door of the residence.

Sgt. McAlpine could see Babb down and a large rifle on the ground next to him. Sgt. McAlpine, Sgt. Vinje, and other officers approached Babb to render aid. As they got to him, Sgt. McAlpine checked and found Babb had no pulse. Sgt. McAlpine's only real description of the rifle Babb had, was that it was a very large, "huge," rifle. He also noted Babb appeared to be very discolored. They had medics come and verify Babb's condition.

The residence was searched and there were no other people inside. Sgt. McAlpine stated he did not see a bullet hole in the residence, but it was reported back to him that it appeared a bullet had been fired from the second story into the floor, which exited the ceiling of the first floor.

Exhibit 16
Page 140 of 178
COE 000722

| Reporting Officer | D.P.S.S.T# | Assisting Officer | I.D.# | Date & Time Prepared |
|---|---|---|---|---|
| C. D. Rogers #264 | 33146 | | | 8/21/15 @ 170 |

LANE COUNTY SHERIFF'S OFFICE

Aside from the physical layout of the property, and the fences in front of the residence, there was nothing impeding his ability to see the residence. Sgt. McAlpine pointed out that the incident occurred during daylight hours, estimating it was sometime after 5pm. He also stated the sun was low, or otherwise shining directly in their faces.

Sgt. McAlpine clarified that the roommate was not certain if Babb had taken his medication, but pointed out this type of behavior is consistent with when Babb has not been taking his medication.

Sgt. McAlpine did not have any type of recording device on his person, however he pointed out there was in-car video from the Bearcat.

Based on his minimal contact with Babb prior to the shot being fired, it was apparent to Sgt. McAlpine that Babb was in some level of crisis. Sgt. McAlpine again clarified the position they took with the Bearcat, was done to keep the officers and other people in the area safe.

**FOLLOW UP:**
To be determined

**REFERRAL:**
Forward to OSP and the Lane County District Attorney's Office

**DISPOSITION:**
Suspended

| Reporting Officer | D.P.S.S.T# | Assisting Officer | I.D.# | Date & Time Prepared |
|---|---|---|---|---|
| C. D. Rogers #264 | 33146 | | | 5/31/16 c.72 |

Exhibit 16

Approved By Page 141 of 178

COE 000723

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Page 1   of 4

Case Number
**15-1925**

RELATED REPORTS

☐ Incident
☐ Accident
☐ Custody
☐ Citation
☐ Prop./Evidence
☐ Supplemental

Incident & ORS No.
**Outside Agency Assist**

Location:
**2248 Devos Street, Eugene**

Area
Source **DISP**

Seq #

| RPT. DATE 03/30/15 | Time 1940 | Occurred Date 03/30/15 | Time 1713—1752 | Seq # |



FOLLOW UP REPORT [ X ]
DISPOSITION REPORT [ ]
CONTINUATION REPORT [ ]

Vict/Compl   First   MI
**Eugene Police Department (IDFIT)**

DOB

Address
**300 Country Club Road, Eugene, Or. 97401**

Phone
**(541)682-5111**

| Subject of Arrest/Interest | | Airs # | DOB: | Age | Race / sex | P.O.B. |

SCARS / MARKS / TATOOS   EXACT DESCRIPTION OF TATTOO / MARK AND IT'S LOCATION

☐ CLEARED BY ARREST   ☐ CLEARED EXCEPTIONAL   ☐ CLEARED UNFOUNDED   ☐ SUSPENDED

**PERSON**
Arrested
Cited (UTC)
Complainant
D/ Dual-Vic & Comp
G/ Passenger
H/ Non-Criminal Hold
I/ Involved/not cont
L/ Legal Owner
M/ Cited (misd.)
O/ Operator
P/ Parent
R/ Reg. Owner
S/ Suspect
T/ Contacted
V/ Victim
W/ Witness
Y/ Wanted Subj

**Vehicles**
AA/ Abandoned Veh
IM/ Evidence
IV/ Involved Veh
LV/ Locate/Stop Veh
MV/ Missing Veh
RV/ Recovered Veh
SV/ Stolen Veh
TO/ Towed Veh
VV/ Victim Veh

**PROPERTY**
AP/ Abandoned Prop.
E/ Evidence
FP/ Found Prop
IP/ Involved Prop
MP/ Missing Lost Prop.
RP/ Recovered Prop.
SP/ Stolen Prop.
DP/ Damaged Prop.

**MISCELLANEOUS**
AI/ Additional Info
AO/ Assisting Officer
BO/ Breathalyzer Opr
CIT/ Citations Issued
CH/ Charges
IS/ Injuries Sustained
LF/ Latent Fingerprints
LU/ Line-up Viewed

**Related Case(s)/**   EPD 15-5349
OSP 15-095758
CGPD 15-716

**Assisting Officer/**   CGPD Detective C. Johnson

**Contacted/**   EPD Sgt. Scott Vinje #270
300 Country Club Road, Eugene, Or. 97401   (541)682-5111

**Mentioned/**   EPD Sgt. Malcom McAlpine #146
300 Country Club Road, Eugene, Or. 97401   (541)682-5111

**Mentioned/**   Antonini, James Robert (06/21/71)
2248 Devos St. Eugene, Or. 97402
***roommate of suspect***

Exhibit 16

| Reporting Officer C. D. Rogers #264 | D.P.S.S.T# 33146 | Assisting Officer | I.D.# | Date & Time Prepared 3/31/15 @ 1704 | Approved by |

COE 000724

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

| **Involved Person/** | EPD Officer William Stutesman | |
| | 300 Country Club Road, Eugene, Or. 97401 | (541)682-5111 |
| **Suspect/** | Babb, Brian Avon (05/12/65) | |
| | 2248 Devos St. Eugene, Or. 97402 | |
| **Attachment/** | hand drawn map of scene and deployed units | |

### INVESTIGATIONS:

On 03/30/15 I was called into work to assist with an officer involved shooting. I was advised a member of the Eugene Police Department was involved in a shooting while responding to a suicidal subject call for service. I responded to the location of the incident, 2248 Devos Street, which is in the Bethel area of West Eugene. The location is a densely populated residential neighborhood.

At the location Detective Johnson and I were sent to the Eugene Police Department to interview the two sergeants who were present when the shooting occurred, Sgt. McAlpine and Sgt. Vinje. One of Sgt. Vinje's ancillary/collateral assignments is one of the sergeants assigned to the EPD SWAT team.

After interviewing Sgt. McAlpine, we interviewed Sgt. Vinje. Sgt. Vinje allowed the interview to be recorded. At the conclusion of the interview, Sgt. Vinje gave me the attached hand drawn diagram of the location. I later transferred the recording to a disk and placed it into LCSO evidence.

### STATEMENTS:

*EPD Sgt. Scott Vinje*

Sgt. Vinje supervises a patrol team. His team's normal work hours are 7:30am to 5:30pm. The only thing out of the ordinary Sgt. Vinje dealt with prior to this incident, involved him going to Cottage Grove for a follow-up investigation.

Sgt. Vinje was in Cottage Grove when this call was initially dispatched. He did not hear the initial dispatch, however when he became aware of the call, he finish his follow-up and self-dispatched himself to the call. Sgt. Vinje advised he traveled code 3 from Cottage Grove to the location on Devos Street.

While enroute to the Devos Street address more details were being broadcast on the radio. He was aware the male, later determined to be Babb, was on the phone with a female counselor. He also learned that there was reportedly another male in the house, and Babb had reportedly already discharged one round inside the house. It was unclear where the discharged round was fired.

Due to the fact there was a second person believed to be in the residence and Babb had already fired one round, increased the safety concern for everyone in the area, officers and area residents alike. Not knowing where the round was fired, there was concern the round penetrated the exterior wall(s) of the residence, possibly going into a neighboring residence.

When Sgt. Vinje arrived to the location on Devos Street, the Bearcat had already arrived. There were several officers deployed around the property at 2248 Devos. He found Sgt. McAlpine at the rear of the Bearcat, managing the deployment of the officers in the area.

Officer Peskie was driving the Bearcat, Officer Gross was in the front passenger seat, and Officer Stutesman was in the turret.

They attempted to have the counselor, who had initially been on the phone with Babb, to convince Babb to come out of the house, based on her perceived rapport with Babb. However, the counselor was never able to re-establish contact with Babb. Officer Gross tried to contact Babb, and eventually began loud hailing for him.

| Reporting Officer | D.P.S.S.T# | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| C. D. Rogers #264 | 33146 | | | 3/31/15 @ 12:00 | C. Walters |

Exhibit 16

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

**Page** 3   **of** 4

Case Number
**15-1925**

The roommate, Antonini, came out once the loud hailing began. Antonini told Sgt. Vinje and Sgt. McAlpine that Babb was in the house trying to get to his weapons, which were in a safe. Antonini also told them he'd never seen Babb so angry, and had never seen him "like this."

Officer Gross reached Babb on the phone, however Sgt. Vinje could not specifically hear the conversation, but he got the impression Babb was not being cooperative with Officer Gross.

From behind the Bearcat, Sgt. Vinje could see through the windshield and just barely over the fence. Through that narrow sight line over the fence, Sgt. Vinje could see Babb's head moving around in different windows.

While Sgt. McAlpine continued to speak with Antonini, Sgt. Vinje tried to look around the side of the Bearcat, in an attempt to get better information regarding Babb's location. Just as Sgt. Vinje was looking around the Bearcat a shot went off. Sgt. Vinje could not tell for certain the direction of the shot, but the shot seemed very close to him, "it sounded right on top of me."

No one called the shot, and he wondered if the shot came from the house. He specifically wondered if Babb had shot at him while he was peaking around the Bearcat.

They initiated a roll-call on the radio to ensure all the officers present were ok. Either part way through the roll-call, or just when it concluded, it was announced that Officer Stutesman had shot.

Once they determined who fired the shot, they quickly transitioned to finding a safe way to approach Babb. Officer J. Kid announced he could see Babb's legs just at the front door, and he could possibly see Babb's gun. They decided to use the Bearcat to drive through the fences, so they could safely and quickly get to Babb to render aid. Sgt. Vinje could see Babb down at the front door, and could see that Babb's skin looked very white.

As they approached Babb, Sgt. McAlpine checked Babb and advised he was deceased. Sgt. Vinje and others cleared the house. Medics also responded and checked Babb's vital signs, and verified he was deceased. While in the house there was a bullet hole found in the ceiling of the downstairs front room, and a spend casing found in the bedroom just above the front room.

Like Sgt. McAlpine, Sgt. Vinje was considering pulling their units out of the area once Antonini came out of the house. He too did not want to force a confrontation with Babb once they were certain there was no one else in the house. However, they still were concerned about Babb's willingness to fire rounds off from inside the residence.

Sgt. Vinje also questioned Antonini regarding shots being fired within the house. Antonini told Sgt. Vinje he had not heard a shot fired in the house.

Throughout the incident, Sgt. Vinje was concerned for the safety of all of the officers who responded to the call. Sgt. Vinje was specifically concerned for the safety of the officers present, because Babb seemed to have progressed to being seriously suicidal. He specifically cited the fact that Babb was willing to discharge rounds inside the house. Sgt. Vinje pointed out individuals who are significantly motivated to harm or kill themselves, often will not let others stop them, or overcome others attempts to stop them via violence. "They don't have any regard for their own life, so they're not going to have any regard for anybody elses."

