Timothy R. Volpert, OSB No. 814074
tim@timvolpertlaw.com
Tim Volpert PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
(503) 703-9054

Andrew M. Stroth (Pro Hac Vice)
Carlton Odim (Pro Hac to be filed)
Amanda Yarusso (Pro Hac to be filed)
astroth@actioninjurylawgroup.com
Action Injury Law Group, LLC
191 N. Wacker Drive, Suite 2300
Chicago, IL  60606
(844) 878-4529

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| **RONDA MCGOWAN, Personal Representative for the Estate of Brian Babb, LEE BABB, CONNOR BABB, by and through his Guardian Ad Litem, STEPHANIE WOODCOCK, and KAYLEE BABB,**<br><br>                    Plaintiffs,<br><br>        vs.<br><br>**WILL STUTESMAN, OFFICER GROSE OFFICER PIESKE Sgt. MCALPINE, CITY OF EUGENE, a municipal subdivision of the State of Oregon, JANE DOE CALL TAKER, John and Jane Does 1-10,**<br><br>                    Defendants. | Case No.  6:17-cv-00424-TC<br><br>Plaintiffs' Exhibit 18<br><br>Recorded Interview Malcolm McAlpine<br><br>(Thumb Drive to be Submitted) |