911 CALL  
03-30-15/5:02 pm  
Case # IA15-100  
Page 1

## 911 CALL
### Q=(Brandi)
### A=Becky Higgins

| | | |
|---|---|---|
| 12 | Recording: | Monday, March 30, 2015. 1702 and 30 seconds. |
| 14 | Q: | 911. What's the address of the emergency? |
| 16 | A: | Um, I'm a therapist and I'm calling about a client who I have on another line on - on my regular, um, land line at my office. He's got a 9 millimeter gun. He just shot once through the ceiling, I think he said. And, um, obviously he's having a really hard time and he's been drinking. |
| 21 | Q: | Okay. One second. Okay. Do you know his address? |
| 23 | A: | Yes. 2248... |
| 25 | Q: | 2248... |
| 27 | A: | Devos, D-E-V-O-S... |
| 29 | Q: | Devos. |
| 31 | A: | ...Street. |
| 33 | Q: | Yeah. And what, uh, what's your telephone number in case I lose ya, I can call you back? |
| 36 | A: | Um, well, if you lose me I'm - I have a s- a signal problem. |
| 38 | Q: | Are you at 912-4931? |
| 40 | A: | Yes. |
| 42 | Q: | Okay. What is your name? |
| 44 | A: | Becky Higgins. |

Exhibit 19  
Page 1 of 5  
COE 001214

911 CALL
03-30-15/5:02 pm
Case # IA15-100
Page 2

| | | |
|---|---|---|
| 46 | Q: | Okay. And you're a therapist for him? |
| 47 | | |
| 48 | A: | Right. I'm - I'm his therapist social worker. And he's an Afghan Vet. |
| 49 | | |
| 50 | Q: | Okay. |
| 51 | | |
| 52 | A: | He's home awhile, but he's got severe PTSD and had a traumatic brain injury. |
| 53 | | So he's high risk. |
| 54 | | |
| 55 | Q: | Okay. |
| 56 | | |
| 57 | A: | So he's high risk. |
| 58 | | |
| 59 | Q: | What's his last name? |
| 60 | | |
| 61 | A: | Babb, B-A-B-B. |
| 62 | | |
| 63 | Q: | First name? |
| 64 | | |
| 65 | A: | Brian. |
| 66 | | |
| 67 | Q: | With an I or a Y? |
| 68 | | |
| 69 | A: | I. |
| 70 | | |
| 71 | Q: | Do you know his middle name? |
| 72 | | |
| 73 | A: | Starts with an A. |
| 74 | | |
| 75 | Q: | Okay. |
| 76 | | |
| 77 | A: | A - initial A. |
| 78 | | |
| 79 | Q: | Do you know his date of birth? |
| 80 | | |
| 81 | A: | 5-12-65. |
| 82 | | |
| 83 | Q: | 'Kay. Okay. One second. He's intoxicated, you said? |
| 84 | | |
| 85 | A: | Yeah. He sounds like it. He could be on, uh, pain medication, I don't know. |
| 86 | | But I've got him on hold. And I'm afraid if I don't get back to him... |
| 87 | | |
| 88 | Q: | Okay. One second. He - do you know if he's by himself or anything like that? |
| 89 | | |
| 90 | A: | I'm afraid he is by himself. He lives by - well, he has a roommate. A guy. |

Exhibit 19
Page 2 of 5
COE 001215

| | | |
|---|---|---|
| 91 | | whose number I'm looking for right now. |
| 92 | | |
| 93 | Q: | He - did he say if he hurt himself or he just shot it through the window? |
| 94 | | |
| 95 | A: | He - he did not hurt himself yet. But I'm afraid that he could. |
| 96 | | |
| 97 | Q: | Yeah, he said that. Does he shoot - what did he shoot? |
| 98 | | |
| 99 | A: | A 9 millimeter... |
| 100 | | |
| 101 | Q: | And where did he... |
| 102 | | |
| 103 | A: | ...gun. |
| 104 | | |
| 105 | Q: | ...do that? |
| 106 | | |
| 107 | A: | I believe he shot into the ceiling. |
| 108 | | |
| 109 | Q: | Okay. |
| 110 | | |
| 111 | A: | Or the wall. |
| 112 | | |
| 113 | Q: | Do you wanna put me on hold and go back? I'm gettin' help started. |
| 114 | | |
| 115 | A: | Yeah. |
| 116 | | |
| 117 | Q: | Okay. Put me on hold. |
| 118 | | |
| 119 | A: | Okay. Here's the thing. I don't get good service where my office is. I'm so |
| 120 | | sorry. I could text you. Can you get text? |
| 121 | | |
| 122 | Q: | Yeah, I can't get texts. |
| 123 | | |
| 124 | A: | Okay. |
| 125 | | |
| 126 | Q: | I'd rather try to stay on the phone. And then you can always call back. And |
| 127 | | whoever answers 911 again, the call's already gonna go in, okay? So we're |
| 128 | | gonna get (unintelligible)... |
| 129 | | |
| 130 | A: | I'm just afraid I can't get you. So... |
| 131 | | |
| 132 | Q: | Okay. |
| 133 | | |
| 134 | A: | ...um... |
| 135 | | |

