

Exhibit 129 at 1