





Exhibit 130 at 3
MSJ Case No. 6:17-cv-00424



Exhibit 130 at 4
MSJ Case No. 6:17-cv-00424



Exhibit 130 at 5
MSJ Case No. 6:17-cv-00424



Exhibit 130 at 6
MSJ Case No. 6:17-cv-00424



Exhibit 130 at 7
MSJ Case No. 6:17-cv-00424



Exhibit 130 at 8
MSJ Case No. 6:17-cv-00424



Exhibit 130 at 9
MSJ Case No. 6:17-cv-00424





Exhibit 130 at 11
MSJ Case No. 6:17-cv-00424

