## Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

RONDA MCGOWAN, Personal )
Representative for Estate of )
Brian Babb, LEE BABB, CONNOR )
BABB, by and through Guardian )
ad litem, STEPHANIE WOODCOCK, )
KAYLEE BABB, )
 )
         Plaintiffs, )
 )
    v.                      ) No. 6:17-cv-00424-TC
 )
WILL STUTESMAN, OFFICER GROSE,)
OFFICER PIESKE, Sgt. MCALPINE,)
CITY OF EUGENE, a municipal )
subdivision of the State of )
Oregon, JANE DOE CALL TAKER, )
John and Jane Does 1-10, )
         Defendants. )

DEPOSITION OF DEREK DeWITT

October 3, 2017

Tuesday

4:31 P.M.

THE DEPOSITION OF DEREK DeWITT was taken at Harrang Long Gary Rudnick, 360 East 10th Avenue, Suite 300, Eugene, Oregon, before Christine Oljace, CSR, RPR, CRC, Certified Shorthand Reporter in and for the State of Oregon.

## Page 2

APPEARANCES

For the Plaintiffs:

   MS. MICHELLE R. BURROWS
   420 SW Washington, Suite 300
   Portland, Oregon  97204
   503/241-1955
   michelle.r.burrows@gmail.com

For the Defendants:

   HARRANG LONG GARY RUDNICK, PC
   360 East 10th Avenue, Suite 300
   Eugene, Oregon  97401
   541/485-0220
   BY:  MR. JEFFERY MATTHEWS
   jeff.matthews@harrang.com

Also Present:

   MS. JAMIE IBOA

   WILL STUTESMAN

   MATTHEW GROSE

Reported by:

   CHRISTINE OLJACE, CSR-RPR

   CC REPORTING & VIDEOCONFERENCING

   EUGENE     541/485-0111

## Page 3

                    INDEX

WITNESS.........................................PAGE

DEREK DeWitt

    BY MS. BURROWS                                 4


EXHIBITS......................................MARKED

Exhibit 6   Continuation Report; Bates          9
            Nos. COE 000695 - COE 000696
Exhibit 7   Photograph; Bates No. COE 001044    13

## Page 4

                    DEREK DeWITT,
having been first duly sworn to testify the truth,
the whole truth, and nothing but the truth, was
examined and testified as follows:

                    EXAMINATION

BY MS. BURROWS:
    Q.   Could you state your name for the record,
please.
    A.   Yes.  It is Derek DeWitt.
    Q.   Officer DeWitt, my name is Michelle
Burrows.  I am an attorney, and I represent the
Estate of Brian Babb, a gentleman who was shot and
killed by the Eugene Police Department in March of
2015.  You are here to testify about your role in
the incident itself.
         Have you reviewed any documents in
preparation for today's deposition?
    A.   I reviewed my statement that I gave after
the incident and then the photos from the incident.
    Q.   Okay.  Okay.  Have you ever had your
deposition taken before?
    A.   I have not.
    Q.   Never?
    A.   (Shakes head.)

**Page 49**

1  Q.  Do you remember anybody present as in any
2  sergeant directing officers to go inside and clear
3  the house?
4  A.  I was back taking the roommate out at that
5  point, Antonini, when they moved up on the front of
6  the house.
7  Q.  It says here that you grabbed a camera
8  from Officer Stutesman and began taking some initial
9  photographs of the scene.  Are those the photographs
10 that you reviewed in preparation for your
11 deposition?
12 A.  No.
13 Q.  Why did you do that?
14 A.  It would be standard on any type of active
15 scene to take photographs as soon as possible to
16 document what the condition of the scene was.
17 Q.  Are you trained as a forensic
18 photographer?
19 A.  I am not.
20 Q.  Why was it you that took those initial
21 photographs?
22 A.  Because I had a camera and I was there.
23 Q.  Why didn't you wait for the forensic team
24 to get there and do it?
25 A.  Because with medics and other people on

**Page 50**

1  scene, it is best to document the condition before
2  the scene is disturbed.
3  Q.  Okay.  Where did you put your photographs?
4  Where did you send them?
5  A.  I don't --
6  Q.  Who did you give them to?
7  A.  I don't recall who those photographs went
8  to, if they were uploaded or if they were taken
9  from -- the camera was taken from me or what
10 happened with those photos.
11 Q.  Why did Officer Stutesman have a camera,
12 if you know?
13 A.  Sometimes people put it in a pocket and
14 will have a camera with them in their pocket.
15 Q.  Was it a little camera?
16 A.  Yes.
17 Q.  Okay.  What did you photograph?
18 A.  I don't recall what the photographs were.
19 It would have been of the scene and the area
20 directly around it.
21 Q.  The body?
22 A.  They would have included that.
23 Q.  The blood spatter on the wall?
24 A.  It would have probably included that.
25 Q.  The weapon out on the porch?

**Page 51**

1  A.  Probably would have included that.
2  Q.  Did you take photographs of the bullet
3  that went into the back wall?
4  A.  Not that I recall.
5  Q.  Okay.  Did you take photographs of the
6  living room or the dining room?
7  A.  I don't recall.
8  Q.  Was there some way that you identified
9  those photographs when you uploaded them like I took
10 these photographs, when you took them, what camera
11 you took them with?
12 A.  I do not know.
13 Q.  Okay.  How long did you stay inside the
14 Babb home?
15 A.  I was on scene for about two hours before
16 being relieved.
17     MS. BURROWS:  Jeff, do you know what
18 photographs he is talking about?  Are those in the
19 discovery that you gave us?
20     MR. MATTHEWS:  The photographs that he
21 took at the scene?
22     MS. BURROWS:  Yeah.
23     MR. MATTHEWS:  I don't know.
24     MS. BURROWS:  Okay.  If you wouldn't
25 mind having someone check and see, if you have

**Page 52**

1  already given it to us, what numbers those would be,
2  because I know there are some crime scene photos,
3  but I thought those were marked as from OSP.
4  BY MS. BURROWS:
5  Q.  Did you -- did you interview any witness
6  as part of this investigation?
7  A.  I did not.
8  Q.  Other than this interview with Detective
9  Jones that we have been talking about, have you
10 given a statement to anyone else about this
11 situation?
12 A.  I have not.
13 Q.  Do you know the identity of an officer who
14 accessed the Babb house right after the shooting but
15 before the house was cleared?
16 A.  I wasn't up there initially, so I don't
17 know who specifically went inside.
18 Q.  Had you heard anybody talk about going in
19 after the shot?
20 A.  No.  I don't recall who went inside.
21 Q.  Okay.  Sitting here today looking
22 backwards, do you know which officers were posted
23 around the perimeter of the house?  Do you have any
24 information?
25 A.  I don't.