| | |
|---|---|
| **ROBERT E. FRANZ, JR.** | Robert E. Franz, Jr.* |
| **Office of Attorneys and Counselors** | Sarah R. Henderson |
| P.O. Box 62 | |
| Springfield, Oregon  97477 | |
| Phone:  (541) 741-8220 | |
| FAX:     (541) 741-8234 | *Admitted in Oregon, |
| Internet:  rfranz@franzlaw.comcastbiz.net | Washington & Idaho |
| | Theresa L. Franz, |
| | Legal Assistant |

Tuesday, November 27, 2018

Mr. Timothy R. Volpert
Tim Volpert PC
610 SW Alder Street, Suite 415
Portland, OR  97205

       RE:  **McGowan, et al. v. Stutesman, Et al.**
            U.S. District Court Civil Case No. 6:17-cv-00424-TC

Dear Mr. Volpert:

Enclosed is a CD containing the photographs taken by Officer DeWitt of the Eugene Police Department that he referred to in his deposition.  We have also enclosed photographs taken by Robert Meador, Matthew Herbert, and Paul Bishop.  I don't know if these were previously given to the Plaintiffs.  I also came late to the lawsuit.

Please do not hesitate to call with any questions or concerns.

                                        Sincerely,

                                        Robert E. Franz, Jr.

REF:tlf

Enclosure