IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONDA MCGOWAN, Personal
Representative for Estate of Brian
Babb, by and through Guardian ad Litem,                    Civ. No. 6:17-cv-424-TC
STEPHANIE WOODCOCK, and                                    Order
KAYLEE BABB,

       Plaintiffs,

  v.

WILL STUTESMAN, et al.,

       Defendants.

_____

MCSHANE, Judge:

       Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 71), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v.*

1 –ORDER

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 71) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 31) is GRANTED in part and DENIED in part as detailed in the F&R.

IT IS SO ORDERED.

DATED this 20th day of June, 2019.

                                                                    _____/s/ Michael J. McShane_____
                                                                                Michael McShane
                                                                    United States District Judge