IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RONDA MCGOWAN**, Personal Representative for the Estate of Brian Babb, **LEE BABB**, **CONNOR BABB**, by and through his Guardian Ad Litem, **STEPHANIE WOODCOCK**, and **KAYLEE BABB**, | Case No.  6:17-cv-00424-MC |
| Plaintiffs, | **Exhibit E to Expert Witness List** by Defendant |
| vs. | |
| **WILL STUTESMAN**, **OFFICER GROSE**, **OFFICER PIESKE**, **SGT. MCALPINE**, **CITY OF EUGENE**, a municipal subdivision of the State of Oregon, **JANE DOE CALL TAKER**, and John and Jane Does 1-10, | |
| Defendants. | |

Skip Freedman, MD
224 NW Skyline Blvd.
Portland, OR 97210

August 29, 2019

In the matter of Brian Babb:

I am a Board-Certified Emergency Physician, having taken and passed the examination three times and given the oral section on two occasions. I practiced for 36 years in the following circumstances, and as described in the attached CV:

> Staff Physician, Emergency Department, Mercy Medical Center, Roseburg, Oregon. 1975-1986

> Medical Director, EmCare, Dallas, Texas. I was in charge of treatment and care in 33 hospitals in 3 time zones, approximately 750,000 patient visits. I held licenses in 11 states and worked in all emergency departments which came under our contractual oversight. 1986-1989

> Director, Emergency Department, Tuality Community Hospital, Hillsboro,   Oregon. 1989-2000

> Staff Physician, Emergency Department, Tuality Community Hospital, Hillsboro, Oregon. 2000-2005

> Staff Physician, Willamette Falls Hospital Emergency Department, Oregon City, Oregon. 2000-2011

During my Emergency practice, I saw several hundred victims of gunshot wounds of all areas of the body, including the head.

In preparation for expressing my opinion in this case, I have reviewed the District Court Complaint, the Autopsy of Dr. Davis, photographs of the scene, of the events, and of the Autopsy, the Lane County Medical Examiner's Report of Investigation, and watched and listened to video and audio from the scene as events unfolded. I have also reviewed the written report of J.M. Craig.

The external photographs show, and the autopsy photos show, and description autopsy findings speak quite clearly, to the entrance wound in front of the left ear,

Page 1

Exhibit E at 1

the exit wound in the right posterior neck, inferior to the level of the entrance, and the path taken by the projectile.

It is my firm opinion that Mr. Babb was facing generally in the direction from which the projectile came. That is, his body was facing the shooter. There is also certainty that the projectile did not come from his rear. His head was somewhat minimally rotated to one side, with him facing forward.

The wounds sustained while in the above-described position are quite consistent to a reasonable probability with being sustained while Mr. Babb was aiming a rifle.

The path of the projectile which struck him is more likely than not to have come from the Law Enforcement person in the Bearcat standing up through the hatch while Mr. Babb was facing him.

I intend to demonstrate this via use of models and visual aids.

In the past four years, I have offered Court testimony in the following matters:

> *Parlier v. Coquille Hospital*, for the Plaintiff; Attorney Robert Miller
> *Mead v. Adler*, for the defense; Attorney Lawrence Brisbee
> *Flores v. Washington County*, for the plaintiff; Attorney David Park
> *Haveman v. Dirk*, for the Plaintiff; Attorney J. Paulson
> *Jones v. Eugene Emergency Physicians*, for the Plaintiff; Attorney D. Miller

My charges for my time are $200 per hour for record review, scientific literature review, and consultation with counsel, and $2500 for preparation of written reports or deposition and per day away from residence related to any trial appearance.

Respectfully submitted,

/s/ Skip Freedman

Dr. Skip Freedman

# *Samuel (Skip) P. Freedman, M.D.*

**EMPLOYMENT:**

**AllMed Healthcare Management, Inc.**

*Owner and Medical Director ,* September 2002 – December 2015 *Associate Medical Director,* August 2000 – August 2002

An accredited and certified Independent Review Organization doing business in 40 states, with 110 insurance clients and multiple state government contracts, contracting with over 400 peer reviewers nationwide. Focus of business is the rendering of determinations of medical necessity, continuity of care, and other questions raised by payers.

**Washington County**. Hillsboro, OR
*Washington County EMS Medical Director* (1998 - 2015)

Direct 90 EMTs and paramedics and monitor their clinical care. Physician in charge of all ambulance care in Washington County.

**Willamette Falls Hospital**. Oregon City, OR
*Emergency Department, Physician,* September 2003 – 2011

**Tuality Community Hospital**. Hillsboro, OR
*Emergency Department, Physician,* November 1989 – 2005

**Oregon Emergency Medicine Specialists (OEMS)**

*President, Founder, and Medical Director,* 1989 – 2000
This agency ($3 million in annual revenue) provides specialty physicians in the Emergency Departments at Tuality Community Hospital and Tuality Forest Grove Hospital. As medical director, supervised 10 physicians and directed the 24-hour nursing staff. Successfully doubled patient volume and billings in first two years of operation.

**EmCare, Inc.** Dallas, TX
*National Medical Director*, 1987 – 1989
*Clinical Physician,* 1986 – 1989
This national company based in Dallas, Texas, provides emergency medicine contract services to hospitals. Responsible for supervising 35 emergency departments in five states, which covered 250 physicians and 750,000 patient visits per year.

**Mercy Medical Center.** Roseburg, OR
*Emergency Department, Staff Physician*, 1975 – 1986
*Medical Director of six (6) local ambulance companies,* 1975 – 1986

**CERTIFIED:** American Board of Emergency Medicine Re-certified (1994) (2004) (2011)

**STATE LICENSURE:** Oregon, Washington

**MEDICAL SPECIALTY MEMBERSHIPS:**

National Oral Board Examiner, American Board of Emergency Medicine, 1988-1993
Diplomat, American Board of Emergency Medicine
Fellow, American College of Emergency Medicine

**EDUCATION:**

**Mercy Catholic Medical Center** Philadelphia, PA

Surgery Internship (1974 – 1975)

**Thomas Jefferson Medical College** Philadelphia, PA Degree: Medical Doctor (1974)

**Yale University** New Haven, CT Degree: Bachelor of Arts (1970)

Exhibit E at 4

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing EXHIBIT E TO EXPERT WITNESS LIST BY DEFENDANTS on Plaintiffs on Tuesday, January 21, 2020, by notice of electronic filing using the CM/ECF System:

Mr. Timothy R. Volpert
Email:  tim@timvolperlaw.com
Tim Volpert PC
610 SW Alder Street, Suite 415
Portland, OR  97205

Mr. Andrew M. Stroth
Ms. Amanda Yarusso
Email:  astroth@actioninjurylawgroup.com
Action Injury Law Group, LLC
191 N. Wacker Drive, Suite 2300
Chicago, IL  60606

Mr. Carlton Odim
Email:  carlton@actioninjurylawgroup.com
Action Injury Law Group LLC
191 North Wacker Drive, Suite 2300
Chicago, IL  60606
  Attorneys for Plaintiffs

/s/ Robert E. Franz, Jr.
LAW OFFICE OF ROBERT E. FRANZ, JR.
Robert E. Franz, Jr.        OSB #730915
P.O. Box 62
Springfield, Oregon 97477
E-Mail:  rfranz@franzlaw.comcastbiz.net
Telephone:  (541) 741-8220
  Attorneys for Defendants