IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RONDA MCGOWAN**, Personal Representative for the Estate of Brian Babb, **LEE BABB**, **CONNOR BABB**, by and through his Guardian Ad Litem, **STEPHANIE WOODCOCK**, and **KAYLEE BABB**, <br><br> Plaintiffs, <br><br> vs. <br><br> **WILL STUTESMAN**, **OFFICER GROSE**, **OFFICER PIESKE**, **SGT. MCALPINE**, **CITY OF EUGENE**, a municipal subdivision of the State of Oregon, **JANE DOE CALL TAKER**, and John and Jane Does 1-10, <br><br> Defendants. | Case No. 6:17-cv-00424-MC <br><br> Exhibit A <br> to Defendants' Response <br> to Plaintiffs' Objections <br> To Lay Witnesses |

Tuesday, February 4, 2020 at 12:49:12 Pacific Standard Time

| | |
|---|---|
| **Subject:** | Dr. Davis |
| **Date:** | Sunday, August 25, 2019 at 10:57:52 AM Pacific Daylight Time |
| **From:** | Robert Franz jr. |
| **To:** | Carlton Odim, Amanda Yarusso, Andrew M. Stroth, Tim Volpert |
| **Attachments:** | Oregon Medical Examiner Report.pdf |

Carlton. I am planning on calling Dr. Davis as a witness in this case. I imagine that you too will be calling him as a witness. As you know, Dr. Davis did the autopsy of Mr. Babb. In talking to Dr. Davis, he told me that he will accept a subpoena from either side in this case to testify, and that he will not be charging an expert witness fee because it was part of his job to do the autopsy and prepare his autopsy report. Based upon that, it would be my position that neither one of us has to do an expert disclosure for Dr. Davis. If you disagree, let me know. Here is a copy of his report that was provided to Ms. Hollaway, which the Plaintiffs then produced to us.

_____
Robert E. Franz, Jr.   OSB 730915
rfranz@franzlaw.comcastbiz.net
Law Office of Robert E. Franz Jr.
P.O. Box 62
Springfield, Oregon 97477
(541) 741-8220

<span style="color:red">Exhibit A at 1</span>

Page 1 of 1

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing EXHIBIT A TO RESPONSE TO PLAINTIFFS' OBJECTIONS TO LAY WITNESSES BY DEFENDANTS on Plaintiffs on Tuesday, February 4, 2020, by notice of electronic filing using the CM/ECF System:

Mr. Timothy R. Volpert
Email: tim@timvolperlaw.com
Tim Volpert PC
610 SW Alder Street, Suite 415
Portland, OR 97205

Mr. Andrew M. Stroth
Ms. Amanda Yarusso
Email: astroth@actioninjurylawgroup.com
Action Injury Law Group, LLC
191 N. Wacker Drive, Suite 2300
Chicago, IL 60606

Mr. Carlton Odim
Email: carlton@actioninjurylawgroup.com
Action Injury Law Group LLC
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
Attorneys for Plaintiffs

/s/ Robert E. Franz, Jr.
LAW OFFICE OF ROBERT E. FRANZ, JR.
Robert E. Franz, Jr. OSB #730915
P.O. Box 62
Springfield, Oregon 97477
E-Mail: rfranz@franzlaw.comcastbiz.net
Telephone: (541) 741-8220
Attorneys for Defendants