UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

RONDA McGOWAN, personal representative for the Estate of Brian Babb, LEE BABB, CONNOR BABB, by and through his Guardian ad Litem, STEPHANIE WOODCOOK, and KAYLEE BABB,

    Plaintiff,

v.

WILL STUTESMAN, OFFICER GROSE, OFFICER PIESKE, Sgt. McALPINE, CITY OF EUGENE, a municipal subdivision of the State of Oregon, JANE DOE CALL TAKER, John and Jane Does 1-10,

    Defendants.

Case No. : 6:17-CV-00424-MC

CLERK'S LIST OF WITNESSES AND EXHIBITS

Judge:   Michael J. McShane

Counsel for Plaintiff:   Amanda S. Yarusso, Carlton Odim, Andrew Stroth and Timothy Volpert

Counsel for Defendant:   Robert Franz, Benjamin Miller and Sarah Henderson

Courtroom Deputy:   C. Pew

Court Reporter:   Deborah Cook

Dates of Trial:   2/18, 2/19, 2/20

| EXH # | Plf | Dft | Ct. Act | EXHIBIT DESCRIPTION | WITNESS | BY |
|---|---|---|---|---|---|---|
| | | | | **Plaintiff's Exhibits** | | |
| 001 | X X X X X X | | A | Google map picture 2248 Devos COE 41 | McAlpine<br>Grose<br>Kidd<br>Stutesman<br>Clark<br>Warden | |

| 002 | | | A | Google map picture 2248 Devos COE 1044 | | |
|---|---|---|---|---|---|---|
| 003 | | | A | Incident Scene Photo COE 808 | | |
| 004 | | | A | Incident Scene Photo COE 809 | | |
| 005 | | | A | Incident Scene Photo COE 824 | | |
| 006 | | | A | Incident Scene Photo COE 873 | | |
| 007 | X X | | A | Incident Scene Photo COE 875 | McAlpine Grose | |
| 008 | | | A | Incident Scene Photo COE 877 | | |
| 009 | X | | A | Incident Scene Photo COE 878 | Kidd | |
| 010 | | | A | Incident Scene Photo COE 880 | | |
| 011 | | | A | Incident Scene Photo COE 881 | | |
| 012 | | | A | Incident Scene Photo COE 882 | | |
| 013 | | | A | Incident Scene Photo COE 883 | | |
| 014 | | | A | Incident Scene Photo COE 884 | | |
| 015 | | | A | Incident Scene Photo COE 885 | | |
| 016 | | | A | Incident Scene Photo COE 889 | | |
| 017 | | | A | Incident Scene Photo COE 890 | | |
| 018 | | | A | Incident Scene Photo COE 895 | | |
| 019 | | | A | Incident Scene Photo COE 932 | | |
| 020 | | | A | Incident Scene Photo COE 1022 | | |
| 021 | X X X | | A | Incident Scene Photo COE 1025 | McAlpine Grose Pieske | |
| 022 | | | A | Incident Scene Photo DSC_0032 | | |
| 023 | | | A | Incident Scene Photo DSC_0036 | | |
| 024 | | | A | Incident Scene Photo DSC_0037 | | |
| 025 | | | A | Incident Scene Photo DSC_0038 | | |
| 026 | X X | | A | Incident Scene Photo DSC_0049 | Clark Warden | |
| 027 | | | A | Incident Scene Photo DSC_0050 | | |

| 028 |   |   | A | Incident Scene Photo IMGP0076 |   |   |
|---|---|---|---|---|---|---|
| 029 |   |   | A | Incident Scene Photo IMGP0079 |   |   |
| 030 |   |   | N/A | Incident Scene Photo IMGP0081 |   |   |
| 031 |   |   | A | Incident Scene Photo IMGP0082 |   |   |
| 032 |   |   | N/A | Incident Scene Photo IMGP0084 |   |   |
| 033 |   |   | A | Incident Scene Photo IMGP0089 |   |   |
| 034 |   |   | A | Incident Scene Photo IMGP0094 |   |   |
| 035 | X |   | A | Photo Brian Kaylee Artwork 2016 | K. Babb |   |
| 036 |   |   | A | Photo Brian on Boat 2014 |   |   |
| 037 | X |   | A | Photo Brian with Connor Coast 2010 | Connor Babb |   |
| 038 | X |   | A | Photo Brian with Kaylee Coast 2010 | Kaylee Babb |   |
| 039 |   |   | A | Statement "rifle in right hand" EPD Event Rep COE 193 |   |   |
| 040 |   |   | N/A | Statement "rifle in right hand" OSP Reports COE 593 |   |   |
| 041 |   |   | A/R | Statement dropped gun IDFIT Report COE 461 |   |   |
| 042 |   |   | HELD | Statement rifle in right hand IDFIT Stutesman interview COE 46 |   |   |
| 043 |   |   | A | Bearcat video |   |   |
| 044 |   |   | A | Audio Dispatch Recording |   |   |
| 045 |   |   |   | Not used |   |   |
| 046 | X |   |   | Painting of Babb and kids | K. Babb |   |
|   |   |   |   |   |   |   |
| **Defendant's Exhibits** |||||||
| 201 |   | X | A | Training Records of Will Stutesman. | Stutesman |   |
| 202 |   | X | A | Firearm Training Records of Will Stutesman. | Stutesman |   |
| 203 |   |   | A | Radio Dispatch between Dispatch and Officers. |   |   |
| 204 |   |   | A | Aerial of Scene. |   |   |
| 205a |   | X | A | Street view of Scene. | McAlpine |   |