Sgt. McAlpine supervises a patrol team. The patrol team's normal hours are 11am to 9pm, and the team consists of 9 officers. There was nothing out of the ordinary on 03/30/15. Sgt. McAlpine was not ill or otherwise impaired.

Sgt. McAlpine was at EPD approving reports when the initial dispatch of the call was aired. He recalled the initial call details involved a suicidal male who had reportedly already discharged a round from a firearm within his home. Sgt. McAlpine self-dispatched himself to the call.

While he was enroute to the call, more details were aired. The complainant to EPD/911 was a counselor who was on another line with the suicidal male, who was identified as Brian Babb.

Exhibit 16

| Reporting Officer | D.P.S.S.T# | Assisting Officer | I.D.# | Date & Time Prepared | Approved |
|---|---|---|---|---|---|
| C. D. Rogers #264 | 33146 | | | 3/31/15 @ 17:01 | Page 144 of 178 |

# SUPPLEMENTAL REPORT

Page **4** of 4

LANE COUNTY SHERIFF'S OFFICE

Case Number
**15-1925**

As Sgt. McAlpine arrived he began coordinating the deployment of the arriving patrol officers. They quickly learned the residence was a on a pan-handled lot, which did not allow for them to safely view the residence.

The fact that Babb had reportedly already discharged a round from a firearm, and that the male had a firearm either with him or on his person, increased the danger to Sgt. McAlpine and the other officers present. Due to the physical layout of the property and the increased danger to anyone in the area, they did not approach the residence until EPD's armored Bearcat arrived.

The Bearcat was occupied by Sgt. McAlpine in the back portion of the vehicle, Officer Peskie was driving, Officer Gross was in the front passenger seat, and Officer Stutesman was in the top portion of the Bearcat, commonly referred to as the turret. Sgt. McAlpine further advised Officer Gross is a negotiator, and he was the person trying to communicate with Babb via phone and loud speaker. Additionally, Sgt. Vinje arrived and was at the rear of the Bearcat.

Once the Bearcat arrived, it was parked in the neighboring driveway, however they could not clearly see the front of the residence due to fences. Officer Stutesman, according to Sgt. McAlpine, was the only person who could clearly see the front door area of the residence.

Sgt. Vinje could only describe Babb's rifle as a large caliber hunting type rifle. He observed ammunition for the rifle, which he characterized as large rifle rounds. The type of ammunition that easily defeats body armor can shoot through most anything in the area, to include walls of houses.

Sgt. Vinje was not aware of any previous police contacts with Babb, or the house specifically. Sgt. Vinje does not have a camera or other recording device on his person, but he pointed out the Bearcat has in-car video.

Sgt. Vinje specifically recalled hearing Babb yelling from the house, but could not recall specifically what Babb was yelling. He noted he could hear Babb over the engine noise of the Bearcat, which has a diesel motor, and Sgt. Vinje pointed out he does not have good hearing anyway.

Once Babb was shot, Sgt. Vinje began coordinating the crime scene, and had a crime scene log started. He remained at the scene in that capacity until relieved.

**FOLLOW UP:**
To be determined

**REFERRAL:**
Forward to OSP and the Lane County District Attorney's Office

**DISPOSITION:**
Suspended

Exhibit 16

| Reporting Officer | D.P.S.S.T# | Assisting Officer | I.D.# | Date & Time Prepared | Approved |
|---|---|---|---|---|---|
| C. D. Rogers #264 | 33146 | | | 5/31/15 CJW | C. Weber 4562600 |

# EVIDENCE/PROPERTY

Page 1 of 1

## Lane County Sheriff's Office

| Routed by: | | | | | | | |
|---|---|---|---|---|---|---|---|
| DA | TALLY | PRESS | VWSP | CIS | PAROL SGT. | HATE CRIME | |
| CSD | JUV. | ME | MTL HEA | OLCC | CNLJ | GANG | |
| FPD | Res. Dep. / Con. City: | | | | | | |

☑ [checkbox]   ☐ [checkbox]

RELATED REPORTS
☐ Accident
☐ Incident
☐ Citation
☐ Custody
☐ Prop/Evidence
☐ Supplemental

2. Case No.   **15 - 1925**

Storage Location

Other:
USP    Other:

Property Want Check

AIRS.    LEDS    NCIC.

1. Incident and O.R.S. No.  OUTSIDE AGENCY ASSIST
3. Incident Location   2248 DEVOS ST.    EUGENE
4. Reported Date  **3/30/15**
5. Time  **1940**
6. Seized Date  **3/30/15**
7. Time  **2030**

9. Instructions for Processing (list item no's)

8.
**EVIDENCE**
☐ Destroy
☐ Hold for Court
☐ Hold for Lab
☐ Print Pictures
☐ Fingerprint
☐ Hold for Owner

※ CIS - DRI.

10. Test for  Cont. Substance ☐
11. Suspected Content:
12. Towed From

**TOWED VEHICLE**
13. Recovered Stolen Vehicle
☐ LCSO Case
Other Agency

14. TOWED VEHICLE INFO.
☐ Custody   ☐ Abandoned Vehicle
☐ Accident   ☐ Seized Asset/Forfeiture
☐ Evidence Hold   ☐ Hazard
15. Towed By
16. Towed To
17. Cit. No.  N/A
18. Tow Operator Signature

| | ARS | LEDS | NCIC. | REG | | AIRS | LEDS | NCIC. | REG | 19. VIN No. | | 20. Color (Top/Bottom) | 21. Odometer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EV | | | | | CV | | | | | | | | |

22. LIC. NO.    State   Exp Yr   Veh Yr   Make    Model    Style   23. Notified Date/Time    Value

**PERSONS**

| V | R/L | 24. Name   BABB, BRIAN AVON | First | Middle | AIRS No. | 25. DOB  **5/12/65** | 32. |
|---|---|---|---|---|---|---|---|

| | C |
26. Address  2248 DEVOS ST.    City  EUGENE    State  OR    Zip  97402    27. Phone

| V | R/L |   28. Name    First    Middle    AIRS No.    29. DOB
| S | C |
30. Address    City    State   Zip    31. Phone

32.
☐ Keys In Veh.
☐ Not Driveable
☐ Radio
☐ Stereo Tape
☐ CB Radio
☐ Spec. Ant.
☐ Cust. Wheels

☐ Right Damage
☐ Left Damage
☐ Front Damage
☐ Rear Damage
☐ Stripped
☐ Trunk Exam
☐ Prop. Removed

| NO. | QTY. | 33. ITEM | 34. SER. NO./INSCR. | 35. BRAND | 36. MODEL/SIZE/COLOR | 37. VALUE |
|---|---|---|---|---|---|---|
| DR1 | 1 | CD - CONTAINING SGT. McALANE & SGT. VINJE'S STATEMENT | | | | Ø |

**INVENTORY LISTING ☐**

**RECOVERED STOLEN PROPERTY ☐**

38. Applying/Issuing Officer  KRUSE    I.D. No.  #2164    39. Submitted Date  3/31/15    40. Time  1700    41. Released By    I.D. No.   42. Date    43. Time
44. Submitted Other (Specify)    45. Released To (Signature)    46. Approved By    I.D. No.  440 3/31/15

Exhibit 16
Page 146 of 178

White–FILE COPY    Canary–LAB COPY    Pink–PROPERTY    Goldenrod–RECEIPT COPY    REV 03/03

COE 000728

15-1925



Exhibit 16
Page 147 of 178

COE 000729

# SUPPLEMENTAL REPORT

LANE COUNTY SHERIFF'S OFFICE

Page 1 of 2

| | | Case Number |
|---|---|---|
| | | 15-1925 |

| | Incident & ORS No. | RELATED REPORTS | Area | Source |
|---|---|---|---|---|
| | **Outside Agency Assist (O.I.S.)** | ☐ Incident<br>☐ Accident<br>☐ Custody | | **Assn** |
| | Location:<br>2248 Devos Street, Eugene | ☐ Citation<br>☐ Prop./Evidence<br>☐ Supplemental | Seq # | |

| RPT. DATE | Time | Occurred Date | Time | Seq # |
|---|---|---|---|---|
| 03/30/2015 | 1800 | 03/30/2015 | 1713 - 1752 | |

| | Vict/Compl | First | MI | DOB |
|---|---|---|---|---|
| FOLLOW UP REPORT [ x ] | | | | |
| DISPOSITION REPORT [ ] | Address | | | Phone |
| CONTINUATION REPORT [ ] | | | | |

| Subject of Arrest | Airs # | DOB: | Age | Race / sex | P.O.B. |
|---|---|---|---|---|---|

SCARS / MARKS / TATOOS  EXACT DESCRIPTION OF TATTOO / MARK AND IT'S LOCATION

☐ CLEARED BY ARREST    ☐ CLEARED EXCEPTIONAL    ☐ CLEARED UNFOUNDED    ☐ SUSPENDED

| PERSON | | Vehicles | PROPERTY | MISCELLANEOUS |
|---|---|---|---|---|
| Arrested | O/ Operator | AA/ Abandoned Veh | AP/ Abandoned Prop. | AI/ Additional Info. |
| Cited (UTC) | P/ Parent | IM/ Evidence | E/ Evidence | AO/ Assisting Officer |
| Complainant | R/ Reg. Owner | IV/ Involved Veh. | FP/ Found Prop. | BO/ Breathalyzer Opr. |
| D/ Dual-Vic & Comp | S/ Suspect | LV/ Locate/Susp. Veh | IP/ Involved Prop. | CIT/ Citations Issued |
| G/ Passenger | T/ Contacted | MV/ Missing Veh. | MP/ Missing Lost Prop. | CH/ Charges |
| H/ Non-criminal Hold | V/ Victim | RV/ Recovered Veh. | RP/ Recovered Prop. | IS/ Injuries Sustained |
| I/ Involved/not cont. | W/ Witness | SV/ Stolen Veh. | SP/ Stolen Prop. | LF/ Latent Fingerprints |
| L/ Legal Owner | Y/ Wanted | TO/ Towed Veh. | DP/ Damaged Prop. | LU/ Line-up Viewed |
| M/ Cited (misd.) | Subj. | VV/ Victim Veh. | | |

**AO/**   Interagency Deadly Force Investigative Team
Lt. Jenn Bills, Eugene Police Department

**S/**   Babb, Brian Avon              *Deceased*
DOB 05-12-1965
2248 Devos Street
Eugene, OR 97402

**T/**   Antonini, James Robert        *Roommate of Brian Babb's*
DOB 06-21-1971
2248 Devos Street
Eugene, OR 97402

## INVESTIGATION:

On March 30th 2015, at approximately 6:00 pm, I was informed that the Eugene Police Department had responded to 2248 Devos Street, in Eugene, regarding a suicidal and armed subject call which resulted in an officer involved shooting. I subsequently contacted the Sheriff's Office Communications Section and requested that they initiate the Interagency Deadly Physical Force Investigative Team paging system and to have the investigators assigned to the team respond to the incident location. I also responded to the scene.

| Reporting Officer | I.D.# | Assisting Officer | I.D.# | Date & Time Prepared | Approved By |
|---|---|---|---|---|---|
| Det. Sgt. C. Wilkerson | 445/3288I | | | 04-03-2015 @ 1200 | |

Exhibit 16
Page 148 of 178

COE 000730

Case Number
**15-1925**

Upon my arrival, I contacted Oregon State Police Detective Sergeant Kenyon and obtained a briefing of the events. I began giving assignments to the responding I.D.F.I.T. Investigators and assisted in the management of the investigation. During my briefing, I learned that Brian Babb had been fatally wounded and the incident location was his residence. I also was informed that Babb's roommate, James Antonini, was present and at the location when the incident occurred.