Exhibit 19
Page 3 of 5
COE 001216

911 CALL
03-30-15/5:02 pm
Case # IA15-100
Page 4

| | | |
|---|---|---|
| 136<br>137 | Q: | If we lose you, we're gonna try to call you back. Is there any way that you can give me his inside phone number? |
| 138 | | |
| 139 | A: | His - his phone number? |
| 140 | | |
| 141 | Q: | Yeah. |
| 142 | | |
| 143 | A: | Yeah. 541... |
| 144 | | |
| 145 | Q: | Uh-huh. |
| 146 | | |
| 147 | A: | ...514... |
| 148 | | |
| 149 | Q: | Uh-huh. |
| 150 | | |
| 151 | A: | ...2791. But let me talk to him for a bit first. |
| 152 | | |
| 153 | Q: | Yeah, absolutely. |
| 154 | | |
| 155 | A: | Okay. |
| 156 | | |
| 157<br>158 | Q: | Okay. I'll stay on the phone. And if we get disconnected just try to call 911 back, okay? |
| 159 | | |
| 160 | A: | Okay. |
| 161 | | |
| 162 | Q: | My name is (Brandi). |
| 163 | | |
| 164 | A: | A- are you - are you saying you're gonna stay on the phone right now? |
| 165 | | |
| 166 | Q: | Yes. |
| 167 | | |
| 168 | A: | You don't want me to hang up? |
| 169 | | |
| 170 | Q: | Right. |
| 171 | | |
| 172 | A: | Okay. All right. Well, we'll see. I don't - I think I'm gonna lose you. But... |
| 173 | | |
| 174 | Q: | Okay, that's okay. I'm - I'm puttin' the call in, okay? |
| 175 | | |
| 176 | A: | Okay. Thanks. |
| 177 | | |
| 178 | Q: | Okay. |
| 179 | | |
| 180 | A: | Thank you (unintelligible). |

Exhibit 19
Page 4 of 5
COE 001217

```
                                                                        911 CALL
                                                                03-30-15/5:02 pm
                                                                Case # IA15-100
                                                                         Page 5
```

| | | |
|---|---|---|
| 181 | | |
| 182 | A: | Brian? Brian? (Unintelligible). So what - so what's going on? You're saying |
| 183 | | you fired a 9 millimeter into the ceiling? Oh, my gosh, Brian. Where's (Jim)? |
| 184 | | Are you alone? So what's been going on? ==Why do you have to go now?== So, |
| 185 | | Listen (unintelligible). I need to know (unintelligible). Are you on |
| 186 | | something? Are you drinking? No, I don't care. I'm not offering judgment. I |
| 187 | | just, you know… No, you haven't taken anything. And, no you haven't been |
| 188 | | drinking. Okay. How did you get… (unintelligible) Having a really bad day. |
| 189 | | (unintelligible) gun out? What happened? Okay Oh. Well listen, you called |
| 190 | | me. I wasn't sure if (unintelligible). Right. Okay. So if I'm right then |
| 191 | | (unintelligible). Okay, is there a round in the chamber? Brian? I know. I |
| 192 | | have seen you when you were (unintelligible). Brian? (Unintelligible). But I |
| 193 | | am worried about you. Take the round out of the chamber. Do it for me. |
| 194 | | (Unintelligible) talking for a reason. Brian (unintelligible) the last |
| 195 | | conversation. (Unintelligible). That, just needs to remind you of that special |
| 196 | | place, outside of that hole. It doesn't have to (unintelligible) this way. It |
| 197 | | (unintelligible) gets better. Okay? But I'm worrying because you're telling me |
| 198 | | you have a gun you fired. You've got a round in the chamber and won't take |
| 199 | | it out. And - hm? What? You're saying you won't take it out? (Unintelligible). |
| 200 | | What? Brian? You're going to what? Brian? I don't know what you're talking |
| 201 | | about. What do you mean you're going back?.What's your uh… What's your |
| 202 | | best memory of being in my office? (Unintelligible) in my office? Yeah. So, |
| 203 | | tell me one of yours. You have pretty vivid memories (unintelligible) there |
| 204 | | don't you? I have a lot of them. Then tell me why they're yours. Okay. Oh. |
| 205 | | Good. (Unintelligible). You need to go back where, Brian? I'm not sure what |
| 206 | | you're talkin' about. Okay. Well, (unintelligible) much better. Yes, yeah. |
| 207 | | Brian, I remember when you walked in to my office saying you had gotten out |
| 208 | | of the military. And, I said, oh my god, you look like came out of a sauna. |
| 209 | | And, you felt like you came (unintelligible). Remember how good that felt? |
| 210 | | Felt good. Felt clear. You can't go back there, because it's unfair. Yeah, I'll |
| 211 | | help you. You know I will, if you'll let me. |
| 212 | | |
| 213 | | |
| 214 | The transcript has been reviewed with the audio recording submitted and it is an accurate | |
| 215 | transcription. | |
| 216 | Signed_____ | |

Exhibit 19
Page 5 of 5
COE 001218