| | | | | | |
|---|---|---|---|---|---|
| 205b | | | A | Street view of Scene Zoomed. | |
| 205c | | | A | Aerial of Scene showing Officer Location. | |
| 206 | | X X | A | BearCat Video. | Antonini DeWitt |
| 207 | | X | A | Photos of Officer Stutesman as Dressed that Night. | Stutesman |
| 208 | X | X X | A | ICV video Officer DeWitt. | Carner DeWitt |
| 209 | | | Held | Audio Recording of Stephanie Woodcook. | |
| 210 | | | A | Restraining Order November 20, 2006. | Woodcook |
| 211 | | | A | Restraining Order February 26, 2007. | Woodcook |
| 212 | | | A | Photo of BearCat. | |
| 213 | | | A | Photo of BearCat. | |
| 214 | | X | A | DeWitt Photos. | DeWitt |
| 215 | X X | X | A | Scene Photos by Sprague. | Sprague McGowan |
| 216 | | X X | A | ICV video Officer Clark. | Clark Warden |
| 217 | | | N/A | Item returned to Ronda McGowan. | |
| 218 | | X | A | Babb Phone Records. | Lee Babb |
| 219 | | | A | Discharge Summary Roseburg. | |
| 220 | | X | A | Screen Results. | Davis |
| 221 | | X X X X X | A | Overlay Video with Sound. | McAlpine Grose Pieske Vinje Stutesman |
| 222 | | | N/A | Plenty of Fish. | |
| 223 | | | A | Gun Inspection Photos. | |
| 224 | | X | A | Higgins Exhibits. | Higgins |
| 225 | | | A | Dr. Dan Davis Exhibits. | |
| 226 | | | A/R | Investigation by Officer Eric Hubbard. | |
| 227 | | | A | Location of Clark and Warden. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 228 | | | N/A | Stutesman Oath. | | |
| 229 | | | Held | Audio Recording of Jim Antonini. | | |
| 230 | | | Held | Transcript of Jim Antonini Interview. | | |
| 231 | | | A | Large Format Aerial Photo. | | |
| | | | | Firearm - Demonstrative | | |

**A -** Admitted; **A/R -** Admitted as Ordered Redacted; **N/A** - Not Admitted; **W/D -** Withdrawn

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Witnesses -2/18/2020** | | |
| | X | | | Lee Babb – Direct – Cross - | | |
| | X | | | Becky Higgins – Direct - | | |
| | | | | **Witnesses -2/19/2020** | | |
| | X | | | Becky Higgins – Cross – Redirect – Recross | | |
| | X | | | Malcolm McAlpine – Direct – Cross – Redirected – Recross | | |
| | X | | | Matthew Grose – Direct – Cross - Redirect | | |
| | X | | | Nathan Pieske – Direct – Cross | | |
| | X | | | Scott Vinje – Direct - Cross | | |
| | X | | | Joseph Kidd – Direct – Cross | | |
| | X | | | Will Stutesman – Direct - Cross | | |
| | | | | **Witnesses -2/20/2020** | | |
| | X | | | Will Stutesman – Redirect - | | |
| | X | | | David Clark – Direct – Cross - Redirect | | |
| | X | | | Judson Warden – Direct – Cross - Redirect | | |
| | X | | | Dustin Sprague – Direct – Cross - Redirect | | |
| | X | | | Ronda McGowan – Direct – Cross – Redirect | | |
| | X | | | Stephanie Woodcook – Direct – Cross - Redirect | | |
| | X | | | Connor Babb – Direct - Cross | | |
| | X | | | Kaylee Babb – Direct - Cross | | |
| | | | | **Witnesses – 2/24/2020** | | |
| | | X | | Daniel Wade Davis – Direct – Cross - Redirect | | |
| | | X | | Doug Carner – Direct – Cross | | |
| | | X | | James Antonini – Direct – Cross | | |
| | | X | | Derrick DeWitt – Direct – Cross | | |
| | | X | | Statement of Officer Hubbard | | |
| | X | | | Jeremy James Bauer (Rebuttal Witness) – Direct - | | |