One of the assignments that were given out was to have James Antonini interviewed. This interview was accomplished by Springfield Police Detective Kyle Potter and Eugene Police Detective Mel Thompson. Following the completion of Antonini's interview, I was informed that he was requesting some personal items from within the residence, to include his cellular phone, his wallet, his keys, and his medications.

Eugene Police Lt. Bills and I then entered the residence and retrieved multiple bottles of medications, a set of keys, a cellular phone and seven dollars from within the upstairs bedroom that had been identified as Antonini's. We did not locate his wallet. We were then informed that his wallet was likely inside of Antonini's Toyota pickup parked in the driveway of the involved residence. I then retrieved the wallet from the Toyota. I then took Antonini's property to him as he was waiting with Detectives Thompson and Potter.

I later facilitated and authorized Antonini to remove his pickup from the location so he could leave the location until the scene investigation was completed.

I remained at the location until the necessary I.D.F.I.T. assignments had been completed for the evening and then I cleared the scene at approximately 12:00 am.

| **FOLLOW UP:** | To be determined |
| **REFERRAL:** | I.D.F.I.T. Case Agent – Detective Sprague OSP, Lane County District Attorney's Office |
| **DISPOSITION:** | Suspended |

| Reporting Officer   I.D.# Det. Sgt. C. Wilkerson #446/52888 | Assisting Officer   I.D.# | Date & Time Prepared 04-03-2015 @ 1200 | Approved By |
|---|---|---|---|

Exhibit 16
Page 149 of 178

COE 000731

# SPRINGFIELD

# POLICE

# REPORTS

# 15-2821

Exhibit 16
Page 150 of 178

COE 000732

| Agency Name | | | INCIDENT/INVESTIGATION | | | | Case# | | 15-02821 |
|---|---|---|---|---|---|---|---|---|---|

**INCIDENT/INVESTIGATION REPORT**

Agency Name: *Springfield Police Department*

ORI: *OR0200600*

Case#: *15-02821*

Date / Time Reported: *03/30/2015 19:15 Mon*

Last Known Secure: *03/30/2015 19:15 Mon*

At Found: *03/30/2015 19:15 Mon*

| Location of Incident | Premise Type | Zone/Tract | |
|---|---|---|---|
| *2248 Devos St, Eugene OR 97402-* | | EP05 | Activity |

**INCIDENT DATA**

| | Crime Incident(s) | (Com) | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| #1 | *Assist Outside Agency* | | | | | | |
| | *ASSISTOUTAGY* | O | Entry | Exit | | Security | |

| #2 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| | | | Entry | Exit | | Security | |

| #3 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| | | | Entry | Exit | | Security | |

MO

**VICTIM DATA**

# of Victims *0*   Type:   Injury:

| Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

Home Address   Home Phone

Employer Name/Address   Business Phone   Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHER DATA**

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | *BABB, BRIAN AVON II* | | *05/12/1965* Age *49* | *W* | *M* | | | |

Home Address   Home Phone
*2248 Devos St Eugene, OR 97402*   *541-514-2791*

Employer Name/Address   Business Phone *541-688-4190*   Mobile Phone *541-514-2791*

**INVOLVED**

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | *OGDEN, CLARISSA MARIE* | | *03/30/1966* Age *49* | *W* | *F* | | | |

Home Address   Home Phone
*1645 H St Springfield, OR 97477*   *541-510-5455*

Employer Name/Address   Business Phone   Mobile Phone

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

**PROPERTY**

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Officer/ID# *CROLLY, G. J. (307)*

Invest ID# *(0)*

Supervisor *LEWIS, D. W. (234)*

Complainant Signature   Case Status *Open*   Case Disposition:   Page 1

*Springfield Police Department*

| Case# | 15-02821 |

Status Codes   1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

Page 2

NARRATIVE

Exhibit 16
Page 152 of 178

COE 000734

| Springfield Police Department | | 15-02821 |
| --- | --- | --- |
| Victim | Offense<br>*ASSIST OUTSIDE AGENCY* | Date / Time Reported<br>*Mon 03/30/2015 19:15* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

SOURCE:

On March 30th, 2015 at approximately 1915 hrs, I was contacted at home and asked to respond to 2248 Devos St. in Eugene, the scene of an Officer Involved Shooting involving Officers with the Eugene Police Department.

INVESTIGATION:

Other members of the Lane County Interagency Deadly Force Investigation team were called and responded to the scene as well. While en-route to the scene, I was diverted by OSP Sgt. Kenyon and was asked to respond to the office of the Eugene Police Officers Association at 450 Country Club Rd. I was told that Officer Will Stutesman was involved in the incident and was the shooting officer. My responsibility was to process Officer Stutesman's weapon and photograph Officer Stutesman. Upon arrival, I met with Detective Jed McGuire, Association Vice-President. I was informed that EPD Detectives had already photographed Officer Stutesman and seized and processed his firearm and ammunition. I relayed this information to Sgt. Kenyon.

I was also advised by Detective McGuire that other EPD Officers were present at the office and those officers were prepared to give statements about their involvement.

STATUS:

Investigation Continuing

*Springfield Police Department*                                              OCA: **1502821**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *OPEN*          Case Mng Status: *NA*                    Occurred: *03/30/2015*

Offense: *ASSIST OUTSIDE AGENCY*

---

Investigator: *CROLLY, G. J. (307)*                         Date / Time: *04/01/2015 14:23:18, Wednesday*

Supervisor: *LEWIS, D. W. (234)*          Supervisor Review Date / Time: *04/02/2015 08:51:43, Thursday*

Contact:                                         Reference: *Supplemental*

---

SOURCE:

On March 30th, 2015 at approximately 1915 hrs, I was contacted at home and asked to respond to assist with an Officer Involved Shooting involving Officers with the Eugene Police Department.

INVESTIGATION:

Upon responding to the office of the Eugene Police Officers Association at 450 Country Club Rd, I was advised by Association Vice President Jed McGuire that other EPD Officers were present at the office and those officers were prepared to give statements about their involvement.

At approximately 2010 hrs, I met with Officer Nate Pieske along with Association representative Dan Braziel in a private room within the Association office. I asked Pieske if he could provide me with a statement about his involvement as well as what he witnessed. Pieske told me he was on duty, in uniform, operating his marked police motorcycle when the call for service came over the radio. Pieske told me he heard radio traffic that mentioned the incident was somewhere near Devos St. and Barger Drive. Pieske said he heard Sgt. McAlpine mention something about needing the Bearcat at the scene. I am familiar with the Bearcat as an armored response & rescue vehicle. Pieske confirmed that was what he was referring to.

Pieske told me he radioed Sgt. McAlpine and told him he was available to take the Bearcat to the scene. Pieske said he responded to the EPD storage lot on Lincoln St. and drove the Bearcat to Devos St. and stopped just south of the involved residence (2248 Devos St.). Pieske said Sgt. McAlpine, Officer Stutesman, and Officer Gross got into the Bearcat at that time. Pieske said he drove the vehicle down the driveway of the residence to the south of the involved residence at 2248 Devos St. Pieske explained that involved residence was at the end of a long driveway on a panhandle lot. Pieske said he stopped the Bearcat approximately 100 feet away from the front door of the involved residence and parked the vehicle so that it faced the residence.

Pieske told me he had not driven the Bearcat before and was not aware of what level of ballistic protection it provided. From his position in the driver's seat, Pieske said he could see movement on the second story level of the house at a window on the east facing side. Pieske told me Officer Stutesman positioned himself in the turret of the Bearcat and held the best vantage point. Pieske said Officer Gross was seated in the front passenger seat and played the role of a negotiator. Pieske described Officer Gross as using the phone and loudspeaker to attempt to communicate with the subject inside the house.

---

Springfield Police Department

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *OPEN*          Case Mng Status: *NA*          Occurred: *03/30/2015*

Offense: *ASSIST OUTSIDE AGENCY*

Investigator: *CROLLY, G. J. (307)*          Date / Time: *04/01/2015 14:23:18, Wednesday*

Supervisor: *LEWIS, D. W. (234)*          Supervisor Review Date / Time: *04/02/2015 08:51:43, Thursday*

Contact:          Reference: *Supplemental*

Pieske told me that, at one point, the front door of the residence opened and closed a couple of times. Pieske said a male exited the house with his hands up and was contacted by Sgt. McAlpine and Sgt. Scott Vinje, who had recently arrived at the Bearcat. Pieske said it was determined that man was the roommate of the distraught subject they were there to deal with. Pieske said he could hear the roommate talking and heard him say the male inside the house was furious and was going to the safe to get his guns.

Pieske told me he saw the male at a window on the east side of the house and could hear him yelling through the window but could not quite make out what was being said. Pieske said that the man appeared quite agitated. Pieske said Officer Gross continued to try to deescalate the situation and negotiate with the man. Pieske said Officer Stutesman had been relaying what he had been seeing from his position in the turret.

Pieske said that a short time later, the front door opened two times. The first time the man slammed the door so hard he could see the frame and threshold of the door shake. When the door opened the second time, Pieske saw a large white male wearing a gray shirt exit. Pieske said he saw that the man was armed with a rifle with a bipod and had raised the firearm as he exited. Pieske told me Officer Stutesman was still in his position at the turret of the Bearcat and Pieske could hear Officer Stutesman yelling commands at the male. Pieske told me he was concerned that the man intended to shoot the rifle at them. Pieske expressed an added concern that the windshield of the bearcat was not bullet resistant and was worried that he or Officer Gross could be shot in the face. Pieske said he heard Officer Stutesman say something about a gun and then heard a single gunshot.

Pieske said he asked Officer Stutesman, "Did you shoot him?" and that Stutesman responded, "Yeah". Pieske told me that no one else seemed to realize what had just happened. Pieske said Sgt. McAlpine and Sgt. Vinje were engaged in conversation with the roommate that just exited and seemed unaware that Officer Stutesman fired his weapon. After a radio roll-call was conducted, it was confirmed that Stutesman was the officer that fired his weapon. Pieske said it was determined that officers needed to move up to the porch to check on the man that was shot. Pieske was told to drive the Bearcat up to the front door. Pieske told me he drove the vehicle through two fences and into the yard in front of the porch. Pieske said other officers moved up with the Bearcat and approached the subject. Pieske said the officers moved the rifle away from the man and determined he was deceased. Nonetheless, medics were summoned to the scene and confirmed the man was deceased. Pieske said he exited the Bearcat and left the vehicle parked.

I summarized the facts I learned from Officer Pieske and asked if there was anything else I need to know. Officer Pieske felt that he had relayed all of the information he could. I ended my conversation with Officer Pieske a short time later and arranged to speak with another involved officer.

Exhibit 16

Investigator Signature          Supervisor Signature          Page 155 of 178

COE 000737

*Springfield Police Department*

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*      **Case Mng Status:** *NA*      **Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

---

**Investigator:** *CROLLY, G. J. (307)*      **Date / Time:** *04/01/2015 14:23:18, Wednesday*

**Supervisor:** *LEWIS, D. W. (234)*      **Supervisor Review Date / Time:** *04/02/2015 08:51:43, Thursday*

**Contact:**      **Reference:** *Supplemental*

---

STATUS:

Investigation Continuing

---

| Investigator Signature | Supervisor Signature | Exhibit 16 |
|---|---|---|
| | | Page 156 of 178 |

COE 000738

Springfield Police Department

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *OPEN*                Case Mng Status: *NA*                   Occurred: *03/30/2015*

Offense: *ASSIST OUTSIDE AGENCY*

---

Investigator: *CROLLY, G. J. (307)*              Date / Time: *04/01/2015 14:26:30, Wednesday*

Supervisor: *LEWIS, D. W. (234)*         Supervisor Review Date / Time: *04/02/2015 09:02:27, Thursday*

Contact:                                         Reference: *Supplemental*

---

SOURCE:

On March 30th, 2015 at approximately 1915 hrs, I was contacted at home and asked to respond to assist with an Officer Involved Shooting involving Officers with the Eugene Police Department.

INVESTIGATION:

Upon responding to the office of the Eugene Police Officers Association at 450 Country Club Rd, I was advised by Association Vice President Jed McGuire that other EPD Officers were present at the office and those officers were prepared to give statements about their involvement.

At approximately 2050 hrs, I met with Officer Joe Kidd along with Association Vice President Jed McGuire in a private room within the Association office. I asked Kidd if he could provide me with a statement about his involvement as well as what he witnessed. Kidd told me he was on duty, in uniform, operating his marked police vehicle when the call for service came over the radio. Kidd said the radio call mentioned a welfare check on a suicidal man that was armed and had already fired a gun. Kidd said he responded to the location to assist. Upon his arrival, Kidd parked his patrol car south of the involved residence and walked in from there.

Kidd said he initially met up with Officer Stutesman and Sgt. McAlpine. Kidd told me he initially took a surveillance position to the east of the residence, alongside a long driveway. Kidd said he tried to monitor the residence through some fence boards but felt his position was unsafe and not the best for surveillance as he could only see the upstairs windows of the house. Kidd said he was able to move to the rooftop of the house south of 2248 Devos St. Kidd said he was next to a chimney that provided him cover and concealment. Kidd said that from that position he could see the upper level and lower level of the house, to include the front door. Kidd said his view was partially obscured by two columns that were on either side of the porch.

Kidd told me while he was in his surveillance position he was armed with his duty pistol. Kidd said he observed a white male open the front door and yell at least one time. Kidd told me that a short time later a different male opened the front door and exited the residence. Kidd said that man had his hands raised and walked out towards officers at the Bearcat that was parked in an adjacent driveway. Kidd said officers contacted and spoke with that man and he maintained surveillance on the house.

Kidd told me while he was watching the house he could hear a male inside the residence yelling things such as, "Fuck You! This is my property!" and other random things that he could not remember specifically. Kidd said, not long after

Exhibit 16

*Springfield Police Department*

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*      **Case Mng Status:** *NA*      **Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

---

**Investigator:** *CROLLY, G. J. (307)*      **Date / Time:** *04/01/2015 14:26:30, Wednesday*

**Supervisor:** *LEWIS, D. W. (234)*      **Supervisor Review Date / Time:** *04/02/2015 09:02:27, Thursday*

**Contact:**      **Reference:** *Supplemental*

---

the yelling, a man exited the house via the front door. Kidd said he heard Officer Stutesman yell at the man in a command voice. Kidd said he heard the word "Rifle". Kidd told me he then heard one shot come from the area of the Bearcat. Kidd said he thought Officer Stutesman may have fired the shot. Kidd told me he broadcast, "Shot fired" over the radio. Kidd said no one knew, for sure, who had fired the shot. Kidd said he tried to maintain surveillance on the man on the porch. Kidd said the man was lying on the ground and was not moving. Kidd said he continued to watch the man until other officers safely approached him and confirmed he as deceased. Kidd said he moved down from his surveillance position and later cleared the scene.

I summarized the facts I learned from Officer Kidd and asked if there was anything else I need to know. Officer Kidd felt that he had relayed all of the information he could. I ended my conversation with Officer Kidd a short time later and arranged to speak with another involved officer.

STATUS:

Investigation Continuing

Exhibit 16

Page 158 of 178

Investigator Signature      Supervisor Signature

COE 000740

*Springfield Police Department*                                                    OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*                **Case Mng Status:** *NA*                **Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

---

**Investigator:** *CROLLY, G. J. (307)*                    **Date / Time:** *04/01/2015 14:27:54, Wednesday*

**Supervisor:** *LEWIS, D. W. (234)*          **Supervisor Review Date / Time:** *04/02/2015 09:19:43, Thursday*

**Contact:**                                          **Reference:** *Supplemental*

---

### SOURCE:

On March 30th, 2015 at approximately 1915 hrs, I was contacted at home and asked to respond to assist with an Officer Involved Shooting involving Officers with the Eugene Police Department.

### INVESTIGATION:

Upon responding to the office of the Eugene Police Officers Association at 450 Country Club Rd, I was advised by Association Vice President Jed McGuire that other EPD Officers were present at the office and those officers were prepared to give statements about their involvement.

At approximately 2120 hrs, I met with Officer Lori Barnes along with Association Vice President Jed McGuire outside of the Association office. I asked Barnes if she could provide me with a statement about her involvement as well as what she witnessed. Barnes told me she was on duty, in uniform, operating her marked police vehicle when the call for service came over the radio. Barnes said she had been writing reports at the Property Control Unit on Garfield St. when she was dispatched to 2248 Devos St. regarding a suicidal man with PTSD that was armed and had already fired a gun. Barnes said she was amongst numerous units responding to the call. Upon her arrival, Barnes parked her patrol car north of the involved residence and walked in from there, eventually meeting up with Officer Farley.

Barnes said she and Officer Farley began to move towards the involved residence to obtain a visual on the house. Barnes said the Bearcat arrived on scene and moved up towards the house from the east. Barnes said she could hear "hailing and admonishments" over the loudspeaker. Barnes told me she could also hear a male yelling from inside the house. Barnes said there was radio traffic about the man inside the house. Barnes told me she heard a single gunshot a short time later. Barnes told me she did not immediately know who fired the shot. Barnes reported hearing more radio traffic and heard that officers moved up and confirmed the male who exited the house was deceased.

Barnes said she did not see the man or the shooting occur. Barnes said she made her way to the driveway of the house and ended up contacting a man named Jim, who was the deceased man's roommate. Barnes told me she stood by with "Jim" until she was relieved from the scene. Barnes said she did not interview "Jim" but he spoke while she was with him. Barnes said "Jim" made mention of Brian and his behavior issues, as well as mentioning the V.A.

I summarized the facts I learned from Officer Barnes and asked if there was anything else I need to know. Officer Barnes felt that she had relayed all of the information she could. I ended my conversation with Officer Barnes a short time later.

---

Exhibit 16

| Investigator Signature | Supervisor Signature | Page 159 of 178 |

                                          COE 000741

*Springfield Police Department*

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*      **Case Mng Status:** *NA*      **Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

**Investigator:** *CROLLY, G. J. (307)*      **Date / Time:** *04/01/2015 14:27:54, Wednesday*

**Supervisor:** *LEWIS, D. W. (234)*      **Supervisor Review Date / Time:** *04/02/2015 09:19:43, Thursday*

**Contact:**      **Reference:** *Supplemental*

STATUS:

Investigation Continuing

| | | |
|---|---|---|
| Investigator Signature | Supervisor Signature | Exhibit 16<br>Page 160 of 178 |

*Springfield Police Department*

OCA: **1502821**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*  **Case Mng Status:** *NA*  **Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

**Investigator:** *CROLLY, G. J. (307)*  **Date / Time:** *04/01/2015 16:51:48, Wednesday*

**Supervisor:** *LEWIS, D. W. (234)*  **Supervisor Review Date / Time:** *04/02/2015 09:20:28, Thursday*

**Contact:** *Sherman, Jenifer Coleen*  **Reference:** *Supplemental*
*2436 E Irwin Way, Eugene*
*541-513-6324*

SOURCE:

On March 30th, 2015 at approximately 1915 hrs, I was contacted at home and asked to respond to assist with an Officer Involved Shooting·involving Officers with the Eugene Police Department.

INVESTIGATION:

After conducting interviews with several Eugene Police Officers I responded to the scene of the shooting, 2248 Devos Street in Eugene. I assisted with a canvas of the neighborhood, seeking witnesses to the incident. I checked the neighborhood immediately west of the residence. I was able to contact the residents of 2436 E. Irwin Way. Jenifer SHERMAN was contacted there and advised she was home when the incident occurred. SHERMAN said she was outside her house when a police car pulled up in front and an officer exited and walked eastbound down a long driveway. Another police officer arrived a short time later and went to the same area. SHERMAN said it seemed they were watching a house on Devos St.

SHERMAN said that during the next 15-20 minutes she heard what she thought was the police on a loudspeaker telling someone to "come out" and "we want to talk". SHERMAN said she heard what sounded like a single gunshot fired. SHERMAN said the two officers came back out to the street and told her to move back for her own safety. SHERMAN said she went inside her house and did not see or hear anything else.

SHERMAN told me she did not know anyone at the involved house and presumably did not know the involved male.

STATUS:

Investigation Continuing

|  |  |  |
| --- | --- | --- |
| Investigator Signature | Supervisor Signature | Exhibit 16 |

*r_supp3*

COE 000743

*Springfield Police Department*       OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*     **Case Mng Status:** *NA*     **Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

---

**Investigator:** *POTTER, K. D. (354)*     **Date / Time:** *04/01/2015 08:50:57, Wednesday*

**Supervisor:** *LEWIS, D. W. (234)*     **Supervisor Review Date / Time:** *04/02/2015 08:43:35, Thursday*

**Contact:**     **Reference:** *Witness Statement*

---

Source of Activity: I was contacted at home and assigned to assist with an officer involved shooting at 2248 Devos St. in Eugene. I responded to the residence and spoke with Oregon State Police Sgt. Kenyon who directed me to speak with James Antonini.

Observation and Investigation: Detective Thompson with the Eugene Police Department and I spoke with Brian Babb's roommate, James Antonini. Refer to Officer Thompson's report for details of our interview of Antonini. While talking with Antonini he advised Babb had recently been dating and spending a lot of time with a female named "Kris". Antonini stated "Kris" might have insight to Babb's current mental state. Antonini did not know Kris's name or phone number. Antonini told me he would be able to figure out Kris's name and number and get it to as soon as possible.

Antonini called me a short while later and advised "Kris" was Clarissa Ogden and provided me her phone number. I called Ogden and advised her of the situation. Ogden agreed to speak with me at her residence in Springfield. Detective Thompson and I then went to Ogden's residence.

We spoke with Ogden about Babb and she told me the following: Ogden stated she has known of Babb for many years but had never met him until recently. March 16th, 2015, was the first time she met Babb. They met on an internet dating site called plenty of fish. Ogden said they have spent time together every day except two since they met two weeks prior. Ogden also stated they have spent the night together almost every night since they first met.

Ogden stated the last time she saw Babb was the morning of March, 28th, 2015, after she stayed the night. Ogden stated they had a great night and everything seemed normal when she left. Ogden stated she did not hear back from Babb all of that day and he would not return her phone calls. Ogden thought this was strange because they had talked so much within the two weeks prior. Ogden went by his house to see if he was home that same night and noticed his vehicle was in the driveway and the lights were on. Ogden did not go up to the residence, she only drove by to see if he was home.

The next day Ogden tried again to call and text Babb. Babb never returned Ogden's phone calls or text's and she did not speak with him that entire day. On Monday, March, 30th, 2015, she attempted again to get in touch with Babb but was unable. About 1600 hours that day Ogden drove by his residence again and noticed Babb's truck was at the residence but had been moved from the street to the driveway. Ogden did not go up to the residence and drove home. Ogden called Babb when she got home. Babb did not answer her phone call but called her back about a minute later. Babb then told her he was having phone issues and was not receiving anyone's calls or text messages. Ogden stated

Exhibit 16

| Investigator Signature | Supervisor Signature | Page 162 of 178 |
| --- | --- | --- |

*Springfield Police Department*

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*　　　　　　**Case Mng Status:** *NA*　　　　　　**Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

**Investigator:** *POTTER, K. D. (354)*　　　　　　**Date / Time:** *04/01/2015 08:50:57, Wednesday*

**Supervisor:** *LEWIS, D. W. (234)*　　　　**Supervisor Review Date / Time:** *04/02/2015 08:43:35, Thursday*

**Contact:**　　　　　　**Reference:** *Witness Statement*

---

she was upset with Babb for not answering her phone calls and was not buying his story. Ogden stated she ended the phone call with him after about a minute. Ogden stated she never let him know she was upset or confronted him about not answering her calls. Ogden stated Babb sounded normal over the phone and she did think anything was wrong with his mental state.

Ogden told me Babb was very open about his mental issues and experiences in the military during the two weeks they were dating. Babb told Ogden he suffers from PTSD, trouble sleeping, muscle spasms and headaches. Ogden stated she knew Babb to have two different therapists which he spoke with regularly. Ogden also knew he had not visited either of his therapists for more than two weeks. Babb had expressed to Ogden he was in need of visiting his therapists.

Ogden told me she knew Babb to suffer from mental issues due to his time in the military but never realized the severity. Ogden stated Babb was never temperamental or aggressive with her. Ogden knew Babb to a kind, down to earth person and she never would have expected something like this to happen.

Case Status: This report has been forwarded to Oregon State Police Officer Sprague.

---

| Investigator Signature | Supervisor Signature |
|---|---|

Exhibit 16

COE 000745

*Springfield Police Department*

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*  **Case Mng Status:** *REFERRED TO OTHER*  **Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

**Investigator:** *POTTER, K. D. (354)*  **Date / Time:** *04/03/2015 08:23:19, Friday*

**Supervisor:** *LEWIS, D. W. (234)*  **Supervisor Review Date / Time:** *04/03/2015 08:30:40, Friday*

**Contact:**  **Reference:** *Supplemental Officer Statement*

---

Source of Activity: I was contacted at home and assigned to assist with an officer involved shooting at 2248 Devos St. in Eugene. I was assigned to interview Eugene Police Office Keyser, who was a perimeter officer at the scene and assisted with the case.

Observation and Investigation: I spoke with Officer Keyser at the Eugene Police Union Office. I spoke with Officer Keyser at approximately 2120 hours and he told me the following: On March 30th, 2015, Officer Keyser was working as a uniformed patrol officer. Officer Keyser was conducting follow up in Cottage Grove when he heard officers dispatched to 2248 Devos St. in Eugene. Officer Keyser heard over the radio that Brian Babb was a suicidal subject at the residence who had possibly fired a gun shot inside the residence.

Officer Keyser recognized the call to be potentially serious situation and possibly need additional officers to assist. Officer Keyser began driving toward the residence to assist. Officer Keyser arrived at the scene about fifteen to twenty minutes after the initial officers. Officer Keyser approached the residence on Devos from the north. Officer Keyser block Devos St. with his patrol vehicle at the far north end so pedestrian vehicles would be unable to enter the scene.

Officer Keyser approached the scene on foot and joined Officer Farley who had taken cover behind a van and was covering the residence with his patrol rifle. Officer Keyser and Office Farley moved up to the residence that sat just to the north-east of 2248 Devos. Officer Keyser stated their view of the involved residence was limited and they could mostly only see the roof from their location. Officer Keyser heard yelling from officers who were across the driveway from them, inside the Eugene Police armored rescue vehicle (Bearcat). Office Keyser could tell the officers in the Bearcat were challenging someone at the front of the residence. Officer Keyser glanced at the officers in the Bearcat and saw Officer Stutsman, who was in the turret of the Bearcat, fire one shot toward the residence. Officer Keyser then heard over the radio there was a person, later identified as Brian Babb down in the doorway of the residence.

Officer Keyser and Officer Farley then attempted to get a better view of the involved residence. Officer Farley got onto the roof of the residence to the north-east of the involved residence. Officer Farley was only on the roof for a brief moment before climbing down. Officer Keyser and Officer Farley then moved into position behind the Bearcat. The Bearcat drove through the south side neighbor's fence toward the front of the involved residence. Officer Keyser followed behind the Bearcat on foot as it made its way toward the residence. The Bearcat then went across the driveway and through the neighbor's fence on the other side of the driveway. The Bearcat then gets into a position where the officers could better see Babb lying just inside the doorway of the residence. Officer Keyser could also see a hunting rifle lying just outside the open doorway of the residence. Officer Keyser, Sgt. Vinje, Sgt. McAlpine all approached Babb. Babb was motionless and there was blood pooling underneath his head and upper body. Sgt.

Exhibit 16

*r_supp3*  COE 000746

*Springfield Police Department*

OCA: *1502821*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*    **Case Mng Status:** *REFERRED TO OTHER*    **Occurred:** *03/30/2015*

**Offense:** *ASSIST OUTSIDE AGENCY*

---

**Investigator:** *POTTER, K. D. (354)*    · **Date / Time:** *04/03/2015 08:23:19, Friday*

**Supervisor:** *LEWIS, D. W. (234)*    **Supervisor Review Date / Time:** *04/03/2015 08:30:40, Friday*

**Contact:**    **Reference:** *Supplemental Officer Statement*

---

McAlpine checked his vitals and advised Babb was deceased.

Officer Keyser, Sgt. Vinje, and Sgt. McAlpine checked the inside of the residence and found there were no other occupants inside. Officer Keyser stayed with Babb for about ten minutes before he was relieved. Officer Keyser had no other interaction with this case after this point.

Case Status: This report has been forwarded to Oregon State Police Officer Sprague.

---

Exhibit 16

| Investigator Signature | Supervisor Signature | Page 165 of 178 |

COE 000747

# COTTAGE GROVE POLICE REPORTS

# 15-0176

Exhibit 16
Page 166 of 178

COE 000748

# Cottage Grove Police Dept.

**City of Cottage Grove**
**400 Main Street**
**Cottage Grove, OR 97424**
**(541) 942-9145**

## Incident Report: 20150716

*Current As Of:* Monday, April 06, 2015

| | | | | | |
|---|---|---|---|---|---|
| **Offense(s):** 103 | **AGENCY ASSIST** | | **Reported** | 3/30/2015 | **Rcvd** 8:01 PM **Dispatcher:** 52943 |
| **Add'l Chgs:** | | | **Department** | | **Disp** 8:02 PM **Officer:** |
| | | | **End** | | **Arvd** 8:32 PM |

**Location:** 2248 DEVOS ST   EUGENE OR 97402     **District:** Z     **Clrd** 10:30 PM

**Dispatch Narrative:** DET JONES ENRT TO LOC TO ASST W/OFCR INVOLVED SHOOTING.

\* 412/FILE RPT

**Scratch:**
03/30 20:02:53 ...412 Added ...
03/30 20:32:17 ...422 C6...34278
03/30 20:45:33 ...412 ENRT EPD ON COUNTRY CLUB...34278
03/30 20:55:14 ...412 C6 EPD...34278
03/30 22:04:57 ...412 CLR ENRT SCENE...34278
03/30 22:15:19 ...412 C6 SCENE...34278
03/30 22:26:45 ...224 C4...34278

### People Involved:

| Involvement | Name / Address | | DOB | Phone / Cell | Charge/Offense | Date Officer |
|---|---|---|---|---|---|---|
| Involved Pers | BABB, Brian Avon | | 5/12/1965 | | AGENCY ASSIST | 3/30/2015 |
| | DECEASED 03/30/15 | | Age: 49 | | AGENCY ASSIST | Jones |
| File# 105608 | | | Employer: | | Employer Phone: | |
| Involved Pers | EPD, | | | 541-682-5911 | | 3/30/2015 |
| | 300 COUNTRY CLUB Rd | | Age: | | AGENCY ASSIST | Jones |
| File#   8259 | Eugene | OR | Employer: | | Employer Phone: | |
| Complainant | LCSO, | | | 541-682-4150 | | 3/30/2015 |
| | 125 E 8TH AVE | | Age: | | AGENCY ASSIST | Jones |
| File#   13337 | Eugene | OR | Employer: | | Employer Phone: | |

*Incident #*   20150716

Page 1 of 2

Exhibit 16
Page 167 of 178
COE 000749

# Narrative

## Incident # 20150716

**Date** 4/6/2015 **Time** 10:50 Hours **Officer** Jones

### SYNOPSIS

Members of the Lane County, Oregon Interagency Deadly Force Investigation Team conducted an investigation after a Eugene Police Officer was involved in a shooting at 2248 Devos Street in Eugene, Oregon.

### PROPERTY / EVIDENCE

None.

### NARRATIVE

On March 30, 2015 at approximately 7:26 P.M. I was off duty when I received an automated message via the Lane County Sheriff's Office activating the Lane County Interagency Deadly Force Investigation Team, with instructions to respond to 2248 Devos Street Eugene, Oregon and contact Sergeant Andy Kenyon, of the Oregon State Police along with Sergeant Carl Wilkerson of the Lane County Sheriff's Office.

When I arrived I was briefed by Sergeant Wilkerson and learned that the involved subject is **BRIAN BABB** who resides at the Devos Street address. Sergeant Wilkerson then requested that I respond with Detective Chad Rogers, (Of the Lane County Sheriff's Office) to the main office of the Eugene Police Department. Sergeant Wilkerson's request was specific to interviewing two Eugene Police Sergeants who were on scene during the incident and may have witnessed the events leading up to and including the shooting. Detective Rogers took the lead in these interviews, digitally recorded them and compiled reports documenting our findings. Refer to his report for details on these interviews.

### DISPOSITION

Case closed, information report.

Forward to the Springfield Office of the Oregon State Police Attention Sergeant Kenyon and Detective Dustin Sprague.

### ASSOCIATED CASE(S)

Eugene Police Department Case Number 2015-5349.
Oregon State Police Case Number 2015-095758.
Lane County Sheriff's Office Case Number 2015-1925.
Springfield Police Department Case Number 2015-****.
Lane County District Attorney's Office Case Number 282543.

Officer's Signature: Carlos Jones      DPSST #: **44434**    Date: **04/03/15**

Approved By:                   DPSST #: 42042   Date: 04/06/2015

*Incident # 20150716*                                     Page 2 of 2

Exhibit 16
Page 168 of 178

COE 000750

# EVIDENCE

Exhibit 16
Page 169 of 178

COE 000751

15-095758

Form #65 (Rev. 10/98)

Page ____ of ____ pages

**OREGON STATE POLICE**
**PROPERTY REPORT**

1. Springfield Office

2. RELATED REPORTS
- ☑ Incident
- ☐ Accident
- ☐ Custody
- ☐ Supplemental
- ☐ Additional Evidence
- ☐ Detail
- ☐ Citation
- ☐ Forensic

3. PROPERTY ROOM #

5. ☐ GHQ ☐ DHQ ☐ I.D. ☐ LAB ☐ DOC.
OTHER: ____

4. COUNTY OF VENUE: Lane

8. 8. SPIS-095758 INCIDENT #

7. INCIDENT TYPE: Officer Involved Shooting

8. REPORTED: 3, 30, 15, 6:00 PM

9. LOCATION (Where seized, found, surrendered): 2248 Devos  Eugene  OR
Street Address ... State ... Zip Code

**PERSONS**

10. OWNER NAME — Last / First / Middle  | 11. SEX | 12. D.O.B. mo. day yr. | 13. RES. PHONE

14. OWNER ADDRESS — Street / City / State / Zip Code | 15. RACE | 16. BUS. PHONE

17. ☐ Finder ☐ Suspect ☐ Victim
18. NAME Last: Babb  First: Brian  Middle: Ann | 19. SEX: M | 20. D.O.B. 5-12-65 | 21. RES. PHONE
22. ADDRESS Street: 2248 Devos  City: Eugene  ORState  Zip Code | 23. RACE: W | 24. BUS. PHONE

**VEH.**

25. VEHICLE INFORMATION — License No. / State / VIN / Year / Make / Model / Style / Color
26. TOWED BY | 27. TOWED TO | 28. TOW OPERATOR'S SIGNATURE — Name / Date

29. PROPERTY CODES:  S - stolen  R - recovered  E - evidence  F - found  I - inventory
C - contraband  SK - safekeeping  RT - returned  L - lost

30. Search
- ☐ Warrant
- ☐ Probable Cause
- ☐ Consent

| CODE 31. | ITEM # | 32. PROPERTY DETAIL | 33. LOT/BIN |
|---|---|---|---|
| E DWS-1 | | Type: Empty 9mm Shell Casing   Color: Found on Apptable in Bedroom by Sprague   Brand/Make   Size/Calibre   P1500 7467 | |
| E DWS-2 | | Unfired 9mm Round   Serial No.   Color: Found on Nigut stand by Sprague   Brand/Make   Size/Calibre   Description   P1500 7468 | |
| E DWS-3 | | Gun Trigger Lock   Serial No.   Color: Found in Bedroom Closet   Owner Apptation Value   Brand/Make   Size/Calibre   Description   By Sprague   P1500 7469 | |
| E DWS-4 | | HP Laptop Computer   Serial No.   Color: model 15on Bot 5DX  Value Serial # CND42007687   Brand/Make   Size/Calibre   Other Information: found on Table in S. Bedroom by Sprague   P1500 7470 | |
| E DWS-5 | | Motortory Identification for   Color: Brian Babb   Value   Brand/Make   Size/Calibre   Found in Drawer of Nightstand   Description   P1500 7471 | |
| E DWS-6 | | HP Com Cell Phone   Serial No.   Color: Found on Dining Room Table   Brand/Make   Size/Calibre   Description   by Sprague   P1500 7472 | |
| F DWS-7 | | .300 Win Mag Rifle Round   Brand/Make   Color: Found on Dining Room Table   Owner Apptation   Size/Calibre   Description   By Sprague   P1500 7474 | |
| E DWS-8 | | Dell Laptop Computer   Color: model # 4290985 5130L   Serial # TPNF449   Brand/Make   Size/Calibre   found in Dining Room by Sprague   P1500 7476 | |
| E DWS-9 | | .223 Shell Casing   Serial No.   Color: found in Driveway   Value   Brand/Make   Size/Calibre   Description   by Silano   P1500 7478 | |
| E DWS-10 | | Ruger P85   9mm Pistol   Brand/Make   Color: Serial # 301-34933   Owner Apptation   Size/Calibre   Description   found in Pick-up Truck by Silano   P1500 7577 | |

34. RELEASED TO OR RECEIVED FROM — Name / Address / Phone / Signature

35. REPORTING OFFICER: Dusty Sprague  3956 20    REC 331S R ROOM B   37. APPROVED BY: 39. DATA ENTRY

Exhibit 16
COE 000752

15-075758

Form #65 (Rev. 1/88)

Page ____ of ____ pages

| OREGON STATE POLICE **PROPERTY REPORT** | 2. RELATED REPORTS | 3. PROPERTY ROOM # | 5. | GHQ | DHQ | I.D. | LAB | DOC. | 6. |
|---|---|---|---|---|---|---|---|---|---|

1. Springfield Office

2. RELATED REPORTS:
☑ Incident  ☐ Detail
☐ Accident  ☐ Citation
☐ Custody  ☐ Forensic
☐ Supplemental
☐ Additional Evidence

4. COUNTY OF VENUE: Lane

OTHER: _____

6. INCIDENT # 5PIS-075758

**PERSONS**

7. INCIDENT TYPE: Officer Involved Shooting
8. REPORTED: 6/30/15 6:00pm

9. LOCATION (Where seized, found, surrendered): 2248 Devos Eugene OR
Street Address — State — Zip Code

10. OWNER NAME: Last ____ First ____ Middle ____
11. SEX | 12. D.O.B. mo. day yr. | 13. RES. PHONE

14. OWNER ADDRESS: Street ____ City ____ State ____ Zip Code
15. RACE | 16. BUS. PHONE

17. ☐ Finder ☑ Suspect ☐ Victim
18. NAME: Last Babb, First Brian, Middle Avon
19. SEX M | 20. D.O.B. 5-12-65 | 21. RES. PHONE

22. ADDRESS: Street 2248 Devos, Eugene OR State, Zip Code
23. RACE W | 24. BUS. PHONE

**VEH.**

25. VEHICLE INFORMATION: License No. | State | VIN | Year | Make | Model | Style | Color
26. TOWED BY
27. TOWED TO
28. TOW OPERATOR'S SIGNATURE — Name — Date

29. PROPERTY CODES: S - stolen  R - recovered  E - evidence  F - found  I - inventory
C - contraband  SK - safekeeping  RT - returned  L - lost

30. Search:
☐ Warrant
☐ Probable Cause
☐ Consent

| CODE 31. | ITEM # | 32. PROPERTY DETAIL | | | | 33. LOT/BIN |
|---|---|---|---|---|---|---|
| E DWS-11 | | Type/Item: Magazine and (7) live 1 Rounds of Make | Serial No. | | Size/Calibre | |
| | | Color: 9mm  Owner Applied No.  Ammunition  Value: Removed from DWS-10 | | | NCIC/LEDS | |
| | | Other Information: **PISOO7581** | | | | |
| E DWS-12 | | Type/Item: Remington Model Serial No. 700 Rifle Brand/Make 300 Win Mag Size/Calibre liber. | | | | |
| | | Color: Black  Owner Applied No.  Value  Serial # G71D9823 (GQ 4996) Description | | | | |
| | | Other Information: Located on front porch by Sprague **PISOO7586** | | | | |
| E DWS-13 | | Type/Item: (4) Digital Photos of Scene Brand/Make | Serial No. | Description | Size/Calibre | |
| | | Color  Owner Applied No.  Value | | Description | | |
| | | Other Information: Collected by Sprague **PISOO7582** | | | NCIC/LEDS | |
| | | Type/Item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color  Owner Applied No.  Value | | Description | | |
| | | Other Information | | | NCIC/LEDS | |
| | | Type/Item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color  Owner Applied No.  Value | | Description | | |
| | | Other Information | | | NCIC/LEDS | |
| | | Type/Item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color  Owner Applied No.  Value | | Description | | |
| | | Other Information | | | NCIC/LEDS | |
| | | Type/Item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color  Owner Applied No.  Value | | Description | | |
| | | Other Information | | | NCIC/LEDS | |
| | | Type/Item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color  Owner Applied No.  Value | | Description | | |
| | | Other Information | | | NCIC/LEDS | |
| | | Type/Item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color  Owner Applied No.  Value | | Description | | |
| | | Other Information | | | NCIC/LEDS | |
| | | Type/Item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color  Owner Applied No.  Value | | Description | | |
| | | Other Information | | | NCIC/LEDS | |

34. RELEASED TO OR RECEIVED FROM: Name ____ Address ____ Phone ____

Exhibit 16

36. REPORTING OFFICER: Name Dusty Sprague  39520  3-31-15

COE 000753

15-095758

Form #65 (Rev. 10/98)

Page ___ of ___ pages

**OREGON STATE POLICE**
**PROPERTY REPORT**

1. Springfield
   Office

2. RELATED REPORTS
☑ Incident        ☐ Detail
☐ Accident        ☐ Citation
☐ Custody         ☐ Forensic
☐ Supplemental
☐ Additional Evidence

3. PROPERTY ROOM #

4. COUNTY OF VENUE  Lane

5. GHQ | DHQ | I.D. | LAB | DOC.
OTHER: ___

8. SPS-095758 INCIDENT #

7. INCIDENT TYPE  Officer Involved Shooting

8. REPORTED  3. BO, 15. 16 PM

9. LOCATION (Where seized, found, surrendered)  Eugene Police Department

| PERSONS | 10. OWNER NAME | | | | 11. SEX | 12. D.O.B. mo. day yr. | 13. RES. PHONE |
|---|---|---|---|---|---|---|---|
| | Last | First | | Middle | | | |
| | 14. OWNER ADDRESS | | | | | 15. RACE | 16. BUS. PHONE |
| | Street | City | | State | Zip Code | | |
| | 17. ☐ Finder ☐ Suspect ☐ Victim | 18. NAME Last Bibb, | Briann Avon | Middle | 19. SEX M | 20. D.O.B. 5-12-65 | 21. RES. PHONE |
| | | 22. ADDRESS Street 2248 Devos Ct. | Eugene | OR | Zip Code | 23. RACE W | 24. BUS. PHONE |

| VEH. | 25. VEHICLE INFORMATION License No. | State | VIN | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|
| | 26. TOWED BY | | 27. TOWED TO | | | 28. TOW OPERATOR'S SIGNATURE Name | | Date |

29. PROPERTY CODES:  S - stolen  R - recovered  E - evidence  F - found  I - inventory
C - contraband  SK - safekeeping  RT - returned  L - lost

30. Search  ☐ Warrant  ☐ Probable Cause  ☐ Consent

| CODE 31. | ITEM # | 32. PROPERTY DETAIL | | | | | 33. LOT/BIN |
|---|---|---|---|---|---|---|---|
| E | | Type Item  HK  Model 16  Serial 16 D/5-8xxxmm Rifle  Brand/Calibre | | | | | |
| DWS-14 | | Color  Serial date Applied No. 88-005215 | | | Description | | |
| | | Other Information  Collected by Det. Day. | | P150075994 | | | |
| E | | Type Item  Magazine and Serial (29) rounds Brand/Make  remover Size/Calibre | | | | | |
| DWS-15 | | Color  1 Kronm Owner Applied No. DWS-14 Value | | Description | | NCIC/LEDS | |
| | | Other Information | | P150075995 | | | |
| E | | Type Item  Eugene Police Plate Carrier Brand/Make Size/Calibre | | | | | |
| DWS-16 | | Color  Plates, ammunition wand tools Description | | | | | |
| | | Other Information | | P150075996 | | | NCIC/LEDS |
| | | Type Item | | Serial No. | Brand/Make | Size/Calibre | |
| | | Color  Owner Applied No. Value | | | Description | NCIC/LEDS | |
| | | Other Information | | | | | |

34. RELEASED TO OR RECEIVED FROM
Name ___  Address ___  Phone ___  35. Signature ___

36. REPORTING OFFICER
Name  Dusty Sprague  395 No. 20  3.31.15  37. RECEIVED FOR DATA ENTRY

Exhibit 16

COE 000754

Form #65 (Rev. 10/98)

**OREGON STATE POLICE**
**PROPERTY REPORT**
1. Springfield Office

2. RELATED REPORTS
- ☐ Incident
- ☐ Accident
- ☐ Custody
- ☐ Supplemental
- ☐ Additional Evidence
- ☐ Detail
- ☐ Citation
- ☐ Forensic

3. PROPERTY ROOM #

5. ☐ GHQ ☐ DHQ ☐ I.D. ☐ LAB ☐ DOC.
OTHER: _____

4. COUNTY OF VENUE Lane

6. SPIS-095785
INCIDENT #

INCIDENT TYPE Officer Involved Shooting

8. REPORTED 3-32-15T time

LOCATION (Where seized, found, surrendered) 2248 Devos Street Eugene

| | 10. OWNER NAME | | | 11. SEX | 12. D.O.B. mo. day yr. | 13. RES. PHONE |
|---|---|---|---|---|---|---|
| **PERSONS** | Last | First | Middle | | | |
| | 14. OWNER ADDRESS | | | 15. RACE | | 16. BUS. PHONE |
| | Street | City | State | Zip Code | | |
| | 17. ☐ Finder ☐ Suspect ☐ Victim | 18. NAME Last Babb Brian Avon Middle | | 19. SEX M | 20. D.O.B. 5-12-15 | 21. RES. PHONE |
| | 22. ADDRESS Street 2248 Davis Street City Eugene State Zip Code | | | 23. RACE W | | 24. BUS. PHONE |

| **VEH.** | 25. VEHICLE INFORMATION License No. State VIN Year Make Model Style Color |
|---|---|
| | 26. TOWED BY 27. TOWED TO 28. TOW OPERATOR'S SIGNATURE Name Date |

29. PROPERTY CODES: S - stolen  R - recovered  E - evidence  F - found  I - inventory
C - contraband  SK - safekeeping  RT - returned  L - lost

30. Search ☐ Warrant ☐ Probable Cause ☐ Consent

| CODE 31. | ITEM # | 32. PROPERTY DETAIL | | | | 33. LOT/BIN |
|---|---|---|---|---|---|---|
| DWS | 17 | Type item: DE Owner Applied No. Evidence Photos. | Serial No. | Brand/Make Description | Size/Calibre | |
| | | Color | Other Information By Detective Sprague | | NCIC/LEDS | |
| DWS | 18 | Type item: CD Follow-up Serial No. Scene Photos. | | Description | Size/Calibre | |
| | | Color Owner Applied No. Value | Other Information By Detective Sprague | | NCIC/LEDS | |
| DWS | 19 | Type item: Bullet Removed from Wall | Serial No. | Brand/Make | Size/Calibre | |
| | | Color In Owner Residence Value | Other Information By Detective Sprague | Description | NCIC/LEDS | |
| DWS | 20 | Type item: Shoes Collected from Babb | Serial No. | Brand/Make Description | Size/Calibre | |
| | | Color @ Autopsy | Other Information | | NCIC/LEDS | |
| DWS | 21 | Type item: Socks Collected from Babb | Serial No. | Brand/Make | Size/Calibre | |
| | | Color Owner Applied Autopsy Value | Other Information | Description | NCIC/LEDS | |
| DWS | 22 | Type item: Shorts Collected from Babb | | Brand/Make | Size/Calibre | |
| | | Color Owner Applied Autopsy Value | Other Information | Description | NCIC/LEDS | |
| DWS | 23 | Type item: Underwear Serial Collected from Babb | | Brand/Make | Size/Calibre | |
| | | Color Owner Applied Autopsy Value | Other Information | Description | NCIC/LEDS | |
| DWS | 24 | Type item: "T" Shirt Serial Collected from Babb | | Brand/Make | Size/Calibre | |
| | | Color Owner Applied Autopsy Value | Other Information | Description | NCIC/LEDS | |
| DWS | 25 | Type item: Sweatshirt Serial Collected from Babb | | Brand/Make | Size/Calibre | |
| | | Color Owner Applied Autopsy Value | Other Information | Description | NCIC/LEDS | |
| WS | 26 | Type item: CD Photos of Autopsy | | Brand/Make | Size/Calibre | |
| | | Color Owner Applied No. Value | Other Information | Description | NCIC/LEDS | |

34. RELEASED TO OR RECEIVED FROM
Name                    Address                    Phone

36. REPORTING OFFICER Name Sprague 39520 4-9-15

37. RECEIVED-PROP. ROOM mo. day year initials

38. APPROVED BY 39. DATA ENTRY

Exhibit 16
Page 173 of 178
COE 000755

**OREGON STATE POLICE**
**PROPERTY REPORT**

1. Springfield Office

2. RELATED REPORTS
☑ Incident ☐ Detail
☐ Accident ☐ Citation
☐ Custody ☐ Forensic
☐ Supplemental
☐ Additional Evidence

3. PROPERTY ROOM #

4. COUNTY OF VENUE Lane

5. ☐ GHQ ☐ DHQ ☐ I.D. ☐ LAB ☐ DOC.
OTHER: _____

6. INCIDENT # SP15-095 765

INCIDENT TYPE Officer Involved Shooting

8. REPORTED 3/30/15 time

LOCATION (Where seized, found, surrendered) 2248 Devos Street Eugene

Street Address | State | Zip Code

| PERSONS | 10. OWNER NAME | | | 11. SEX | 12. D.O.B. mo. day yr. | 13. RES. PHONE |
|---|---|---|---|---|---|---|
| | Last | First | Middle | | | |
| | 14. OWNER ADDRESS | | | | 15. RACE | 16. BUS. PHONE |
| | Street | City | State | Zip Code | | |
| | 17. ☐ Finder ☑ Suspect ☐ Victim | 18. NAME Last Robb First Brian Middle Avon | | 19. SEX M | 20. D.O.B. 5-12-65 | 21. RES. PHONE |
| | | 22. ADDRESS Street 2248 Devos City Street Eugene | | | 23. RACE W | 24. BUS. PHONE |

| VEH. | 25. VEHICLE INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | License No. | State | VIN | Year | Make | Model | Style | Color |
| | 26. TOWED BY | | 27. TOWED TO | | | 28. TOW OPERATOR'S SIGNATURE Name Date | | |

29. PROPERTY CODES: S - stolen  R - recovered  E - evidence  F - found  I - inventory
C - contraband  SK - safekeeping  RT - returned  L - lost

30. Search  ☐ Warrant  ☐ Probable Cause  ☐ Consent

| CODE ITEM # 31. | 32. PROPERTY DETAIL | | | 33. LOT/BIN |
|---|---|---|---|---|
| DWS 27 | Type item Three Bullets (test fired) from | Brand/Make | Size/Calibre | |
| | Color DWS Owner Applied No. Officer's Rifle | Description | | |
| | Other Information | | NCIC/LEDS | |
| DWS 28 | Type item Thumb Drive Containing dig. tech | Brand/Make | Size/Calibre | |
| | Color recreation of the scene Owner Applied No. | Description | | |
| | Other Information Provided by Officer Michael Klews. | | NCIC/LEDS | |
| | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | Color Owner Applied No. | Value | Description | | |
| | Other Information | | NCIC/LEDS | |
| | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | Color Owner Applied No. | Value | Description | | |
| | Other Information | | NCIC/LEDS | |
| | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | Color Owner Applied No. | Value | Description | | |
| | Other Information | | NCIC/LEDS | |
| | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | Color Owner Applied No. | Value | Description | | |
| | Other Information | | NCIC/LEDS | |
| | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | Color Owner Applied No. | Value | Description | | |
| | Other Information | | NCIC/LEDS | |
| | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | Color Owner Applied No. | Value | Description | | |
| | Other Information | | NCIC/LEDS | |
| | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | Color Owner Applied No. | Value | Description | | |
| | Other Information | | NCIC/LEDS | |

Exhibit 16
Page 174 of 178

| 34. RELEASED TO OR RECEIVED FROM | | | |
|---|---|---|---|
| Name | Address | Phone | |
| 36. REPORTING OFFICER Name Dusty Sprague 39520 No. 4-9-15 Date | 37. RECEIVED-PROP. ROOM mo. day year initials | 38. APPROVED BY 39. DATA ENTRY | |

COE 000756

**OREGON STATE POLICE**
**PROPERTY REPORT**

1. ☐ Spring held    Office

2. RELATED REPORTS
☐ Incident    ☐ Detail
☐ Accident    ☐ Citation
☐ Custody    ☐ Forensic
☐ Supplemental
☐ Additional Evidence

3. PROPERTY ROOM #

4. COUNTY OF VENUE    Lane

5. ☐ GHQ ☐ DHQ ☐ I.D. ☐ LAB ☐ DOC.
OTHER: _____

6. SPIS-0957SB
INCIDENT #

INCIDENT TYPE    Officer Involved Shooting

8. REPORTED    3 30 15T    time

LOCATION (Where seized, found, surrendered)    2248 Devos Street Eugene    State    Zip Code

| PERSONS | | | | | | |
|---|---|---|---|---|---|---|
| 10. OWNER NAME Last | First | Middle | | 11. SEX | 12. D.O.B. mo. day yr. | 13. RES. PHONE |
| 14. OWNER ADDRESS Street | City | State | Zip Code | | 15. RACE | 16. BUS. PHONE |
| 17. ☐ Finder ☐ Suspect ☐ Victim | 18. NAME Last Babb, Brian Avon Middle | | | 19. SEX M | 20. D.O.B. 5-12-65 | 21. RES. PHONE |
| | 22. ADDRESS 2248 Devos Street Eugene Street | | Zip Code | | 23. D.O.B. W | 24. BUS. PHONE |

| VEH. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25. VEHICLE INFORMATION License No. | State | VIN | Year | Make | Model | Style | Color |
| 26. TOWED BY | | 27. TOWED TO | | | 28. TOW OPERATOR'S SIGNATURE Name | | Date |

29. PROPERTY CODES:   S - stolen  R - recovered  E - evidence  F - found  I - inventory
C - contraband  SK - safekeeping  RT - returned  L - lost

30. Search   ☐ Warrant  ☐ Probable Cause  ☐ Consent

| CODE 31. ITEM # | 32. PROPERTY DETAIL | | | | 33. LOT/BIN |
|---|---|---|---|---|---|
| DWS 101 | Type/Item CD  Audio Recording of 9-1-1 Serial/Brand/Make Call Size/Calibre | Color | Owner Applied No. | Value | Description ✓ NCIC/LEDS |
| DWS-102 | CD  Audio Recording of Dispatch Radio Traffic Size/Calibre | Color | Owner Applied No. | Value | Description ✓ NCIC/LEDS |
| DWS 103 | CD  Digital Photos of Officer Stutesman and Rifle and Equipment Size/Calibre | Color | Owner Applied No. | Value | Description ✓ NCIC/LEDS |
| DWS-104 | DVD  In Car Video / Officer Stutesman Size/Calibre | Color | Owner Applied No. | Value | Description NCIC/LEDS |
| DWS 105 | DVD  In Car Video  Officers Barnes, Keyser, Warden, Magnuson. Size/Calibre | Color | Owner Applied No. | Value | Description NCIC/LEDS |
| DWS 106 | DVD  In Car Video  Bearcat and Officers Keyser, Griss, Warden. Size/Calibre | Color | Owner Applied No. | Value | Description NCIC/LEDS |
| DWS 107 | DVD  In Car Video  Officer Kindel Size/Calibre | Color | Owner Applied No. | Value | Description NCIC/LEDS |
| DWS 108 | DVD  In Car Video  Officer Dehart Size/Calibre | Color | Owner Applied No. | Value | Description NCIC/LEDS |
| DWS 109 | DVD  In Car Video  Officer Clark Size/Calibre | Color | Owner Applied No. | Value | Description NCIC/LEDS |
| DWS 100 | CD  Audio Interviews with Sgt. Vincent and Sgt. McAlpine. Size/Calibre | Color | Owner Applied No. | Value | Description NCIC/LEDS |

Exhibit 16
Page 175 of 178

34. RELEASED TO OR RECEIVED FROM    Name    Address    Phone

36. REPORTING OFFICER   Name   Dusty Sprague   No. 39520   4-9-15

37. RECEIVED-PROP. ROOM   mo. day year   initials

38. APPROVED BY   39. DATA ENTRY

COE 000757

Form #65 (Rev. 10/98)

| OREGON STATE POLICE | 2. RELATED REPORTS | 3. PROPERTY ROOM # | 5. | GHQ | DHQ | I.D. | LAB | DOC. | 6. |
|---|---|---|---|---|---|---|---|---|---|

**OREGON STATE POLICE**
**PROPERTY REPORT**

2. RELATED REPORTS
☒ Incident  ☐ Detail
☐ Accident  ☐ Citation
☐ Custody  ☐ Forensic
☐ Supplemental
☐ Additional Evidence

3. PROPERTY ROOM #

4. COUNTY OF VENUE  LANE

5. GHQ | DHQ | I.D. | LAB | DOC.
OTHER: _____

6. SP15-095154
INCIDENT #

1. SPO  Office

*INCIDENT TYPE  O15

8. REPORTED  3 | 30 | 15 | 6p

LOCATION (Where seized, found, surrendered) 2248 DEVOS  City Eugene  State OR  Zip Code

**PERSONS**

10. OWNER NAME  Last | First | Middle
11. SEX
12. D.O.B.  mo. | day | yr.
13. RES. PHONE

14. OWNER ADDRESS  Street | City | State | Zip Code
15. RACE
16. BUS. PHONE

17. ☐ Finder ☒ Suspect ☐ Victim
18. NAME  Last BABB, First BRIAN Middle VON
19. SEX M
20. D.O.B. 5-12-65
21. RES. PHONE

22. ADDRESS  Street | City | State | Zip Code
23. RACE W
24. BUS. PHONE

**VEH.**

25. VEHICLE INFORMATION
License No. | State | VIN | Year | Make | Model | Style | Color

26. TOWED BY
27. TOWED TO
28. TOW OPERATOR'S SIGNATURE  Name | Date

29. PROPERTY CODES:  S - stolen  R - recovered  E - evidence  F - found  I - inventory
C - contraband  SK - safekeeping  RT - returned  L - lost

30. Search  ☐ Warrant  ☐ Probable Cause  ☐ Consent

| CODE 31. | ITEM # | 32. PROPERTY DETAIL | | | | 33. LOT/BIN |
|---|---|---|---|---|---|---|
| E | CAD-1 | Type item: CD with audio recording of interview with Stephanie Woodcock | Serial No. | Brand/Make | Size/Calibre: S/Ex-Wife  NCIC/LEDS | |
| E | CAD-2 | Type item: CD with Digital photographs (2) of ID tag sealing body bag | Serial No. | Brand/Make  Description | Size/Calibre  NCIC/LEDS | |
| E | AD-3 | Type item: CD with Digi Audio recording of interview with Becky Higgins | Serial No. | Brand/Make | Size/Calibre: S/Counselor  NCIC/LEDS | |
| | | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color | Owner Applied No. | Value | Description  NCIC/LEDS | |
| | | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color | Owner Applied No. | Value | Description  NCIC/LEDS | |
| | | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color | Owner Applied No. | Value | Description  NCIC/LEDS | |
| | | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color | Owner Applied No. | Value | Description  NCIC/LEDS | |
| | | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color | Owner Applied No. | Value | Description  NCIC/LEDS | |
| | | Type item | Serial No. | Brand/Make | Size/Calibre | |
| | | Color | Owner Applied No. | Value | Description  NCIC/LEDS | |

34. RELEASED TO OR RECEIVED FROM
Name LANE Co, DA  Address | Phone

36. REPORTING OFFICER
Name C. DAY  No. 49713  Date 4 | 8 | 15

37. RECEIVED-PROP. ROOM  mo. | day | year | initials

38. APPROVED BY  39. DATA ENTRY

Exhibit 16

Page 176 of 178

COE 000758

# Oregon State Police
# Forensic Services Request

**Analyst Int.**

Date Due: _____

Page: ____ of ____

| Agency | DA Contact: (if known) | Lab Case # | Sub # |
|---|---|---|---|
| OSP — Springfield | | | |

| Agency Case # | ☐ Additional Suspect Info Only | | |
|---|---|---|---|
| SP15 - 095758 | ☐ Previous Evidence Submitted | | |

| Secondary Agency | Secondary Agency Case # | Restrict this case to: ☐ Investigating Officer ☐ Agency ☐ Lab staff |
|---|---|---|

| Offense | ☐ FMVA | Offense Date(mm/dd/yy) | County of Venue |
|---|---|---|---|
| Officer Involved Shooting | | 3/30/15 | Lane |

| Last (Individual # 1) | First | Middle |
|---|---|---|
| Babb | Brian | Avon |

| ☒ Suspect ☐ Mentioned ☐ Victim ☐ Deceased | RACE W | ☒ Male ☐ Female | DOB(mm/dd/yy) 5/12/65 | SID # | FBI # | Breath Test Given? ☐ Yes ☐ No Result ___ |
|---|---|---|---|---|---|---|

| Last (Individual # 2) | First | Middle |
|---|---|---|
| | | |

| ☐ Suspect ☐ Mentioned ☐ Victim ☐ Deceased | RACE | ☐ Male ☐ Female | DOB(mm/dd/yy) | SID # | FBI # | Breath Test Given? ☐ Yes ☐ No Result ___ |
|---|---|---|---|---|---|---|

| Last (Individual # 3) | First | Middle |
|---|---|---|
| | | |

| ☐ Suspect ☐ Mentioned ☐ Victim ☐ Deceased | RACE | ☐ Male ☐ Female | DOB(mm/dd/yy) | SID # | FBI # | Breath Test Given? ☐ Yes ☐ No Result ___ |
|---|---|---|---|---|---|---|

| Investigating Officer (Please Print) | Phone # of Investigating Officer | Email of Investigating Officer |
|---|---|---|
| Sprague, Dusty | (541) 726-2536 x243 | Dsprague@OSP.state-or.us |

| Lab Exhibit | Agency Exhibit | Description of Evidence (Please associate evidence with appropriate individual, if applicable) | Exam Requested (Please include officer report on all physical evidence) |
|---|---|---|---|
| | E-DWS-14 | HK Model 416D - 5.56mm   Serial 88-005215 | test fire |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The OSP Forensic Services Division shall select appropriate methods based on the type of evidence and information provided.

| Submitted to Lab By (Please Print) | Submitted to Lab By (Signature) | Date |
|---|---|---|
| Beau E. Elke | | 3/31/15 |

| Submitted via: ☐ UPS ☐ U.S. Mail ☐ Certified Mail ☐ Other | **LAB USE ONLY** tag wh rifle box |
|---|---|

| Date / Time | |
|---|---|
| 1627  5/31/15 | |

| Lab Staff | |
|---|---|
| DKBarker | |

| Evidence Transfer or Referral Received From: | Via: ☐ UPS | Date/Time | Lab Staff | ☐ Exhibit Submission |
|---|---|---|---|---|

Exhibit 16
Page 177 of 178

Blue and Yellow Copies - Lab      White Copy – Agency

Rev 01-2010      FORM40

COE 000759

EPD 15-5349

LCSO Case No._____

# LANE COUNTY SHERIFF'S OFFICE
## CONSENT TO SEARCH

I, ___JAMES ANTONINI___, voluntarily give consent for
investigators of the Lane County Sheriff's Office to search and or retrieve from my person or
my property:

_____ Saliva Samples

_____ Pubic Hair Samples

_____ Hair Samples

_____ Blood Samples

_____ Urine Samples

__X__ Property, Described As: __ZZ48 DEVOS ST. EUGENE, OR__

_____

_____

_____

I give consent for any testing of the samples including DNA genetic testing. This signed
consent is given by me to the Lane County Sheriff's office investigators without threats,
coercion or promises of any kind.

X _____        __3-30-15__
        Signature                          Date

___JAMES ANTONINI___
        Printed Name

__K. POTTER #354__                 __3-30-15/20:08__
        Witness                            Date/Time

Exhibit 16
Page 178 of 178

COE 000760